AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOHN DOE NO. 1, et al.,<br><br>*Plaintiff(s)*<br>v.<br>BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-00337 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, 7490 OH-201, TIPP CITY, OHIO 45371

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph P. Ashbrook, Ashbrook Byrne Kresge, LLC, P.O. Box 8248, Cincinnati, Ohio 45249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/22/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOHN DOE NO. 1, et al., <br><br> *Plaintiff(s)* <br> v. <br> BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., <br><br> *Defendant(s)* | Civil Action No.  3:22-cv-00337 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LYDDA MANSFIELD, (In official capacity), 7490 OH-201, TIPP CITY, OHIO 45371

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joseph P. Ashbrook, Ashbrook Byrne Kresge, LLC, P.O. Box 8248, Cincinnati, Ohio 45249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/22/22                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOHN DOE NO. 1, et al.,<br><br>*Plaintiff(s)*<br>v.<br>BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-00337 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* LORI SEBASTIAN, (In official capacity), 7490 OH-201, TIPP CITY, OHIO 45371

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph P. Ashbrook, Ashbrook Byrne Kresge, LLC, P.O. Box 8248, Cincinnati, Ohio 45249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/22/22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| JOHN DOE NO. 1, et al., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22-cv-00337 |
| BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATALIE DONAHUE, (In official capacity), 7490 OH-201, TIPP CITY, OHIO 45371

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph P. Ashbrook, Ashbrook Byrne Kresge, LLC, P.O. Box 8248, Cincinnati, Ohio 45249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/22/22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| JOHN DOE NO. 1, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:22-cv-00337 |
| BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JACOB KING, (In official capacity), 7490 OH-201, TIPP CITY, OHIO 45371

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph P. Ashbrook, Ashbrook Byrne Kresge, LLC, P.O. Box 8248, Cincinnati, Ohio 45249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/22/22                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOHN DOE NO. 1, et al., <br><br> *Plaintiff(s)* <br> v. <br> BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-00337 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DANNY ELAM, (In official capacity), 7490 OH-201, TIPP CITY, OHIO 45371

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph P. Ashbrook, Ashbrook Byrne Kresge, LLC, P.O. Box 8248, Cincinnati, Ohio 45249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/22/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOHN DOE NO. 1, et al., <br><br> *Plaintiff(s)* <br> v. <br> BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-00337 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MATTHEW CHRISPIN, (In official capacity), 7490 OH-201, TIPP CITY, OHIO 45371

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph P. Ashbrook, Ashbrook Byrne Kresge, LLC, P.O. Box 8248, Cincinnati, Ohio 45249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/22/22

*Signature of Clerk or Deputy Clerk*