# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| John and Jane Doe No. 1, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-00337 |
| Bethel Local School District Board of Educatio, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                      .

Date:    11/29/2022                                             /s Julie E. Byrne
                                                                              *Attorney's signature*

                                                              Julie E. Byrne (0085174)
                                                              *Printed name and bar number*
                                                              PO Box 8248
                                                              Cincinnati, Ohio 45249

                                                              *Address*

                                                              jebyrne@ashbrookbk.com
                                                              *E-mail address*

                                                              (513) 827-1776
                                                              *Telephone number*

                                                              (513) 216-9882
                                                              *FAX number*