# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### DAYTON DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO: 3:22-cv-00337** |
| | : | |
| **PLAINTIFFS,** | : | **JUDGE MICHAEL J. NEWMAN** |
| | : | |
| **vs.** | : | |
| | : | |
| **BETHEL LOCAL SCHOOL DISTRICT** | : | |
| **BOARD OF EDUCATION, et al** | : | |
| | : | |
| **Defendants.** | : | |

---

## NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS

---

TO ALL PARTIES AND COUNSEL:

Please take notice that John A. Podgurski, Law Offices of John A. Podgurski, 9155 Chillicothe Road, Kirtland, OH 44094, hereby enters his appearance as trial cocounsel on behalf of Defendants Bethel Local School District Board of Education, and in named in their official capacity only Board of Education Members Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and in his official capacity only Superintendent Matthew Chrispin, in the above-referenced matter.

Respectfully submitted,

s/ John A. Podgurski
John A. Podgurski (0020923)
Co-Trial Counsel
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
(440) 256-2990
(440) 725-7570 (mobile)
*Co-Counsel for Defendants Bethel Local*
*School District Board of Education, and*
*in their official capacities only: Lydda*
*Mansfield, Lori Sebastian, Natalie Donahue,*

*Danny Elam, Jacob King, and Matthew Chrispin*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2022, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

Joseph P. Ashbrook
jpashbrook@ashbrookbk.com
Julie E. Byrne
jebyrne@ashbrookbk.com
Ashbrook Byrne Kresge, LLC
P.O Box 8248
Cincinnati, OH 45249
*Attorneys for Plaintiffs*

Lynnette Dinkler
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
*Attorney for Defendants Bethel Local*
*School District Board of Education, and*
*in their official capacities only: Lydda Mansfield,*
*Lori Sebastian, Natalie Donahue, Danny Elam,*
*Jacob King, and Matthew Chrispin*

I further certify that on the 12th day of December, 2022, I served the foregoing, via electronic mail, upon the following:

Nicholas Barry (pro hac vice)
Nicholas.barry@aflegal.org
America First Legal
611 Pennsylvania Ave, SE #231
Washington, DC 20003
*Attorney for Plaintiffs*

s/ John A. Podgurski
John A. Podgurski