UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN AND JANE DOE NO. 1, *et al.*,

    Plaintiffs,

vs.

BETHEL LOCAL SCHOOL DISTRICT
BOARD OF EDUCATION, *et al.*,

    Defendants.

Case No. 3:22-cv-337

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

## SCHEDULING ORDER

This case is before the Court following a telephone conference held on December 13, 2022 concerning Plaintiffs' motion for a preliminary injunction (Doc. No. 5) and Plaintiffs' motion for protective order (Doc. No. 3). Pursuant to the record of the phone conference and upon agreement of the parties' counsel, this case shall proceed as follows:

| | | |
|---|---|---|
| 1. | AT&T phone conference concerning Plaintiffs' motion for a protective order:<br><br>Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference. | **December 21, 2022 at 3:00 p.m.** |
| 2. | Defendants' memorandum in response to Plaintiffs' motion for a preliminary injunction: | **January 9, 2023** |
| 3. | Plaintiffs' reply in support of their motion for a preliminary injunction: | **January 23, 2023** |
| 4. | Hearing on Plaintiffs' motion for a preliminary injunction:<br><br>This hearing shall take place in Courtroom 4, Walter H. Rice U.S. | **February 7, 2023 at 9:30 a.m.** |

| Federal Bldg. & Courthouse, 200 W. 2nd St., Dayton, Ohio. | |

**IT IS SO ORDERED.**

December 13, 2022  s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge