# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **JOHN AND JANE DOE NO. 1, et al.,** | CASE NO.  3:22-CV-00337 |
| Plaintiffs, | JUDGE MICHAEL J. NEWMAN |
| vs. | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | MOTION FOR ADMISSION *PRO HAC VICE* |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Joseph P. Ashbrook, trial attorney for Plaintiffs, in the above-referenced action, hereby moves the court to admit Nicholas Barry *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs.

Movant represents that Nicholas Barry is a member in good standing of the highest court of the State of Tennessee as attested by the accompanying certificate from that court and that Nicholas Barry is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Nicholas Barry's relevant identifying information is as follows:

Business telephone: (615) 431-9303          Business fax: (513) 216-9882

Business address: America First Legal Foundation
                  611 Pennsylvania Ave, SE #231
                  Washington, DC 20003

Business e-mail address: nicholas.barry@aflegal.org

Dated: December 14, 2022

    Respectfully submitted,

    s/ Joseph P. Ashbrook
    Joseph P. Ashbrook (0091279)
    Julie E. Byrne (0085174)
    Ashbrook Byrne Kresge, LLC
    PO Box 8248
    Cincinnati, Ohio 45249
    Tel: (513) 582-7424
    Fax: (513) 216-9882
    jpashbrook@ashbrookbk.com
    jebyrne@ashbrookbk.com

    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2022, I served a true and correct copy of the foregoing by email on the following:

Lynnette Dinkler
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419

John A. Podgurski
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
(440) 256-2990
(440) 725-7570 (mobile)

*Attorneys for Defendants*

                                                    s/ Joseph P. Ashbrook
                                                    Joseph P. Ashbrook