Regular Meeting Minutes            Auditorium
Bethel Board of Education            7:00P.M.
<u>Monday, June 10, 2019</u>

The Board of Education met in a Regular meeting on Monday, June 10, 2019 in Elementary Auditorium with Board President Jacob King presiding

**Roll Call**
Present: Mr. King, Mrs. Reese, Mr. Wright, Mrs. Sebastian, Mr. Elam
Absent: Miss Miller

**Additions to Agenda (if needed)**
    Please see Superintendent's Report item #'s:
        1- New Certified Staff
        2- Supplemental Employment

**Review of Old Business**
    Gym Floors

**Administrative Reports**
Superintendent's Report
Gifted Program-Natisha Wilson

**Hearing of the Public Regarding Agenda Items**
Rachel Kiplinger asked about #10 under the Treasurer's Report.

**Communications, Meetings, Announcements**

| | | |
|---|---|---|
| June 25 | - | Board of Education Work Session-5:00 pm –Auditorium |
| July 4 | - | HOLIDAY-Central Office Closed |
| July 5 | - | Central Office Closed |
| July 8 | - | Board of Education Regular Meeitng-7:00 pm – Auditorium |
| July 8 | - | Hearing of the Public regarding re-hire of Brett Brookhart |
| July 29 | - | Board of Education Retreat |
| July 30 | - | Board of Education Work Session -5:00 pm-Auditorium |

**Treasurer's Items Requesting Board Action**
**2019-134**

Motion by: Mr. Elam to place items from the treasurer's report on the consent calendar

1. Motion to approve the following minutes:
    May 13, 2019    Regular Meeting
    May 28, 2019    Work Session Meeting

2. The Bethel Board of Education to approve the Payment of Bills:

3. The Bethel Board of Education approves the monthly financial reports as prepared by the Treasurer.

4. The Bethel Board of Education approves the following appropriation changes:

| | | |
|---|---|---|
| 001 | General Fund | (92,200.00) |
| 006 | Food Service | 18,000.00 |
| 009 | Uniform School Fees | 4,150.00 |
| 016 | Substitute Levy | (24,000.00) |
| 200 | Student Activity | 3,183.59 |

1

BOE 277

| 300 | District Activity Fund | 4,350.00 |
| 516 | IDEA-B | 18,644.52 |
| 572 | Title I | 10.03 |
| | TOTAL | (70,861.86) |

5. The Bethel Board of Education to approve the following temporary appropriations FY'20:

| 001 | General Fund | 12,895,812 |
| 002 | Bond Retirement | 1,379,663 |
| 003 | Permanent Improvement | 302,969 |
| 006 | Food Service | 236,200 |
| 007 | Special Trust | 3,666 |
| 008 | Endowment | 1,500 |
| 009 | Uniform School Fees | 60,900 |
| 016 | Emergency Levy | 575,009 |
| 018 | Public School Support | 62,950 |
| 200 | Student Activity | 34,125 |
| 300 | District Activity Fund | 111,075 |
| 516 | IDEA-B | 200,000 |
| 551 | Title III-LEP | 15,000 |
| 572 | Title I | 60,000 |
| 590 | Title II-A | 20,000 |
| 599 | Misc. Federal | 10,000 |

6. The Bethel Board of Education gratefully accepts the following donations:

   Muse Machine Fund from C. Ricker         $750.00

7. The Bethel Board of Education to approve school fees for FY19-20:

### ELEMENTARY

| Kindergarten | $29.00 |
| 1st Grade | $34.00 |
| 2nd Grade | $45.00 |
| 3rd Grade | $49.00 |
| 4th Grade | $57.00 |
| 5th Grade | $54.00 |

### MIDDLE SCHOOL

| | 6th | 7th | 8th |
|---|---|---|---|
| English/Reading | $ 10.00 | $ 10.00 | $ 10.00 |
| Math Workbook | $ 10.00 | $ 10.00 | $ 10.00 |
| Handbook/Agenda | $ 5.00 | $ 5.00 | $ 5.00 |
| Art | $ 7.00 | $ 7.00 | $ 20.00 |
| Social Studies | $ 8.00 | $ 15.00 | - |
| Science Fee | $ 15.00 | $ 15.00 | $ 15.00 |
| Technology Fee | $ 7.00 | $ 7.00 | $ 7.00 |
| Band | $ 5.00 | $ 5.00 | $ 5.00 |
| Choir | $ 5.00 | $ 5.00 | $ 5.00 |
| Copier/Printer/Paper use | $ 6.00 | $ 6.00 | $ 6.00 |
| Lab Skill Class | - | - | $ 5.00 |
| Tech Class | $ 7.00 | $ 7.00 | - |
| Mulit-Media Class | - | - | $ 8.00 |

BOE 278

### HIGH SCHOOL

| | |
|---|---|
| Copier/Printer/Paper use | $ 6.00 |
| Handbook/Agenda | $ 5.00 |
| AP Biology | $ 40.00 |
| Biology | $ 15.00 |
| Chemistry | $ 20.00 |
| AP Chemistry | $ 40.00 |
| Human Anatomy | $ 30.00 |
| Art 1 | $ 20.00 |
| Art 2 | $ 30.00 |
| Art 3 | $ 30.00 |
| Art 4 | $ 30.00 |
| HS Choir | $ 10.00 |
| Senior Class Fee | $ 40.00 |
| Parking Pass Fee | $ 25.00 |
| Accounting | $ 25.00 |
| Marching Band/Concert Band | $ 70.00 |

9. Approval of School Lunch prices for FY 19-20:

| | |
|---|---|
| Elementary | $2.75 |
| Middle School | $3.00 |
| High School | $3.00 |
| All Adults | $3.75 *(see attachment) |
| Milk | $0.40 |

10. Approval of Resolution:

    The Bethel Board of Education to approve a resolution declaring the necessity of raising $1,663,246 annually for school district purposes

  The Board of Education of the Bethel Local School District, County of Miami, Ohio, met in regular session at 7:00 p.m., on the 10th day of June, 2019, at Bethel Local Schools, Tipp City, Ohio, with the following members present:

Mrs. Sebastian moved the adoption of the following resolution:

### BETHEL LOCAL SCHOOL DISTRICT

### RESOLUTION NO. 133

RESOLUTION DECLARING THE NECESSITY OF RAISING $1,663,246 ANNUALLY FOR SCHOOL DISTRICT PURPOSES

  WHEREAS, the School District is currently levying a three quarters of a percent (0.75%), five year income tax approved by the voters of the District on November 4, 2014 for the purpose of providing for the current operating expenses of the School District, with the last collection being in 2020.

BOE 279

WHEREAS, the Board of Education desires to renew the school district income tax at the November 5, 2019 election.

BE IT RESOLVED by the Board of Education of the Bethel Local School District (the "School District"):

SECTION 1. That pursuant to the provisions of Section 5748.02 of the Ohio Revised Code as enacted in Substitute Senate Bill 28 of the 118th General Assembly (the "Act"), and as amended, it is necessary to raise $1,663,246 for school district purposes (as defined in the Act). The income that is to be subject to the tax is taxable income of individuals as defined in divisions E(1)(b) of Section 5748.01 of the Ohio Revised Code.

SECTION 2. That pursuant to such Section 5748.02, this board of education hereby applies to the Tax Commissioner of the Ohio Department of Taxation to estimate the property tax rate that would have to be imposed by the School District in the current year to produce the amount set forth in SECTION 1 hereof and to estimate the income tax rate that would have had to have been in effect for the current year as a school district income tax to produce the amount set forth in SECTION 1 hereof. This resolution is adopted in anticipation of placing the question of renewing the income tax at the election on November 5, 2019. Said tax, if approved by the electros, will be effective January 1, 2021.

SECTION 3. That the treasurer of this board is hereby directed to certify immediately to the Tax Commissioner of the Ohio Department of Taxation a copy of this resolution.

SECTION 4. That it is found and determined that all formal actions of this board of education concerning and relating to the adoption of this resolution were adopted in an open meeting of this board of education, and that all deliberations of this board of education, and of any of its committees that resulted in such formal action, were in meetings open to the public, in compliance with all legal requirements, including Section 121.22 of the Ohio Revised Code, and the rules of this board of education adopted in accordance therewith.

Mr. Wright seconded the motion, and the roll being called upon the question of adoption of the resolution the vote resulted as follows:

AYE: Mr. King, Mrs. Reese, Mr. Wright, Mrs. Sebastian, Mr. Elam

NAY: none

ADOPTED this 10th day of June, 2019.

_____
Treasurer

12. Approval of Property and Liability Insurance:

>The Bethel Board of Education to approve coverage proposal for FY 2019-2020 from Ohio School Plan in the amount of $44, 609.

13. Approval of Athletic Fees:

>The Bethel Board of Education to approve family cap for FY 19-20.

>Middle School participation fee-$75 per sport per child with a family cap of $400 for the year in all activities.
>High School participation fee-$150 per sport per child with a family cap of $400 for the year in all activities.

BOE 280

Seconded by: Mrs. Reese
Roll Call: Ayes: Mr. King, Mrs. Reese, Mr. Wright, Mrs. Sebastian, Mr. Elam
Nays: none
Motion carried: 5-0

**Discussion:** Mrs. Sebastian thanked Mr. Hattery for his work. Mr. King also thanked Mr. Hattery.

**2019-135**
Motion by: Mrs. Sebastian to adopt consent calendar from Treasurer's Report
Seconded by: Mr. Wright
Roll Call: Ayes: Mr. King, Mrs. Reese, Mr. Wright, Mrs. Sebastian, Mr. Elam
Nays:
Motion carried: 5-0

**Information from the Treasurer**
Mr. Hattery didn't have anything additional to report.

**Superintendent's Items Requesting Board Action**
**2019-136**

Motion by: Mr. Wright to place items as amended from the superintendent's report on the consent calendar.

1. One Year Limited Contracts for New Certified Staff:

   Upon the recommendation of the Bethel Superintendent, a one year limited contract, with up to 10 years of experience, will be issued to the following individual (pending required certification and experience verification) for the 2019-2020 school year.

   Donna Morua-MS/HS Intervention Specialist
   Michael Purvis-MS/HS Intervention Specialist
   Carrie Livesay-1st Grade Elementary Teacher
   Caroline Lawson-MS Art Teacher
   Amanda Hughes-Spanish K-12

2. Supplemental Employment:

   The Bethel Board of Education accepts the recommendation of approval for the following individuals for school year 2019-2020 advisory positions and volunteers commensurate with the supplemental negotiated agreement (pending Pupil Activity certification, FBI/BCI verification and drug screening results):

| Dru Bescoe | Saturday School monitor |
|---|---|
| Dru Bescoe | Resident Educator Mentor |
| Dru Bescoe | Head Girls' Soccer Coach |
| Traci Brewer | Newspaper advisor |
| Traci Brewer | Yearbook advisor |
| Traci Brewer | Senior Class advisor |
| Brett Brookhart | Saturday School monitor |
| Brett Brookhart | Boys' Golf Coach |
| Regan Butler | Saturday School monitor |
| Mark Clute | Academic Team advisor |
| Mark Clute | National Honor Society advisor |
| Mark Clute | Saturday School monitor |
| Mark Clute | Head Cross Country Coach |
| Mark Clute | Assistant AD-Winter |
| Mark Clute | Head Coach Boys' Track |
| Antwan Derrick | Volunteer- 8th Girls' Basketball |
| Josh Garlough | Assistant JV Boys' Soccer Coach |
| Mindy Gatrell | Junior Class advisor |

5

| | |
|---|---|
| Mindy Gatrell | Resident Educator Mentor |
| Chase Goulette | Summer Weight Room |
| Chad Gray | JV Girls' Basketball Coach |
| Bob Hamlin | Head Boys' Soccer Coach |
| Gene Karn | Assistant JV Girls' Soccer Coach |
| Dennis Lawson | 8th Grade Girls' Basketball Coach |
| Judy Lawson | Saturday School monitor |
| Kristen Owens | Saturday School monitor |
| Ed Quincel | Girls' Golf Coach |
| Heather Reittinger | Summer Weight Room |
| Heather Reittinger | Assistant AD-Fall |
| Katie Smith | Drama advisor (fall) |
| Tyler Spears | Instrumental Music |
| Tyler Spears | Drama advisor (spring) |
| Corey Steinke | Varsity Girls' Basketball Coach |
| Dana Tingley | Swimming Head Coach |
| Haley Urschel | Assistant Swimming Coach |
| Connor Whelan | Volunteer-Swimming |
| Amanda Weikert | Varsity Cheer Coach |
| Lara Wolford | Vocal high school advisor |
| Lara Wolford | Muse Machine advisor |
| Lara Wolford | Flag Corp advisor |
| Brett Kopp | Varsity Boys' Basketball Coach |
| Geoff Springer | Volunteer Basketball Coach |
| Keith Moore | JV Head Basketball Coach |
| Charley Houck | 8th Grade Boys Basketball Coach |
| Brian Firstenberger | 7th Grade Boys Basketball Coach |
| Melinda Campbell | Math Club Coordinator |
| Holly Mills | Math Club Coach |
| Cyndi Parrish | Math Club Coach |
| Julie Lawson | Math Club Coach |
| Anna Sampson | Math Club Coach |
| Bryan Mullen | Math Club Coach |
| Melissa Kalt | Math Club Coach |
| Sarah McDaniel | Math Club Coach |
| Cyndi Parrish | Saturday School Monitor |
| Jaime Strobridge | Saturday School Monitor |
| Anna Sampson | Saturday School Monitor |
| Megan Baker | Saturday School Monitor |
| Tara Judge | Saturday School Monitor |
| Melissa Kalt | Saturday School Monitor |
| Megan Baker | Resident Educator Mentor |
| Melissa Kalt | Resident Educator Mentor |
| Christina Randall | Resident Educator Mentor |
| Cyndi Parrish | Home Instruction Tutor |
| Allison Sherick | Home Instruction Tutor |
| Julie Lawson | Student Council Elementary |
| Lara Wolford | Elementary Vocal Music |
| Lara Wolford | MS Drama |
| Chris Endres | Washington D.C. Coordinator |
| Alisha Gross | Science Fair Coordinator |
| Molly Haun | Saturday School Monitor |
| Leah Larkins | MS Student Council Advisor |
| Shannon Montgomery | Saturday School Monitor |
| Heather Reittinger | Resident Educator Mentor |
| Heather Reittinger | Math Club Advisor |
| Barb Seebach | Saturday School Monitor |
| Barb Seebach | Resident Educator Mentor |

BOE 282

| Barb Seebach | Home Instruction Tutor |
|---|---|
| Barb Seebach | Power of the Pen |

3. Approval of Certified staff for Independent Study at a one-time stipend of $250.00 per semester. The Bethel Board of Education to approve the following individual(s) for Independent Study.

   Corey Steinke- Health-1 semester
   Mandy Chmiel-Spanish-2 semesters

4. Approval of Classified staff:

   The Bethel Board of Education to approve the following individual(s) for school year 2019-2020 for a two (2) year contract:

   | Amy Allen | Secretary (11-12 months) |
   |---|---|
   | Della Felton | Secretary (11-12 months) |
   | Nicole Hull | Bus Driver |
   | Nicole Hull | Cashier/Cook Asst. |
   | Gwindola Ison | Bus Aide |
   | Hope McKenzie | Kitchen Aide |
   | Randy Morgret | Bus Driver |
   | Melissa Rhoades | Bus Driver |
   | Robert Shadowens III | Bus Driver (Step 2) |
   | Nicole Mayes | Accounts Payable |

5. Approval of Classified staff for school year 2019-2020 for a one (1) year contract:

   The Bethel Board of Education to approve the following individual(s) for school year 2019-2020 for a one (1) year contract:

   | Tricia Moore | Health Care Clinician |
   |---|---|
   | Melissa Reynolds | Health Care Clinician |

8. Approval for Summer School teacher:

   The Bethel Board of Education to approve the following individual(s) for summer school instructor with dates of June 21, 2019 to July 10, 2019.

   Nathan Clark @ $25.12/ hour

9. Approval of Resignation (s):

   The Bethel Board of Education to approve the following resignation:

   Jared Shafer. Maintenance/Grounds, effective June 12, 2019
   Julia Mohler, MS teacher
   Amanda Weikert-MS teacher

BOE 283

10. Approval of Fiscal Consultant:

    The Bethel Board of Education to approve the following individual as a Fiscal Consultant for SY 2019-2020 on an as needed basis.

    Lynn Serra @ $30.00/hour

11. Approval for Leave of Absence:

    The Bethel Board of Education to approve a leave of absence for *Jaime Strobridge* per the attached letter.

12. Summer Employment:

    The Bethel Board of Education to approve the following individuals for summer employment as needed during Summer 2019.

    Stephen (Ryan) Santo @ $10.00/hour
    Nicholas Schmidt @ $10.00/hour
    Olivia Reittinger @ $10.00/hour

13. Approval of Contract Services:

    The Bethel Board of Education to approve the contract services with Elliott Precision Coating, LLC for bus mechanic service @ $50,000 per year for FY 19-20 and FY 20-21. (see attached)

14. Approval of District Records Commission:

    The Bethel Board of Education to approve disposition of records per Schedule of Records Retention and Disposition by Auditor of State.

15. Approval of revision to Board Policy, Section 400, Classified Staff, LEAVE AND ABSENCES (2nd Reading)

    The Bethel of Education to approve the revision of Board Policy regarding LEAVE AND ABSENCES (see attached).

**Discussion**: Mrs. Reese asked about the following: Scott Clodfelter, summer school and why are we having it, line #13-contract with Elliot Precision Coating, and to pull lines 6 and 7 and vote on each separately. The clarification as to why we approved a summer school teacher is because we are required to have one for our summer school students even though they do not come on campus. The contract with Elliott Precision Coating had some inconsistencies across the bid because some paint items were missing such as crosswalks and "stop" verbiage.

**2019-137**
Motion by: Mrs. Sebastian to adopt the amended consent calendar from Superintendent's Report
Seconded by: Mr. Wright
Roll Call: Ayes: Mr. King, Mrs. Reese, Mr. Wright, Mrs. Sebastian, Mr. Elam
Nays:
Motion carried: 5-0

BOE 284

**2019-138**
Motion by: Mr. Elam
Seconded by: Mr. Wright
Roll Call: Ayes: Mr. King, Mr. Wright, Mrs. Sebastian, Mr. Elam
Nays: Mrs. Reese
Motion carried: 4-1
**Discussion:** Mrs. Reese stated she doesn't feel a second maintenance person is needed.

    6. Approval of Substitute Classified Staff

        The Bethel Board of Education to approve the following individual(s) as a substitute pending FBI/BCI and drug screening checks:

            Ryan Lowe, Maintenance/Grounds from June 10, 2019 to June 30, 2019 @ Step 2 on the Classified Salary Schedule.

**2019-139**
Motion by: Mrs. Sebastian
Seconded by: Mr. Elam
Roll Call: Ayes: Mr. King, Mr. Wright, Mrs. Sebastian, Mr. Elam
Nays: Mrs. Reese
Motion carried: 4-1
**Discussion:** Mrs. Reese stated she doesn't feel a second maintenance person is needed.

    7. Approval of Classified Staff

        The Bethel Board of Education to approve the following individual(s) pending FBI/BCI and drug screening checks for school year 2019-2020.

            Ryan Lowe, Maintenance/Grounds @ Step 2 on the Classified Salary Schedule.

**Information from the Superintendent**
Mrs. Potter didn't have anything additional to report

**Board Report**
Mrs. Sebastian thanked all who were involved with graduation. She also wanted to wish the best to Ms. Mohler and Ms. Weikert. Mr. King agreed with Mrs. Sebastian's statement. Mr. King asked when the facility committee would start up again? Mrs. Reese stated that it would be in August. Mrs. Reese also shared that she met with Mr. Firks and they toured the buildings and went over recommendations from the facility committee.

**Hearing of the BEA President**
Mrs. Brewer shared she is ready to enjoy summer.

**Hearing of the Public**
President Mr. King called for the Hearing of the Public regarding agenda items, to which there was no response.

**Adjournment**
**2019-140**
Motioned by: Mr. Elam to adjourn the meeting.
Seconded by: Mrs. Reese
Roll Call: Mr. King, Mrs. Reese, Mr. Wright, Mrs. Sebastian, Mr. Elam
Nays:
Motion carried: 5-0

Meeting adjourned at 8:18 PM

BOE 285

**NOTE:**
If an executive session is required, it may be placed anywhere in the order of the agenda but often comes at the beginning or at the end. It is often anticipated in advance that an executive session will be necessary, but the Board may call for such should the occasion arise even though it does not appear on the prepared agenda. Executive sessions are permitted for certain specified situations. Only discussion may take place on-site in executive sessions. Voting must be done in an open meeting.

_____ Treasurer

_____ President

| | |
|---|---|
| **Work Session/Regular Meeting Minutes** | 1 |
| **Bethel Board of Education** | HS Library |
| <u>Tuesday, November 26, 2019</u> | <u>5:00 P.M.</u> |

The Board of Education met in a Work Session/Regular meeting on Tuesday, November 26, 2019 in the high school library with Board President Jacob King presiding.

### ROLL CALL @ 5:02 PM
Present: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Wright, Mr. Elam

### ADDITIONS TO AGENDA (if needed)

### HEARING OF THE PUBLIC REGARDING AGENDA ITEMS
President Mr. King called for the Hearing of the Public regarding agenda items, to which there was no response.

### ITEMS FOR DISCUSSION
► Board member's email address
  There was discussion about having the Board use a district email for district business. Having a district email would help with legality, record retention, and be consistent. The Board asked to move forward with board emails on the district domain.
► Lunch payment fix (go negative)
  The Board discussed how to fix when a student does not have sufficient funds to purchase lunch. The Board is looking at ways to correct and what would be the easiest and efficient way. The Board asked the Treasurer to contact Pay Schools to see what can be set up.
► Create an account that community members can donate for lunches
  The Board asked what policy is over providing meals for those students who cannot purchase one. The Board asked if more than a sandwich can be provided.
► Status of legal opinion on PTO and school (gift cards to teachers, collecting funds)
  Mr. Hattery provided an update on legal opinion over subject.
► Phase out or repurpose student parking fees for 20-21 or allowing students to "raffle off" for a designated spot and to decorate for the year (school appropriate) if the fee stays the same
  Mrs. Reese liked the idea about decorating but would keep the fee as currently established. Driving is a privilege. Mr. Wright asked what does Tipp City do and suggested we follow it since it has been in existence for some time.
► Phase out or repurpose of student participation fees for 20-21
  Mr. Hattery stated monies could be earmarked for future capital projects. Mr. King stated these fees are a "backdoor tax", paying for something in the future. Should ask for more through property taxes. Mrs. Sebastian was concerned with lowering revenues generated from athletic participation fees right now when we have enrollment growth, and we don't know the kinds of expenses the next phase of building will incur. She was also concerned eliminating fees might cause swells in certain sports (like track) and create unforeseen supervision issues. Mrs. Sebastian felt student athletic participation fees should remain the same until we have a better handle on the building project. Mr. Elam does not like the earmarking idea. He does not like participation fee. The fee was established originally because of the status of the economy. Mr. Wright suggested that a compromise be done. The Board agreed and will vote to lower participation fees for next school year in the spring/summer.
► Fundraisers: limiting inside the school teams/organizations to a maximum of two (2) fundraisers per year. For example: athletic teams can run a youth camp and also a traditional fundraiser. The idea behind the youth camp is to promote the program, encourage interest and use it as a way to fundraise for the program. This will not include PTO or Athletic Boosters. It would also be a good idea to have the board approve all fundraisers to be aware of what is being held inside and outside of the school if groups are going to use our school name to promote it. Mr. Wright stated we need to get ahold of what the need/want is for fundraisers. Mrs. Sebastian asked for monthly financial information for school-related organization be a suggestion for the Board to receive. Mr. King suggested a work session with a focused talk with school related organizations over fundraisers.
► Board Policy on tobacco use
  Mr. King asked what does it mean to be tobacco free? Mr. Wright stated that the key work in free is "use".
► Farm land rental

1

BOE 287

| | |
|---|---|
| **Work Session/Regular Meeting Minutes** | 2 |
| **Bethel Board of Education** | **HS Library** |
| Tuesday, November 26, 2019 | 5:00 P.M. |

Mr. Hattery provided update on agreement. Need to look into the house agreement to see when it is up for renewal. Current land agreement ends December 31, 2020.
▶ Student Board representatives (2)
▶ Finance committee update

### BOARD REPORT
### 2020-63

Motion by: Mr. King to approve the Resolution to BP#4120.

    1. Approval of Resolution to Board Policy 4120-Employment of Classified Staff:

        The Bethel Board of Education to approve the Resolution to Board Policy 4120- Employment of Classified Staff.

WHEREAS, our current Policy 4120, entitled EMPLOYMENT OF CLASSIFIED STAFF, contains certain language that is more restrictive than Ohio Revised Code Statutory Requirements; and

WHEREAS, there are certain inconsistencies contained in this Policy which need to be addressed; and

WHEREAS, this Board intends to fully review the contents of this Policy to ensure that our Administrative staff can recommend the best candidates for positions in our District; now, therefore

BE IT RESOLVED, that in accordance with our Bylaws, specifically Policy 0131, operation of Board Policy 4120 is hereby suspended, until such time as our Administrative Staff and review and make recommendations for necessary;

BE IT FURTHER RESOLVED, that during the interim period, all employment of classified staff shall be in accordance with and consistent with the requirements of Ohio and Federal Statutes.

Seconded by: Mr. Elam
Roll Call: Ayes: Mr. King, Mrs. Sebastian, Mr. Wright, Mr. Elam
Nays: none
Abstain: Mrs. Reese
Motion carried: 4-0

### Superintendent's Items Requesting Board Action
### 2020-64

Motion by: Mr. Wright to accept Mr. King's request to have item #1 voted on separately from Superintendent's
       items requesting Board action.

Seconded by: Mrs. Reese
Roll Call: Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Wright, Mr. Elam
Nays: none
Motion carried: 5-0

Motion by: Mr. Wright to place items from the superintendent's report on the amended consent calendar.

    1. Approval of Classified Staff:

        The Bethel Board of Education to approve the following individual(s) for the 2019-2020 school year pending FBI/BCI background check and drug screening.

| | |
|---|---|
| **Work Session/Regular Meeting Minutes** | 3 |
| **Bethel Board of Education** | **HS Library** |
| Tuesday, November 26, 2019 | 5:00 P.M. |

        Robert Hall, 1st shift custodian @ $15.69/hour
        Anna Durst, 1st shift custodian @ $15.07 /hour
        Melissa Rhoades, 2nd shift custodian @ $15.00/hour
        Frank Smith, 2nd shift custodian @ $15.00/hour
        Derek Swangim, 2nd shift custodian @ $15.32/hour

Seconded by: Mr. Elam
Roll Call: Ayes: Mr. King, Mrs. Sebastian, Mr. Wright, Mr. Elam
Nays: none
Abstain: Mrs. Reese
Motion carried: 4-0

**Superintendent's Items Requesting Board Action**
**2020-65**

Motion by: Mr. Wright to place items from the superintendent's report on the amended consent calendar.

    2. Supplemental Employment:

        The Bethel Board of Education accepts the recommendation of approval for the following Individual for school year 2019-2020 advisory positions and volunteers commensurate with the supplemental negotiated agreement (pending Pupil Activity certification, FBI/BCI verification and drug screening results):

        Brooke Lee, Varsity Swim Coach

    3. Approval of updated Board Policies, update Vol. 38, No.1 August 2019 (Second Reading)

        BP1310 Employment of the Treasurer, PB1340 Non-Reemployment of Treasurer, BP2431 Interscholastic Athletics, BP 5113.02 School Choice Options, BP5200 Attendance, BP5230 Late Arrival and Early Dismissal, BP5350 Student Mental Health & Suicide Prevention, BP5460 Graduation Requirements, BP7300 Disposition of Real Property/Personal Property, BP7440.03 Small Unmanned Aircraft systems, BP 8400 School Safety, BP8462 Student Abuse and Neglect, BP8500 Food Service, BP1615 Use of Tobacco by Administrator, BP3215 Use of Tobacco by Professional Staff, BP4215 Use of Tobacco by Classified Staff, BP5512 Use of Tobacco, and BP7434 Use of Tobacco on School Premises. BP6000-District Cash Balance

Seconded by: Mrs. Reese
Roll Call: Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Wright, Mr. Elam
Nays: none
Motion carried: 5-0

**Discussion:**
Mrs. Reese asked if the new coach had all the required credentials.

**2020-66**
Motion by: Mrs. Sebastian to adopt the amended consent calendar from Superintendent's Report
Seconded by: Mr. Elam
Roll Call: Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Wright, Mr. Elam
Nays: none
Motion carried: 5-0

**Information from the Superintendent**
Mr. King and Mrs. Reese thanked Mr. Firks for the work done in preparing for the strategic plan process.

BOE 289

**Work Session/Regular Meeting Minutes**                          4
**Bethel Board of Education**                                HS Library
**Tuesday, November 26, 2019**                             5:00 P.M.

**EXECUTIVE SESSION**
**2020-67**

Mrs. Sebastian moved to enter an executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing and to discuss matters required to be kept confidential by federal law or rules or state statutes.

Seconded by: Mrs. Reese

The Board entered an executive session at 7:34 PM
       The following members answered roll call:
            Mr. King, Mrs. Reese, Mr. Wright, Mrs. Sebastian, Mr. Elam
       The Board re-entered regular session at 8:14 PM

**HEARING OF THE PUBLIC**
President Mr. King called for the Hearing of the Public to which there was no response

**ADJOURNMENT**
**2020-68**

                                                ..r. ..ight, Mr. Elam

Nays: none
Motion carried: 5-0

Meeting adjourned at 8:15 pm

NOTE: If an executive session is required it may be placed anywhere in the order of the agenda, but often comes at the beginning or at the end. It is often anticipated in advance that an executive session will be necessary, but the board may call for such should the occasion arise, even though it does not appear on the prepared agenda. Executive sessions are permitted for certain specified situations. Only discussion may take place in executive sessions. Voting must be done in an open meeting.

_____ Treasurer
_____ President

**Board of Education Regular Meeting Monday, August 10, 2020**

1. Roll Call

. Call to Order 7:04 pm

B. Roll Call
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

2. Additions to the Agenda

A. Section 10, item B-Correction in Educational Degree Status

3. Review of Old Business

4. Hearing of the Public regarding Agenda Items

Mr. King called for the Hearing of the Public regarding agenda items, to which there was no response.

5. Administrative Reports
A. Elementary Principal-Jodi Petty
B. Middle School Principal-Tim Zigler
C. High School Principal-Barrett Swope

6. Superintendent-Justin Firks
Mr. Firks provided an update on the number of students enrolled in Option C (online learning) based on registration requests received.

7. Important Dates of the District

<u>**2020-21**</u>
8. Treasurer's Items Requesting Board Action

..otion by: Mrs. Mansfield to place items from the treasurer's report on the consent calendar.

A. Approval of Minutes
The Bethel Board of Education to approve meeting minutes for July 7, 2020.

B. Approval of Minutes
The Bethel Board of Education to approve the meeting minutes for July 13, 2020.

C. Approval of Minutes
The Bethel Board of Education to approve the meeting minutes for July 22, 2020.

D. Payment of Bills
The Bethel Board of Education approve payment of bills.

E. Monthly Financial Report
The Bethel Board of Education to approve monthly financial report.

F. Repayment of Advance
The Bethel Board of Education to approve the following repayment of advance.

| From | To | Amount |
|---|---|---|
| HS Musical (300-9365) | General Fund (001) | $820.00 |

G. Transfer of Funds
The Bethel Board of Education to approve the following transfers.

| From | To | Amount |
|---|---|---|
| Class of 2019 (200-9319) | HS Yearbook (300-9390) | $1,200.00 (upon Tax Commissioner approval) |
| Class of 2019 (200-9319) | Class of 2021 (200-9321) | $572.94 |
| General Fund (001) | Unclaimed Funds (022-9210) | $7,945.32 |

BOE 291

H. Approval of Transfer Resolution
The Bethel Board of Education to approve the following transfer resolution.
Resolution to approve the transfer of $1,133.48 from fund 022-9210 Unclaimed Monies Fund to Fund 001 0000 General Fund. The Unclaimed Monies Fund accounts for unclaimed funds for the district. Per Ohio Revised Code 9.39, the funds are not claimed within a period of five years, the money shall revert to the general fund of the public office. Funds from January 2013 to November 2014 only have been included for this transfer.

I. Approval of Contract
The Bethel Board of Education to approve the following contract.
Heritage Cooperative - (Propane)

Seconded by: Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Motion carried-5-0

Discussion: Mr. King expressed his gratitude for the new propane contract and thanked Mr. Hattery for looking out for the school district's dollars. Mr. King also thanked Mr. Hattery for his work regarding the refinancing of the district bonds.

**2020-22**
Motion by: Mrs. Sebastian to adopt consent calendar with items from the treasurer's report.
Seconded by: Mrs. Reese
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Motion carried: 5-0

9. Information from the Treasurer
Mr. Hattery informed the Board of additional Coronavirus Relief Federal Funds to be received. Mr. Hattery also informed the Board of the online auction link for obsolete District assets is now live and available to view.

**2020-23**
10. Superintendent's Items Requesting Board Action

Motion by: Mrs. Reese to place items from the superintendent's report on the consent calendar.

A. Approval of Addendum to Employment Contract
The Bethel Board of Education to approve the addendum to the employment contract of Assistant Treasurer of Bethel Local Schools as presented for the 20-21 and 21-22 school year.

B. Approval of Change in Educational Degree Status
The Bethel Board of Education to approve the following individual(s) for change in educational degree status.

Lauren Duhan, Bachelor's +150 to Master's, 0 years' of experience.

Correction for Kelsey Garwood, approved for Bachelor's, has Bachelor's +150

C. Approval of Gate Worker's compensation
The Bethel Board of Education to approve gate worker compensation rate of $12/hour for athletic events for the 20-21 school year.

Seconded by: Mrs. Mansfield
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Motion carried: 5-0

Discussion: Mrs. Sebastian thanked Ms. Mathis for her hard work for the District along with thanking the Treasurer's Department for their work issuing refunds for the Nashville trip and athletic fees. Mrs. Sebastian also thanked the staff listed who advanced in educational degree status changes.

**2020-24**
Motion by: Mr. Elam to adopt consent calendar with items from the superintendent's report.
Seconded by: Mrs. Sebastian
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Motion carried: 5-0

11. Information from the Superintendent
Mr. Firks informed the Board of technical changes to Board policies regarding updating the compliance officer. An update is needed due to change in staff. No action is required from the Board.

BOE 292

12. Board Report

Mrs. Reese provided an update on the most recent facility committee meeting. There will be another meeting on Monday, August 24, 2020 at 5:00 pm. Mr. King made a statement on behalf of the Board regarding the re-opening plan.

13. Hearing of the BEA President

Mrs. Brewer read a statement asking the Board to consider approving non-sport supplementals with a list of 13 that were presented.

14. Hearing of the Public

A community member inquired about the handling of social distancing if the District received more enrollment.

A community member asked about preschool and the protocol that would be followed.

2020-25
15. Executive Session

Mrs. Mansfield moved to go into executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing.

Seconded by: Mrs. Sebastian

The Board entered Executive Session at 8:24 pm

The following members answered roll call:
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

The Board re-entered regular session at 9:05 pm

2020-26
16. Adjournment

Motion by: Mrs. Mansfield to adjourn the meeting.
Seconded by: Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Motion carried: 5-0

Meeting adjourned at 9:06 pm

_____ Treasurer

_____ President