**Board of Education Regular Meeting Monday, January 11, 2021**

1. Roll Call

Call to Order 7:20 PM

B. Roll Call
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

C. Pledge of Allegiance

2. Additions to the Agenda (if needed)

A. Possible New Agenda Item
**Board Report-Selection of option #2 and additional borings at school site and stadium site for consideration from the facility committee.**

3. Hearing of the Public regarding Agenda Items
President Mr. King called for the Hearing of the Public regarding agenda items, to which there was no response.

4. Administrative Reports

A. Elementary Principal- Jodi Petty

B. Middle School Principal-Tim Zigler

C. High School Principal-Barrett Swope

5. Superintendent-Justin Firks

Recognition of Board Members and Years of Service

6. Important Dates of the District

**2021-09**
Treasurer's Items Requesting Board Action

Motion by: Mrs. Reese to place items from the treasurer's report on the consent calendar.

A. Authorization for Treasurer to Request Advance Withdrawal of Funds
The Treasurer is authorized by the Bethel Board of Education to request advance withdrawal of taxes, as necessary, from the Miami County Auditor in calendar year 2021.

B. Authorization to Pay Bills as Due
The Treasurer is authorized by the Bethel Board of Education to process the payment of bills against invoices supported by approved purchase orders, with properly submitted vouchers, or in accordance with salaries and salary schedules approved by the Bethel Board of Education. The Treasurer will be responsible for ensuring that appropriate allocations are observed and that total expenditures do not exceed the amount allocated in the appropriations. The Board will receive lists of bills which have paid from school funds each month. The lists will be certified as correct and approved. Actual invoices, statements and vouchers will be available for inspection by the Board.

C. Authority to Invest Funds
The Treasurer is authorized by the Bethel Board of Education to invest Board of Education funds during calendar year 2021, in accordance with provisions of the Ohio Revised Code, said investments to be of such length, amount, and type as determined practical based on availability of funds.

D. Authorization for Payroll
The Treasurer is authorized by the Bethel Board of Education to pay all regular employees and substitute employees of the Bethel Board of Education the amounts due them, on bi-weekly basis, not to exceed 26 pays during calendar year 2021.

E. Approval of Minutes
The Bethel Board of Education to approve the following meeting minutes:
Work Session-December 1, 2020

F. Approval of Minutes
The Bethel Board of Education to approve the following meeting minutes:
Regular Meeting-December 14, 2020

Approval of Minutes
The Bethel Board of Education to approve the following meeting minutes:
December 21, 2020-Special Meeting

H. Approval of Payment of Bills

I. Approval of Monthly Financial Report

BOE 294

J. Approval of Amended Appropriations

| Fund | Description | Amount |
|------|-------------|--------|
| 018 | Public School Support | 400.00 |
| 9 | Other Local | 4,991.20 |
| 070 | Capital Projects | 95,500.00 |
| 200 | Student Activity | 12,271.55 |
| 300 | District Activity Fund | 3,450.00 |
| | Total | 116,612.75 |

K. Approval of Donations
The Bethel Board of Education gratefully accepts the following donations:

BW3 - $100 – Bethel Football
BW3 - $100 – Bethel Boys Basketball

L. Approval of New Funds
The Bethel Board of Education to approve the establishment of the following funds:

Tipp City Foundation - Easels and Tables - Fund 019-9158
Tipp City Foundation - Orff Percussions Elem - Fund 019-9159

M. Approval of Adoption of Resolution for Fiscal Year 2022 Budget
A resolution declaring that the Board of the Bethel Local School District has reviewed the documents and information prepared by the Chief Fiscal Officer of the Board for submission to the Budget Commission of Miami County, Ohio. In relation to the alternative tax document formal filing provided under section 5705.281 of the Ohio Revised Code and authorized by said commission for the fiscal year 2022, and that said body approves the same. (see attached

N. Approval of Dues
The Bethel Board of Education to approve the OSBA annual membership dues

OSBA Membership Dues $3,869

Approval of Resolution to Participate in OSBA Legal Assistance Fund
...e Bethel Board of Education to approve participation in OSBA Legal Assistance Fund for the calendar year 2021 at a cost of $250 for the year.

P. Approval of Certificate of Availability
Approval of Certificate of Availability Sinclair Community College – $8,038.71 - CCP Books

Seconded by: Mr. Elam
Roll Call Ayes: Mr. King. Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried-5-0

Discussion: Mrs. Sebastian thanked the companies for their donations. Mrs. Reese asked about the certificate of availability and if this was missed in error. Mr. Hattery stated that it was missed in error.

**2021-10**
Motion by: Mrs. Sebastian to place items from the treasurer's report on the consent calendar.
Seconded by: Mrs. Mansfield
Roll Call Ayes: Mr. King. Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

8. Information from the Treasurer

**2021-11**
9. Superintendent's Items Requesting Board Action

Motion by: Mrs. Sebastian to place amended items from the superintendent's report on the consent calendar.

A. Appoint Superintendent Purchasing Agent
The Bethel Board of Education agrees to the following appointment:

in M. Firks, Superintendent, is hereby appointed Purchasing Agent for Bethel Local Schools for calendar year 2021.

B. Appoint Standing Committee Members for 2021
The Bethel Board of Education agrees to the following appointments to Standing Committee Members for 2021:

OSBA Legislative Liaison-Mr. Elam
MVCTC Liaison-Mrs. Mansfield

Mrs. Reese moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing and to discuss specialized details of security arrangements.

e Board entered an executive session at 8:40 PM
    The following members answered roll call:
        Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

The Board re-entered regular session at 9:59 PM

**2021-15**
15. Adjournment

Motion by: Mr. Elam to adjourn the meeting.
Seconded by: Mrs. Sebastian
Roll Call Ayes: Mr. King. Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

Meeting adjourned at 9:59

_____ Treasurer

_____ President

**Board of Education Regular Meeting Monday, May 10, 2021**

1. Roll Call

Call to Order 7:16 PM

B. Roll Call
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

2. Additions to the Agenda (if needed)

3. Hearing of the Public regarding Agenda Items
President Mr. King called for the Hearing of the Public regarding agenda items, to which there was no response.

4. Administrative Reports
A. Elementary Principal- Jodi Petty
B. Middle School Principal-Tim Zigler
C. High School Principal-Barrett Swope

5. Important Dates of the District

**2021-76**
6. Treasurer's Items Requesting Board Action

Motion by: Mrs. Mansfield to place items from the treasurer's report on the consent calendar.

A. Approval of Meeting Minutes
The Bethel Board of Education to approve the following meeting minutes: April 5, 2021-Special Meeting

B. Approval of Meeting Minutes
The Bethel Board of Education to approve the following meeting minutes: April 6, 2021-Work Session Meeting

C. Approval of Meeting Minutes
The Bethel Board of Education to approve the following meeting minutes: April 12, 2021-Regular Meeting

D. Approval of Meeting Minutes
Bethel Board of Education to approve the following meeting minutes: April 13, 2021-Special Meeting

E. Approval of Meeting Minutes
The Bethel Board of Education to approve the following meeting minutes: April 23, 2021-Special Meeting

F. Approval of Meeting Minutes
The Bethel Board of Education to approve the following meeting minutes: April 29, 2021-Special Meeting

G. Approval of Payment of Bills

H. Approval of Monthly Financial Report

I. Approval of Amended Appropriations

J. Approval of Donations
The Bethel Board of Education to approve the following donations:

Rick and Dianna Gilbert -clarinet for the Bethel band

Brian Dils- various office and personal cleaning supplies for Elementary
250 folders of various styles
200 packs of pencils
50 packs of 6 oversized glue sticks
100 personal sized hand sanitizer (2 oz.)
50-60 pump bottles of hand sanitizer (8 oz.)
60 small packages of wipes and tissue packets
12 packages of pens
Various binders

Seconded by: Mrs. Reese
Call Ayes: Mrs. Mansfield, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mr. King
Nays: none
Motion carried: 5-0

**2021-77**
Motion by: Mr. Elam to place items from the treasurer's report on the consent calendar.

BOE 297

Seconded by: Mrs. Sebastian
Roll Call Ayes: Mr. Elam, Mrs. Sebastian, Mrs. Mansfield, Mrs. Reese, Mr. King
Nays: none
Motion carried: 5-0

Information from the Treasurer
re was nothing additional to report.

**2021-78**
8. Superintendent's Items Requesting Board Action

Motion by: Mr. Elam to place items from the superintendent's report on the consent calendar.

A. Approval of Certified Substitutes
The Bethel Board of Education to approve substitute teachers who have been approved by the Miami County Educational Service Center and are on file in the Central Office. This is an as needed basis for school year 2020-2021.

B. Approval of One year limited Contract for Certified Staff
Upon the recommendation of the Bethel Superintendent, one (1) year limited contracts will be issued to the following individuals. These contracts will be effective the 2021-2022 school year.

Brooke Hoblit, Elementary Reading Specialist, MA+30, Step 10, $61,684
Kaitlyn Williams, ELL Teacher, MA+15, Step 0, $45,306 MA+30, Step 0, $46,373
Scott Mintz, Middle School Physical Education teacher, Step 1, $39,918

C. Approval Contract Notice for Classified Staff: 2 year contracts
Upon the recommendation of the Superintendent, 2 (two) year contracts will be issued to the following named personnel. These contracts will be effective for the 2021-2022 and 2022-2023 school year.

D. Approval of Resignation of Classified Employee
The Bethel Board of Education to approve the resignation of the following individual:

Lauren Clute, 2nd shift custodian, effective July 31, 2021

E. Approval of Classified Staff-2020-2021 School Year
The Bethel Board of Education to review the following classified individual(s) for school year 2020-2021.

tlyn Pytel, 2nd shift custodian, Step 0, $15.00/hour

F. Approval of Supplemental Positions-Fall, Winter, Sports and Non Sport Supplemental
The Bethel Board of Education accepts the recommendation of approval for the following individuals for school year 2021-2022 advisory positions and volunteers commensurate with the supplemental negotiated agreement.

G. Approval of Diploma Issuances-Class of 2021

H. Approval of Class Fees for School Year 2021-2022
The Bethel Board of Education to approve the school fees for school year 2021-2022.

**2021-79**
I. Approval of OHSAA Board Resolution
The Bethel Board of Education to approve the Resolution authorizing 2021-2022 membership in the Ohio High School Athletic Association.

J. Approval of 2021-2022 Ticket Prices and All Sport Passes
The Bethel Board of Education to approve the attachment of proposed prices for tickets and all-sports passes.

K. Approval of Resolution for Termination of Membership in Meta Solutions
The Bethel Board of Education to approve the resolution to terminate membership with Meta Solutions and join Western Ohio Computer Organization (WOCO).

L. Approval of Neola Update 39.2 Winter and Special Updates-2nd Reading
The Bethel Board of Education to approve Neola 39.2 Winter 2021 and Special Update 2nd reading.

Seconded by: Mrs. Mansfield
Roll Call Ayes: Mr. Elam, Mrs. Mansfield, Mrs. Sebastian, Mrs. Reese, Mr. King
Nays: none
Motion carried: 5-0

**2021-80**
on by: Mrs. Reese to adopt consent calendar with items from the superintendent's report.
nded by: Mrs. Sebastian
Roll Call Ayes: Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mr. King
Nays: none
Motion carried: 5-0

**Discussion**: Mr. King thanked the Principals for their work on reduction of fees, Ms. Clute for her service and a welcome to the new certified and classified personnel. Mrs. Reese inquired about the move to WOCO; specifically, about savings and if resources are available for EMIS and Treasury.

9. Information from the Superintendent
There was nothing additional to report.

**2021-81**
10. Board Report
Mrs. Reese provided a summary of the most recent facility meeting.

Motion by: Mrs. Sebastian to accept the recommendations from the schematic design provided by Garmann Miller and the facilities committee in the reduction of square footage of space (kitchen, cafeteria, and loop road).
Seconded by: Mrs. Mansfield
Roll Call Ayes: Mrs. Sebastian, Mrs. Mansfield, Mrs. Reese, Mr. Elam, Mr. King
Nays: none
Motion carried: 5-0

11. Hearing of the BEA President
Mrs. Brewer thank the PTO for the awesome Teacher Appreciation lunch provided by Zombie Dogs. She acknowledged all the Mom's---Happy Belated Mother's Day. Mrs. Brewer recognized the following teachers being honored for Excellence in Education: Mr. Hamlin, Mrs. Porto, Mrs. Milewski, and Mrs. Wharton. A special thank you to the Gordon Wells family for their generous donation to the Bethel Education Association.

12. Hearing of the Public
President Mr. King called for the Hearing of the Public, to which there was no response.

**2021-82**
13. Executive Session

Mrs. Mansfield moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing and to discuss preparations for, conducting, or reviewing negotiations or bargaining sessions with public employees concerning their compensation or other terms and conditions of their employment.

Seconded by: Mrs. Reese

Board entered an executive session at 7:48 PM
The following members answered roll call:
Mrs. Mansfield, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mr. King

The Board re-entered regular session at 7:54 PM

**2021-83**
14. Adjournment

Motion by: Mrs. Sebastian to adjourn the meeting.
Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Reese, Mr. King
Nays: none
Motion carried: 5-0

Meeting adjourned at 7:54 pm

_Robert Wannemacher_
Treasurer

_Lori Sebastian_
President

**Board of Education Regular Meeting Monday, December 13, 2021**

1. Roll Call

   Call to Order 7:00 pm

B. Roll Call
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

C. Pledge of Allegiance

2. Additions to the Agenda (if needed)
A. Treasurer Business: Item F - Approval of payments to Multu Consulting per attached payment schedule

3. Hearing of the Public regarding Agenda Item
Natalie Donahue had questions regarding the addition to the agenda.

4. Administrative Reports
A. Elementary Principal-Carrie Jones and Cassie Schoch
B. Middle School Principal-Matt Triplett
C. High School-Barrett Swope

5. Important Dates of the District

**2022-68**
6. Treasurer's Items Requesting Board Action

Motion by: Mrs. Mansfield to place items from the Treasurer's report on the consent calendar.

A. Approval of Meeting Minutes
November 16, 2021-Board of Education Work Session

   Approval of Meeting Minutes
November 22, 2021-Board of Education Regular Meeting

C. Approval of Payment of Bills

D. Approval of Monthly Financial Report

**2022-69**
E. Approval of Adoption of Resolution for Fiscal Year 2023 Budget
A resolution declaring the intention to proceed under the alternative tax document format provided under section
5705.2581 of the Ohio Revised Code and to refrain from the preparation of a tax budget for the fiscal year 2023, and
authorizing and directing the Chief Financial Officer of the Board to prepare and submit to the Miami County Budget
Commission such information and documents as are necessary incident to said process and submission, and to take other
actions as may be reasonably necessary incident thereto. (see attachment)

F. Recommendation to Bethel Local Schools Board of Education to approve payments to Multu Consulting per attached
payment schedule.

Seconded by: Mrs. Reese
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

**2022-70**
Motion by: Mrs. Sebastian to adopt the consent calendar with items from the Treasurer's report.
Seconded by: Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
   tion carried: 5-0

7. Information from the Treasurer

**2022-71**
Motion by: Mrs. Reese to appoint Lyyda Mansfield as President Pro-Tem.

A. Appointment of President Pro Tempore
In order to follow proper procedures, it will be necessary to appoint a President Pro-Tem to preside over the Organizational Meeting to be held **January 10, 2022**. The President Pro-Tem will be **Lydda Mansfield**.

Seconded by: Mr. Elam
Roll Call: Mr. King, Mrs. Sebastian, Mrs. Reese, Mr. Elam
Abstain: Mrs. Mansfield
Motion carried: 4-1

**2022-72**
8. Superintendent's Items Requesting Board Action

Motion by: Mrs. Reese to place items from the Superintendent's report on the consent calendar.

B. Approval of Leave of Absence
The Bethel Board of Education to review the following request for a Leave of Absence.
Carrie Livesay, March 8, 2022-May 27, 2022

C. Approval of Neola 40.1 Fall 2021 Update of Board Policies-2nd Reading
The Bethel Board of Education to approve the Neola 40.1 Fall 2021 Update of Board Policies

D. Approval of Proposal for Overnight/Extended Student Trip-Music Department
The Bethel Board of Education to approve the proposal of an overnight/extended student trip for the Music Department.

E. Approval of GREEN TEAM as a High School Club
The Bethel Board of Education to approve the proposal for GREEN TEAM as a high school club.

Seconded by: Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

**2022-73**
Motion by: Mrs. Mansfield to adopt the consent calendar as amended with items from the Superintendent's report.
Seconded by: Mrs. Sebastian
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

9. Information from the Superintendent
A. Edison State Community College
B. Update on Stadium Project

10. Board Items
Mrs. Reese provided an update from the last Facilities Meeting.  A Special Meeting will be held on December 21, 2021 @ 5:00 pm.
Mrs. Reese and Mr. King thanked the community for the opportunity to serve on the Board of Education.

11. Hearing of the BEA President
Mrs. Brewer provided an update on the adopted families along with 2 large dollar amount Amazon card donations.

12. Hearing of the Public
Mrs. Donahue wanted to thank Mr. King and Mrs. Reese for their service on the Board of Education.

**2022-74**
13. Executive Session

Mrs. Mansfield moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing.

***New Board members, Mrs. Donahue and Mrs. Franz were invited to join the executive session.

Seconded by: Mrs. Reese

The Board entered executive session at 7:57 pm

BOE 301

The following members answered roll call:
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

The Board re-entered regular session at 10:45 pm

**22-75**
14. Adjournment

Motion by: Mrs. Sebastian to adjourn the meeting.
Seconded by Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

Meeting adjourned at 10:46 pm

_____ Treasurer

_____ President

BOE 302