# Board of Education Work Session Tuesday, March 1, 2022

A. Call to Order

B. Roll Call
Present: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

C. Joint Bethel BOE/Township Trustee meeting-5:30 pm-6:00 pm

2. Additions to the Agenda (if needed)

3. Hearing of the Public regarding Agenda Items

Donna Beam questioned Board Policy-Technical Changes, Bromley Crowley-concerned parent, Board Policies, Julie Reese-Technology/Chromebooks

D. Student Drug Testing (grades 6-12), Great Lakes Biomedical, Kyle Prueter, President

4. Important Dates of the District

5. Treasurer's Items
A. Review Park National Bank-Agreement of Deposit of Public
The Bethel Board of Education to review the enclosed agreement for deposit of public funds with Park National Bank.

B. Review of Meeting Minutes-Board of Education, Work Session, February 1, 2022

C. Review of Meeting Minutes-Board of Education, Regular Meeting, February 14, 2022

D. Review Payment of Bills

E. Review of Monthly Financial Report

Review of Tax Rates - Miami County Budget Commission
The Bethel Board of Education to review the Tax Rates provided by Miami County Budget Commission.

G. Farm Lease Discussion

H. Reviewl of Transfers
The Bethel Board of Education to review the following transfers.

Transfer from 019 Hope Squad to 001 General Fund to reimburse for FY21 expenditures

FROM: 019:9164 Hope Squad
TO: 001-General Fund
$5,500.00

Transfer from 451:9221 Data Communications Grant to 001 General Fund to reimburse for FY21 expenditures

FROM: 451:9221-Data Communications
TO:001 - General Fund
$5,400.00

I. Review of Amended Certificate of Estimated Resources and Appropriation Resolution

6. Superintendent's Items
A. Student Drug Testing (grades 6-12), Great Lakes Biomedical, Kyle Prueter, President **MOVED TO 1. D**

**2022-106**
Motion by: Mr. Elam

Motion for Technical changes to Board Policies
Bethel Board of Education to approve the technical changes to the following Board Policies:
1422,1623,1662,2260,2260.01,2266,3122,3123,3362,4122,4123,4362,5517

Seconded by: Mrs. Donahue
Roll Call Ayes: Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz, Mrs. Sebastian

BOE 303

Nays: none
Motion carried: 5-0

C. Review of Board Policies for Neola 40.2 Winter 2022 Update
The Bethel Board of Education to review policies for Neola 40.2 Winter 2022 Update.
.616 NEW-Staff Dress and Grooming
PO2271- College Credit Plus Program
PO5511-Dress and Grooming
PO5772-Weapons
PO6110-Grant Funds
PO6114-Cost Principles-Spending Federal Funds
PO6325-Procurement-Federal Grand/Funds
PO6423-Use of Credit Cards
PO7217-Weapons
PO8500-Food Services

D. Review Classified resignation(s)
The Bethel Board of Education to review the resignation of the following classified staff:

Chris Kaeff, custodian, effective February 26, 2022
Tiffany Pikas, Kindergarten Aide, effective June 30, 2022

7. Superintendent Items for Discussion
A. SY 2022-2023 Personnel Decisions

8. BOE Items for Discussion
School Resource Officer through Miami County Sheriff

**2022-107**
9. Executive Session
Mrs. Sebastian moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or ulated individual requests a public hearing and details relative to the security arrangements and emergency response protocols for a public body or a public office, if disclosure of the matters discussed could reasonably be expected to jeopardize the security of the public body or public office.

Seconded by: Mr. Elam

The Board entered executive session at 7:58 pm
The following members answered roll call:
Mrs. Mansfield, Mrs. Donahue, Mrs. Franz, Mrs. Sebastian, Mr. Elam

The Board re-entered regular session at 8:41 pm

**2022-108**
10. Adjournment

Motion by: Mrs. Franz to adjourn the meeting.
Seconded by Mrs. Donahue
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

Meeting adjourned at 8:42 pm

_____ Treasurer

_____ President

BOE 304

# Board of Education Regular Meeting Monday, April 18, 2022

A. Call to Order 7:02 PM

b. Roll Call
Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

C. Pledge of Allegiance

2. Additions to the Agenda (if needed)
A. #7. Superintendent's Items, B. Certified Employees for SY 2022-2023
B. #7-Superintendent's Items, H. Supplemental Positions-Fall, Winter, Sports and Non Sport Supplemental
C. #7-Superintendent's Items, I. Certified Resignation
D. #7-Superintendent's Items, J. Classified Resignation
E. #7 Superintendent's Items, K. Leave of Absence
F. #6 Treasurer's Items, B - First Reading Policy 0165.1

3. Hearing of the Public regarding Agenda Items
President Mrs. Mansfield called for the Hearing of the Public regarding agenda items to which the following individual spoke: Donna Beam regarding employment contracts.

4. Administrative Reports
A. Elementary Principal-Carrie Jones and Cassie Schoch
B. Middle School Principal-Matt Triplett
C. High School Principal-Barrett Swope

5. Important Dates of the District

## 2022-129
6. Treasurer's Items Requesting Board Action
Motion by: Mrs. Sebastian to place items on the Treasurer's report on the consent calendar.

A. Approval of Board Policies for Neola 40.2 Winter 2022 Update (Benefits) 2nd Reading
The Bethel Board of Education to approve policies for Neola 40.2 Winter 2022 Update (benefit policies).

B. First Reading - Policy 0165.1

C. Approval of Meeting Minutes
The Bethel Board of Education to approve the following meeting minutes.
Board of Education, Work Session, March 1, 2022

D. Approval of Meeting Minutes
The Bethel Board of Education to approve the following meeting minutes.
Board of Education, Regular Meeting, March 14, 2022

E. Approval of Payment of Bills
The Bethel Board of Education to approve the payment of bills.

F. Approval of Monthly Financial Report
The Bethel Board of Education to approve the monthly financial report.

G. Approval of Donations
The Bethel Board of Education to approve the following donations:

| Athletic Boosters | National Honor Society | $487.50 |
| Bethel Music Boosters | Curtains/HS Music Program | $3,007.16 |
| Anonymous Donation | Curtains/HS Music Program | $12.00 |

H. Approval of New Funds
The Bethel Board of Education to approve the establishment of the following funds:

019-9205-Tipp Foundation-Decodable Books ($2,440.45)
019-9206-Tipp Foundation - Mystery Science Subscription ($2,398.00)
019-9923-Tipp Foundation - Disney Trip ($1,663.87)

BOE 305

I. Approval of Amended Certificate of Estimated Resources and Appropriation Resolution
The Bethel Board of Education to approve the amended certificates of estimated resources and appropriation resolution.

J. Approval of Certificate of Availability - Miami County ESC
Bethel Board of Education to approve services performed prior to issuance of purchase order.

K. Approval of Scholarship Amounts 2021-2022
The Bethel Board of Education to approve the scholarship amounts for 2021-2022.
The Bethel Board of Education to approve the following scholarship amounts:

| Scholarship | Amount |
| --- | --- |
| Arthur D. And Mabel M. Flick Scholarship | $300 |
| Bethel Women's Community Club | $250 |
| Bethel Grange Scholarship | $250 |
| Brent Clendening Scholarship | $500 |
| Holston Scholarship | $250 |

L. Approval of Transfer of Purchase (070 Capital Projects to 006 Food Service)
The Bethel Board of Education to approve transfer of purchase (070 Capital Projects to 006 Food Service).

Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz, Mrs. Mansfield
Nays: none
Motion carried: 5-0

**2022-130**
Motion by: Mr. Elam moved to adopt the amended consent calendar with items from the Treasurer's report.
Seconded by: Mrs. Franz
Roll Call Ayes: Mr. Elam, Mrs. Donahue, Mrs. Franz, Mrs. Mansfield, Mrs. Sebastian
Nays: none
Motion carried: 5-0

7. Treasurer Discussion

A. Fifth-Third Securities (Investment Options)
Discussion on changing investment firms Fifth-Third Securities (Investment Options).

B. Five Year Forecasting Software
Discussion - change of five year forecasting software for the 2022-23 school year.

**2022-131**
8. Superintendent's Items Requesting Board Action
Motion by: Mrs. Sebastian to place items from the Superintendent's report on the consent calendar.

A. Approval of Certified Substitutes
The Bethel Board of Education to review substitute teachers who have been approved by the Miami County Educational Service Center and are on file in the Central Office. This is an as needed basis for school year 2021-2022.

B. Approval of New Certified Employee(s) for 2022-2023 school year
The Bethel Board of Education to approve the following certified employee(s) for SY 2022-2023 (pending successful completion of FBI/BCI background check and issuance of a valid Ohio Teaching License).

Zackery Delloma, HS Social Studies, Master's, Step 6, $52,617
Marsha Kerr, MS ELA, Master's, Step 4 $48,928
**Michael Cantrell, HS Computer Technology teacher, Bachelor's, Step 6 $47,189**
**Sarah Spreckels, MS Intervention Specialist, Bachelor's, Step 0, $40, 821**

C. Approval of New Classified Employee(s)
Bethel Board of Education to approve the hiring of a new classified employee(s) (pending successful completion of FBI/BCI background check and certification).

Noah Neumann, 3rd shift custodian, Step 2, $15.79/hour
Effective April 11, 2022
Rebecca Schuck, Kindergarten Aide (SY 22-23), Step 4, $12.71/hour

BOE 306

D. Approval of One year limited Contract for Certified Staff:
Upon the recommendation of the Bethel Superintendent, one (1) year limited contracts will be issued to the following individuals. These contracts will be effective the 2022-2023 school year.

| | | |
|---|---|---|
| ...derson, Josh | Hoblit, Brooke | Rudd, Lauren |
| Bourelle, Katherine | Hughes, Amanda | Rust, Megan |
| Brinson, Christine | Kalt, Melissa | Seebach, Barb |
| Brookhart, Brett | Kaylor, Erin | Spear, Tyler |
| Chmiel, Amanda | King, Keelie | Stephens, Samantha |
| Clayton, Colette | LaCaze, Melissa | Strobridge, Jamie |
| Clute, Mark | Lawson, Caroline | Thompson, Zoe |
| Cook, Jennifer | Lindsey, Marie | Tipton, Mindy |
| Davidson, Sara | Livesay, Carrie | Varvel, Courtney |
| Denlinger, Casey | Jones, Amanda | Weideman, Molly |
| Dirks, Karen | Mann, Kylee | Wharton, Leah |
| Duhan, Lauren | McDaniel, Sarah | Williams, Kaitlyn |
| Eggenschwiller, Madison | McElroy, Ashley | Wolford, Lara |
| Feucht, Jessica | Milewski, Stormy | Worman, Lauren |
| Garwood, Kelsey | Mintz, Scott | Zinnecker, Mathew |
| Gerdeman, Sydney | Mullen, Bryan | |
| Goulette, Chase | Norman, Neal | |
| Gross, Alisha | Porto, Chelsea | |
| Grove-Brown, Tricia | Purvis, Michael | |
| Hamlin, Barb | Randall, Christina | |
| ...mlin, Robert | Rench, Morgan | |
| ...haun, Molly | Risner, Barbara | |
| Henderson, Coleen | Ritter, Gabrielle | |

E. Approval of Summer Employment
The Bethel Board of Education to approve the following individuals for summer employment.

| | |
|---|---|
| ~~Marie Lindsey~~ | Judy Lawson |
| Susan Pytel | Cyndi Parrish |
| Dennis Lawson | Anna Sampson |
| Chase Goulette | Mark Clute |

F. Approval of New Continuing Contract
The Bethel Board of Education to approve the following Certified Employee(s) to be issued a Continuing Contract for the 2022-2023 school year.

Allison Sherick, 5th grade teacher
Anna Sampson, 5th grade teacher
Heather Schneider, 2nd grade teacher

G. Approval of Administrator Staff:
The Bethel Board of Education to approve the following employee(s) for a three (3) year contract for the 2022-2023 school year.

Tony Cochren, Special Education Director

Approval of Supplemental Positions-Fall, Winter, Sports and Non Sport Supplemental
The Bethel Board of Education to approve the recommendation of the following individuals for school year 2022-2023 advisory positions and volunteers commensurate with the supplemental negotiated agreement. (pending successful completion of FBI/BCI and certification)

GOLF

BOE 307

| | |
|---|---|
| Golf Coach - Boys | Brett Brookhart |
| Golf Coach - Girls | Ed Quincel |
| **SOCCER** | |
| ys Soccer | Bob Hamlin |
| Assistant JV Soccer - Boys | Casey Denlinger |
| Girls Soccer | Josh Garlough |
| Assistant JV Soccer - Girls | Lily Siebold |
| **VOLLEYBALL** | |
| Volleyball Head Coach | Alan Ronnebaum |
| Volleyball JV - Reserved | Alyssa Shaw |
| Volleyball 8th Grade | Caroline Lawson |
| Volleyball 7th Grade | Kim Adams |
| **CROSS COUNTRY** | |
| Cross Country Coach | Mark Clute |
| MS Cross Country Coach | |
| | |
| **NON-SPORT SUPPLEMENTALS** | |
| Junior Class Advisor | Lara Wolford |
| Senior Class Advisor | Traci Brewer |
| Flag Corp Advisor | Lara Wolford |
| Instrumental Music Programs | Tyler Spears |
| Vocal High School Advisor | Lara Wolford |
| Vocal & Instrumental Elementary | Megan Rust |
| Drama Advisor | Lara Wolford |
| gh School Student Council | Casey Denlinger |
| Junior High Student Council | Brooke Larkins |
| Elementary Student Council | |
| | |
| Academic Team Advisor | Mark Clute |
| National Honor Society Advisor | Mark Clute |
| Newspaper Advisor | Melissa LaCaze |
| Yearbook Advisor | Traci Brewer |
| Muse Machine Advisor | Mindy Tipton |
| Muse Machine Advisor | Lara Wolford |
| Science Fair Coordinator | Alisha Gross |
| Power of the Pen | Barb Seebach |
| Washington DC Coordinator | Chris Endres |
| Camp Kern Advisors | Christine Brinson |
| Camp Kern Advisors | Jennifer Cook |
| Camp Kern Advisors | Anna Sampson |
| Camp Kern Advisors | Allison Sherick |
| Camp Kern Advisors | Lauren Rudd |
| Math Club Coordinator (Academic Team Advisor) | |
| Math Club Advisor (Academic Team Advisor) | Melissa Kalt |
| th Club Coach (Academic Team Advisor) | Cyndi Parrish |
| Math Club Coach (Academic Team Advisor) | Bryan Mullen |
| Math Club Coach (Academic Team Advisor) | Heather Schneider |
| Math Club Coach (Academic Team Advisor) | Julie Lawson |
| Math Club Coach (Academic Team Advisor) | Holly Mills |

BOE 308

| | |
|---|---|
| Math Club Coach (Academic Team Advisor) | Anna Sampson |
| Math Club Coach (Academic Team Advisor) | Zoe Thompson |
| Math Club Coach (Academic Team Advisor) | Heather Reittinger |
| Math Club Coach (Academic Team Advisor) | |
| Math Club Coach (Academic Team Advisor) | |
| Resident Educator Mentor | Allison Sherick |
| Resident Educator Mentor | Anna Sampson |
| Resident Educator Mentor | Erin Bailey |
| Resident Educator Mentor | Molly Haun |
| Resident Educator Mentor | Alisha Gross |
| Resident Educator Mentor | Mindy Gatrell |
| Saturday School Monitor | Cyndi Parrish |
| Saturday School Monitor | Jaime Strobridge |
| Saturday School Monitor | Anna Sampson |
| Saturday School Monitor | Mindy Tipton |
| Saturday School Monitor | Lauren Worman |
| Saturday School Monitor | Judy Lawson |
| Saturday School Monitor | Mindy Gatrell |
| Saturday School Monitor | Lauren Duhan |
| Saturday School Monitor | Molly Haun |
| Saturday School Monitor | Barb Seebach |
| Saturday School Monitor | Courtney Varvel |
| Saturday School Monitor | Alisha Gross |
| Saturday School Monitor | Alyssa Kocher |
| Saturday School Monitor | Caroline Lawson |
| Saturday School Monitor | |
| Home Instruction Teacher | Zoe Thompson |
| Home Instruction Teacher | Courtney Varvel-effective 4/5/2022 |
| Home Instruction Teacher | Chase Goulette |
| Home Instruction Teacher | |
| Summer School Teacher | Sydney Gerdeman |
| Summer School Teacher | Jessica Feucht |
| **Volunteers** | |
| Volleyball | Nikki Lawson |
| Cross Country | Ben Schweikhardt |

I. Approval of Certified Resignation
The Bethel Board of Education to approve the following resignation.

Marie Lindsey, HS Art Teacher, effective April 11, 2022

J. Approval of Classified Resignation
The Bethel Board of Education to approve the following resignation.

**Zack Hewson, 3rd shift custodian, effective April 27, 2022.**

K. Approval of Leave of Absence
  e Bethel Board of Education to approve the following Leave of Absences.

**Megan Rust, Elementary Music Teacher**
**Chelsea Porto, HS Government Teacher**

Seconded by: Mr. Elam

BOE 309

Roll Call Ayes: Mrs. Donahue, Mrs. Franz, Mrs. Mansfield, Mrs. Sebastian, Mr. Elam
Nays: none
Motion carried: 5-0

**2022-132**
Motion by: Mrs. Franz to adopt the Consent Calendar with items from the Superintendent's Report.
Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Franz, Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue
Nays: none
Motion carried: 5-0

**2022-133**
9. Superintendent's Items
Motion by: Mrs. Sebastian

A. Approval of New Certified Employee(s) for 2022-2023 school year
The Bethel Board of Education to approve the following certified employee(s) for SY 2022-2023 (pending successful completion of FBI/BCI and certification).

Danny Elam, Hs Math, Bachelor's +150, Step 0, $43,019

Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Donahue, Mrs. Franz, Mrs. Mansfield, Mrs. Sebastian
Nays-none
Abstain-Mr. Elam
Motion carried: 4 Ayes; 1 abstain

10. Superintendent Discussion
Mr. Firks had nothing further to discuss

11. Hearing of the BEA President
Mrs. Brewer congratulated the new hires and staff that were awarded a continuing contract. The BEA held elections for officers for 2022-2023 and 2023-2024. The following are officers of the BEA: President: Traci Brewer; Vice-President: n Henry; Secretary: Casey Denlinger, Treasurer: Lara Wolford. Mrs. Brewer informed the Board that the BEA unanimously voted to have the BEA Scholarship renamed to JODY HOCKETT SPEARS and 2 recipients will be awarded on Senior Night.

12. BOE Items for Discussion
**2022-134**
A. Rescind Resolution# 2022-122 from April 5, 2022 Work Session for BP2431 (waive 2nd reading)
Motion by: Mrs. Mansfield
Seconded by: Mrs. Sebastian
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

**2022-135**
B. Rescind Resolution# 2022-123 from April 5, 2022 Work Session for BP2431 (invoke technical changes)
Motion by: Mrs. Mansfield
Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz, Mrs. Mansfield
Nays: none
Motion carried: 5-0

**2022-136**
C. Approval of changes to Board Policy 2431, 2nd Reading
Motion by: Mrs. Sebastian
Seconded by: Mr. Elam
Roll Call Ayes: Mr. Elam, Mrs. Donahue, Mrs. Franz, Mrs. Mansfield, Mrs. Sebastian
Nays: none
Motion carried: 5-0

D. Discussion/update on Board Resolution on Annexation

E. Discussion Q&A Session

13. Hearing of the Public

BOE 310

President Mrs. Mansfield called for the Hearing of the Public to which the following individuals spoke: Audrey Baab, Brenda Weller, Jamie Spangler, Cassandra Swinehart, Bronwyn Croley, Mandy Safriet, Irvin Heishman (rad by Caleb Kragt, Allen Boes, Rachel Kiplinger, Nels Christopher Swanson, Roberta Ullinger, Virginia Kuepper

**2022-137**
Executive Session

Mr. Sebastian moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing.

Seconded by: Mrs. Donahue

The Board entered executive session at 9:37 pm
  The following members answered roll call:
    Mrs. Donahue, Mrs. Franz, Mrs. Mansfield, Mrs. Sebastian, Mr. Elam

The Board re-entered regular session at 10:52 pm

**2022-138**
15. Adjournment

Motion by: Mrs. Sebastian to adjourn the meeting.
Seconded by Mrs. Donahue
Roll Call Ayes: Mrs. Franz, Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue
Nays: none
Motion carried: 5-0

Meeting adjourned at 10:53 pm

_____ President
_(signature: Lydda Mansfield)_

_____ Treasurer
_(signature: Tina Hageman)_

BOE 311