

## Monday, January 10, 2022
## Board of Education Regular Meeting

**This meeting is a meeting of the Board of Education in public for the purpose of conducting Bethel Local School District's business and is not to be considered a public community meeting with interactive dialogue. There is a time for public participating during the meeting as indicated in agenda item hearing of the public.**

## 1. Roll Call

| Subject | A. Call to Order |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 1. Roll Call |
| Type | Procedural |

| Subject | B. Roll Call |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 1. Roll Call |
| Type | Procedural |

____Mansfield_____ Sebastian _____ Elam _____ Donahue _____Franz

## 2. Additions to the Agenda (if needed)

| Subject | A. Possible New Agenda Item |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 2. Additions to the Agenda (if needed) |
| Type | Procedural |

## 3. Hearing of the Public regarding Agenda Items

| Subject | A. Guidelines for addressing the Board on Agenda Items |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 3. Hearing of the Public regarding Agenda Items |
| Type | Information |

0169.1 - PUBLIC PARTICIPATION AT BOARD MEETINGS

The Board of Education recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest. The Board offers public participation to members of the public in accordance with the procedures below. The Board applies these procedures to all speakers, and does not discriminate based on the identity of the speaker, content of the speech, or viewpoint of the speaker.

BOE 312

The Board is also committed to conducting its meetings in a productive and efficient manner that assures that the regular agenda of the Board is completed in a reasonable period of time, honors the voluntary nature of the Board's time and using that time efficiently, and allows for a fair and adequate opportunity for input to be considered. Consequently, public participation at Board meetings will be governed by the following principles:

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

A. Anyone having a legitimate interest in the actions of the Board may participate during the public portion of a meeting.
B. Attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting.
C. Participants must be recognized by the presiding officer
D. Each statement made by a participant shall be limited to five (5) minutes duration, unless extended by the presiding officer.
E. No participant may speak more than once on the same topic unless all others who wish to speak on that topic have been heard.
F. All statements shall be directed to the presiding officer; no person may address or question Board members individually.
G. The presiding officer may:
1. prohibit public comments that are frivolous, repetitive, and/or harassing;
2. interrupt, warn, or terminate a participant's statement when the statement is too lengthy, abusive, off-topic, obscene, or irrelevant;
3. request any individual to leave the meeting when that person does not observe reasonable decorum or is disruptive to the conduct of the meeting;
4. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting;
5. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action;
6. waive these rules with the approval of the Board when necessary for the protection of privacy or the administration of the Board's business.
H. The portion of the meeting during which the participation of the public is invited shall be limited to one (1) hour, unless extended by a vote of the Board.

## 4. Administrative Reports

| Subject | **A. Elementary Principal- Carrie Jones and Cassie Schoch** |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 4. Administrative Reports |
| Type | Report |

File Attachments
Board Report 1-10-2022.pdf (4,291 KB)

| Subject | **B. Middle School Principal-Matt Triplett** |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 4. Administrative Reports |
| Type | Report |

File Attachments
BMS BOARD REPORT 2_14_22.pdf (363 KB)

| Subject | **C. High School Principal-Barrett Swope** |
|---|---|

BOE 313

| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 4. Administrative Reports |
| Type | Report |

File Attachments
HSboardreport1.10.22.pdf (390 KB)

## 5. Superintendent-Justin Firks

| **Subject** | **A. Recognition of Board Members and Years of Service** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 5. Superintendent-Justin Firks |
| Type | |

## 6. Important Dates of the District

| **Subject** | **A. Important Dates to Know** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 6. Important Dates of the District |
| Type | Information |

File Attachments
Communications.pdf (48 KB)

## 7. Treasurer's Items Requesting Board Action

| **Subject** | **A. Approval of Meeting Minutes** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Minutes |

Work Session, December 7, 2021

| **Subject** | **B. Approval of Meeting Minutes** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Minutes |

Regular Meeting- December 13, 2021

| **Subject** | **C. Approval of Meeting Minutes** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Minutes |

BOE 314

Special Meeting-December 21, 2021

| Subject | **D. Approval of Dues** |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the OSBA annual membership dues at $4,258 for the year. |

File Attachments
OSBAAnnualReport.pdf (213 KB)
Bethel Local (Miami) 2021 Usage Report.pdf (157 KB)
Bethel Local (Miami) 2022 Membership Invoice.pdf (137 KB)

| Subject | **E. Approval of Payment of Bills** |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | |

File Attachments
Detailed Check Register - December 2021.pdf (146 KB)

| Subject | **F. Approval of Monthly Financial Report** |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | |

File Attachments
December Board Reports.pdf (371 KB)
Cash Summary Report - December 2021.pdf (85 KB)

| Subject | **G. Approval of Donations** |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the following donation(s). |

$5,645 from Bethel Athletic Boosters for batting cages.

| Subject | **H. Approval of New Funds** |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |

BOE 315

| | |
|---|---|
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the establishment of the following fund: |

Tipp City Foundation-Disney 2023-fund#019-9923
Capital Projects Elementary Playground - fund #070-9922

> **File Attachments**
> Tipp Foundation.pdf (1,062 KB)

| | |
|---|---|
| **Subject** | **I. Approval of Adoption of Resolution for Fiscal Year 2023 Budget** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action, Information |
| Recommended Action | A resolution declaring that the Board of the Bethel Local School District has reviewed the documents and information prepared by the Chief Fiscal Officer of the Board for submission to the Budget Commission of Miami County, Ohio. In relation to the alternative tax document formal filing provided under section 5705.281 of the Ohio Revised Code and authorized by said commission for the fiscal year 2023, and that said body approves the same. (see attached) |

> **File Attachments**
> resolution2-alt-tax FY23.pdf (18 KB)

| | |
|---|---|
| **Subject** | **J. Approval of Resolution to Participate in OSBA Legal Assistance Fund** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve participation in OSBA Legal Assistance Fund for the calendar year 2022 at a cost of $250 for the year. |

> **File Attachments**
> LAF_ResolutionParticipate.pdf (49 KB)
> Legal Assistance Fund.pdf (171 KB)

| | |
|---|---|
| **Subject** | **K. Approval of Request for Proposals (RFP) for Farm Lease** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | |

> **File Attachments**
> Bethel (General) RFP for Farm Lease.pdf (89 KB)

| | |
|---|---|
| **Subject** | **L. Motion To Place Items from the Treasurer's Report on the Consent Calendar** |

BOE 316

| | |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | Motion to Place Items from the Treasurer's Report on the Consent Calendar. |
| Motion: _____ | Second: _____ |

____Mansfield_____ Sebastian _____ Elam _____ Donahue _____Franz

| | |
|---|---|
| **Subject** | **M. Motion To Adopt Consent Calendar with items from the Treasurer's Report** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | Motion To Adopt Consent Calendar with items from the Treasurer's Report. |
| Motion: _____ | Second: _____ |

____Mansfield_____ Sebastian _____ Elam _____ Donahue _____Franz

## 8. Information from the Treasurer

| | |
|---|---|
| **Subject** | **A. Update on Fair School Funding** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 8. Information from the Treasurer |
| Type | |

## 9. Superintendent's Items Requesting Board Action

| | |
|---|---|
| **Subject** | **A. Approval of school calendar 2022-2023** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the school calendar for 2022-2023. |

File Attachments
2022-2023 School Year Calendar.pdf (73 KB)

| | |
|---|---|
| **Subject** | **B. Approval of Long Term Substitute** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the placement of a long term substitute on the salary schedule effective December 20, 2021. |

BOE 317

Taylor Hitzfield, MA, step 0, $44,681

| Subject | C. Approval of Classified Staff |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the following classified individual(s) (pending required certification and FBI/BCI results). |

Justin Cromwell, Van Driver, step 0 @ $14.00/hour.

| Subject | D. Approval of Resignation of Classified Employee(s) |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the resignation of the following classified employee: |

Lindsay Childers, Kindergarten aide
Steve Ferrell, Media Specialist

| Subject | E. Approval of Supplemental Position Resignation |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the following supplemental resignation. |

Steve Ferrell, Head Varsity Football Coach

| Subject | F. Motion To Place Items from the Superintendent's Report on the Consent Calendar |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | Motion to Place Items from the Superintendent's Report on the Consent Calendar. |

Motion: _____ Second: _____

____Mansfield_____ Sebastian _____ Elam _____ Donahue _____Franz

| Subject | G. Motion To Adopt Consent Calendar with items from the Superintendent's Report. |
|---|---|
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | Motion To Adopt Consent Calendar with items from the Superintendent's Report. |

Motion: _____ Second: _____

BOE 318

____Mansfield_____ Sebastian _____ Elam _____ Donahue _____Franz

## 10. Information from the Superintendent

## 11. Board Report

| | |
|---|---|
| **Subject** | **A. Old Business** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 11. Board Report |
| Type | Information |

## 12. Hearing of the BEA President

| | |
|---|---|
| **Subject** | **A. Comments from BEA President** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 12. Hearing of the BEA President |
| Type | |

## 13. Hearing of the Public

| | |
|---|---|
| **Subject** | **A. Guidelines for addressing the Board** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 13. Hearing of the Public |
| Type | Information |

0169.1 - **PUBLIC PARTICIPATION AT BOARD MEETINGS**

The Board of Education recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest. The Board offers public participation to members of the public in accordance with the procedures below. The Board applies these procedures to all speakers, and does not discriminate based on the identity of the speaker, content of the speech, or viewpoint of the speaker.

The Board is also committed to conducting its meetings in a productive and efficient manner that assures that the regular agenda of the Board is completed in a reasonable period of time, honors the voluntary nature of the Board's time and using that time efficiently, and allows for a fair and adequate opportunity for input to be considered. Consequently, public participation at Board meetings will be governed by the following principles:

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

- A. Anyone having a legitimate interest in the actions of the Board may participate during the public portion of a meeting.
- B. Attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting.
- C. Participants must be recognized by the presiding officer
- D. Each statement made by a participant shall be limited to five (5) minutes duration, unless extended by the presiding officer.
- E. No participant may speak more than once on the same topic unless all others who wish to speak on that topic have been heard.
- F. All statements shall be directed to the presiding officer; no person may address or question Board members individually.
- G. The presiding officer may:
- 1. prohibit public comments that are frivolous, repetitive, and/or harassing;
- 2. interrupt, warn, or terminate a participant's statement when the statement is too lengthy, abusive, off-topic, obscene, or irrelevant;
- 3. request any individual to leave the meeting when that person does not observe reasonable decorum or is disruptive to the conduct of the meeting;
- 4. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting;

BOE 319

5. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action;

6. waive these rules with the approval of the Board when necessary for the protection of privacy or the administration of the Board's business.

H. The portion of the meeting during which the participation of the public is invited shall be limited to one (1) hour, unless extended by a vote of the Board.

## 14. Executive Session (if needed)

| | |
|---|---|
| **Subject** | **A. Possible Executive Session** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 14. Executive Session (if needed) |
| Type | Action |
| Recommended Action | Motion to go into executive session for the following reason(s):<br>1._____To consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing.<br>2._____To consider the purchase of property for public purposes or for the sale of property at competitive bidding.<br>3._____To conference with the board's attorney to discuss matters which are the subject of pending or imminent court action.<br>4._____To discuss preparations for, conducting or reviewing negotiations or bargaining sessions with employees.<br>5._____To discuss matters required to be kept confidential by federal law or rules or state statutes.<br>6._____To discuss specialized details of security arrangements. |

If an executive session is required, it may be placed anywhere in the order of the agenda but often comes at the beginning or at the end. It is often anticipated in advance that an executive session will be necessary, but the Board may call for such should the occasion arise even though it does not appear on the prepared agenda. Executive sessions are permitted for certain specified situations. Only discussion may take place on-site in executive sessions. Voting must be done in an open meeting.

Motion: _____ Second: _____

____Mansfield_____ Sebastian _____ Elam _____ Donahue _____Franz

Time into executive session: _____

Time back to regular session: _____

## 15. Adjournment

| | |
|---|---|
| **Subject** | **A. Adjourn the meeting** |
| Meeting | Jan 10, 2022 - Board of Education Regular Meeting |
| Category | 15. Adjournment |
| Type | Action |
| Recommended Action | Motion to adjourn the meeting. |
| Motion: _____ Second: _____ | |

____Mansfield_____ Sebastian _____ Elam _____ Donahue _____Franz

BOE 320

Meeting adjourned at _____

## Board of Education Regular Meeting Monday, January 10, 2022

1. Roll Call

Call to Order 7:35 pm

B. Roll Call
Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

2. Additions to the Agenda (if needed)
Mrs. Sebastian added to the Board Section: update on latest facilities meeting and mental health.

3. Hearing of the Public regarding Agenda Items
Julie Reese stated that the contract in Item K for the farm lease is an excellent contract.

4. Administrative Reports
A. Elementary Principal- Carrie Jones and Cassie Schoch
B. Middle School Principal-Matt Triplett
C. High School Principal-Barrett Swope

5. Superintendent-Justin Firks
Recognition of Board Members and Years of Service

6. Important Dates of the District

2022-88
7. Treasurer's Items Requesting Board Action

Mrs. Sebastian motioned to approve the minutes (A-C).
Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam
Abstain: Mrs. Donahue, Mrs. Franz
Motion carried: 3-0

A. Approval of Meeting Minutes, Work Session, December 7, 2021
B. Approval of Meeting Minutes, Regular Meeting, December 13, 2021
C. Approval of Meeting Minutes, Special Meeting, December 21., 2021

**2022-89**
7. Treasurer's Items Requesting Board Action
Motioned by Mr. Elam to place amended items from the Treasurer's report on the consent calendar.

D. Approval of Dues
The Bethel Board of Education to approve the OSBA annual membership dues at $4,258 for the year.

E. Approval of Payment of Bills

F. Approval of Monthly Financial Report

G. Approval of Donations
The Bethel Board of Education to approve the following donation(s).
$5,645 from Bethel Athletic Boosters for batting cages.

H. Approval of New Funds
The Bethel Board of Education to approve the establishment of the following fund:
Tipp City Foundation-Disney 2023-fund#019-9923
Capital Projects Elementary Playground - fund #070-9922

I. Approval of Adoption of Resolution for Fiscal Year 2023 Budget
A resolution declaring that the Board of the Bethel Local School District has reviewed the documents and information prepared by the Chief Fiscal Officer of the Board for submission to the Budget Commission of Miami County, Ohio. In addition to the alternative tax document formal filing provided under section 5705.281 of the Ohio Revised Code and authorized by said commission for the fiscal year 2023, and that said body approves the same. (see attached)   MOVED TO SPECIAL MEETING-JANUARY 13, 2022

J. Approval of Resolution to Participate in OSBA Legal Assistance Fund                    BOE 322

The Bethel Board of Education to approve participation in OSBA Legal Assistance Fund for the calendar year 2022 at a cost of $250 for the year.

K. Approval of Request for Proposals (RFP) for Farm Lease

Seconded by: Mrs. Franz
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

**2022-90**
Motion by: Mrs. Sebastian to adopt the amended consent calendar with items from the Treasurer's report.
Seconded by: Mrs. Franz
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

8. Information from the Treasurer
Mrs. Hageman gave an update on Fair School Funding.

**2022-91**
9. Superintendent's Items Requesting Board Action
Motion by: Mrs. Franz to place items from the Superintendent's report on the consent calendar.

A. Approval of school calendar 2022-2023
The Bethel Board of Education to approve the school calendar for 2022-2023.

B. Approval of Long Term Substitute
The Bethel Board of Education to approve the placement of a long term substitute on the salary schedule effective December 20, 2021.
Taylor Hitzfield, MA, step 0, $44,681

C. Approval of Classified Staff
The Bethel Board of Education to approve the following classified individual(s) (pending required certification and FBI/BCI results).
Justin Cromwell, Van Driver, step 0 @ $14.00/hour.

D. Approval of Resignation of Classified Employee(s)
The Bethel Board of Education to approve the resignation of the following classified employee:
Lindsay Childers, Kindergarten aide
Steve Ferrell, Media Specialist

E. Approval of Supplemental Position Resignation
The Bethel Board of Education to approve the following supplemental resignation.
Steve Ferrell, Head Varsity Football Coach

Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

**2022-92**
Motion by: Mrs. Donahue to adopt Consent Calendar with items from the Superintendent's Report.
Seconded by: Mrs. Sebastian
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

10. Information from the Superintendent
Mr. Firks did not have anything further to share.

Board Report
Old Business
Mrs. Sebastian provided an update from the last facilities meeting. She stated Garmann Miller is researching right of way "easement". She also spoke about mental health and that we have two (2) emotional counselor
Mrs. Mansfield read a prepared statement from our attorney.

BOE 323

12. Hearing of the BEA President
Mrs. Brewer stated that the staff is "doing their best".   Many absences due illness (staff and students).

13. Hearing of the Public
Angelo Aflec (transgender bathrooms), Donna Beam (transgender bathrooms), Mandy Safriet (transgender restrooms), ennie Reeves (transgender bathrooms), James Coburn (transgender bathrooms), Eldar Muradov (Turkish language)

14. Executive Session (if needed)

**2022-93**
15. Adjournment

Motion by: Mr. Elam to adjourn the meeting.
Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

Meeting adjourned at 8:57 pm

_Lydda Mansfied_ President

_Tina L. Hageman_ Treasurer



**Monday, February 14, 2022**
**Board of Education Regular Meeting**

This meeting is a meeting of the Board of Education in public for the purpose of conducting Bethel Local School District's business and is not to be considered a public community meeting with interactive dialogue. There is a time for public participating during the meeting as indicated in agenda item hearing of the public.

## 1. Roll Call

| | |
|---|---|
| **Subject** | **A. Call to Order** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 1. Roll Call |
| Type | Procedural |

| | |
|---|---|
| **Subject** | **B. Treasurer Pro Tempore** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 1. Roll Call |
| Type | Action |

**The Bethel Board of Education appoints _____as Treasurer Pro Tempore for the February 14, 2022 Regular Board Meeting at 7:00 PM.**


**Motion by:_____          Seconded by:_____**


**_____ Mansfield_____ Sebastian _____ Elam _____ Donahue ____Franz**

| | |
|---|---|
| **Subject** | **C. Roll Call** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 1. Roll Call |
| Type | Procedural |

_____ Mansfield_____ Sebastian _____ Elam _____ Donahue ____Franz

| | |
|---|---|
| **Subject** | **D. Pledge of Allegiance** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 1. Roll Call |

BOE 325

Type

## 2. Board-Old Business

| | |
|---|---|
| **Subject** | **A. School Resource Officer through Miami County Sheriff** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 2. Board-Old Business |
| Type | |

## 3. Additions to the Agenda (if needed)

| | |
|---|---|
| **Subject** | **A. Item 8-Superintendent's Items Requesting Board Action -A. Approval of Resignation (Retirement)** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 3. Additions to the Agenda (if needed) |
| Type | Procedural |

| | |
|---|---|
| **Subject** | **B. Item #8 -Superintendent's Items Requesting Board Action-B. Approval of Classified Employee(s)** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 3. Additions to the Agenda (if needed) |
| Type | |

| | |
|---|---|
| **Subject** | **C. Item #8-Superintendent's Items Requesting Board Approval-C. Approval of MOU** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 3. Additions to the Agenda (if needed) |
| Type | |

| | |
|---|---|
| **Subject** | **D. Item #8-Superintendent's Items Requesting Board Action-D. Approval of MOU** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 3. Additions to the Agenda (if needed) |
| Type | |

| | |
|---|---|
| **Subject** | **E. Item #8-Superintendent's Items Requesting Board Action-J. Supplemental Positions** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 3. Additions to the Agenda (if needed) |
| Type | |

| | |
|---|---|
| **Subject** | **F. Item #6-Treasurer's Items Requesting Board Action-J.-Participation in EPC Bus Purchasing Program** |

BOE 326

| | |
|---|---|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 3. Additions to the Agenda (if needed) |
| Type | |

| | |
|---|---|
| **Subject** | **G. Item #6-Treasurer's Items Requesting Board Action-K. Client Service Agreement with Soliant** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 3. Additions to the Agenda (if needed) |
| Type | |

| | |
|---|---|
| **Subject** | **H. Item #6-Treasurer's Items Requesting Board Action-L. Amended Certificate of Estimated Resources & Appropriation Resolution** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 3. Additions to the Agenda (if needed) |
| Type | |

# 4. Hearing of the Public regarding Agenda Items

| | |
|---|---|
| **Subject** | **A. Guidelines for addressing the Board on Agenda Items** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 4. Hearing of the Public regarding Agenda Items |
| Type | Information |

0169.1 - **PUBLIC PARTICIPATION AT BOARD MEETINGS**

The Board of Education recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest. The Board offers public participation to members of the public in accordance with the procedures below. The Board applies these procedures to all speakers, and does not discriminate based on the identity of the speaker, content of the speech, or viewpoint of the speaker.

The Board is also committed to conducting its meetings in a productive and efficient manner that assures that the regular agenda of the Board is completed in a reasonable period of time, honors the voluntary nature of the Board's time and using that time efficiently, and allows for a fair and adequate opportunity for input to be considered. Consequently, public participation at Board meetings will be governed by the following principles:

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

A. Anyone having a legitimate interest in the actions of the Board may participate during the public portion of a meeting.
B. Attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting.
C. Participants must be recognized by the presiding officer
D. Each statement made by a participant shall be limited to five (5) minutes duration, unless extended by the presiding officer.
E. No participant may speak more than once on the same topic unless all others who wish to speak on that topic have been heard.
F. All statements shall be directed to the presiding officer; no person may address or question Board members individually.
G. The presiding officer may:
1. prohibit public comments that are frivolous, repetitive, and/or harassing;
2. interrupt, warn, or terminate a participant's statement when the statement is too lengthy, abusive, off-topic, obscene, or irrelevant;
3. request any individual to leave the meeting when that person does not observe reasonable decorum or is disruptive to the conduct of the meeting;

BOE 327

4. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting;
5. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action;
6. waive these rules with the approval of the Board when necessary for the protection of privacy or the administration of the Board's business.
H. The portion of the meeting during which the participation of the public is invited shall be limited to one (1) hour, unless extended by a vote of the Board.

# 5. Administrative Reports

| Subject | **A. Elementary Principal- Carrie Jones and Cassie Schoch** |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 5. Administrative Reports |
| Type | |

> **File Attachments**
> Elementary Board Report 2-14-2022.pdf (1,362 KB)

| Subject | **B. Elementary- Young 5's presentation** |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 5. Administrative Reports |
| Type | |

> **File Attachments**
> Young 5's board presentation .pdf (1,012 KB)

| Subject | **C. Middle School Principal-Matt Triplett** |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 5. Administrative Reports |
| Type | |

> **File Attachments**
> BMS BOARD REPORT 2_14_22.pdf (363 KB)

| Subject | **D. High School Principal-Barrett Swope** |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 5. Administrative Reports |
| Type | |

> **File Attachments**
> HSboardreport2.14.22.pdf (393 KB)

# 6. Important Dates of the District

BOE 328

| Subject | **A. Important Dates to Know** |
|---|---|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 6. Important Dates of the District |
| Type | Information |

> File Attachments
> Communications.pdf (49 KB)

## 7. Treasurer's Items Requesting Board Action

| Subject | **A. Approval of Meeting Minutes** |
|---|---|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Minutes |

Board of Education Organizational Meeting, January 10, 2022

| Subject | **B. Approval of Meeting Minutes** |
|---|---|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Minutes |

Board of Education Regular Meeting, January 10, 2022

| Subject | **C. Approval of Meeting Minutes** |
|---|---|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Minutes |

Board of Education Special Meeting, January 13, 2022

| Subject | **D. Approval of Payment of Bills** |
|---|---|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | |

> File Attachments
> Detailed Check Register - January 2022.pdf (131 KB)

| Subject | **E. Approval of Monthly Financial Report** |
|---|---|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |

BOE 329

Type

> File Attachments
> January 2022 Board Reports.pdf (390 KB)
> Cash Summary - January 2022.pdf (62 KB)

| | |
|---|---|
| **Subject** | **F. Approval of Transfers** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the following transfers. |

Transfer from General Fund (001) to Capital Projects (070) to assist with the additional construction costs of the K-5 building.

FROM: 001-General Fund
TO: 070-Capital Projects
$700,000.00

Transfer from Improving Teacher Quality Grant (590:9222) to Title I-A Grant (572-9222) to assist with the costs of two (2) teacher salaries.

FROM: 590:9222-Improving Teacher Quality
TO:572:9222-Title 1-A
$14,878.94

| | |
|---|---|
| **Subject** | **G. Approval of Certificate of Availability** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the Certificate of Availability for payment to Montgomery County Educational Services for physical therapy services. |

> File Attachments
> Montgomery ESC PT.pdf (681 KB)

| | |
|---|---|
| **Subject** | **H. Approval of REPAY MasterCard Corporate Card Agreement** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | |

> File Attachments
> REPAY CPS MCCA v2.3 (Final) (1).pdf (112 KB)

| | |
|---|---|
| **Subject** | **I. Approval of appointment of Public Records Designee** |

| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the appointment of the Treasurer/CFO as Public Records designee. |

| Subject | **J. Approval of Participating in the EPC School Bus Purchasing Program** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve participating in the EPC School Bus Purchasing Program. |

**Whereas the Bethel Board of Education wishes to advertise and receive bids for the purchase of one (1) or more school buses. Therefore, be it resolved the Bethel Board of Education wishes to participate and authorize the Southwestern Ohio Educational Purchasing Council to advertise and receive bids on said Board's behalf as per the specifications submitted for the cooperative purchase of no more than three (3) school buses.**

| Subject | **K. Approval of Client Service Agreement with Soliant** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the client service agreement with Soliant. |

**Soliant Service Agreement**

File Attachments
Soliant Client Services Agreement.pdf (1,326 KB)

| Subject | **L. Approval of Amended Certificate of Estimated Resources & Appropriation Resolution** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the amended Certificate of Estimated Resources and Appropriation Resolution. |

File Attachments
Amended Official Certificate of Estimated Resources - January Detail.pdf (41 KB)
Appropriation Resoluton Summary - January 2022.pdf (100 KB)
APPCOM - January 2022.pdf (57 KB)

| Subject | **M. Motion To Place Items from the Treasurer's Report on the Consent Calendar** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |

BOE 331

Type                  Action

Recommended Action    Motion to Place Items from the Treasurer's Report on the Consent Calendar

Motion: _____    Second: _____

_____ Sebastian _____ Elam ___Mansfield _____ Donahue _____Franz

| Subject | **N. Motion To Adopt Consent Calendar with items from the Treasurer's Report** |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 7. Treasurer's Items Requesting Board Action |
| Type | Action |
| Recommended Action | Motion To Adopt Consent Calendar with items from the Treasurer's Report. |

Motion: _____    Second: _____

_____ Sebastian _____ Elam ___Mansfield _____ Donahue _____Franz

## 8. Items from Treasurer for discussion
## 9. Superintendent's Items Requesting Board Action

| Subject | **A. Approval of Resignation of Classified Employee (retirement)** |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the resignation of the following employee. |

**Gayle Rhoades, effective May 31 2022**

| Subject | **B. Approval of Classified Employee** |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the following classified employee (pending FBI/BCI verification results). |

**Melissa Diskete, Kindergarten teacher's aide, Step 5 @ $13.00/hour. (Replacement of aide that resigned in January 2022).**

**Andre Cokes, Media Specialist, Step 5 @ $15.06/hour.**

| Subject | **C. Approval of MOU** |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the Memorandum of Understanding (MOU) in regards to Internal Substitute. |

**MOU-Internal Substitutes**

BOE 332

File Attachments
MOU-internal subs.pdf (816 KB)

---

| | |
|---|---|
| **Subject** | **D. Approval of MOU** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the Memorandum of Understanding (MOU) in regards to Sick Leave. |

**MOU-Sick Leave**

File Attachments
MOU-sick leave.pdf (2,546 KB)

---

| | |
|---|---|
| **Subject** | **E. Approval of Clubs: Beekeepers and Hope Squad** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the following clubs, Beekeepers and Hope Squad. |

File Attachments
Beekeeper Request.pdf (419 KB)
HOPE Squad Request.pdf (68 KB)

---

| | |
|---|---|
| **Subject** | **F. Approval Open Enrollment-2022-2023** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the continuation of inter-District Open Enrollment for the 2022-2023 school year, based on Board Policy 5113. |

File Attachments
Open Enroll Policy.pdf (205 KB)

---

| | |
|---|---|
| **Subject** | **G. Approval of Summer Camp-Camp Laffalot** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review a summer camp provided by Camp Laffalot for the following dates: |

BOE 333

Camp Laffalot-June 6-June 10, 9:00 am to 2:00 pm at a cost of $105 per student cost.   Bethel Local Schools will receive $7 per camper for the use of our facility.

---

File Attachments
Camp Laffalot.pdf (34 KB)

---

| Subject | H. Approval of OHSAA Board Resolution |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the Resolution authorizing 2022-2023 membership in the Ohio High School Athletic Association. |

---

File Attachments
OHSAA resolution.pdf (846 KB)

---

| Subject | I. Approval of Course of Study for Middle School and High School |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the Course of Study for Middle School and High School for SY 22-23. |

---

File Attachments
Proposed changes to HS Course of Study 22-23.pdf (76 KB)
Course of Study BHS 22-23.pdf (7,582 KB)
Revised BMS Course Descriptions 2022-2023.pdf (98 KB)
Clean BMS Course Descriptions 2022-2023.pdf (90 KB)

---

| Subject | J. Approval of Supplemental Positions-Fall, Winter, Sports and Non Sport Supplemental |
| --- | --- |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | The Bethel Board of Education accepts the recommendation of approval for the following individuals for school year 2021-2022 advisory positions and volunteers commensurate with the supplemental negotiated agreement. |

**TRACK**
Butch Wise, Assistant HS Track Coach-Boys
Casey Denlinger, Assistant HS Track Coach-Girls
Brian Firstenberger, MS Boys Track Coach
Lauren Clute, MS Girls Track Coach
Ben Schwiekhardt, MS Volunteer Track

**BASEBALL**
Scott Jones, Assistant Coach, Varsity

BOE 334

**Josh Anderson, Volunteer, Varsity**
**Andy Mohler, JV Coach**
**Dru Bescoe, Volunteer, JV**

**SOFTBALL**
**Courtney Seavers, Assistant Coach**
**Linsey Manning, Assistant Coach**

**FOOTBALL**
**Andre Cokes, Head Varsity Coach**

| | |
|---|---|
| Subject | **K. Motion To Place Items from the Superintendent's Report on the Consent Calendar** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | Motion to Place Items from the Superintendent's Report on the Consent Calendar |

Motion: _____ Second: _____

_____ Sebastian _____ Elam ___Mansfield _____ Donahue _____Franz

| | |
|---|---|
| Subject | **L. Motion To Adopt Consent Calendar with items from the Superintendent's Report** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 9. Superintendent's Items Requesting Board Action |
| Type | Action |
| Recommended Action | Motion To Adopt Consent Calendar with items from the Superintendent's Report. |

Motion: _____ Second: _____

_____ Sebastian _____ Elam ___Mansfield _____ Donahue _____Franz

## 10. Items from Superintendent for discussion
## 11. Hearing of the BEA President
## 12. Board Items

| | |
|---|---|
| Subject | **A. Consideration and Development of Policies** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 12. Board Items |
| Type | |

| | |
|---|---|
| Subject | **B. Board Resolution** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 12. Board Items |
| Type | Action |
| Recommended Action | The Bethel Board of Education to approve the attached Board Resolution. |

Motion: _____ Second: _____

_____ Sebastian _____ Elam ___Mansfield _____ Donahue _____Franz

BOE 335

File Attachments
BOE Resolution 2-14-22.pdf (38 KB)

| | |
|---|---|
| **Subject** | **C. Facility Meeting Review** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 12. Board Items |
| Type | |

| | |
|---|---|
| **Subject** | **D. Community Town Hall Q&A** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 12. Board Items |
| Type | |

## 13. Hearing of the Public

| | |
|---|---|
| **Subject** | **A. Guidelines for addressing the Board on Agenda Items** |
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 13. Hearing of the Public |
| Type | |

0169.1 - **PUBLIC PARTICIPATION AT BOARD MEETINGS**

The Board of Education recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest. The Board offers public participation to members of the public in accordance with the procedures below. The Board applies these procedures to all speakers, and does not discriminate based on the identity of the speaker, content of the speech, or viewpoint of the speaker.

The Board is also committed to conducting its meetings in a productive and efficient manner that assures that the regular agenda of the Board is completed in a reasonable period of time, honors the voluntary nature of the Board's time and using that time efficiently, and allows for a fair and adequate opportunity for input to be considered. Consequently, public participation at Board meetings will be governed by the following principles:

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

A. Anyone having a legitimate interest in the actions of the Board may participate during the public portion of a meeting.
B. Attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting.
C. Participants must be recognized by the presiding officer
D. Each statement made by a participant shall be limited to five (5) minutes duration, unless extended by the presiding officer.
E. No participant may speak more than once on the same topic unless all others who wish to speak on that topic have been heard.
F. All statements shall be directed to the presiding officer; no person may address or question Board members individually.
G. The presiding officer may:
1. prohibit public comments that are frivolous, repetitive, and/or harassing;
2. interrupt, warn, or terminate a participant's statement when the statement is too lengthy, abusive, off-topic, obscene, or irrelevant;
3. request any individual to leave the meeting when that person does not observe reasonable decorum or is disruptive to the conduct of the meeting;
4. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting;
5. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action;

BOE 336

6. waive these rules with the approval of the Board when necessary for the protection of privacy or the administration of the Board's business.
H. The portion of the meeting during which the participation of the public is invited shall be limited to one (1) hour, unless extended by a vote of the Board.

# 14. Executive Session (if needed)

| Subject | A. Possible Executive Session |
|---------|-------------------------------|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 14. Executive Session (if needed) |
| Type | Action |
| Recommended Action | Motion to go into executive session for the following reason(s): |

Motion to go into executive session for the following reason(s):
1. To consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing.
2. To consider the purchase of property for public purposes, the sale of property at competitive bidding, or the sale or other disposition of unneeded, obsolete, or unfit-for-use property in accordance with section 505.10 of the Revised Code, if premature disclosure of information would give an unfair competitive or bargaining advantage to a person whose personal, private interest is adverse to the general public interest.
3. Conferences with an attorney for the public body concerning disputes involving the public body that are the subject of pending or imminent court action.
4. Preparing for, conducting, or reviewing negotiations or bargaining sessions with public employees concerning their compensation or other terms and conditions of their employment.
5. Matters required to be kept confidential by federal law or regulations or state statues.
6. Details relative to the security arrangements and emergency response protocols for a public body or a public office, if disclosure of the matters discussed could reasonably be expected to jeopardize the security of the public body or public office.
7. To consider confidential information related to the marketing plans, specific business strategy, production techniques, trade secrets, or personal financial statements of an applicant for economic development assistance, or to negotiations with other political subdivisions respecting requests for economic development assistance, provided that both of the following conditions apply:
(a) The information is directly related to a request for economic development assistance that is to be provided or administered under any provision of Chapter 715., 725., 1724., or 1728. or sections of 701.07, 3735.67 to 3735.70, 5709.40 to 5709.43, 5709.61 to 5709.69, 5709.73 to 5709.75, or 5709.77 to 5709.81 of the Revised Code, or that involves public infrastructure improvements or the extension of utility services that are directly related to an economic development project.
(b) A unanimous quorum of the public body determines, by a roll call vote, that the executive session is necessary to protect the interests of the applicant or the possible investment or expenditure of public funds to be made in connection with the economic development project.

If an executive session is required, it may be placed anywhere in the order of the agenda but often comes at the beginning or at the end. It is often anticipated in advance that an executive session will be necessary, but the Board may call for such should the occasion arise even though it does not appear on the prepared agenda. Executive sessions are permitted for certain specified situations. Only discussion may take place on-site in executive sessions. Voting must be done in an open meeting.

Motion: _____ Second: _____

____ Mansfield____ Sebastian _____ Elam _____ Donahue ____Franz

Time into executive session: _____

Time back to regular session: _____

# 15. Adjournment

BOE 337

| **Subject** | **A. Adjourn the meeting** |
|---|---|
| Meeting | Feb 14, 2022 - Board of Education Regular Meeting |
| Category | 15. Adjournment |
| Type | Action |
| Recommended Action | Motion to adjourn the meeting. |

Motion: _____ Second: _____

____ Mansfield____ Sebastian _____ Elam _____ Donahue ____Franz

Meeting adjourned at _____

**Board of Education Regular Meeting Monday, February 14, 2022**

1. Roll Call

A. Call to Order

B. Treasurer Pro Tempore

**2022-98**
Motion by: Mr. Elam to appoint MRS. SEBASTIAN as Treasurer Pro Tempore for the regular board meeting on February 14, 2022
Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Frantz
Nays: none
Motion carried: 5-0

C. Roll Call
Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

D. Pledge of Allegiance

2. Board-Old Business
School Resource Officer through Miami County Sheriff- Tabled to the next Board meeting in March.

3. Additions to the Agenda
A. Item 8-Superintendent's Items Requesting Board Action -A. Approval of Resignation (Retirement)
B. Item #8 -Superintendent's Items Requesting Board Action-B. Approval of Classified Employee(s)
C. Item #8-Superintendent's Items Requesting Board Approval-C. Approval of MOU
D. Item #8-Superintendent's Items Requesting Board Action-D. Approval of MOU
E. Item #8-Superintendent's Items Requesting Board Action-J. Supplemental Positions
F. Item #6-Treasurer's Items Requesting Board Action-J.-Participation in EPC Bus Purchasing Program
   Item #6-Treasurer's Items Requesting Board Action-K. Client Service Agreement with Soliant
H. Item #6-Treasurer's Items Requesting Board Action-L. Amended Certificate of Estimated Resources & Appropriation Resolution

4. Hearing of the Public regarding Agenda Items

Rachael Kiplinger addressed the Board regarding the Board Resolution.

5. Administrative Reports
A. Elementary Principal- Carrie Jones and Cassie Schoch
B. Elementary- Young 5's presentation
C. Middle School Principal-Matt Triplett
D. High School Principal-Barrett Swope

6. Important Dates of the District

**2022-99**
7. Treasurer's Items Requesting Board Action

Motion by: Mr. Elam to place items from the Treasurer's report on the consent calendar.

A. Approval of Meeting Minutes
Board of Education Organizational Meeting, January 10, 2022

B. Approval of Meeting Minutes
Board of Education Regular Meeting, January 10, 2022

C. Approval of Meeting Minutes
   ard of Education Special Meeting, January 13, 2022

D. Approval of Payment of Bill

E. Approval of Monthly Financial Report

F. Approval of Transfers

BOE 339

The Bethel Board of Education to review the following transfers.

Transfer from General Fund (001) to Capital Projects (070) to assist with the additional construction costs of the K-5 building.

)M: 001-General Fund
ıO: 070-Capital Projects
$700,000.00

Transfer from Improving Teacher Quality Grant (590:9222) to Title I-A Grant (572-9222) to assist with the costs of two (2) teacher salaries.

FROM: 590:9222-Improving Teacher Quality
TO:572:9222-Title 1-A
$14,878.94

G. Approval of Certificate of Availability
The Bethel Board of Education to review the Certificate of Availability for payment to Montgomery County Educational Services for physical therapy services.

H. Approval of REPAY MasterCard Corporate Card Agreement

I. Approval of appointment of Public Records Designee
The Bethel Board of Education to review the appointment of the Treasurer/CFO as Public Records designee.

J. Approval of Participating in the EPC School Bus Purchasing Program
The Bethel Board of Education to approve participating in the EPC School Bus Purchasing Program.

**Whereas the Bethel Board of Education wishes to advertise and receive bids for the purchase of one (1) or more school buses. Therefore, be it resolved the Bethel Board of Education wishes to participate and authorize the Southwestern Ohio Educational Purchasing Council to advertise and receive bids on said Board's behalf as per the specifications submitted for the cooperative purchase of no more than three (3) school buses**

... Approval of Client Service Agreement with Soliant
The Bethel Board of Education to approve the client service agreement with Soliant.

L. Approval of Amended Certificate of Estimated Resources & Appropriation Resolution
The Bethel Board of Education to approve the amended Certificate of Estimated Resources and Appropriation Resolution.

Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

**2022-100**
Motion by: Mrs. Franz moved to adopt the consent calendar with items from the Treasurer report.
Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Motion carried: 5-0

8. Items from Treasurer for discussion
There were no additional items for discussion.

**2022-101**
9. Superintendent's Items Requesting Board Action

Motion by: Mrs. Sebastian to place items from the Superintendent's report on the consent calendar.

Approval of Resignation of Classified Employee (retirement)
.e Bethel Board of Education to approve the resignation of the following employee.
**Gayle Rhoades, effective May 31 2022**

B. Approval of Classified Employee
The Bethel Board of Education to approve the following classified employee (pending FBI/BCI verification results).

**Melissa Diskete, Kindergarten teacher's aide, Step 5 @ $13.00/hour. (Replacement of aide that resigned in January 2022).**
**Andre Cokes, Media Specialist, Step 5 @ $15.06/hour.**

C. Approval of MOU
Bethel Board of Education to approve the Memorandum of Understanding (MOU) in regards to Internal Substitute.

D. Approval of MOU
Recommended Action: The Bethel Board of Education to approve the Memorandum of Understanding (MOU) in regards to Sick Leave.

E. Approval of Clubs: Beekeepers and Hope Squad
The Bethel Board of Education to review the following clubs, Beekeepers and Hope Squad.

F. Approval Open Enrollment-2022-2023
The Bethel Board of Education to review the continuation of inter-District Open Enrollment for the 2022-2023 school year, based on Board Policy 5113.

G. Approval of Summer Camp-Camp Laffalot
The Bethel Board of Education to review a summer camp provided by Camp Laffalot for the following dates:

Camp Laffalot-June 6-June 10, 9:00 am to 2:00 pm at a cost of $105 per student cost.   Bethel Local Schools will receive $7 per camper for the use of our facility.

~~H. Approval of OHSAA Board Resolution~~
~~The Bethel Board of Education to review the Resolution authorizing 2022-2023 membership in the Ohio High School Athletic Association.~~

I. Approval of Course of Study for Middle School and High School
The Bethel Board of Education to review the Course of Study for Middle School and High School for SY 22-23.

J. Approval of Supplemental Positions-Fall, Winter, Sports and Non Sport Supplemental
The Bethel Board of Education accepts the recommendation of approval for the following individuals for school year 2021-22 advisory positions and volunteers commensurate with the supplemental negotiated agreement.

**TRACK**
**Butch Wise, Assistant HS Track Coach-Boys**
**Casey Denlinger, Assistant HS Track Coach-Girls**
**Brian Firstenberger, MS Boys Track Coach**
**Lauren Clute, MS Girls Track Coach**
**Ben Schwiekhardt, MS Volunteer Track**

**BASEBALL**
**Scott Jones, Assistant Coach, Varsity**
**Josh Anderson, Volunteer, Varsity**
**Andy Mohler, JV Coach**
**Dru Bescoe, Volunteer, JV**

**SOFTBALL**
**Courtney Seavers, Assistant Coach**
**Linsey Manning, Assistant Coach**

**FOOTBALL**
**Andre Cokes, Head Varsity Coach**

Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

22-102
Motion by: Mrs. Sebastian to adopt the amended Consent Calendar with items from the Superintendent's Report.
Seconded by: Mrs. Franz
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: a5-0

BOE 341

**2022-103**
Motion by: Mrs. Sebastian to adopt item H (approval of OHSAA resolution

H. Approval of OHSAA Board Resolution
    Bethel Board of Education to review the Resolution authorizing 2022-2023 membership in the Ohio High School Athletic Association.
Motion by: Mrs. Sebastian to adopt item H (approval of OHSAA resolution)

Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam
Nays: Mrs. Franz and Mrs. Donahue
Motion carried: 3-2

10. Items from Superintendent for discussion
Mr. Firks didn't have anything further for discussion.

11. Hearing of the BEA President
Mrs. Brewer did not have any update to present.

12. Board Items
A. Consideration and Development of Policies
Mrs. Mansfield gave an overview of how policies were considered and developed.

B. Board Resolution
The Bethel Board of Education to approve the attached Board Resolution. No action due to LACK OF MOTION.

c. Facility Meeting Review
Mr. Firks reviewed the facility meeting information. Specifically stating we have 17 or 27 bid packages proceeding. He also showed the brick which will be used in the new facility.

D. Community Town Hall Q&A
The Board would like to offer this forum. Date, time, and location TO BE DETERMINED.

͟͟. Hearing of the Public
President Mrs. Mansfield called for the Hearing of the Public to which the following individuals spoke in regards to the transgender bathrooms:
Jim Croley, Kelly Sodders, Amy Dils, Nels Swanson, Donna Beam, Tim Eschman for Mandy Safriet, Bronwyn Croley, Jackie Leskowich, Casaundra Swinehart, Shawn Baab, Audrey Baab, James Coburn waived his right to speak and asked Joe Blystone to speak in his stead, Mary Jones, Melissa Jones, Brenda Weller, Mora Rosenberger for Mary Ellen Buechter, Linda Ares, Mary Ann Schmidt, Setys Kelly, Emily Moorman, Niel Petersen, Nicholas Petersen, Narzia Kuchiyera, Stormy Milewski.

**2022-104**
14. Executive Session
Mr. Elam moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing, conferences with an attorney for the public body concerning disputes involving the public body that are the subject of pending or imminent court action, and details relative to the security arrangements and emergency response protocols for a public body or a public office, if disclosure of the matters discussed could reasonably be expected to jeopardize the security of the public body or public office.

Seconded by: Mrs. Donahue

The Board entered executive session at 10:43 pm
  The following members answered roll call:
  Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

The Board re-entered regular session at 1:12 am

**22-105**
͟͟. Adjournment

Motion by: Mrs. Mansfield to adjourn the meeting.
Seconded by Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz          BOE 342

Nays: none
Motion carried: 5-0

Meeting adjourned at 1:12 am

Treasurer

President

BOE 343

BETHEL LOCAL SCHOOL DISTRICT
BOARD RESOLUTION

WHEREAS, this Board of Education has been advised by two of its Attorneys of the current case law regarding transgender student rights; and

WHEREAS, this Board has been provided legal analysis regarding these students' rights; and

WHEREAS, in addition to the legal rights of transgender students, this Board hereby declares that all students shall be guaranteed an educational environment free from discrimination on the basis of sex, including discrimination in the form of sexual harassment, and including discrimination on the basis of sexual orientation and gender identity, as determined by case law; and

WHEREAS, this Board maintains the tremendous importance of protecting the privacy of all students and of ensuring that all students are treated equally while having equal access to our educational program; now therefore,

BE IT RESOLVED, that this Board directs its Administrative Staff to formalize its Guidelines for addressing student identity issues in the following ways:

a) Consult with the District's Neola representative to verify whether a Policy or Administrative Guideline update specific to transgender student restroom use or gender identity, beyond existing antidiscrimination and antiharassment policies, is either warranted, recommended, supported, or available;

b) Post written District protocols currently in practice on District website outlining the mandatory case-by-case meeting regarding gender identity assertion between the administration, parent (if student under 18), and student to take place prior to implementation of any accommodations to discuss what supports will be implemented; and

c) Determine at the building level whether there are any necessary or relevant updates needed to student handbooks related to above District protocols or regarding disciplinary actions for any improper usage of restrooms by students who have not adhered to District procedure for gender identity assertion or in cases of harassment of those who have.

BE IT FURTHER RESOLVED, that these Guidelines be presented to this Board for review and input prior to final publication.

BETHEL LOCAL SCHOOL DISTRICT BOARD RESOLUTION
RESTROOM USE

WHEREAS, this Board of Education has been provided with a legal analysis by two of its retained attorneys of the current case law regarding trans-identifying student rights and the rights of all students; and

WHEREAS, this Board declares that all students shall be guaranteed an educational environment free from discrimination on the basis of sex, including discrimination in the form of sexual harassment, and

WHEREAS, the Board is a political subdivision of the state of Ohio and has an important government interest in protecting the bodily privacy of students, and

WHEREAS, Title IX is a law correcting the wrongs done to women over the years in education and sports, and was written specifically as a biological sex regulation and not intended for sexual orientation or gender identity, and

WHEREAS, per the current Title IX regulations, "A recipient may provide separate toilet, locker room, and shower facilities on the basis of sex, but such facilities provided for students of one sex shall be comparable to such facilities provided for students of the other sex." 34 CFR 106.33., and

WHEREAS, the *Bostock* majority opinion does not reference Title IX. Further, the majority opinion stated in the Title VII context, "we do not purport to address bathrooms, locker rooms, or anything else of the kind," Bostock v. Clayton County, 140 S.Ct. 1731 (2020), and

WHEREAS, the law is influx, and the Supreme Court of the United States has not expanded Title IX to include sexual orientation or gender identity or persons, neither has Congress, and

WHEREAS, the related issue of bathroom privacy is one that the Supreme Court has explicitly stated is an open issue, and

WHEREAS, this Board maintains the tremendous importance of protecting the privacy, dignity, and safety of all students and of ensuring that all students are treated equally while having access to our educational program; now therefore,

BE IT RESOLVED, that this Board will formalize a bathroom policy to address student identity issues in the following ways:

a) Maintain the practical unwritten policy that has served as the guiding practice for the District by appropriating restrooms, showers, locker rooms, and other spaces that need to be separated as to biological sex facilities from the date of implementation.

b) Reasonably accommodate those students who for any reason do not wish to use communal privacy facilities, including those students who do not wish to use the privacy facility designated for his or her biological sex, by offering gender-neutral facilities.

c) Determine at the building level whether there are any necessary or relevant updates needed to student handbooks related to district policy or regarding disciplinary actions for any improper use of restrooms by students who have not adhered to district policy regarding restroom, locker room, and shower room use.

BE IT FURTHER RESOLVED, that this resolution be presented to this Board for review and input prior to final publication.