ADOPTED FEBRUARY 2018

Ohio's Learning Standards

# Social Studies

**Ohio** | Department of Education

BOE 347

# Table of Contents

**Introduction to Ohio's Social Studies Standards............3**

Philosophy and Guiding Assumptions .................3

How to Read Ohio's Social Studies Standards_K-12 .........4

Kindergarten – Grade8.................4

Strands .................4

Themes .................4

Topics .................4

Content Statements .................4

High School .................4

Strand Definitions for Ohio's Learning Standards for Social Studies Standards, K-8 .................5

Skills Topic Descriptions K–8 .................6

Topic Descriptions: K-8 .................7

Grade Theme Descriptions K-8 .................9

**Social Studies Standards: K-8 .................11**

Kindergarten .................11

Grade 1.................12

Grade 2.................14

Grade 3.................16

Grade 4.................18

Grade 5.................21

Grade 6.................23

Grade 7.................25

Grade 8.................27

**Social Studies Standards, High School............30**

How to Read Ohio's Social Studies Standards: High School ......30

Course Themes .................31

American History *.................32

American Government .................36

Modern World History .................39

Economics and Financial Literacy.................41

Contemporary World Issues.................43

World Geography.................45

*January 2019: Content Statement 22 of American History listed under correct topic (Cold War)



BOE 348

Ohio's social studies standards:

- set high expectations and provide strong support for social studies achievement by all students;
- represent the social studies knowledge and skills needed to make a successful transition to postsecondary education, the workplace and civic life;
- are informed by national standards;
- balance knowledge, conceptual understanding and skill development;
- address significant understandings that are the basis for sound decision-making as citizens;
- focus on important social studies topics;
- represent a rigorous progression across grades and in-depth study within each grade;
- serve as the basis for classroom and statewide assessments; and
- guide the development of local social studies curricula and instructional programs.

## Introduction to Ohio's Social Studies Standards

Ohio's Learning Standards for Social Studies outline what students should know and be able to do in social studies to succeed in college, careers, and for their role as engaged citizens. The State Board of Education adopted the prior version of the standards in 2010. The standards provide critical social studies knowledge, are grade-level appropriate, and reflect current research.

Updating of the 2010 standards began with an Ohio Department of Education survey seeking public and educator feedback between November 2016 and January 2017. An advisory committee of representatives from statewide education associations and social studies education groups reviewed the public comments and advised the Department on which standards to update. Working groups of educators with social studies expertise reviewed the recommendations and made revisions in a draft of the standards.

The Department posted the draft revised standards for public review in summer 2017. The working groups reviewed those comments and incorporated suggestions in the draft standards. The State Board of Education adopted the revised standards in February 2018.

These standards provide Ohio's educators with a set of common expectations on which to base social studies curricula.

## PHILOSOPHY AND GUIDING ASSUMPTIONS

The aim of social studies is the promotion of civic competence – the knowledge, intellectual processes, and democratic dispositions required of students to be active and engaged participants in public life. Although civic competence is not the only responsibility of social studies nor is it exclusive to the field, it is more central to social studies than any other subject areas in schools. Civic competence rests on a commitment to democratic values, and requires the ability to use knowledge about one's community, nation, and world; apply inquiry processes; and employ skills to of data collection and analysis, collaboration, decision-making, and problem solving.



## How to Read Ohio's Social Studies Standards, K-12

### KINDERGARTEN – GRADE 8

The standards for Ohio's Learning Standards for Social Studies for grades K-8 are organized by Strands, Themes, Topics and Content Statements.

### STRANDS

The four disciplines within the social studies: History, Geography, Government and Economics.

### THEMES

A theme is the focus for a particular grade level or the descriptive narrative of a high school course syllabus.

Example from Grade 2: People Working Together

### TOPICS

The different aspects of content within a strand.

Geography example: Human Systems

### CONTENT STATEMENTS

The essential knowledge students should learn at each grade level or within each course.

Example from Grade 8: 20. The U.S. Constitution established a federal republic, providing a framework for a national government with elected representatives, separation of powers, and checks and balances.

### HIGH SCHOOL

The revised standards for high school contain syllabi for six high school social studies courses:

American History

American Government

Modern World History

Economics and Financial Literacy

Contemporary World Issues

World Geography

Each course contains a theme and broad topics which are further clarified with content statements. Grade levels are not specified for any of the courses.



BOE 350

## STRAND DEFINITIONS FOR OHIO'S LEARNING STANDARDS FOR SOCIAL STUDIES STANDARDS, K-8

### HISTORY

Students use materials drawn from the diversity of human experience to analyze and interpret significant events, patterns and themes in the history of Ohio, the United States and the world.

### GEOGRAPHY

Students use knowledge of geographic locations, patterns and processes to show the interrelationship between the physical environment and human activity and to explain the interactions that occur in an increasingly interdependent world. Students use knowledge of perspectives, practices and products of cultural, ethnic and social groups to analyze the impact of their commonality and diversity within local, national, regional and global settings.

### GOVERNMENT

Students use knowledge of the purposes, structures and processes of political systems at the local, state, national and international levels to understand that people create systems of government as structures of power and authority to provide order, maintain stability and promote the general welfare. They use knowledge of the rights and responsibilities of citizenship to examine and evaluate civic ideals and to participate in community life and the American democratic system.

### ECONOMICS

Students use economic reasoning skills and knowledge of major economic concepts, issues and systems in order to make informed choices as producers, consumers, savers, investors, workers and citizens in an interdependent world.

Ohio | Department of Education

6

## SKILLS TOPIC DESCRIPTIONS: K–8

Topics within Ohio's Learning Standards for Social Studies include civic literacy, financial and economic literacy and global awareness. Skills such as problem-solving, communication, media literacy and leadership are further developed within the model curriculum.

| STRAND | TOPIC | TOPIC DESCRIPTION |
|---|---|---|
| HISTORY | Historical Thinking and Skills | Historical thinking begins with a clear sense of time – past, present and future – and becomes more precise as students progress. Historical thinking includes skills such as locating, researching, analyzing and interpreting primary and secondary sources so that students can begin to understand the relationships among events and draw conclusions. |
| GEOGRAPHY | Spatial Thinking and Skills | Spatial thinking examines the relationships among people, places and environments by mapping and graphing geographic data. Geographic data are compiled, organized, stored and made visible using traditional and geospatial technologies. Students need to be able to access, read, interpret and create maps and other geographic representations as tools of analysis. |
| GOVERNMENT | Civic Participation and Skills | Civic participation embraces the ideal that an individual actively engages in his or her community, state or nation for the common good. Students need to practice effective communication skills including negotiation, compromise and collaboration. Skills in accessing and analyzing information are essential for citizens in a democracy. |
| ECONOMICS | Economic Decision Making and Skills | Effective economic decision making requires students to be able to reason logically about key economic issues that affect their lives as consumers, producers, savers, investors and citizens. Economic decision making and skills engage students in the practice of analyzing costs and benefits, collecting and organizing economic evidence and proposing alternatives to economic problems. |
| | Financial Literacy | Financial literacy is the ability of individuals to use knowledge and skills to manage limited financial resources effectively for lifetime financial security. |

Ohio | Department of Education

BOE 352

OHIO'S LEARNING STANDARDS | Social Studies | ADOPTED 2018

7

## TOPIC DESCRIPTIONS: K-8

| STRAND | TOPIC | TOPIC DESCRIPTION |
|---|---|---|
| HISTORY | Historical Thinking and Skills | Historical thinking begins with a clear sense of time, past, present and future, and becomes more precise as students progress. Historical thinking includes skills such as locating, researching, analyzing and interpreting primary and secondary sources so that students can begin to understand the relationships among events and draw conclusions. |
| | Heritage | Ideas and events from the past have shaped the world as it is today. The actions of individuals and groups have made a difference in the lives of others. |
| | Early Civilizations | The eight features of civilizations include cities, well-organized central governments, complex religions, job specialization, social classes, arts and architecture, public works and writing. Early peoples developed unique civilizations. Several civilizations established empires with legacies influencing later peoples. |
| | Feudalism and Transitions | Feudalism developed as a political system based on small local units controlled by lords bound by an oath of loyalty to a monarch. The decline of feudalism in Europe resulted from interactions between the Muslim world and European states. These interactions influenced the rise of new ideas and institutions. |
| | First Global Age | The transoceanic linking of all the major regions of the world led to economic, political, cultural and religious transformations. |
| | Colonization to Independence | European countries established colonies in North America as a means of increasing wealth and power. As the English colonies developed their own governments and economies, they resisted domination by the monarchy, rebelled and fought for independence. |
| | A New Nation | The United States shifted in governing philosophy from a loosely organized system characterized by strong state powers to a federal system. |
| | Expansion | The addition of new territories and economic and industrial development contributed to the growth of sectionalism in the United States. |
| | Civil War and Reconstruction | Sectional differences divided the North and South prior to the American Civil War. Both the American Civil War and resulting period of Reconstruction had significant consequences for the nation. |

Ohio | Department of Education

BOE 353

**OHIO'S LEARNING STANDARDS | Social Studies | ADOPTED 2018**

8

| STRAND | TOPIC | TOPIC DESCRIPTION |
|---|---|---|
| GEOGRAPHY | Spatial Thinking and Skills | Spatial thinking examines the relationships among people, places and environments by mapping and graphing geographic data. Geographic data are compiled, organized, stored and made visible using traditional and geospatial technologies. Students need to be able to access, read, interpret and create maps and other geographic representations as tools of analysis. |
| | Places and Regions | A place is a location having distinctive characteristics, which give it meaning and character and distinguish it from other locations. A region is an area with one or more common characteristics, which give it a measure of homogeneity and make it different from surrounding areas. Regions and places are human constructs. |
| | Human Systems | Human systems represent the settlement and structures created by people on Earth's surface. The growth, distribution and movements of people are driving forces behind human and physical events. Geographers study patterns in cultures and the changes that result from human processes, migrations and the diffusion of new cultural traits. |
| GOVERNMENT | Civic Participation and Skills | Civic participation embraces the ideal that an individual actively engages in his or her community, state or nation for the common good. Students need to practice effective communication skills including negotiation, compromise and collaboration. Skills in accessing and analyzing information are essential for citizens in a democracy. |
| | Rules and Laws | Rules play an important role in guiding behavior and establishing order in families, classrooms and organizations. Laws are enacted by governments to perform similar functions. |
| | Roles and Systems of Government | The purpose of government in the United States is to establish order, protect the rights of individuals and promote the common good. Governments may be organized in different ways and have limited or unlimited powers. |
| ECONOMICS | Economic Decision Making and Skills | Effective economic decision making requires students to be able to reason logically about key economic issues that affect their lives as consumers, producers, savers, investors and citizens. Economic decision-making and skills engage students in the practice of analyzing costs and benefits, collecting and organizing economic evidence and proposing alternatives to economic problems. |
| | Scarcity | There are not enough resources to produce all the goods and services that people desire. |
| | Production and Consumption | Production is the act of combining natural resources, human resources, capital goods and entrepreneurship to make goods and services. Consumption is the use of goods and services. |
| | Markets | Markets exist when buyers and sellers interact. This interaction determines market prices and thereby allocates scarce resources, goods and services. |
| | Financial Literacy | Financial literacy is the ability of individuals to use knowledge and skills to manage limited financial resources effectively for lifetime financial security. |

Ohio | Department of Education

9

## GRADE THEME DESCRIPTIONS: K-8

| GRADE | THEME |
|-------|-------|
| K | **A Child's Place in Time and Space** The kindergarten year is the time for children to begin to form concepts about the world beyond their own classroom and communities. Culture, heritage and democratic principles are explored, building upon the foundation of the classroom experience. Children deepen their learning about themselves and begin to form an understanding of roles, responsibility for actions and decision-making in the context of the group setting. |
| 1 | **Families Now and Long Ago, Near and Far** The first-grade year builds on the concepts developed in kindergarten by focusing on the individual as a member of a family. Students begin to understand how families lived long ago and how they live in other cultures. They develop concepts about how the world is organized spatially through beginning map skills. They build the foundation for understanding principles of government and their roles as citizens. |
| 2 | **People Working Together** Work serves as an organizing theme for the second grade. Students learn about jobs today and long ago. They use biographies, primary sources and artifacts as clues to the past. They deepen their knowledge of diverse cultures and their roles as citizens. |
| 3 | **Communities: Past and Present, Near and Far** The local community serves as the focal point for third grade as students begin to understand how their communities have changed over time and to make comparisons with communities in other places. The study of local history comes alive through the use of artifacts and documents. They also learn how communities are governed and how the local economy is organized. |
| 4 | **Ohio in the United States** The fourth-grade year focuses on the early development of Ohio and the United States. Students learn about the history, geography, government and economy of their state and nation. Foundations of U.S. history are laid as students study prehistoric Ohio cultures, early American life, the U.S. Constitution, and the development and growth of Ohio and the United States. Students begin to understand how ideas and events from the past have shaped Ohio and the United States today. |
| 5 | **Regions and People of the Western Hemisphere** In grade five, students study the Western Hemisphere (North and South America), its geographic features, early history, cultural development and economic change. Students learn about the early inhabitants of the Americas and the impact of European exploration and colonization. The geographic focus includes the study of contemporary regional characteristics, the movement of people, products and ideas, and cultural diversity. Students develop their understanding of the relationship between markets and available resources. |

**Ohio** | Department of Education

OHIO'S LEARNING STANDARDS | Social Studies | ADOPTED 2018

10

| GRADE | THEME |
|-------|-------|
| 6 | **Regions and People of the Eastern Hemisphere** In grade six, students study the Eastern Hemisphere (Africa, Asia, Australia and Europe), its geographic features, early history, cultural development and economic change. Students learn about the development of river civilizations in Africa and Asia, including their governments, cultures and economic systems. The geographic focus includes the study of contemporary regional characteristics, the movement of people, products and ideas, and cultural diversity. Students develop their understanding of the role of consumers and the interaction of markets, resources and competition. |
| 7 | **World Studies from 750 B.C. to 1600 A.D.: Ancient Greece to the First Global Age** In seventh grade, an integrated study of world history is presented, beginning with ancient Greece and continuing through global exploration. All four social studies strands are used to illustrate how historic events are shaped by geographic, social, cultural, economic and political factors. Students develop their understanding of how ideas and events from the past have shaped the world today. |
| 8 | **U.S. Studies from 1492 to 1877: Exploration through Reconstruction** The historical focus continues in the eighth grade with the study of European exploration and the early years of the United States. This study incorporates all four social studies strands into a chronologic view of the development of the United States. Students examine how historic events are shaped by geographic, social, cultural, economic and political factors. |

**Ohio** | Department of Education

# Social Studies Standards: K-8

## Kindergarten

### THEME: A CHILD'S PLACE IN TIME AND SPACE

The kindergarten year is the time for children to begin to form concepts about the world beyond their own classroom and communities. Culture, heritage and democratic principles are explored, building upon the foundation of the classroom experience. Children deepen their learning about themselves and begin to form an understanding of roles, responsibility for actions and decision making in the context of the group setting.

| | HISTORICAL THINKING AND SKILLS | HERITAGE |
|---|---|---|
| **HISTORY STRAND** | **Content Statements:**<br>1. Time can be measured.<br>2. Personal history can be shared through stories and pictures. | **Content Statements:**<br>3. Heritage is reflected through diverse cultures and is shown through the arts, customs, traditions, family celebrations and language.<br>4. Symbols and practices of the United States include the flag, Pledge of Allegiance and the National Anthem. Other nations are represented by symbols and practices too. |
| | **SPATIAL THINKING AND SKILLS** | **HUMAN SYSTEMS** |
| **GEOGRAPHY STRAND** | **Content Statements:**<br>5. Terms related to direction and distance, as well as symbols and landmarks, can be used to talk about the relative location of familiar places.<br>6. Models and maps represent real places. | **Content Statements:**<br>7. Humans depend on and impact the physical environment in order to supply food, clothing and shelter.<br>8. Individuals are unique but share common characteristics of multiple groups. |
| | **CIVIC PARTICIPATION AND SKILLS** | **RULES AND LAWS** |
| **GOVERNMENT STRAND** | **Content Statement:**<br>9. Individuals share responsibilities and take action toward the achievement of common goals in homes, schools and communities. | **Content Statement:**<br>10. The purpose of rules and authority figures is to provide order, security and safety in the home, school and community. |
| | **SCARCITY** | **PRODUCTION AND CONSUMPTION** |
| **ECONOMICS STRAND** | **Content Statement:**<br>11. Individuals have many wants and make decisions to satisfy those wants. These decisions impact others. | **Content Statement:**<br>12. Goods are objects that can satisfy an individual's wants. Services are actions that can satisfy individual's wants. |

**Ohio** | Department of Education

## Grade 1

### THEME: FAMILIES NOW AND LONG AGO, NEAR AND FAR

The first-grade year builds on the concepts developed in kindergarten by focusing on the individual as a member of a family. Students begin to understand how families lived long ago and how they live in other cultures. They develop concepts about how the world is organized spatially through beginning map skills. They build the foundation for understanding principles of government and their roles as citizens.

| | | |
|---|---|---|
| **HISTORY STRAND** | **HISTORICAL THINKING AND SKILLS**<br><br>**Content Statements**<br>1. Time can be divided into categories (e.g., months of the year, past, present and future).<br>2. Photographs, letters, artifacts and books can be used to learn about the past. | **HERITAGE**<br><br>**Content Statements:**<br>3. The ways basic human needs are met have changed over time. |
| **GEOGRAPHY STRAND** | **SPATIAL THINKING AND SKILLS**<br><br>**Content Statements:**<br>4. Maps can be used to locate and identify places.<br><br>**HUMAN SYSTEMS**<br><br>**Content Statements:**<br>6. Families interact with the physical environment differently in different times and places.<br>7. Diverse cultural practices address basic human needs in various ways and may change over time | **PLACES AND REGIONS**<br><br>**Content Statements:**<br>5. Places are distinctive because of their physical characteristics (land forms and bodies of water) and human characteristics (structures built by people). |
| **GOVERNMENT STRAND** | **CIVIC PARTICIPATION AND SKILLS**<br><br>**Content Statement:**<br>8. Individuals have responsibility to take action toward the achievement of common goals in homes, schools and communities and are accountable for those actions.<br>9. Collaboration requires group members to respect the rights and opinions of others. | **RULES AND LAWS**<br><br>**Content Statement:**<br>10. Rules exist in different settings. The principles of fairness should guide rules and the consequences for breaking rules. |

Ohio | Department of Education

BOE 358

Grade 1, continued

| | SCARCITY | PRODUCTION AND CONSUMPTION |
|---|---|---|
| **ECONOMICS STRAND** | **Content Statement**<br>11. Wants are unlimited and resources are limited. Individuals make choices because they cannot have everything they want. | **Content Statement:**<br>12. People produce and consume goods and services in the community. |
| | **MARKETS** | **FINANCIAL LITERACY** |
| | **Content Statement:**<br>13. People trade to obtain goods and services they want. | **Content Statement:**<br>14. Currency is used as a means of economic exchange. |

Ohio | Department of Education

## Grade 2

### THEME: PEOPLE WORKING TOGETHER

Work serves as an organizing theme for the second grade. Students learn about jobs today and long ago. They use biographies, primary sources and artifacts as clues to the past. They deepen their knowledge of diverse cultures and their roles as citizens.

| | HISTORICAL THINKING AND SKILLS | HERITAGE |
|---|---|---|
| **HISTORY STRAND** | **Content Statements:**<br>1. Time can be shown graphically on calendars and timelines.<br>2. Change over time can be shown with artifacts, maps, and photographs. | **Content Statements:**<br>3. Science and technology have changed daily life.<br>4. Biographies can show how peoples' actions have shaped the world in which we live. |
| | SPATIAL THINKING AND SKILLS | PLACES AND REGIONS |
| **GEOGRAPHY STRAND** | **Content Statements:**<br>5. Maps and their symbols, including cardinal directions, can be interpreted to answer questions about location of places. | **Content Statements:**<br>6. The work that people do is impacted by the distinctive human and physical characteristics in the place where they live. |
| | HUMAN SYSTEMS | |
| | **Content Statements:**<br>7. Human activities alter the physical environment, both positively and negatively.<br>8. Cultures develop in unique ways, in part through the influence of the physical environment.<br>9. Interactions among cultures lead to sharing ways of life. | |
| | CIVIC PARTICIPATION AND SKILLS | RULES AND LAWS |
| **GOVERNMENT STRAND** | **Content Statement:**<br>10. Respect for the rights of self and others includes making responsible choices and being accountable for personal actions.<br>11. Groups are accountable for choices they make and actions they take. | **Content Statement:**<br>12. There are different rules and laws that govern behavior in different settings. |

**Ohio** | Department of Education

BOE 360

Grade 2, continued

| ECONOMICS STRAND | ECONOMIC DECISION MAKING AND SKILLS | SCARCITY |
|---|---|---|
| | **Content Statement:**<br>13. Information displayed on bar graphs can be used to compare quantities. | **Content Statement:**<br>14. Resources can be used in various ways. |
| | **PRODUCTION AND CONSUMPTION** | **MARKETS** |
| | **Content Statement:**<br>15. Most people around the world work in jobs in which they produce specific goods and services. | **Content Statement:**<br>16. People use money to buy and sell goods and services. |
| | **FINANCIAL LITERACY** | |
| | **Content Statement:**<br>17. People earn income by working. | |

## Grade 3

### THEME: COMMUNITIES: PAST AND PRESENT, NEAR AND FAR

The local community serves as the focal point for third grade as students begin to understand how their communities have changed over time and to make comparisons with communities in other places. The study of local history comes alive through the use of artifacts and documents. They also learn how communities are governed and how the local economy is organized.

| | | |
|---|---|---|
| **HISTORY STRAND** | **HISTORICAL THINKING AND SKILLS** | **HERITAGE** |
| | **Content Statements:**<br>1. Events in local history can be shown on timelines organized by years, decades and centuries.<br>2. Primary and secondary sources can be used to show change over time. | **Content Statements:**<br>3. Local communities change over time. |
| | **SPATIAL THINKING AND SKILLS** | **PLACES AND REGIONS** |
| | **Content Statements:**<br>4. Physical and political maps have distinctive characteristics and purposes. Places can be located on a map by using the title, key, alphanumeric grid and cardinal directions. | **Content Statements:**<br>5. Daily life is influenced by the agriculture, industry and natural resources in different communities. |
| **GEOGRAPHY STRAND** | **HUMAN SYSTEMS** | |
| | **Content Statements:**<br>6. Evidence of positive and negative human modification of the environment can be observed in the local community.<br>7. Systems of transportation and communication move people, products and ideas from place to place.<br>8. Communities may include diverse cultural groups. | |

Ohio | Department of Education

Grade 3, continued

| | CIVIC PARTICIPATION AND SKILLS | RULES AND LAWS |
|---|---|---|
| **GOVERNMENT STRAND** | **Content Statement:**<br>9. Members of local communities have rights and responsibilities.<br>10. Individuals make the community a better place by taking action to solve problems in a way that promotes the common good. | **Content Statement:**<br>11. Laws are rules which apply to all people in a community and describe ways people are expected to behave. Laws promote order and security, provide public services and protect the rights of individuals in the local community. |
| | ROLES AND SYSTEMS OF GOVERNMENT | |
| | **Content Statement:**<br>12. Governments have authority to make and enforce laws.<br>13. The structure of local governments may differ from one community to another. | |
| | ECONOMIC DECISION MAKING AND SKILLS | SCARCITY |
| | **Content Statement:**<br>14. Line graphs are used to show changes in data over time. | **Content Statement:**<br>15. Both positive and negative incentives affect individuals' choices and behaviors.<br>16. Individuals must make decisions because of the scarcity of resources. Making a decision involves a trade-off. |
| | PRODUCTION AND CONSUMPTION | MARKETS |
| **ECONOMICS STRAND** | **Content Statement:**<br>17. A consumer is a person whose wants are satisfied by using goods and services. A producer makes goods and/or provides services. | **Content Statement:**<br>18. A market is where buyers and sellers exchange goods and services. |
| | FINANCIAL LITERACY | |
| | **Content Statement:**<br>19. Making decisions involves weighing costs and benefits.<br>20. A budget is a plan to help people make personal economic decisions for the present and future and to become more financially responsible. | |

Ohio | Department of Education

# Grade 4

## THEME: OHIO IN THE UNITED STATES

The fourth-grade year focuses on the early development of Ohio and the United States. Students learn about the history, geography, government and economy of their state and nation. Foundations of U.S. history are laid as students study prehistoric Ohio cultures, early American life, the U.S. Constitution, and the development and growth of Ohio and the United States. Students begin to understand how ideas and events from the past have shaped Ohio and the United States today.

| HISTORY STRAND | HISTORICAL THINKING AND SKILLS | HERITAGE |
|---|---|---|
| | **Content Statements:**<br>1. The order of significant events in Ohio and the United States can be shown on a timeline.<br>2. Primary and secondary sources can be used to create historical narratives. | **Content Statements:**<br>3. Various groups of people have lived in Ohio over time including American Indians, migrating settlers and immigrants. Interactions among these groups have resulted in cooperation, conflict and compromise.<br>4. The 13 colonies came together around a common cause of liberty and justice, uniting to fight for independence during the American Revolution and to form a new nation.<br>5. The Northwest Ordinance incorporated democratic ideals into the territories. It provided a process for territories to become states and recognized them as equal to the other existing states.<br>6. Ongoing conflicts on the Ohio frontier with American Indians and Great Britain contributed to the United States' involvement in the War of 1812.<br>7. Following the War of 1812, Ohio continued to play a key role in national conflicts including the anti-slavery movement and the Underground Railroad.<br>8. Many technological innovations that originated in Ohio benefitted the United States. |

Grade 4, continued

| | SPATIAL THINKING AND SKILLS | PLACES AND REGIONS |
|---|---|---|
| **GEOGRAPHY STRAND** | **Content Statements:**<br>9. A map scale and cardinal and intermediate directions can be used to describe the relative location of physical and human characteristics of Ohio and the United States. | **Content Statements:**<br>10. The economic development of the United States continues to influence and be influenced by agriculture, industry and natural resources in Ohio.<br>11. The regions of the United States known as the North, South and West developed in the early 1800s largely based on their physical environments and economies. |
| | **HUMAN SYSTEMS** | |
| | **Content Statements:**<br>12. People have modified the environment throughout history resulting in both positive and negative consequences in Ohio and the United States.<br>13. The population of the United States has changed over time, becoming more diverse (e.g., racial, ethnic, linguistic, religious). Ohio's population has become increasingly reflective of the multicultural diversity of the United States.<br>14. Ohio's location and its transportation systems continue to influence the movement of people, products and ideas in the United States. | |

| | CIVIC PARTICIPATION AND SKILLS | RULES AND LAWS |
|---|---|---|
| **GOVERNMENT STRAND** | **Content Statement:**<br>15. Individuals have a variety of opportunities to act in and influence their state and national government. Citizens have both rights and responsibilities in Ohio and the United States.<br>16. Civic participation in a democratic society requires individuals to make informed and reasoned decisions by accessing, evaluating and using information effectively to engage in compromise. | **Content Statement:**<br>17. Laws can protect rights, provide benefits and assign responsibilities.<br>18. The U.S. Constitution establishes a system of limited government and protects citizens' rights; five of these rights are addressed in the First Amendment. |
| | **ROLES AND SYSTEMS OF GOVERNMENT** | |
| | **Content Statement:**<br>19. A constitution is a written plan for government. The Ohio Constitution and the U.S. Constitution separate the major responsibilities of government among three branches. | |

**Ohio** | Department of Education

BOE 365

**OHIO'S LEARNING STANDARDS | Social Studies | ADOPTED 2018**

20

Grade 4, continued

| ECONOMICS STRAND | ECONOMIC DECISION MAKING AND SKILLS | PRODUCTION AND CONSUMPTION |
|---|---|---|
| | **Content Statement:**<br>20. Tables and charts organize data in a variety of formats to help individuals understand information and issues. | **Content Statement:**<br>21. Entrepreneurs in Ohio and the United States organize productive resources and take risks to make a profit and compete with other producers. |
| | **FINANCIAL LITERACY** | |
| | **Content Statement:**<br>22. Saving a portion of income contributes to an individuals' financial well-being. Individuals can reduce spending to save more of their income. | |

Ohio | Department of Education

BOE 366

# Grade 5

## THEME: REGIONS AND PEOPLE OF THE WESTERN HEMISPHERE

In grade five, students study the Western Hemisphere (North and South America), its geographic features, early history, cultural development and economic change. Students learn about the early inhabitants of the Americas and the impact of European exploration and colonization. The geographic focus includes the study of contemporary regional characteristics, the movement of people, products and ideas, and cultural diversity. Students develop their understanding of the relationship between markets and available resources.

| | HISTORICAL THINKING AND SKILLS | EARLY CIVILIZATIONS |
|---|---|---|
| **HISTORY STRAND** | **Content Statements:**<br>1. Events can be arranged in order of occurrence using the conventions of B.C. and A.D. or B.C.E. and C.E. | **Content Statements:**<br>2. Early Indian civilizations (Maya, Inca, Aztec, Mississippian) existed in the Western Hemisphere prior to the arrival of Europeans. These civilizations had developed unique governments, social structures, religions, technologies, and agricultural practices. |
| | **HERITAGE** | |
| | **Content Statements:**<br>3. European exploration and colonization during the 1400s-1600s had lasting effects which can be used to understand the Western Hemisphere today. | |
| | SPATIAL THINKING AND SKILLS | PLACES AND REGIONS |
| **GEOGRAPHY STRAND** | **Content Statements:**<br>4. Geographic tools can be used to gather, process and report information about people, places and environments. Cartographers decide which information to include in maps.<br>5. Latitude and longitude can be used to make observations about location and generalizations about climate | **Content Statements:**<br>6. Regions can be determined using data related to various criteria including landform, climate, population, and cultural and economic characteristics. |
| | **HUMAN SYSTEMS** | |
| | **Content Statements:**<br>7. The variety of physical environments within the Western Hemisphere influences human activities. Likewise, human activities modify the physical environments.<br>8. American Indians developed unique cultures with many different ways of life. American Indian tribes and nations can be classified into cultural groups based on geographic and cultural similarities. | **Content Statements:**<br>9. Political, environmental, social and economic factors cause people, products and ideas to move from place to place in the Western Hemisphere and results in diversity.<br>10. The Western Hemisphere is culturally diverse (eg., language, food, religion, art, music) due to the influences and interactions of a variety of world cultures. |

Ohio | Department of Education

BOE 367

Grade 5, continued

| | CIVIC PARTICIPATION AND SKILLS | ROLES AND SYSTEMS OF GOVERNMENT |
|---|---|---|
| **GOVERNMENT STRAND** | **Content Statement:**<br>11. Individuals can better understand public issues by gathering, interpreting and checking information for accuracy from multiple sources. Data can be displayed graphically to effectively and efficiently communicate information. | **Content Statement:**<br>12. Democracies, dictatorships and monarchies are categories for understanding the relationship between those in power or authority and citizens. |
| | **ECONOMIC DECISION MAKING AND SKILLS** | **SCARCITY** |
| | **Content Statement:**<br>13. Information displayed in circle graphs can be used to show relative proportions of segments of data to an entire body of data.<br>14. The choices made by individuals and governments have both present and future consequences. | **Content Statement:**<br>15. The availability of productive resources (i.e., entrepreneurship, human resources, capital goods and natural resources) promotes specialization that could lead to trade. |
| **ECONOMICS STRAND** | **PRODUCTION AND CONSUMPTION** | **MARKETS** |
| | **Content Statement:**<br>16. The availability of productive resources and the division of labor can have a positive or negative impact on productive capacity. | **Content Statement:**<br>17. Regions and countries become interdependent when they specialize in what they produce best and then trade with other regions to increase the amount and variety of goods and services available. |
| | **FINANCIAL LITERACY** | |
| | **Content Statement:**<br>18. Workers can improve their ability to earn income by gaining new knowledge, skills and experiences. | |

## Grade 6

### THEME: REGIONS AND PEOPLE OF THE EASTERN HEMISPHERE

In grade six, students study the Eastern Hemisphere (Africa, Asia, Australia and Europe), its geographic features, early history, cultural development and economic change. Students learn about the development of river civilizations in Africa and Asia, including their governments, cultures and economic systems. The geographic focus includes the study of contemporary regional characteristics, the movement of people, products and ideas, and cultural diversity. Students develop their understanding of the role of consumers and the interaction of markets, resources and competition.

| | |
|---|---|
| **HISTORY STRAND** | **HISTORICAL THINKING AND SKILLS**<br><br>**Content Statements:**<br>1. Multiple tier timelines can be used to show relationships among events and places. | **EARLY CIVILIZATIONS**<br><br>**Content Statements:**<br>2. Early civilizations (India, Egypt, China and Mesopotamia) had unique governments, economic systems, social structures, religions, technologies and agricultural practices and products. The cultural practices and products of these early civilizations can be used to help understand the Eastern Hemisphere today. |
| **GEOGRAPHY STRAND** | **SPATIAL THINKING AND SKILLS**<br><br>**Content Statements:**<br>3. Geographic tools can be used to gather, process and report information about people, places and environments. Cartographers decide which information to include and how it is displayed.<br>4. Latitude and longitude can be used to identify absolute location.<br><br>**HUMAN SYSTEMS**<br><br>**Content Statements:**<br>6. The variety of physical environments within the Eastern Hemisphere influences human activities. Likewise, human activities modify the physical environment.<br>7. Political, environmental, social and economic factors cause people, products and ideas to move from place to place in the Eastern Hemisphere in the past and today.<br>8. Diffusion of agricultural practices and products, technology, cultural practices and major world religions (Buddhism, Christianity, Hinduism, Islam and Judaism) impacted the Eastern Hemisphere. | **PLACES AND REGIONS**<br><br>**Content Statements:**<br>5. Regions can be determined, classified and compared using data related to various criteria including landform, climate, population, and cultural and economic characteristics |

**Ohio** | Department of Education

BOE 369

Grade 6, continued

| | GOVERNMENT STRAND | ECONOMICS STRAND |
|---|---|---|

**GOVERNMENT STRAND**

**CIVIC PARTICIPATION AND SKILLS**

Content Statement:
9. Different perspectives on a topic can be obtained from a variety of historic and contemporary sources and used to effectively communicate and defend a claim based on evidence. Sources should be examined for accuracy and credibility.

**ROLES AND SYSTEMS OF GOVERNMENT**

Content Statement:
10. Governments can be categorized as monarchies, theocracies, dictatorships or democracies, but categories may overlap and labels may not accurately represent how governments function. The extent of citizens' liberties and responsibilities varies according to limits on governmental authority.

**ECONOMICS STRAND**

**ECONOMIC DECISION MAKING AND SKILLS**

Content Statement:
11. Economists compare data sets to draw conclusions about relationships among them.
12. The choices made by individuals and governments have both present and future consequences. The evaluation of choices is relative and may differ across individuals and societies.

**SCARCITY**

Content Statement:
13. The fundamental questions of economics include what to produce, how to produce and for whom to produce.
14. When regions and/or countries specialize, global trade occurs.

**MARKETS**

Content Statement:
15. The interaction of supply and demand, influenced by competition, helps to determine price in a market. This interaction also determines the quantities of outputs produced and the quantities of productive resources (entrepreneurship, human resources, natural resources and capital) used.

**FINANCIAL LITERACY**

Content Statement:
16. When selecting items to buy, individuals can weigh costs and benefits and compare the price and quality of available goods and services.

Ohio | Department of Education

# Grade 7

## THEME: WORLD STUDIES FROM 750 B.C. TO 1600 A.D.: ANCIENT GREECE TO THE FIRST GLOBAL AGE

The seventh grade year is an integrated study of world history, beginning with ancient Greece and continuing through global exploration. All four social studies strands are used to illustrate how historic events are shaped by geographic, social, cultural, economic and political factors. Students develop their understanding of how ideas and events from the past have shaped the world today.

| | HISTORICAL THINKING AND SKILLS | EARLY CIVILIZATIONS |
|---|---|---|
| **HISTORY STRAND** | **Content Statements:**<br>1. Historians and archaeologists describe historical events and issues from the perspectives of people living at the time to avoid evaluating the past in terms of today's norms and values. | **Content Statements:**<br>2. The civilizations that developed in Greece and Rome had an enduring impact on later civilizations. This legacy includes governance and law, engineering and technology, art and architecture, as well as literature and history. The Roman Empire also played an instrumental role in the spread of Christianity. |
| | **FEUDALISM AND TRANSITIONS** | **FIRST GLOBAL AGE** |
| | **Content Statements:**<br>3. The Roman Empire collapsed due to various internal and external factors (political, social and economic) which led to the development of feudalism and the manorial system in the region. The fall of Rome and later invasions also allowed for the creation of new empires in the region.<br>4. The Mongols conquered much of Asia which led to unified states in China and Korea. Mongol failure to conquer Japan allowed a feudal system to persist.<br>5. Achievements in medicine, science, mathematics and geography by the Islamic civilization dominated most of the Mediterranean after the decline of the Roman Empire. These achievements were introduced into Western Europe as a result of the Muslim conquests, Crusades and trade, influencing the European Renaissance.<br>6. The decline of feudalism, the rise of nation-states and the Renaissance in Europe introduced revolutionary ideas, leading to cultural, scientific and social changes.<br>7. The Reformation introduced changes in religion including the emergence of Protestant faiths and a decline in the political power and social influence of the Roman Catholic Church. | **Content Statements:**<br>8. Empires in Africa and Asia grew as commercial and cultural centers along trade routes.<br>9. The advent of the trans-Saharan slave trade had profound effects on both West and Central Africa and the receiving societies.<br>10. European economic and cultural influence dramatically increased through explorations, conquests and colonization.<br>11. The Columbian exchange (i.e., the exchange of fauna, flora and pathogens) among previously unconnected parts of the world reshaped societies in ways still evident today. |

Ohio | Department of Education

Grade 7, continued

| | | |
|---|---|---|
| **GEOGRAPHY STRAND** | **SPATIAL THINKING AND SKILLS**<br><br>**Content Statements:**<br>12. Maps and other geographic representations can be used to trace the development of human settlement over time. | **HUMAN SYSTEMS**<br><br>**Content Statements:**<br>13. Geographic factors promote or impede the movement of people, products and ideas.<br>14. Trade routes connecting Africa, Europe and Asia helped foster the spread of ideas, technology, goods and major world religions (Buddhism, Christianity, Hinduism, Islam and Judaism) that impacted the Eastern Hemisphere.<br>15. Improvements in transportation, communication and technology have facilitated cultural diffusion among peoples around the world. |
| **GOVERNMENT STRAND** | **CIVIC PARTICIPATION AND SKILLS**<br><br>**Content Statements:**<br>16. Analyzing individual and group perspectives is essential to understanding historic and contemporary issues. Opportunities for civic engagement exist for students to connect real-world issues and events to classroom learning. | **ROLES AND SYSTEMS OF GOVERNMENT**<br><br>**Content Statements:**<br>17. Greek democracy and the Roman Republic were a radical departure from monarchy and theocracy, influencing the structure and function of modern democratic governments.<br>18. With the decline of feudalism, consolidation of power resulted in the emergence of nation-states. |
| **ECONOMICS STRAND** | **ECONOMIC DECISION MAKING AND SKILLS**<br><br>**Content Statements:**<br>19. Individuals, governments and businesses must analyze costs and benefits when making economic decisions. A cost- benefit analysis consists of determining the potential costs and benefits of an action and then balancing the costs against the benefits.<br><br>**MARKETS**<br><br>**Content Statements:**<br>21. The growth of cities and empires fostered the growth of markets. Market exchanges encouraged specialization and the transition from barter to monetary economies. | **SCARCITY**<br><br>**Content Statements:**<br>20. The variability in the distribution of productive resources in the various regions of the world contributed to specialization, trade and interdependence. |

Ohio | Department of Education

## Grade 8

### THEME: U.S. STUDIES FROM 1492 TO 1877: EXPLORATION THROUGH RECONSTRUCTION

The historical focus continues in the eighth grade with the study of European exploration and the early years of the United States. This study incorporates all four social studies strands into a chronological view of the development of the United States. Students examine how historic events are shaped by geographic, social, cultural, economic and political factors.

| | HISTORICAL THINKING AND SKILLS | COLONIZATION TO INDEPENDENCE |
|---|---|---|
| **HISTORY STRAND** | **Content Statements:**<br>1. Primary and secondary sources are used to examine events from multiple perspectives and to present and defend a position. | **Content Statements:**<br>2. North America, originally inhabited by American Indians, was explored and colonized by Europeans for economic and religious reasons.<br>3. Competition for control of territory and resources in North America led to conflicts among colonizing powers.<br>4. The practice of race-based slavery led to the forced migration of Africans to the American colonies and contributed to colonial economic development. Their knowledge, skills and traditions were essential to the development of the colonies.<br>5. The ideas of the Enlightenment and dissatisfaction with colonial rule led English colonists to write the Declaration of Independence and launch the American Revolution.<br>6. Key events and significant figures in American history influenced the course and outcome of the American Revolution. |
| | **A NEW NATION** | **EXPANSION** |
| | **Content Statements:**<br>7. The outcome of the American Revolution was national independence and new political, social and economic relationships for the American people.<br>8. Problems arising under the Articles of Confederation led to debate over the adoption of the U.S. Constitution.<br>9. Actions of early presidential administrations established a strong federal government, provided peaceful transitions of power and repelled a foreign invasion. | **Content Statements:**<br>10. The United States added to its territory through treaties and purchases.<br>11. Westward expansion contributed to economic and industrial development, debates over sectional issues, war with Mexico and the displacement of American Indians. |

Ohio | Department of Education

BOE 373

Grade 8, continued

| | |
|---|---|
| **HISTORY STRAND, CONTINUED** | **CIVIL WAR AND RECONSTRUCTION**<br><br>**Content Statements:**<br>12. Disputes over the nature of federalism, complicated by economic developments in the United States, resulted in sectional issues, including slavery, which led to the American Civil War.<br>13. Key events and significant figures in American history influenced the course and outcome of the Civil War.<br>14. The Reconstruction period resulted in changes to the U.S. Constitution, an affirmation of federal authority and lingering social and political differences. | |
| **GEOGRAPHY STRAND** | **SPATIAL THINKING AND SKILLS**<br><br>**Content Statements:**<br>15. Modern and historical maps and other geographic tools are used to analyze how historic events are shaped by geography. | **HUMAN SYSTEMS**<br><br>**Content Statements:**<br>16. The availability of natural resources contributed to the geographic and economic expansion of the United States, sometimes resulting in unintended environmental consequences.<br>17. The movement of people, products and ideas resulted in new patterns of settlement and land use that influenced the political and economic development of the United States.<br>18. Cultural biases, stereotypes and prejudices had social, political and economic consequences for minority groups and the population as a whole.<br>19. Americans began to develop a unique national identity among diverse regional and cultural populations based on democratic ideals. |
| **GOVERNMENT STRAND** | **CIVIC PARTICIPATION AND SKILLS**<br><br>**Content Statements:**<br>20. Active participation in social and civic groups can lead to the attainment of individual and public goals.<br>21. Informed citizens understand how media and communication technology influence public opinion. | **ROLES AND SYSTEMS OF GOVERNMENT**<br><br>**Content Statements:**<br>22. The U.S. Constitution established a federal republic, providing a framework for a national government with elected representatives, separation of powers, and checks and balances.<br>23. The U.S. Constitution protects citizens' rights by limiting the powers of government. |

Ohio | Department of Education

OHIO'S LEARNING STANDARDS | Social Studies | ADOPTED 2018

29

Grade 8, continued

| ECONOMICS STRAND | ECONOMIC DECISION MAKING AND SKILLS | PRODUCTION AND CONSUMPTION |
|---|---|---|
| | **Content Statements:**<br>24. Choices made by individuals, businesses and governments have both present and future consequences. | **Content Statements:**<br>25. The Industrial Revolution fundamentally changed the means of production as a result of improvements in technology, use of new power resources, the advent of interchangeable parts and the shift from craftwork to factory work. |
| | **MARKETS** | |
| | **Content Statements:**<br>26. Governments can impact markets by means of spending, regulations, taxes and trade barriers. | |

Ohio | Department of Education

BOE 375

# Social Studies Standards, High School

Ohio's Learning Standards for Social Studies contain the standards for six high school social studies courses: American History, American Government, Modern World History, Economics and Financial Literacy, Contemporary World Issues and World Geography. Each contains a course theme and broad topics that are further clarified with content statements. Grade levels are not specified for any of the courses.

The standards, adopted by the State Board of Education in 2018, are available for districts to use as they plan course offerings. Ohio requires the following for graduation: one-half unit of American history; one-half unit of American government; and two units of social studies and one-half of those credits must be world history and civilization. End-of-course exams will be aligned to the American History and American Government in the 2019-2020 school year.

The inclusion of particular courses in the standards is not meant to require that all of these courses be offered or limit the choice of courses which districts may offer in their social studies programs.

## HOW TO READ OHIO'S SOCIAL STUDIES STANDARDS: HIGH SCHOOL

The standards are organized by:

**Themes, Topics** and **Content Statements.**

### THEMES
The descriptive narrative of a high school course.

### TOPICS
The different aspects of content within a theme.

### CONTENT STATEMENTS
The essential knowledge students should learn at each grade level or within each course.

 Department of Education

## COURSE THEMES

| COURSE | THEME |
|---|---|
| AMERICAN HISTORY | This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions. |
| AMERICAN GOVERNMENT | Students examine the Founding Documents, which form the basis for the United States of America and how the American people govern themselves at national, state and local levels of government. Students may also impact issues addressed by governments through service learning and senior projects. |
| MODERN WORLD HISTORY | This course examines world events from 1600 to the present. It explores the impact of the democratic and industrial revolutions, the forces that led to world domination by European powers, the wars that changed empires, the ideas that led to independence movements and the effects of global interdependence. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions. |
| ECONOMICS AND FINANICAL LITERACY | This course explores the fundamentals that guide individuals and nations as they make choices about how to use limited resources to satisfy their wants. More specifically, it examines the ability of individuals to use knowledge and skills to manage limited financial resources effectively for a lifetime of financial security. |
| CONTEMPORARY WORLD ISSUES | The dynamics of global interactions among nations and regions present issues that affect all humanity. These dynamics include: competing beliefs and goals; methods of engagement; and conflict and cooperation. Contemporary issues have political, economic, social, historic and geographic components. Approaches to addressing global and regional issues reflect historical influences and multiple perspectives. Students can impact global issues through service learning and senior projects. |
| WORLD GEOGRAPHY | This course builds on students' understanding of geography and spatial thinking. Contemporary issues are explored through the lens of geography. In addition to understanding where physical and cultural features are located and why those features are located as they are, students examine the implications of these spatial arrangements. |

Ohio | Department of Education

BOE 377

## American History

**Theme:** This course examines the history of the United States of America from 1877 to the present. The federal republic has withstood challenges to its national security and expanded the rights and roles of its citizens. The episodes of its past have shaped the nature of the country today and prepared it to attend to the challenges of tomorrow. Understanding how these events came to pass and their meaning for today's citizens is the purpose of this course. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.

## TOPIC: HISTORICAL THINKING AND SKILLS

Students apply skills by utilizing a variety of resources to construct theses and support or refute contentions made by others. Alternative explanations of historical events are analyzed and questions of historical inevitability are explored.

## CONTENT STATEMENTS:

1. The use of primary and secondary sources of information includes an examination of the credibility of each source.
2. Historians develop theses and use evidence to support or refute positions.
3. Historians analyze cause, effect, sequence and correlation in historical events, including multiple causation and long- and short-term causal relations.

## TOPIC: FOUNDING DOCUMENTS

Some documents in American history have considerable importance for the development of the nation. Students use historical thinking to examine key documents which form the basis for the United States of America.

## CONTENT STATEMENTS:

4. The Declaration of Independence elaborates on the rights and role of the people in building the foundations of the American nation through the principles of unalienable rights and consent of the people.
5. The Northwest Ordinance elaborates on the rights and role of the people in building the foundations of the American nation through its establishment of natural rights and setting up educational institutions.
6. The U.S. Constitution established the foundations of the American nation and the relationship between the people and their government.
7. The debate presented by the Federalist and Anti-Federalist Papers over protections for individuals and limits on government power resulted in the Bill of Rights. The Bill of Rights provides constitutional protections for individual liberties and limits on governmental power.

Ohio | Department of Education

## TOPIC: INDUSTRIALIZATION AND PROGRESSIVISM (1877-1920)

Ignited by post-Civil War demand and fueled by technological advancements, large-scale industrialization began in the United States during the late 1800s. Growing industries enticed foreign immigration, fostered urbanization, gave rise to the American labor movement and developed the infrastructure that facilitated the settling of the West. A period of progressive reform emerged in response to political corruption and practices of big business.

## CONTENT STATEMENTS:

8. The rise of corporations, heavy industry, mechanized farming and technological innovations transformed the American economy from an agrarian to an increasingly urban industrial society.

9. The rise of industrialization led to a rapidly expanding workforce. Labor organizations grew amidst unregulated working conditions, laissez-faire policies toward big business, and violence toward supporters of organized labor.

10. Immigration, internal migration and urbanization transformed American life.

11. Continued settlement by Americans in the West intensified conflict with American Indians and reinforced the policy of the reservation system.

12. Following Reconstruction, old political and social structures reemerged and racial discrimination was institutionalized.

13. The Progressive era was an effort to address the ills of American society stemming from industrial capitalism, urbanization and political corruption.

## TOPIC: FOREIGN AFFAIRS FROM IMPERIALISM TO POST-WORLD WAR I (1898-1930)

The industrial and territorial growth of the United States fostered expansion overseas. Greater involvement in the world set the stage for American participation in World War I and attempts to preserve post-war peace.

## CONTENT STATEMENTS:

14. As a result of overseas expansion, the Spanish-American War and World War I, the United States emerged as a world power.

15. After World War I, the United States pursued efforts to maintain peace in the world. However, as a result of the national debate over the Versailles Treaty ratification and the League of Nations, the United States moved away from the role of world peacekeeper and limited its involvement in international affairs.

## TOPIC: PROSPERITY, DEPRESSION AND THE NEW DEAL (1919-1941)

The post-World War I period was characterized by economic, social and political turmoil. Post- war prosperity brought about changes to American popular culture. However, economic disruptions growing out the war years led to worldwide depression. The United States attempted to deal with the Great Depression through economic programs created by the federal government.

## CONTENT STATEMENTS:

16. Racial intolerance, anti-immigrant attitudes and the Red Scare contributed to social unrest after World War I.

17. An improved standard of living for many, combined with technological innovations in communication, transportation and industry, resulted in social and cultural changes and tensions.

18. Movements such as the Harlem Renaissance, African-American migration, women's suffrage and Prohibition all contributed to social change.

19. The Great Depression was caused, in part, by the federal government's monetary policies, stock market speculation, and increasing consumer debt. The role of the federal government expanded as a result of the Great Depression.



## TOPIC: FROM ISOLATION TO WORLD WAR (1930-1945)

The isolationist approach to foreign policy meant U.S. leadership in world affairs diminished after World War I. Overseas, certain nations saw the growth of tyrannical governments which reasserted their power through aggression and created conditions leading to the Second World War. After Pearl Harbor, the United States entered World War II, which changed the country's focus from isolationism to international involvement.

### CONTENT STATEMENTS:

20. During the 1930s, the U.S. government attempted to distance the country from earlier interventionist policies in the Western Hemisphere as well as retain an isolationist approach to events in Europe and Asia until the beginning of World War II.

21. United States policy and mobilization of its economic and military resources during World War II affected American society. Despite mistreatment, marginalized groups played important roles in the war effort while continuing to protest unfair treatment.

## TOPIC: THE COLD WAR (1945-1991)

The United States and the Union of Soviet Socialist Republics (U.S.S.R.) emerged as the two strongest powers in international affairs. Ideologically opposed, they challenged one another in a series of confrontations known as the Cold War. The costs of this prolonged contest weakened the U.S.S.R. so that it collapsed due to internal upheavals as well as American pressure. The Cold War had social and political implications in the United States.

### CONTENT STATEMENTS:

22. Use of atomic weapons changed the nature of war, altered the balance of power and began the nuclear age. *

23. The United States followed a policy of containment during the Cold War in response to the spread of communism.

24. The Second Red Scare and McCarthyism reflected Cold War fears in American society.

25. The Cold War and conflicts in Korea and Vietnam influenced domestic and international politics.

26. The collapse of communist governments in Eastern Europe and the U.S.S.R. brought an end to the Cold War.

## TOPIC: SOCIAL TRANSFORMATIONS IN THE UNITED STATES (1945-1994)

A period of post-war prosperity allowed the United States to undergo fundamental social change. Adding to this change was an emphasis on scientific inquiry, the shift from an industrial to a technological/service economy, the impact of mass media, the phenomenon of suburban and Sun Belt migrations, the increase in immigration and the expansion of civil rights.

### CONTENT STATEMENTS:

27. Following World War II, the United States experienced a struggle for racial and gender equality and the extension of civil rights.

28. The postwar economic boom and advances in science and technology, produced changes in American life.

29. The continuing population flow from cities to suburbs, the internal migrations from the Rust Belt to the Sun Belt, and the increase in immigration resulting from passage of the 1965 Immigration Act have had social and political effects.

30. Political debates focused on the extent of the role of government in the economy, environmental protection, social welfare and national security.

*January 2019: Content Statement 22 of American History listed under correct topic (Cold War)



Ohio | Department of Education

## TOPIC: UNITED STATES AND THE POST-COLD WAR WORLD (1991 TO PRESENT)

The United States emerged from the Cold War as a dominant leader in world affairs amidst a globalized economy, political terrorism and the proliferation of nuclear weapons.

## CONTENT STATEMENTS:

31. Improved global communications, international trade, transnational business organizations, overseas competition and the shift from manufacturing to service industries have impacted the American economy.

32. The United States faced new political, national security and economic challenges in the post-Cold War world and following the attacks on September 11, 2001.

33. Focusing on foreign policy, the United States faces ongoing economic, political, military, and social challenges in the post-Cold War era and following the attacks of September 11, 2001.

Ohio | Department of Education

## American Government

**Theme:** Students examine the Founding Documents which form the basis for the United States of America and how the American people govern themselves at national, state and local levels of government is the basis for this course. Students may also impact issues addressed by governments through service learning and senior projects.

## TOPIC: CIVIC INVOLVEMENT

Students can engage societal problems and participate in opportunities to contribute to the common good through governmental and nongovernmental channels.

## CONTENT STATEMENTS:

1. Opportunities for civic engagement within the structures of government are made possible through political and public policy processes.

2. Political parties, interest groups and the media provide opportunities for civic involvement through various means.

## TOPIC: CIVIC PARTICIPATION AND SKILLS

Democratic government is enhanced when individuals exercise the skills to effectively participate in civic affairs.

## CONTENT STATEMENTS:

3. Issues can be analyzed through the critical use of credible sources.

4. The processes of persuasion, compromise, consensus building and negotiation contribute to the democratic process.

## TOPIC: BASIC PRINCIPLES OF THE U.S. CONSTITUTION

Principles related to representative democracy are reflected in the articles and amendments of the U.S. Constitution and provide structure for the government of the United States.

## CONTENT STATEMENTS:

5. As the supreme law of the land, the U.S. Constitution incorporates basic principles that help define the government of the United States as a federal republic including its structure, powers and relationship with the governed.

6. The Federalist Papers and the Anti-Federalist Papers framed the national debate over the basic principles of government encompassed by the Constitution of the United States.

7. Constitutional government in the United States has changed over time as a result of amendments to the U.S. Constitution, Supreme Court decisions, legislation and informal practices.

8. The Bill of Rights was drafted in response to the national debate over the ratification of the Constitution of the United States.

9. The constitutional amendments known collectively as the Reconstruction Amendments extended new constitutional protections to African Americans, though the struggle to fully achieve equality would continue.

10. Constitutional amendments have provided for civil rights such as suffrage for disenfranchised groups.

11. Constitutional amendments have altered provisions for the structure and functions of the federal government.

Ohio | Department of Education

## TOPIC: STRUCTURE AND FUNCTIONS OF THE FEDERAL GOVERNMENT

Three branches compose the basic structure of the federal government. Public policy is created through the making of laws, the execution of the laws and the adjudication of disputes under the laws.

CONTENT STATEMENTS:

12. Law and public policy are created and implemented by three branches of government; each functions with its own set of powers and responsibilities.
13. The political process creates a dynamic interaction among the three branches of government in addressing current issues.

## TOPIC: ROLE OF THE PEOPLE

The government of the United States protects the freedoms of its people and provides opportunities for citizens to participate in the political process.

CONTENT STATEMENTS:

14. In the United States, people have rights that protect them from undue governmental interference. Rights carry responsibilities that help define how people use their rights and that require respect for the rights of others.
15. Historically, the United States has struggled with majority rule and the extension of minority rights. As a result of this struggle, the government has increasingly extended civil rights to marginalized groups and broadened opportunities for participation.

## TOPIC: OHIO'S STATE AND LOCAL GOVERNMENTS

The State of Ohio acts within the framework of the U.S. Constitution and extends powers and functions to local governments.

CONTENT STATEMENTS:

16. As a framework for the state, the Ohio Constitution has similarities and differences to the federal Constitution; it was changed in 1851 to address difficulties governing the state.
17. Individuals in Ohio have a responsibility to assist state and local governments as they address relevant and often controversial problems that directly affect their communities.

## TOPIC: PUBLIC POLICY

Federal, state and local governments address problems and issues by making decisions, creating laws, enforcing regulations and taking action.

CONTENT STATEMENTS:

18. A variety of entities within the three branches of government, at all levels, address public policy issues that arise in domestic and international affairs.
19. Individuals and organizations play a role within federal, state and local governments in helping to determine public (domestic and foreign) policy.



Ohio | Department of Education

BOE 383

OHIO'S LEARNING STANDARDS | Social Studies | ADOPTED 2018

38

## TOPIC: GOVERNMENT AND THE ECONOMY

The actions of government play a major role in the flow of economic activity. Governments consume and produce goods and services. Fiscal and monetary policies, as well as economic regulations, provide the means for government intervention in the economy.

### CONTENT STATEMENTS:

20. The federal government uses spending and tax policy to maintain economic stability and foster economic growth. Regulatory actions carry economic costs and benefits.

21. The Federal Reserve System uses monetary tools to regulate the nation's money supply and moderate the effects of expansion and contraction in the economy.

Ohio | Department of Education

# Modern World History

**Theme:** This course examines world events from 1600 to the present. It explores the impact of the democratic and industrial revolutions, the forces that led to world domination by European powers, the wars that changed empires, the ideas that led to independence movements and the effects of global interdependence. The concepts of historical thinking introduced in earlier grades continue to build with students locating and analyzing primary and secondary sources from multiple perspectives to draw conclusions.

## TOPIC: HISTORICAL THINKING AND SKILLS

Students apply skills by utilizing a variety of resources to construct theses and support or refute contentions made by others. Alternative explanations of historical events are analyzed and questions of historical inevitability are explored.

### CONTENT STATEMENTS:

1. The use of primary and secondary sources of information includes an examination of the credibility of each source.
2. Historians develop theses and use evidence to support or refute positions.
3. Historians analyze cause, effect, sequence, and correlation in historical events, including multiple causation and long- and short-term causal relations.

## TOPIC: AGE OF ENLIGHTENMENT (1600-1800)

The Age of Enlightenment developed from the Scientific Revolution of the 16th and 17th centuries. A new focus on reasoning was used to understand social, political and economic institutions.

### CONTENT STATEMENTS:

4. The Scientific Revolution impacted religious, political, and cultural institutions by challenging how people viewed the world.
5. Enlightenment ideas regarding human nature and society challenged religious authority, absolute rule and mercantilism.
6. Enlightenment ideas on the relationship of the individual and the government influenced the American and French Revolutions.

## TOPIC: AGE OF REVOLUTIONS (1750-1914)

The Age of Revolutions was a period of two world-encompassing and interrelated developments: the democratic revolution and the industrial revolution. Both had political, economic and social consequences on a global scale.

### CONTENT STATEMENTS:

7. The American and French Revolutions influenced Latin American revolutions for independence.
8. Industrialization had social, political and economic effects on Western Europe and the world.

## TOPIC: IMPERIALISM (1800-1914)

The industrialized nations embarked upon a competition for overseas empires that had profound implications for the entire world. This "new imperialism" focused on the underdeveloped world and led to the domination and exploitation of Asia, Africa and Latin America.

### CONTENT STATEMENTS:

9. Imperial expansion had political, economic and social roots.
10. Imperialism involved land acquisition, extraction of raw materials, spread of Western values and direct political control.
11. The consequences of imperialism were viewed differently by the colonizers and the colonized.

## TOPIC: ACHIEVEMENTS AND CRISES (1900-1945)

The first half of the 20th century was one of rapid technological advances. It was a period when the tensions between industrialized nations resulted in World War I and set the stage for World War II. While World War II transformed the balance of world power, it was the


Ohio | Department of Education

most destructive and costly war in terms of human casualties and material resources expended.

## CONTENT STATEMENTS:

12. Advances in technology, communication and transportation improved lives, but also had negative consequences.

13. The causes of World War I included militarism, imperialism, nationalism and alliances.

14. The consequences of World War I and the worldwide depression set the stage for the Russian Revolution, the rise of totalitarianism, aggressive Axis expansion and the policy of appeasement which in turn led to World War II.

15. Oppression and discrimination resulted in the Armenian Genocide during World War I and the Holocaust during World War II.

16. World War II devastated most of Europe and Asia, led to the occupation of Eastern Europe and Japan, and began the atomic age.

## TOPIC: THE COLD WAR (1945-1991)

Conflicting political and economic ideologies after World War II resulted in the Cold War. The Cold War overlapped with the era of decolonization and national liberation.

## CONTENT STATEMENTS:

17. The United States and the Soviet Union became superpowers and competed for global influence.

18. Treaties and agreements at the end of World War II changed national boundaries and created multinational organizations.

19. Religious diversity, the end of colonial rule and rising nationalism have led to regional conflicts in the Middle East.

20. Postwar global politics led to the rise of nationalist movements in Africa and Southeast Asia.

21. Political and social struggles have resulted in expanded rights and freedoms for women and indigenous peoples.

## TOPIC: GLOBALIZATION (1991-PRESENT)

The global balance of power shifted with the end of the Cold War. Wars, territorial disputes, ethnic and cultural conflicts, acts of terrorism, advances in technology, expansion of human rights, and changes in the global economy present new challenges.

## CONTENT STATEMENTS:

22. The break-up of the Soviet Union ended the Cold War and created challenges for its former allies, the former Soviet republics, Europe, the United States and the non-aligned world.

23. Regional and ethnic conflicts in the post-Cold War era have resulted in acts of terrorism, genocide and ethnic cleansing.

24. Political and cultural groups have struggled to achieve self-governance and self-determination.

25. Emerging economic powers and improvements in technology have created a more interdependent global economy.

26. Proliferation of nuclear weapons has created a challenge to world peace.

27. The rapid increase of global population, coupled with an increase in life expectancy and mass migrations have created societal and governmental challenges.

28. Environmental concerns, impacted by population growth and heightened by international competition for the world's energy supplies, have resulted in a new environmental consciousness and a movement for the sustainability of the world's resources.

Ohio | Department of Education

## Economics and Financial Literacy

**Theme:** This course explores the fundamentals that guide individuals and nations as they make choices about how to use limited resources to satisfy their wants. More specifically, it examines the ability of individuals to use knowledge and skills to manage limited financial resources effectively for a lifetime of financial security.

### TOPIC: ECONOMIC DECISION MAKING AND SKILLS

Economic decision making relies on the analysis of data. Economists use data to explain trends and decide among economic alternatives. Individuals use data to determine the condition of their finances and to make savings and investment decisions.

### CONTENT STATEMENTS:

1. Economists analyze multiple sources of data to predict trends, make inferences and arrive at conclusions.
2. Reading financial reports (bank statements, stock market reports, mutual fund statements) enables individuals to make and analyze decisions about personal finances.

### TOPIC: FUNDAMENTALS OF ECONOMICS

Productive resources are limited and allocated in a variety of different ways. An efficient way to allocate productive resources is through markets.

### CONTENT STATEMENTS:

3. People cannot have all the goods and services they want and, as a result, must choose some things and give up others.
4. Different economic systems (traditional, market, command, and mixed) utilize different methods to allocate limited resources.
5. Markets exist when consumers and producers interact. When supply or demand changes, market prices adjust. Those adjustments send signals and provide incentives to consumers and producers to change their own decisions.

6. Competition among sellers lowers costs and prices, and encourages producers to produce more of what consumers are willing and able to buy. Competition among buyers increases prices and allocates goods and services to those people who are willing and able to pay the most for them.

### TOPIC: GOVERNMENT AND THE ECONOMY

The health of a nation's economy is influenced by governmental policy. Fiscal policy can be used to spur economic growth. Monetary policy can be used to moderate fluctuations in the business cycle.

### CONTENT STATEMENTS:

7. A nation's overall level of economic well-being is determined by the interaction of spending and production decisions made by all households, firms, government agencies and others in the economy. Economic well-being can be assessed by analyzing economic indicators gathered by the government.
8. Economic policy decisions made by governments result in both intended and unintended consequences.

### TOPIC: GLOBAL ECONOMY

Global issues and events influence economic activities.

### CONTENT STATEMENTS:

9. When regions and nations use comparative advantage to produce at the lowest cost and then trade with others, production, consumption and interdependence increase.
10. Government actions, such as tariffs, quotas, subsidies, trade agreements and membership in multinational economic organizations, significantly impact international trade.



Ohio | Department of Education

## TOPIC: WORKING AND EARNING

Employment provides a means of creating personal income.

### CONTENT STATEMENTS:

11. Income is determined by many factors including individual skills and abilities, work ethic and market conditions.
12. Employee earning statements include information about gross wages, benefits, taxes and other deductions.

## TOPIC: FINANCIAL RESPONSIBILITY AND MONEY MANAGEMENT

Responsible personal finance decisions are based upon reliable information and used to reach personal goals.

### CONTENT STATEMENTS:

13. Financial decision-making involves considering alternatives by examining costs and benefits.
14. A personal financial plan includes financial goals and a budget, including spending on goods and services, savings and investments, insurance and philanthropy.
15. Different payment methods have advantages and disadvantages.

## TOPIC: SAVING AND INVESTING

Saving and investing strategies help individuals achieve personal financial goals.

### CONTENT STATEMENTS:

16. Saving and investing help to build wealth.
17. Savings can serve as a buffer against economic hardship.
18. Different costs and benefits are associated with saving and investing alternatives.
19. Banks, brokerages and insurance companies provide access to investments such as certificates of deposit, stocks, bonds and mutual funds.

## TOPIC: CREDIT AND DEBT

Credit and debt can be used to achieve personal financial goals.

### CONTENT STATEMENTS:

20. There are costs and benefits associated with various sources of credit available from different types of financial institutions.
21. Credit and debt can be managed to maintain credit worthiness.
22. Consumer protection laws provide financial safeguards.

## TOPIC: RISK MANAGEMENT

There are various strategies to help protect personal assets and wealth.

### CONTENT STATEMENTS:

23. Property and liability insurance protect against risks associated with use of property.
24. Health, disability and life insurance protect against risks associated with increased expenses and loss of income.
25. Steps can be taken to safeguard one's personal financial information and reduce the risk of loss.

Ohio | Department of Education

# Contemporary World Issues

**Theme:** The dynamics of global interactions among nations and regions present issues that affect all humanity. These dynamics include: competing beliefs and goals; methods of engagement; and conflict and cooperation. Contemporary issues have political, economic, social, historic and geographic components. Approaches to addressing global and regional issues reflect historical influences and multiple perspectives. Students can impact global issues through service learning and senior projects.

## TOPIC: GLOBAL CONNECTIONS

The 21st century is characterized by changing circumstances as new economies emerge and new technologies change the way people interact. Issues related to health, economics, security and the environment are universal.

### CONTENT STATEMENTS:

1. Trade, alliances, treaties and international organizations contribute to the increasing interconnectedness of nations and peoples in the 21st century.
2. Advances in communications technology have profound effects on the ability of governments, interest groups, individuals and the media to share information across national and cultural borders.

## TOPIC: CIVIC PARTICIPATION AND SKILLS

Individuals and groups have the capacity to engage with others to impact global issues.

### CONTENT STATEMENTS:

3. Individuals can evaluate media messages that are constructed using particular tools, characteristics and conventions for unique purposes. Different communication methods affect how people define and act on issues.

4. Individuals can assess how effective communicators address diverse audiences.
5. Individuals can identify, assess and evaluate world events, engage in deliberative civil debate and influence public processes to address global issues.
6. Effective civic participation involves identifying problems or dilemmas, proposing appropriate solutions, formulating action plans, and assessing the positive and negative results of actions taken.
7. Individuals can participate through non-governmental organizations to help address humanitarian needs.

## TOPIC: CIVIL AND HUMAN RIGHTS

There are challenges to civil rights and human rights throughout the world. Politics, economics and culture can all influence perceptions of civil and human rights.

### CONTENT STATEMENTS:

8. Beliefs about civil and human rights vary among social and governmental systems.
9. Nations and international organizations pursue their own interests on issues related to civil and human rights, resulting in both conflict and cooperation particularly as it relates to injustices against minority groups.
10. Modern instances of genocide and ethnic cleansing present individual, organizational and national issues related to the responsibilities of participants and non-participants.

## TOPIC: SUSTAINABILITY

An increasingly global society is faced with the interdependency of ecological, social and economic systems. The functioning of these systems determines the sustainability of natural and human communities at local, regional, national and global levels.

### CONTENT STATEMENTS:

11. Decisions about human activities made by individuals and societies have implications for both current and future

Ohio | Department of Education

generations, including intended and unintended consequences.

12. Sustainability issues are interpreted and treated differently by people viewing them from various political, economic and cultural perspectives.

13. International associations and nongovernmental organizations offer means of collaboration to address sustainability issues on local, national and international levels.

## TOPIC: TECHNOLOGY

Technological advances present issues related to costs, distribution of benefits, ethical considerations, and intended and unintended consequences.

### CONTENT STATEMENTS:

14. The development and use of technology influences economic, political, ethical and social issues.

15. Technologies inevitably involve trade-offs between costs and benefits. Decisions about the use of products and systems can result in intended and unintended consequences.

## TOPIC: NATIONAL SECURITY AND INTERNATIONAL DIPLOMACY

The political, economic and social goals of nations, international associations and nongovernmental organizations may be incompatible with each other and lead to conflicts.

### CONTENT STATEMENTS:

16. Nations seek to ensure the security of their geographic territories, political institutions, economic systems and ways of life. Maintaining security has political, social and economic costs.

17. Economic, political and social differences between global entities can lead to conflict unless mitigated through diplomacy or cooperative efforts.

18. Individuals and organizations work within, or outside of, established systems of power, authority and governance to influence their own security and the security of others.

## TOPIC: THE GLOBAL ECONOMY

The global economy is an international marketplace fueled by competition, trade and integration.

### CONTENT STATEMENTS:

19. The global economy creates advantages and disadvantages for different segments of the world's population.

20. Trade agreements, multinational organizations, embargoes and protectionism impact markets.

21. The distribution of wealth and economic power among countries changes over time.

22. The global economy creates interdependence so that economic circumstances in one country impact events in other countries.



Ohio | Department of Education

# World Geography

**Theme:** This course builds on students' understanding of geography and spatial thinking. Contemporary issues are explored through the lens of geography. In addition to understanding where physical and cultural features are located and why those features are located as they are, students examine the implications of these spatial arrangements.

## TOPIC: SPATIAL THINKING AND SKILLS

The ability to use geographic tools to locate data spatially enables people to gain a better understanding of contemporary issues. Investigations of spatial information provide guidance in solving global problems.

### CONTENT STATEMENTS:

1. Properties and functions of geographic representations (e.g., maps, globes, graphs, diagrams, Internet-based mapping applications, geographic information systems, global positioning systems, remote sensing, and geographic visualizations) affect how they can be used to represent, analyze and interpret geographic patterns and processes.

2. Geographic representations and geospatial technologies are used to investigate, analyze and communicate the results of geographic problem solving.

## TOPIC: ENVIRONMENT AND SOCIETY

Humans adapt to and modify the environment and shape the landscape through their interaction with the land. This has both positive and negative effects on the environment.

### CONTENT STATEMENTS:

3. Human modifications of the physical environment in one place often lead to changes in other places (e.g., construction of a dam provides downstream flood control, construction of a city by-pass reduces commercial activity in the city center,

implementation of dry farming techniques in a region leads to new transportation links and hubs).

4. Human societies use a variety of strategies to adapt to the opportunities and constraints presented by the physical environment (e.g., farming in flood plains and terraced farming, building hydroelectric plants by waterfalls and constructing hydroelectric dams, using solar panels as heat source and using extra insulation to retain heat).

5. Physical processes influence the formation and distribution of renewable, nonrenewable, and flow resources (e.g., tectonic activity plays a role in the formation and location of fossil fuels, erosion plays a role in the formation of sedimentary rocks, rainfall patterns affect regional drainage patterns).

6. There are costs and benefits of using renewable, nonrenewable, and flow resources (e.g., availability, sustainability, environmental impact, expense).

7. Human interaction with the environment is affected by cultural characteristics (e.g., plowing with oxen or with tractors, development of water resources for industry or recreation, resource conservation or development)

## TOPIC: MOVEMENT

People interact with other people, places, and things every day of their lives. They travel from one place to another; they communicate with each other; and they rely upon products, information, and ideas that come from beyond their immediate environment.

### CONTENT STATEMENTS:

8. Physical, cultural, economic, and political factors contribute to human migrations (e.g., drought, religious conflicts, job opportunities, immigration laws).

9. Human migrations impact physical and human systems (e.g., stress on food supplies in refugee camps, removal of natural obstacles to movement, harvest productivity and migrant labor, calls for an official language in countries with high immigration, reduction in city tax revenues due to urban emigration).

10. Activities and patterns of trade and communication create interdependence among countries in different regions (e.g., seed corn grown in Iowa and planted in South America, high-definition televisions manufactured in Japan and viewed in the United States, news outlets from many countries available around the world via the Internet, instant access to data affects stock markets in different countries).

## TOPIC: REGION

A region is an area on the earth's surface that is defined by certain unifying characteristics which give it a measure of homogeneity and distinguish it from surrounding areas. The unifying characteristics may be physical or cultural. Regions change over time.

### CONTENT STATEMENTS:

11. Criteria are used to organize regions and as the criteria change, the identified regions change (e.g., types of economic activities, ethnic groups, natural vegetation).

12. The characteristics of regions change over time and there are consequences related to those changes (e.g., industrial belt to rust belt, pristine locations to tourist attractions, colony to independent state).

13. There are interconnections within and among physical and human regions (e.g., river systems, transportation linkages, common currency).

14. Regions are used as a basis to analyze global geographic issues (e.g., desertification, political disputes, economic unions).

## TOPIC: HUMAN SETTLEMENT

People live in settlements which vary in size, composition, location, arrangement, and function. These settlements are the focus of most aspects of human life including economic activities, transportation systems, governance, communications and culture. Human settlements differ between regions, places and over time.

### CONTENT STATEMENTS:

15. Patterns of settlement change over time in terms of functions, sizes, and spatial patterns (e.g., a canal town becomes an industrial city, a rural area becomes a transportation hub, cities merge into a megalopolis).

16. Urbanization provides opportunities and challenges for physical and human systems in cities and their surrounding regions (e.g., development of suburbs, loss of habitat, central markets, squatter settlements on city outskirts, regional specialization in services or products, creation of ethnic enclaves).

Ohio Department of Education

**OHIO'S LEARNING STANDARDS | Social Studies | ADOPTED 2018**

## TOPIC: GLOBALIZATION

The modern world is said to be "shrinking" or "flattening" through the processes of globalization. The scale and speed of global interactions continue to increase in fields such as technology, markets, information sharing and telecommunication. Globalization has impacted human-environmental interactions, has affected the movement of people, products and ideas, and has implications for what constitutes a region and connections among existing regions.

## CONTENT STATEMENTS:

17. Globalization has shaped new cultural, economic, and political ideas and entities (e.g., universal human rights, European Union, terrorist networks).

18. Globalization has cultural, economic, physical and political consequences (e.g., Internet access increases availability of information, outsourcing leads to regional unemployment, development of infrastructure impacts local ecosystems and economies, computer hacking into sensitive data bases leads to insecurity).

19. Global trade and communication systems reduce the effect of time on the distribution of goods, services, and information (e.g., reliance on local foods versus global trade in perishable foods, online brokering versus personal brokers, Internet access versus library access).

Ohio | Department of Education