

# JOIN OUR FIGHT FOR STUDENT SAFETY AT BETHEL

### Why our students are at risk:

On January 1, 2022 the school board and superintendent adopted the policy to allow transgender students to use the restroom that aligns to their gender identity.



1. Our facilities at Bethel are not monitored or equipped to incorporate both sexes in the same bathrooms or locker rooms.
2. A request to use bathrooms or locker rooms with the opposite sex is an unreasonable accommodation because it violates the right to privacy of others.
3. Violation of privacy is humiliating and detrimental to a child's mental well-being. We can respect everyone without violating the privacy of anyone.



**For more information and the latest updates scan the QR code or visit**
https://blsboardremoval.com/

**Also find us on FB**
https://www.facebook.com/groups/307221734792402

BOE 397

## SCHOOL DISTRICT POLICY SHOULD NOT BE MADE IN SECRET

We are petitioning to remove the 3 school board members backing this new policy.

1. **No prior notification was given to parents or students about this change.**

   a. Concerned parents attended the January 10th board meeting to ask questions about rumors of transgender students being allowed in the restroom they prefer.

   b. Parents were told that night it was already a policy.

   c. Parents voiced safety concerns that night, and in the weeks since, that have yet to be addressed.

   d. The superintendent and board president made this decision based on a threat of litigation and without an official legal opinion from an attorney or a vote from the board.

   e. A vague, inconsistent FAQ document (taken from another school district) was not sent out until February notifying parents.

2. **There is NO LAW in the state of Ohio and NO LAW with Ohio Department of Education requiring transgender students access to bathrooms and locker rooms of their preference.**

3. **Almost 200 community members attended the February 14th board meeting to express outrage and distrust of the school board members enforcing this change.**

We will no longer be ignored.

Visit our website for more details.

## PETITION SIGNING
April 30th, 2022
12pm - 4pm
4191 US-40 Tipp City, OH 45371

LOCAL POSTAL CUSTOMER

ECRWSS
PRESORTED STANDARD
U.S. POSTAGE PAID
LOUISVILLE, KY
PERMIT 1445

BOE 398