BOE 399 – UNMARKED MAPS and BOE 400 – MARKED MAPS ARE CONFIDENTIAL AND SUBJECT TO THE STIPULATED PROTECTIVE ORDER

THEY WILL BE FILED UNDER SEAL