**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**DAYTON DIVISION**

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO:  3:22-cv-00337** |
| **PLAINTIFFS,** | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| **Defendants.** | : | |

# NOTICE OF FILING CERTIFIED TRANSCRIPTS OF BOARD OF EDUCATION MEETINGS IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities ("collectively referenced as "Defendants BOE"), give notice of the filing of the attached Certified Transcripts from Board of Education Meetings conducted on September 13, 2021, January 10, 2022 and February 14, 2022.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local*
*Schools District Board of Education, and*
*in their official capacities Lydda Mansfield,*
*Lori Sebastian, Natalie Donahue, Danny*
*Elam, Jacob King, and Matthew Chrispin*

s/ John A. Podgurski  
John A. Podgurski (0020923)  
JP@johnpodgurski.com  
Law Offices of John A. Podgurski  
9155 Chillicothe Road  
Kirtland, OH 44094  
*Attorney for Defendant Bethel Local*  
*School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

| | |
|---|---|
| Joseph P. Ashbrook | Nicholas Barry (pro hac vice) |
| jpashbrook@ashbrookbk.com | Nicholas.barry@aflegal.org |
| Julie E. Byrne | America First Legal |
| jebyrne@ashbrookbk.com | 611 Pennsylvania Ave, SE #231 |
| Ashbrook Byrne Kresge, LLC | Washington, DC 20003 |
| P.O Box 8248 | *Attorneys for Plaintiffs* |
| Cincinnati, OH 45249 | |

s/ Lynnette Dinkler  
Lynnette Dinkler 0065455
