Page 1

Bethel Local School District Board of Education

September 13, 2021

(Item 13 - Hearing of the Public. Transcript begins at 1:19:38 of the recording)

Page 2

1  MR. KING: Next up is Stormy Milewski.
2  Hope I said that correctly.
3  MS. MILEWSKI: Milewski.
4  MR. KING: Milewski. My apologies.
5  Yes, ma'am.
6  MS. MILEWSKI: I'm here to bring to the
7  attention (indiscernible) using the restrooms. I
8  don't know if you guys are aware, but
9  (indiscernible) --
10  MS. REESE: I'm sorry. Can you speak
11  up a little bit?
12  MS. MILEWSKI: Yes. I'm discussing the
13  trans rights to use the proper restroom
14  (indiscernible). Currently, in this meeting,
15  mandate versus law and constitutional rights have
16  been repeatedly brought up. And I only say this
17  because this is a very conservative area, and
18  there is a lot of, you know, people who are in
19  disagreements of what bathroom trans students
20  should be using. According to the constitution
21  and the 14th Amendment and Title 9 specifically
22  has the vocabulary that (indiscernible) school
23  and students who will support the students who
24  are transgender to use the bathroom of their
25  identifying gender.

Page 3

1        A lot of times we get an argument of
2   basically using the restroom of whatever that
3   gender says.  It's used as an argument to
4   (indiscernible) using their choice of restrooms.
5   As of June 7th of this year, Ohio has made it
6   legal for a person to change their gender on
7   their birth certificate to match that of their
8   identity.  So that already (indiscernible).
9        I find it extremely (indiscernible) for
10  a student to be forced to use a bathroom that's
11  all the way across the school and use up on class
12  time because people have a problem with them
13  using the bathroom of the gender that they want
14  to identify with and also too look like.  We have
15  many transgender students here.  And considering
16  the national ratio is one person to every 1,500
17  is transgender, that's 1.6 million in the United
18  States.  The fact that we have only one in the
19  school indicates that this is a very significant
20  issue.
21       We are requesting that they are able to
22  use the restroom of their gender identity.  Every
23  single court case that has been brought to the
24  supreme court, any of the circuits, has always
25  been ruled in favor of the transgenders.  It is

Page 4

1  lawful, it's constitutional, and our students
2  should not be forced to use a restroom that they
3  do not identify with.  It is not fair for someone
4  viewed to see as a female looks like female be
5  forced to use the male restroom because they were
6  born a man.  It's dangerous for them.
7           How would you feel if you went into a
8  restroom, and you saw somebody of the opposite
9  gender in your restroom?  But in all actuality,
10 they were born your same gender, but they don't
11 look it at all.  It makes people uncomfortable.
12 It's accepted that people are born with genetic
13 disorder mutations (indiscernible).  But for some
14 reason it's not accepted for people to change
15 their gender even though (indiscernible) one
16 recently done at a (indiscernible) clinic, and
17 therefore they go along with this as well showing
18 that the brain structure for male and female are
19 drastically different.
20          And those who are trans having to match
21 the gender in which they identify with
22 structural.  So this is an internal structure.
23 You may not be able to see it, but it is there.
24 Not only the fact, we also have the issue of
25 (indiscernible).  That are (indiscernible).

Page 5

1  (Indiscernible) are people who are born with XXY
2  chromosomes and if they have an extra gender
3  chromosome they could be either a guy or girl.
4          A lot of times they will present as one
5  gender, and then when they go through puberty,
6  they actually (indiscernible) of the other
7  gender.  So which restroom should they use?  They
8  get to choose.
9          MR. KING:  Thirteen seconds.
10         MS. MILEWSKI:  A lot of people who are
11 transgender are also (indiscernible).
12         MR. KING:  Thank you for bringing that
13 forward.  We have heard and discussed this a
14 little bit as well.  We are still conferring with
15 our legal counsel with regards to that.  One of
16 the biggest things that we know is if we are
17 changing, if it is a middle school or a high
18 school, whatever we are going to change, has to
19 be levied across the entire school district.  So
20 from kindergarten to 12th grade.
21         Otherwise it would be discrimination
22 once we establish that as -- and the little bit
23 of knowledge that I have with regards to that.
24 And we will continue to consult and try and
25 provide the most appropriate answers.  Thank you,

1 | Irene.
2 |       (End of requested transcript)

1  C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8
9  *[Signature: Sonya M. Ledanski Hyde]*
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date: December 30, 2022
17
18
19
20
21
22
23
24
25

**[1,500 - guy]** Page 1

**1**

**1,500** 3:16
**1.6** 3:17
**11501** 7:14
**12151** 7:9
**12th** 5:20
**13** 1:13,14
**14th** 2:21
**1:19:38** 1:15

**2**

**2021** 1:13
**2022** 7:16

**3**

**30** 7:16
**300** 7:13
**330** 7:12

**7**

**7th** 3:5

**9**

**9** 2:21

**a**

**able** 3:21 4:23
**accepted** 4:12 4:14
**accurate** 7:4
**actuality** 4:9
**amendment** 2:21
**answers** 5:25
**apologies** 2:4
**appropriate** 5:25

**area** 2:17
**argument** 3:1,3
**attention** 2:7
**aware** 2:8

**b**

**basically** 3:2
**bathroom** 2:19 2:24 3:10,13
**begins** 1:15
**bethel** 1:12
**biggest** 5:16
**birth** 3:7
**bit** 2:11 5:14,22
**board** 1:12
**born** 4:6,10,12 5:1
**brain** 4:18
**bring** 2:6
**bringing** 5:12
**brought** 2:16 3:23

**c**

**c** 7:1,1
**case** 3:23
**certificate** 3:7
**certify** 7:3
**change** 3:6 4:14 5:18
**changing** 5:17
**choice** 3:4
**choose** 5:8
**chromosome** 5:3

**chromosomes** 5:2
**circuits** 3:24
**class** 3:11
**clinic** 4:16
**conferring** 5:14
**conservative** 2:17
**considering** 3:15
**constitution** 2:20
**constitutional** 2:15 4:1
**consult** 5:24
**continue** 5:24
**correctly** 2:2
**counsel** 5:15
**country** 7:12
**court** 3:23,24
**currently** 2:14

**d**

**dangerous** 4:6
**date** 7:16
**december** 7:16
**different** 4:19
**disagreements** 2:19
**discrimination** 5:21
**discussed** 5:13
**discussing** 2:12
**disorder** 4:13
**district** 1:12 5:19

**don't** 4:10
**drastically** 4:19

**e**

**e** 7:1
**education** 1:12
**either** 5:3
**entire** 5:19
**establish** 5:22
**extra** 5:2
**extremely** 3:9

**f**

**f** 7:1
**fact** 3:18 4:24
**fair** 4:3
**favor** 3:25
**feel** 4:7
**female** 4:4,4,18
**find** 3:9
**forced** 3:10 4:2 4:5
**foregoing** 7:4
**forward** 5:13

**g**

**gender** 2:25 3:3 3:6,13,22 4:9 4:10,15,21 5:2 5:5,7
**genetic** 4:12
**girl** 5:3
**go** 4:17 5:5
**going** 5:18
**grade** 5:20
**guy** 5:3

**guys** 2:8

**h**

**heard** 5:13
**hearing** 1:14
**high** 5:17
**hope** 2:2
**hyde** 7:3

**i**

**identify** 3:14 4:3,21
**identifying** 2:25
**identity** 3:8,22
**indicates** 3:19
**indiscernible** 2:7,9,14,22 3:4 3:8,9 4:13,15 4:16,25,25 5:1 5:6,11
**internal** 4:22
**irene** 6:1
**issue** 3:20 4:24
**item** 1:14
**it's** 3:3 4:1,14
**i'm** 2:6,10,12

**j**

**june** 3:5

**k**

**kindergarten** 5:20
**king** 2:1,4 5:9 5:12
**know** 2:8,18 5:16

**knowledge** 5:23

**l**

**law** 2:15
**lawful** 4:1
**ledanski** 7:3
**legal** 3:6 5:15 7:11
**levied** 5:19
**little** 2:11 5:14 5:22
**local** 1:12
**look** 3:14 4:11
**looks** 4:4
**lot** 2:18 3:1 5:4 5:10

**m**

**ma'am** 2:5
**male** 4:5,18
**man** 4:6
**mandate** 2:15
**match** 3:7 4:20
**meeting** 2:14
**middle** 5:17
**milewski** 2:1,3 2:3,4,6,12 5:10
**million** 3:17
**mineola** 7:14
**mutations** 4:13

**n**

**n** 7:1
**national** 3:16
**ny** 7:14

**o**

**o** 7:1
**ohio** 3:5
**old** 7:12
**once** 5:22
**opposite** 4:8

**p**

**people** 2:18 3:12 4:11,12 4:14 5:1,10
**person** 3:6,16
**present** 5:4
**problem** 3:12
**proceedings** 7:5
**proper** 2:13
**provide** 5:25
**puberty** 5:5
**public** 1:14

**r**

**r** 7:1
**ratio** 3:16
**reason** 4:14
**record** 7:5
**recording** 1:15
**reese** 2:10
**regards** 5:15,23
**repeatedly** 2:16
**requested** 6:2
**requesting** 3:21
**restroom** 2:13 3:2,22 4:2,5,8,9 5:7

**restrooms** 2:7 3:4
**rights** 2:13,15
**road** 7:12
**ruled** 3:25

**s**

**saw** 4:8
**says** 3:3
**school** 1:12 2:22 3:11,19 5:17,18,19
**seconds** 5:9
**see** 4:4,23
**september** 1:13
**showing** 4:17
**signature** 7:9
**significant** 3:19
**single** 3:23
**solutions** 7:11
**somebody** 4:8
**sonya** 7:3
**sorry** 2:10
**speak** 2:10
**specifically** 2:21
**states** 3:18
**stormy** 2:1
**structural** 4:22
**structure** 4:18 4:22
**student** 3:10
**students** 2:19 2:23,23 3:15 4:1

**[suite - year]**  Page 3

| | |
|---|---|
| **suite**  7:13<br>**support**  2:23<br>**supreme**  3:24 | **viewed**  4:4<br>**vocabulary**<br>  2:22 |
| **t** | **w** |
| **t**  7:1,1<br>**thank**  5:12,25<br>**that's**  3:10,17<br>**things**  5:16<br>**thirteen**  5:9<br>**time**  3:12<br>**times**  3:1 5:4<br>**title**  2:21<br>**trans**  2:13,19<br>  4:20<br>**transcript**  1:14<br>  6:2 7:4<br>**transgender**<br>  2:24 3:15,17<br>  5:11<br>**transgenders**<br>  3:25<br>**true**  7:4<br>**try**  5:24 | **want**  3:13<br>**way**  3:11<br>**went**  4:7 |
| | **x** |
| | **xxy**  5:1 |
| | **y** |
| | **year**  3:5 |
| **u** | |
| **uncomfortable**<br>  4:11<br>**united**  3:17<br>**use**  2:13,24<br>  3:10,11,22 4:2<br>  4:5 5:7 | |
| **v** | |
| **veritext**  7:11<br>**versus**  2:15 | |