```
                                                                 1

 1              BETHEL LOCAL SCHOOL DISTRICT

 2                   BOARD OF EDUCATION

 3                     MEETING MINUTES

 4                        (EXCERPT)

 5                        *   *   *

 6        JANUARY 10, 2022 REGULAR BOARD MEETING

 7                        *   *   *

 8  BOARD MEMBERS PRESENT:

 9  Lydda Mansfield, President

10  Lori Sebastian, Vice President

11  Danny Elam

12  Natalie Donahue

13  Jessica Franz

14

15

16

17

18

19

20

21

22

23

24

25
```

2

1     (Excerpt begins at 1:15:31 of recording.)
2               MRS. MANSFIELD: Item number 10, any
3  information further from the superintendent?
4               MR. FIRKS: No, ma'am.
5               MRS. MANSFIELD: Thank you, sir.
6  Okay. Item number 11 is the board report. Old
7  business? The best introduction I can give to
8  this, I guess. A change went into effect the
9  beginning of the year, correct?
10              So at the beginning of the year the
11 district has adopted the stance I guess is the
12 best way to put it that transgender students may
13 use the restroom that aligns with their gender
14 status upon advice received from our attorney.
15              The statement our attorney gave to
16 us follows: Several United States Courts of
17 Appeals, including the Sixth Circuit Court of
18 Appeals, in which Ohio is located, have determined
19 that Title IX of the Educational Amendments of
20 1972 requires that transgender students be granted
21 access to the restrooms and locker rooms of their
22 sexual identification. This includes the Third
23 Circuit, Sixth Circuit, and the Ninth Circuit.
24 The Sixth Circuit case denied overturning a lower
25 case ruling.

1                The United States Supreme Court,
2 while not yet issuing a ruling on transgender
3 school students using bathrooms of their sexual
4 identifications in 2020 issued a ruling
5 determining that transgender status is protected
6 by the federal law against sex discrimination in
7 the workplace, or Title VII.
8                Title VII and Title IX have similar
9 prohibitions against discrimination.  This ruling
10 will have a significant impact on how the Supreme
11 Court will rule on educational bathroom issues.
12                So again, we have made this change
13 within our district based upon the advice of our
14 attorney that should there be a court case come
15 before us, pending or otherwise, we would not be
16 successful in any battle and would simply cost the
17 district a lot of money that we simply cannot
18 afford to spend.
19                The change will be made.  Our
20 students are using bathrooms aligned with their
21 identity at this time.
22                (Multiple speakers.  Unable to
23 transcribe.)
24      (Excerpt begins at 1:57:53 of recording.)
25                MRS. MANSFIELD:  So with no other new

1  motions, I believe that concludes the hearing of
2  the public.
3           Is there a need for executive session
4  this evening?  Hearing none, is there a motion to
5  adjourn?
6           MR. ELAM:  I'll move.
7           MRS. MANSFIELD:  Thank you, Mr. Elam.
8  Is there a second?
9           MRS. DONAHUE:  I'll second.
10          MRS. MANSFIELD:  Roll?
11          MRS. HAGEMAN:  Mrs. Mansfield?
12          MRS. MANSFIELD:  Yes.
13          MRS. HAGEMAN:  Mrs. Sebastian?
14          MRS. SEBASTIAN:  Yes.
15          MRS. HAGEMAN:  Mr. Elam?
16          MR. ELAM:  Yes.
17          MRS. HAGEMAN:  Mrs. Donahue?
18          MRS. DONAHUE:  Yes.
19          MRS. HAGEMAN:  Mrs. Franz?
20          MRS. FRANZ:  Yes.
21          MRS. MANSFIELD:  We are adjourned at
22  8:57 p.m.  Thank you all very much for your
23  attendance.  We have our next meeting on
24  February 14th covering the first (unintelligible).
25          (Thereupon, the meeting was adjourned

5

1  and the recording ended.)
2                    *   *   *

```
                                                              6

 1  STATE OF OHIO          )
 2  COUNTY OF MONTGOMERY ) SS:   CERTIFICATE
 3         I, Caryl L. Blevins, a Notary Public within
 4  and for the State of Ohio, duly commissioned and
 5  qualified,
 6         DO HEREBY CERTIFY that the above-named
 7  proceeding was reduced to writing by me
 8  stenographically from a recording to the best of
 9  my ability and thereafter reduced to typewriting.
10         I FURTHER CERTIFY that I am not a relative
11  or Attorney of either party, in any manner
12  interested in the event of this action, nor am I,
13  or the court reporting firm with which I am
14  affiliated, under a contract as defined in Civil
15  Rule 28(D).
16         IN WITNESS WHEREOF, I have hereunto set
17  my hand and seal of office at Dayton, Ohio, on
18  this 29th day of August, 2022.
19
20                  /s/ Caryl L. Blevins_____
                    CARYL L. BLEVINS, RPR, CRR
21                  NOTARY PUBLIC, STATE OF OHIO
                    My commission expires 7-16-2023
22
23
24
25
```