1

1            BETHEL LOCAL SCHOOL DISTRICT

2              BOARD OF EDUCATION

3               MEETING MINUTES

4                (EXCERPTS)

5                  *  *  *

6      FEBRUARY 14, 2022 REGULAR BOARD MEETING

7                *  *  *

8  BOARD MEMBERS PRESENT:

9  Lydda Mansfield, President

10  Lori Sebastian, Vice President

11  Danny Elam

12  Natalie Donahue

13  Jessica Franz

14

15

16

17

18

19

20

21

22

23

24

25

2

1            (Neola - excerpt begins at 1:33 of

2    recording.)

3            MRS. MANSFIELD:  And moving on to

4    item 12, Board items, the consideration and

5    development of policies.  Okay.  Mr. Firks, I know

6    we have some stuff in executive on this.

7            We had a proposal of a policy sent to

8    us by a Board member and we were just going to

9    kind of talk, too, about how policies come to be

10   on Bethel's Board and what the process is for

11   that.

12           So when we want a new policy

13   developed, and what that process is, we work with

14   a company called Neola, the -- they used to be the

15   Northeast Ohio Learning Association or Learning

16   Assistance Company, I believe it is, and their

17   process for their business, what they do is they

18   coordinate about 400 policies that we have.

19           They're responsible for making sure

20   that those policies talk to each other well and

21   that a policy doesn't contradict another policy

22   and that they're kept up-to-date when the laws

23   change, when the case law changes, when statutes

24   change, federally and at the state, things like

25   that.

3

1           So we consult with them twice
2    annually.  Mr. Firks has a meeting coming up
3    actually with our representative, Norm Burkhardt,
4    this week, actually.  He's due for his first
5    update of 2022.
6           And so we rely on them quite heavily
7    for those updates, as do most districts.  They
8    work with actually six states I believe now but
9    they're really heavily relied on in the state.
10          One of the other partners you could
11   go to and contract with this is the OSBA, the Ohio
12   School Board Association.  There are some other
13   businesses around that do those sorts of things,
14   but Neola is our choice.  We've used them for a
15   great many number of years.
16          So when we say, hey, we notice this
17   policy doesn't feel right or we've heard it needs
18   to be changed, we may call Norm up and say, I know
19   it's not time for our annual update, but we want
20   to tweak this or we feel like it needs to be
21   changed, what are your thoughts.
22          We can kind of contact him in the
23   middle of the year, but often he's already hit us
24   with that update or he's already emailed and said,
25   hey, this is changing, I'll get with you soon.  So

4

1  he's pretty on top of things for us.

2            If in the course of that he doesn't

3  touch us on -- with a policy that we feel needs to

4  be updated, we can send him a policy, and we've

5  done that with the one that a Board member sent us

6  recently, and say, hey, this is one we'd like to

7  propose.

8            We would like to go have this added,

9  do you have something that's similar to this that

10 we can look at, some language that you may

11 recommend that's been run through your staff and

12 your attorneys that are the experts on this stuff

13 or -- or not, what are your thoughts, and he will

14 come back to us with either some recommended

15 language that they do support and therefore give

16 us legal backing for and that works well and

17 meshes well with our existing policies or he may

18 come back and say, we don't have anything for

19 that.

20            You're free to go to your attorneys

21 and get that reviewed, but just remember that if

22 you decide to adopt that policy, we're not going

23 to stand behind that policy should you choose to

24 make that among your policies, and there -- if

25 there's a contradiction with another policy that

5

1    arises that causes you a legal issue, again, not

2    our problem.

3                    So that means that the whole contract

4    we have with them would be null and void in the

5    interest of that particular policy or the

6    conflicts that would arise as a result.

7                    So that's just kind of the

8    consideration of development of policies concept

9    that we wanted to like bring to light and have a

10   discussion among our members.

11                   So I don't know if any other members

12   have comments, questions.  Mr. Firks, if you have

13   anything you want to add to that discussion, have

14   I kind of hit your relationship with Norm pretty

15   well?

16                   MR. FIRKS:  Yeah.  We -- we meet two

17   three, four times a year, depending upon how heavy

18   it is from Columbus on stuff that comes down the

19   pike, and so our first meeting for the '22 school

20   year will be this -- oh, boy, today's Monday --

21   it'll be Wednesday --

22                   MRS. MANSFIELD:  Yeah.

23                   MR. FIRKS:  -- Wednesday, and then

24   he'll go over what he's seeing and what -- what

25   recommendations are and then I bring those to you

6

1  guys and then you have input on those, and we

2  usually do two readings before we --

3                MRS. MANSFIELD:  Oh, yeah, I forgot

4  about that.

5                MR. FIRKS:  -- we vote on a policy.

6                MRS. MANSFIELD:  Yeah.

7                MR. FIRKS:  So it's not just a blind

8  approval.  You go through them a couple of times

9  and it provides opportunities for Board members to

10  come up with questions, hopefully provide those

11  ahead of time so that I can get them to Norm and

12  then have answers for meetings.

13                MRS. MANSFIELD:  Yeah.  And it's not

14  like cut-and-dried, either.  It's not like this is

15  the only policy you can have about this concept.

16  He'll give us options; he'll say, it feels like

17  for the other policies you have, maybe this

18  version or this language is better that meshes

19  better with yours or here are two or three you can

20  kind of choose from.

21                He does give us some options.  It's

22  not like this is the only way or the highway, like

23  we do have some choices that are -- that you guys

24  will discuss or that you may bring to us and say

25  this or this.

7

1          MR. FIRKS:  Uh-hum.

2          MRS. MANSFIELD:  And additionally,

3   there are updates that are posted on their -- on

4   our Board docs.  We'll have here are the updates

5   that are coming additionally.

6          MR. FIRKS:  Yeah.

7          MRS. MANSFIELD:  So we know kind of

8   before Mr. Firks goes into that meeting, here are

9   some things that are going to be coming our way

10  that we can look at and be made aware of at the

11  same time.

12          And you know, we also hear from OSBA.

13  We get emails pretty regularly as Board members

14  that the laws are changing, Ohio's about to have a

15  meeting about this, or there's been a federal

16  change.

17          We get pretty -- you guys get a lot

18  of items -- I know I do.  You guys get them, too,

19  I assume.  I'm not the only one.  I know I'm not

20  the only one -- where we know that there are some

21  things that have been changed or that -- that's

22  going to cause a change in our policies, and

23  there's going to be some ripples that come down

24  the pike.

25          So just wanted to have that

8

1 conversation so that no one feels slighted or no

2 one feels like we're ignoring them when they say

3 that they want a policy put just automatically

4 perhaps brought before the Board or to have a

5 conversation about things, but when we do talk to

6 Norm or when something does go through that

7 process or, you know, what have you, we will then

8 put it on the agenda, we'll have a couple

9 readings, we'll have some conversations about it

10 to let people digest it, really think it through,

11 you know.

12        The difference between a policy and a

13 resolution, resolutions don't require two

14 readings.  Resolutions are an opportunity where

15 our attorney has said, I feel like if you want to

16 make a statement about something, you have an

17 opportunity to do a resolution, such as with the

18 annexation.  We recently did a resolution about

19 the annexation back in November, October?

20        MR. FIRKS:  Uh-hum.  Yeah.

21        MRS. MANSFIELD:  When was that?

22        MR. FIRKS:  It was October, I

23 believe.

24        MRS. MANSFIELD:  October?  Yeah, and

25 the Board got together and said, you know, we feel

9

1 strongly that if an annexation were to happen,

2 that they should do something to control like

3 roadways and growth, you know, and possibly the

4 County can help out with that.

5         MR. FIRKS:  We did a res -- we did a

6 resolution last school year in support of the Fair

7 School Funding Act.

8         MRS. MANSFIELD:  Yeah.

9         MR. FIRKS:  We thought it'd have a

10 great impact on Bethel Local Schools --

11         MRS. MANSFIELD:  Absolutely.

12         MR. FIRKS:  -- in adding some

13 additional revenue to our district from the State

14 of Ohio.  We obviously have the right to petition

15 our government to impact change.

16         MRS. MANSFIELD:  Uh-hum.  Sure.

17         MR. FIRKS:  And so we wrote a

18 resolution, sent it off to our local reps and our

19 State reps to say, hey, this is a good thing for

20 Bethel.  We would appreciate your support for the

21 Fair School Funding Act.

22         MRS. MANSFIELD:  Yeah.  So it's kind

23 of a way for the Board to message without -- we're

24 not -- we're not putting out policy, we're putting

25 out messages, and resolutions are more messages

1 than they are policy.

2          That's never the intent with a

3 resolution generally is they're not meant to

4 change our policy, they're meant to signal our

5 feelings about things generally speaking, and we

6 try to keep statute language, you know, legal

7 language, case law, things like that are generally

8 not mentioned in a resolution.

9          We tend to try and keep it more of,

10 you know, the Board feels that whereas this --

11 this -- this situation exists, this situation

12 exists; thereby, the Board asks that.

13          So we may direct Mr. Firks to do

14 something, we may ask that our legislators do

15 something.  You know, it's more requests and

16 feelings and position as opposed to actual policy

17 that would be in our policy handbook.  So that's

18 the feeling, anyway, or how it's been explained to

19 me.

20          When you speak contemporaneously,

21 sometimes you say things not exactly the way you

22 mean, so I apologize if I didn't say that exactly

23 right, but that's my impression.

24          Anybody have any corrections or

25 tweaks with things like -- you don't feel like I

11

1    said correctly?

2              So okay.  Anything else further under

3    item A or that anybody wants to add?  Mrs. Franz,

4    I see you reaching for your mike.

5              MRS. FRANZ:  So is this where I have

6    the opportunity to speak on the one resolution?

7              MRS. MANSFIELD:  We're moving to item

8    B here in just a second.

9              MRS. FRANZ:  Okay.

10              MRS. MANSFIELD:  So anything further

11    on development of policies or consideration of

12    policies?  Anyone?

13              MRS. FRANZ:  What item are we on

14    right now?

15              MRS. MANSFIELD:  We're on item 12(A).

16              MRS. FRANZ:  12(A).  Okay.  Okay.  So

17    that is -- that is not what you guys tucked me

18    under?  Is that the next item, then, is that what

19    we're saying?

20              MRS. MANSFIELD:  So we're about to

21    move -- we're about to move to 12(B) in just a

22    second.

23              MRS. FRANZ:  Okay.

24              MRS. MANSFIELD:  So anything further

25    under 12(A)?

12

1    MRS. FRANZ:   I don't think so.

2    (Excerpt ends at 1:41:30 of

3  recording.)

4                    *   *   *

5    (Board resolution - excerpt begins at

6  1:41:31 of recording.)

7    MRS. MANSFIELD:  Okay.  Moving on to

8  12(B), then, we have a resolution that our

9  attorney has prepared stating that whereas the

10 Board has been advised by its attorneys about the

11 law regarding transgender rights, and it goes on

12 and talks about some of --

13    (Audience member shouting.)

14    MRS. MANSFIELD:  -- regarding

15 transgender rights; and whereas the Board's been

16 provided legal analysis regarding these students'

17 rights; and whereas in addition to the legal

18 rights of transgender students, the Board hereby

19 declares that all students shall be guaranteed an

20 educational environment free from discrimination

21 on the basis of sex, including discrimination in

22 the form of sexual harassment and including

23 discrimination on the basis of sexual orientation

24 and gender identity as determined by case law; and

25 whereas the Board maintains the tremendous

13

1  importance of protecting the privacy of all

2  students and ensuring that all students are

3  treated equally while having equal access to our

4  educational program, now therefore, be it resolved

5  that this Board directs its administrative staff

6  to formalize its guidelines for addressing student

7  identity issues in the following ways:

8            A, consult with the district's Neola

9  representative to verify whether a policy or

10  administrative guideline update specific to

11  transgender student restroom use or gender

12  identity beyond existing antidiscrimination and

13  antiharassment policies is either warranted,

14  recommended, supported, or available.

15            B, post written district protocols

16  currently in practice on district website

17  outlining the mandatory case-by-case meeting

18  regarding gender identity assertion between the

19  administration, parent if student is under 18, and

20  student to take place prior to the implementation

21  of any accommodations to discuss what supports

22  will be implemented.

23            And C, determine at the building

24  level whether there are any necessary or relevant

25  updates needed to student handbooks related to

14

1   above district protocols or regarding disciplinary

2   actions for any improper usage of restrooms by

3   students who have not adhered to district

4   procedure for gender identity assertion or in

5   cases of harassment of those who have.

6                   Be it further resolved that these

7   guidelines be presented to this Board for review

8   and input prior to final publication.

9                   So there we have it, and this is on

10  for a motion and a second and a possible vote.

11                  (Audience member shouting.)

12                  MRS. MANSFIELD:  Again, I ask, is

13  there a motion for this resolution or is there --

14  is there discussion?

15                  (Audience members shouting.)

16                  MRS. MANSFIELD:  Mrs. Franz, did you

17  say you had discussion on this item, please?

18  Again, the Board is trying to have a discussion

19  about this item, about their Board business,

20  please.  We'll have public discussion after these

21  Board items, please.

22                  (Audience members shouting.)

23                  MRS. FRANZ:  I believe -- I ask that

24  this come after the public discussion.

25                  (Audience members shouting and

15

1  applauding.)

2          MRS. FRANZ:  Before we go over this

3  for discussion right now, I'd like to go through,

4  you know, some of the concerns I have with this

5  particular resolution.

6          MRS. MANSFIELD:  Sure.

7          MRS. FRANZ:  So the -- I would like

8  to point out that we have never been collectively

9  as a Board in executive session with an attorney

10  present to have a discussion on this.

11          Neither have we had legal opinions in

12  hand from the -- the white papers and from the two

13  attorneys that we have retained in the school

14  district until I did request to see those at the

15  February 1st meeting.

16          In a recent discussion I did have

17  with John, one of our retained attorneys, he

18  recommended that we all meet together to get our

19  questions answered and discuss how we'd like to

20  move forward, and he did make a great point that

21  40 percent of the Board wasn't present when

22  initially faced with this issue.

23          So additionally, this decision was

24  unilaterally made by administration, announced by

25  our newly elected Board president on January 10th,

16

1  again, without the Board ever having the official

2  white paper copy of the opinions in hand.

3         So with this resolution, the been

4  advised in this context of the resolution I just

5  want to clarify means that written legal opinions

6  that the Board has received, okay, so after I

7  asked on February 1st.

8         I also want to point out that case

9  law is not statutory law, and I clarified with the

10 school attorney that there is no existing

11 statutory law, state or federal, that dictates

12 that we must allow a trans-identifying student --

13         (Audience members applauding.)

14         MRS. FRANZ:  -- to use the restroom

15 of the sex they identify with, and also,

16 furthermore, he stated that the Bethel School

17 Board could choose to continue operating in the

18 unwritten practical policy of the district, what

19 has been our guiding practice for decades here.

20         So he did say that we had that

21 opportunity and that -- that decision to do that

22 as a Board, and I would also like to just point

23 out the section under B there, that it is -- this

24 asks the question, why are we -- it seems like

25 we're circumventing our responsibility to make a

17

1  new guiding policy for the district regarding

2  restroom use, and why are we going straight to

3  identifying administrative guidelines?  It seems

4  backwards.

5          It's my understanding our

6  administrative guidelines are developed to

7  implement the guiding policies of the district

8  which are created by the Board, and consulting

9  with Neola, we could do that, but the ultimate

10  decision in determining the language of the policy

11  lies with the Board.

12          So -- and I also would like to

13  suggest if we're going to create a policy, you

14  know, getting other policy-making organizations

15  involved, the OSBA, maybe Protect Ohio Children,

16  but honestly, I don't think a policy, a written

17  policy, is needed because the Board could decide

18  to return to the practical policy of the district.

19  We do have that option --

20          (Audience members applauding.)

21          MRS. FRANZ:  -- and which already

22  allows for guidelines to separate bathrooms on the

23  basis of sex.

24          (Audience members applauding.)

25          MRS. FRANZ:  So those are the

18

1    comments I have regarding this resolution.

2              MRS. MANSFIELD:  Okay.  Further

3    comments, please?

4              (Audience members applauding.)

5              MRS. MANSFIELD:  Are there further

6    comments from other from other members, please?

7    Okay.  So I would just say that I guess in

8    response, that there may not be statutory law but

9    there is case law, and our two attorneys have

10   advised us separately that we must follow case

11   law.

12             (Audience members shouting.)

13             MRS. MANSFIELD:  The guidelines that

14   we have to implement -- the guidelines that we are

15   implementing, our administrative guidelines,

16   actually do follow Board policy.  We have

17   antiharassment and antidiscrimination policies in

18   our policies already.

19             (Audience members shouting.)

20             MRS. MANSFIELD:  And I feel like this

21   is a misspeak actually to say that we can operate

22   in the practical way we have for decades because

23   the -- the case law has changed, and in districts

24   like US District Court, District 6, that Ohio is a

25   part of, has already stated very clearly how the

19

1    district must operate.  Per our attorneys' white

2    papers, which are quite extensive, it says very

3    clearly how we must operate.

4                So that's really -- that's my

5    rebuttal and my response to what we have.  We do

6    have policies in place, we do have to obey them.

7    It is the law, and that is what we have to do.  So

8    that's what I have to say.

9                MRS. FRANZ:  So just so everyone's

10   aware, I did submit a resolution that our

11   attorney, John, did look over line-by-line.  He

12   offered some suggestions, most of which I took,

13   and this is kind of a counter-resolution to what

14   was proposed here, and it was -- I don't believe

15   it was added to the agenda, or there may not have

16   been enough time to add it, but I do have it with

17   me here tonight and I could read the

18   counter-resolution and we can have a discussion on

19   that now or later.

20               And again, I just want to reiterate

21   that talking about policy here tonight, this is

22   something we -- we don't really need to have a

23   policy for if the Board makes the decision to

24   return to the practical policy that has been the

25   district, you know, guidelines for decades, and we

20

1  can make that decision and we can walk back the

2  decision that was made recently.

3              MRS. MANSFIELD:  Okay.

4              (Audience members applauding.)

5              MRS. MANSFIELD:  So any further

6  comments about this item from any other Board

7  members?  Mrs. Donahue?

8              MRS. DONAHUE:  I'd just like to ask

9  if we could delay this for another meeting, remove

10  it from the agenda tonight and delay it for --

11              MRS. MANSFIELD:  So that was going be

12  my next question actually, like is there going to

13  be a motion and a second on this.  Does anyone

14  have a motion or a second?

15              (Audience members shouting.)

16              MRS. MANSFIELD:  It's coming.  So it

17  does seem clear --

18              (Audience members shouting.)

19              MRS. MANSFIELD:  I would like to

20  speak in my meeting, please.  It seems clear

21  that -- there goes the gavel.

22              (Audience members cheering.)

23              MRS. MANSFIELD:  -- that this

24  resolution is something that needs to be put aside

25  for just a moment.

21

1          Mrs. Franz, you did ask for an

2    executive session with our attorney this evening;

3    is that correct?

4          MRS. FRANZ:  I believe when I talked

5    to him last, he said that he had had a

6    conversation with you and possibly the

7    superintendent on executive session and then I

8    walked in today or yesterday and confirmed that

9    that executive session was going to take place.

10          MRS. MANSFIELD:  Okay.  So we will do

11   that, we'll proceed with that, and at the moment I

12   see no reason to continue with this particular

13   item on the agenda at the moment.  We'll just bail

14   on it pretty much entirely.  Let's just scrap it

15   at the moment.

16          (Audience members cheering.)

17          MRS. MANSFIELD:  Understanding with

18   that two conflicting resolutions anyway, it just

19   really doesn't make sense at the moment and we'll

20   just move on.

21          (Audience members shouting.)

22          MRS. MANSFIELD:  No.  It means we're

23   not voting on this particular Board resolution at

24   this time.  Yeah.  I'm just being clear as well.

25          (Excerpt ends at 1:53 of recording.)

22

1                          *   *   *

2                (Q&A - excerpt begins at 2:01:30 of

3    recording.)

4                MRS. MANSFIELD:  Okay.  Last item

5    under Board items for item D is the proposal for a

6    community town hall Q&A.

7                I feel like this is a pretty

8    essential item that we can do where we can

9    actually have questions asked regarding the

10   transgender issue as opposed to, you know, people

11   making commentary.

12               It might be more productive because

13   you can actually have some experts come in who

14   would handle any potential cases that might go

15   forward, have our attorneys here, have actual

16   questions where even we have questions that maybe

17   aren't fully answered and vetted.

18               We can have the US Attorney General

19   rep who would handle any cases that would go to

20   federal court, you could have our own Ohio

21   Department of Education area rep who would receive

22   any complaints from any of our transgender

23   students and our families, maybe a plaintiff's

24   attorney that would handle a case for those types

25   of people, possibly an Ohio Office of Civil Rights

23

1   representative who, again, would be involved in

2   these kinds of cases and put together a panel of

3   experts, people who really, truly, genuinely know

4   how these cases would go, the ins and out and the

5   nuances as opposed to the folks like us, who I

6   don't really know the ins and outs of how that

7   goes, I genuinely don't, and I would like know,

8   and there are questions that I would like to ask

9   and I'm sure that there are members of our

10  community who would, too.

11            So I would like to propose to our

12  Board that we put together a panel like that.  It

13  can't happen next week because getting on folks

14  like this' calendar on mutual days might take four

15  to six weeks.

16            It could be, you know, the end of

17  March before something like that could come

18  together, but I think it could be a lot more

19  productive than a lot of the conversations that

20  we've had so far, especially amongst ourselves,

21  and we could get some actual information that

22  could be fruitful.

23            So I don't know how you guys feel,

24  but what are your thoughts?  What are your

25  thoughts?

24

1            MR. ELAM:  I agree.  I think -- I

2 think -- I know.

3            MRS. MANSFIELD:  Do you want this

4 one?

5            MR. ELAM:  I agree.  I think a

6 town -- a town forum, a community forum, would be

7 a great idea and it -- I think we should run with

8 it.

9            MRS. MANSFIELD:  Okay.  Mrs. Franz,

10 you want to speak into the microphone, so --

11            MRS. FRANZ:  I don't feel -- I also

12 agree that a -- a community forum is a great idea

13 and I believe that it should have been done from

14 the get-go regarding this decision.

15            (Audience members applauding.)

16            MRS. DONAHUE:  I'm in agreement that

17 we plan for something and have a town hall.

18            MRS. MANSFIELD:  Okay.  Just to be

19 clear, though, like if we were to bring in folks

20 like this, it can't be an opportunity for people

21 to like, you know, just express opinions.  It has

22 to be legitimate questions.

23            We want questions asked to get actual

24 answers, so people would have to come with an

25 actual question to ask these folks to get an

25

1  actual answer, not just to do -- not just to like,

2  you know, give them an opinion.  We need to

3  actually solicit questions.

4            So if you were going to come and

5  attend something like that, members of this panel,

6  my Board members, friends here amongst the Board,

7  are you prepared to come with actual questions to

8  get actual answers as opposed to, you know, just

9  an opinion?

10           (Audience members shouting.)

11           MRS. MANSFIELD:  I'm sure they

12  understand what the opinions of the community are,

13  these folks, like an attorney general and an ODE

14  rep.

15           (Audience members shouting.)

16           MRS. MANSFIELD:  We're about to have

17  that time.  I'm discussing with the Board, please.

18           MRS. FRANZ:  I'm sorry.  Were you

19  posing that question to the Board members?

20           MRS. MANSFIELD:  So to the Board

21  members, are you okay with changing our -- we

22  can't -- we wouldn't have the same rules we would

23  have for regular addressing the Board, you know,

24  hearing of the public rules.

25           We would have to develop a different

26

1  set of guidelines for that because we'd have to be

2  more like a -- you have a certain amount of time

3  to ask a question and then possibly a follow-up

4  question but it can't be the you get five minutes

5  to just say whatever kind of a thing.  I don't

6  think that would be as productive.

7              Does that make sense?  So --

8              (Audience members shouting.)

9              MRS. MANSFIELD:  Sweet.  Okay.

10             MRS. FRANZ:  I think the community

11  town hall is a great idea and I think my own

12  concern is that we have a wide variety of experts

13  so that we --

14             MRS. MANSFIELD:  I'm sorry,

15  Mrs. Franz.  I can't hear you.  I can't hear you.

16             MRS. FRANZ:  I think my only concern

17  is that we do get a -- that we -- in order to

18  fully vet this, that we get all sides of the

19  issue, so I'm interested in having an attorney

20  there that there are different sides there, you're

21  getting different opinions, so that we have our

22  Board attorney there, we have, if he's available,

23  John.

24             We could perhaps have another

25  attorney there that can provide a different

27

1   perspective on what our responsibility here is at

2   Bethel.

3              I've spoken with three attorneys who

4   have a very different idea of what our obligation

5   is, what -- what we would need to do in the

6   situation, and also, you know, I just want to make

7   sure we're not going to fill the time with a bunch

8   of bureaucracy.

9              (Audience members applauding.)

10             MRS. MANSFIELD:  Sure.  I don't think

11  it's anyone's intent to fill it with bureaucracy.

12  I don't think so.

13             I would be concerned with too much

14  additional attorneys.  Clearly we pay district

15  attorneys.  You know, we -- we already pay

16  attorneys to represent the district that were

17  already, you know, attorneys that were here before

18  I came, attorneys that have -- you know, Mr. Firks

19  has worked with them in other districts as well.

20             So I don't want to have nonvetted, I

21  guess, attorneys.  I don't want to have too many,

22  but certainly, certainly we could have one

23  attorney that perhaps does not represent the

24  district in addition to --

25             (Audience members shouting.)

28

1          MRS. MANSFIELD:  -- in addition to a

2    plaintiff's attorney, as was suggested, that would

3    be someone who would represent the student and

4    their family should a case be brought.  I think

5    that's reasonable to have that side represented as

6    well.  Fair?

7          MRS. FRANZ:  You mean from both

8    sides?  Is that what you're saying?  Like from

9    both sides of the issue we would have attorneys

10   represented?

11          MRS. MANSFIELD:  Sure.

12          MRS. FRANZ:  And if cost is an issue,

13   I would be happy to cover that cost to have an

14   attorney there.  So I'm not asking the Board to

15   cover that.

16          (Audience members shouting.)

17          MRS. MANSFIELD:  Sure, that's fair.

18   Okay.  So it sounds like that's something that

19   everyone's okay with and that I can like start

20   working on putting together and trying to get a

21   date that calendars work for the suggested people

22   that we have.

23          And Mrs. Franz, if you can get with

24   me and like give me some names of people you would

25   like to have included and I can try and reach out

29

1   with them, too.  Is that great for you?

2            If anyone else has ideas of folks

3   that they would like to include, please also, you

4   know, reach out, and you, too, Mrs. Donahue.

5   Okay?  And Mr. Firks as well.  Okay?

6            Okay.  Great.  That's awesome.  I'm

7   very excited to have that because I think getting

8   actual answers from people who would actually

9   handle these cases would be so productive.  Okay.

10           (Audience members shouting.)

11           (Excerpt ends at 2:09 of recording.)

12                   *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25

30

1  STATE OF OHIO            )

2  COUNTY OF MONTGOMERY )   SS:   CERTIFICATE

3       I, Caryl L. Blevins, a Notary Public within

4  and for the State of Ohio, duly commissioned and

5  qualified,

6       DO HEREBY CERTIFY that the above-named

7  proceeding was reduced to writing by me

8  stenographically from a recording to the best of

9  my ability and thereafter reduced to typewriting.

10      I FURTHER CERTIFY that I am not a relative

11 or Attorney of either party, in any manner

12 interested in the event of this action, nor am I,

13 or the court reporting firm with which I am

14 affiliated, under a contract as defined in Civil

15 Rule 28(D).

16      IN WITNESS WHEREOF, I have hereunto set

17 my hand and seal of office at Dayton, Ohio, on

18 this 5th day of December, 2022.

19

20              /s/ Caryl L. Blevins
                CARYL L. BLEVINS, RPR, CRR
21              NOTARY PUBLIC, STATE OF OHIO
                My commission expires 7-16-2023
22

23

24

25