**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**DAYTON DIVISION**

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO: 3:22-cv-00337** |
| **PLAINTIFFS,** | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| **Defendants.** | : | |

## NOTICE OF FILING DECLARATIONS IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities ("collectively referenced as "Defendants BOE"), give notice of the filing of the attached Declarations filed in support of their Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction against Defendants:

- Board of Education Members Danny Elam, Jacob King, Lydda Mansfield and Lori Sebastian

- Superintendent Matthew Chrispin

- School Principals Brian Swope[1] (High School), Tim Zigler (Middle School), Carrie Ann Jones (Elementary) and Cassandra Schoch (Elementary)

A separate Motion will be filed seeking leave to file under seal the confidential maps attached to Superintendent Chrispin's Declaration. The confidential maps have been served upon Plaintiffs' counsel on this date.

---

1 This Declaration is presently unsigned and a signed copy with be supplemented.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local
Schools District Board of Education, and
in their official capacities Lydda Mansfield,
Lori Sebastian, Natalie Donahue, Danny
Elam, Jacob King, and Matthew Chrispin*

s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
*Attorney for Defendant Bethel Local
School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

| | |
|---|---|
| Joseph P. Ashbrook | Nicholas Barry (pro hac vice) |
| jpashbrook@ashbrookbk.com | Nicholas.barry@aflegal.org |
| Julie E. Byrne | America First Legal |
| jebyrne@ashbrookbk.com | 611 Pennsylvania Ave, SE #231 |
| Ashbrook Byrne Kresge, LLC | Washington, DC 20003 |
| P.O Box 8248 | *Attorneys for Plaintiffs* |
| Cincinnati, OH 45249 | |

s/ Lynnette Dinkler
Lynnette Dinkler 0065455