# **DECLARATION OF TIM ZIGLER**

1. I, Tim Zigler, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

   I am employed by the Bethel Local Schools Board of Education as its Middle School Principal from August, 2019 until July, 2021 when I voluntarily resign to retire after 47 years of public school service.  Then, on August, 2022 to present I am re-employed as the Middle School Principal.  Before serving Bethel Middle School, I hold employment for Tipp City Schools for thirty-five (35) years from 1972 to 2007; for Bethel Local Schools from 2008 to 2014 as High School / Middle School Principal; and for Graham Local Schools from 2014 to 2017 as Middle School Principal.

2. All statements made in this Declaration are made in my official capacity as the Middle School Principal for the Bethel Local Schools Board of Education, which educates students grades six through eight.

3. A certified, true and correct copy of select policies adopted by the Board of Education and School District documents are filed on record in this action through Fiscal Officer Tina Hageman.  Some of these policies and documents are referenced in this Declaration by their bates numbers, "BOE 1-276"

4. During December 2019, I receive a request to meet from parent Joanne Roe and meet with sixth grade student Anne Roe and her mother, Joanne Roe, in December 2019.[1]  During this meeting I learn Anne Roe will be enrolling as a sixth grader in Bethel Middle School upon return from the winter break in January 2019.  I also learn Anne Roe is a transgender girl.  At the request of Joanne and Anne, it is agreed Anne will use the single occupancy restroom in the nurse's office or the faculty restroom.

5. A certified, true and accurate copy of the Bethel Middle School map, which is edited with green markings to indicate the location of communal and single occupancy restrooms in the Bethel Middle School, BOE 400, is filed under seal as a Confidential Document because it is not a public record for security reasons.  The communal restrooms have partitioned stalls for privacy.

6. From school year 2019-2020 to the present when I have served as the Bethel Middle School Principal, I have received one report of a biological girl who identifies as a boy going into the boys' restroom.

7. From school year 2019-2020 to the present when I have served as the Bethel Middle School Principal, I have received one request for accommodation from or on behalf of a transgender student to use the communal restrooms or any other intimate space aligning with their sexual identity.

---

[1] Counsel for Proposed Intervenor student Anne Roe/parent Joanne Roe file a motion to proceed pseudonymously on their behalf.

8. In recognition of the needs of all Bethel Local Schools students, single occupancy restrooms are made available to all students in school year 2022-23. . Students were made aware of this at the beginning of the school year. Students do not need to request to use the single occupancy restroom. If it is available, they may use it at any time.

9. Students attending Bethel School District are permitted use of single occupancy restrooms. Some parents have sent an email to their principal and the superintendent providing the following information:

   Dear ==principal== and Mr. Chrispin,

   I am requesting my ==child/children== listed below be given access to a private restroom and locker room facility for the 22-23 school year. I am concerned about their privacy and safety in the community restroom facilities.

   ==Child's first & Last name (grade)==

   Thank you for your understanding in this matter.

   Sincerely,

   ==Your first and last name==

   1. Copy and paste the above text into an email.
   2. Change the highlighted sections.
   3. Name the email "Private Restroom Access Request"
   4. Send the email to all your child's building principals and the superintendent.

   Mr. Chrispin **Superintendent** - chrispinm@blsk12.org

   Mr. Swope **High School Principal** - swopeB@blsk12.org

   Mr. Zigler **Middle School Principal** ziglert@blsk12.org

   Mrs. Jones **2-5 Principal** JonesC@blsk12.org

   Mrs. Schoch **K-1 Principal** SchochC@blsk12.org

10. This school year three families of middle school students requested that their children use the single occupancy restrooms in the Bethel Middle School.

11. At the beginning of the 2022-23 school year, all students were told that if they had any reservations about using the community student restrooms, they could use the restrooms designated as "Family". It was explained that the family restrooms were for a single student and that the door had a lock on it for privacy.

12. As part of my job duties as Principal, I must be familiar with all Board Policy. Board Policy for school years 2019-2020 to the present is written and contained in the Policy Manual. The current Policy Manual is accessible at:

https://go.boarddocs.com/oh/bethlsd/Board.nsf/Public?open&id=policies. All Board of Education adopted policy related to transgender students' rights to use communal restrooms is contained in the Policy Manual.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tim Zigler, Bethel Middle School Principal

1/9/2023
Date