## **DECLARATION OF CASSANDRA SCHOCH**

1. I, Cassandra Schoch, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

2. I am employed by the Bethel Local Schools Board of Education as its Elementary School Principal from August 3, 2021 until present. Before serving Bethel Elementary School, I hold employment for Tipp City Schools from August 2013, to August 2021 as a Teacher; for Vandalia Butler Schools from August, 2008 to August, 2013 as a teacher.

3. All statements made in this Declaration are made in my official capacity as the Elementary School Principal for the Bethel Local Schools Board of Education, which educates students grades Kindergarten through first.

4. A certified, true and correct copy of select policies adopted by the Board of Education and School District documents are filed on record in this action through Fiscal Officer Tina Hageman. Some of these policies and documents are referenced in this Declaration by their bates numbers, "BOE 1-276"

5. A certified, true and accurate copy of the Bethel Elementary School map, which is edited with green markings to indicate the location of communal and single occupancy restrooms in the Bethel Middle School, BOE 400 is filed under seal as a Confidential Document because it is not a public record for security reasons. The communal restrooms have partitioned stalls for privacy.

6. From school year 2019-2020 to the present, I have received no complaints from any student regarding any transgender student related to any issue.

7. From school year 2019-2020 to the present, I have received no requests for accommodation from or on behalf of a transgender student to use the communal restrooms or any other intimate space aligning with their sexual identity.

8. In recognition of the needs of all Bethel Local Schools students, single stall restrooms are made available to all students in school year 2019-2020 to present. Parents and students are made aware of this at the beginning of each school year and instructed on how to request access to signal occupancy restrooms.

9. Students attending Bethel School District are permitted use of single occupancy restrooms upon the receipt of an email to their principal and the superintendent providing the following information:

Dear ==principal== and Mr. Chrispin,

I am requesting my ==child/children== listed below be given access to a private restroom and locker room facility for the 22-23 school year. I am concerned about their privacy and safety in the community restroom facilities.

==Child's first & Last name (grade)==

Thank you for your understanding in this matter.

Sincerely,

==Your first and last name==

1. Copy and paste the above text into an email.
2. Change the highlighted sections.
3. Name the email "Private Restroom Access Request"
4. Send the email to all your child's building principals and the superintendent.

Mr. Chrispin **Superintendent** - chrispinm@blsk12.org

Mr. Swope **High School Principal** - swopeB@blsk12.org

Mr. Zigler **Middle School Principal** ziglert@blsk12.org

Mrs. Jones **2-5 Principal** JonesC@blsk12.org

Mrs. Schoch **K-1 Principal** SchochC@blsk12.org

10. All students' parents and legal guardians are told at the beginning of the 2022-2023 school year this is the process to obtain use of single occupancy restrooms for students.

11. This school year three (3) students total in the Bethel Elementary School serving grades K through 5 use the single occupancy restrooms.

12. As part of my job duties as Principal, I must be familiar with all Board Policy. Board Policy for school years 2019-2020 to the present is written and contained in the Policy Manual. The current Policy Manual is accessible at: https://go.boarddocs.com/oh/bethlsd/Board.nsf/Public?open&id=policies. All Board of Education adopted policy related to transgender students' rights to use communal restrooms is contained in the Policy Manual.

I declare under penalty of perjury that the foregoing is true and correct.

*Cassandra Schoch*
Cassandra Schoch
Bethel Elementary School Principal (K-1)

1/9/23
Date