# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO:  3:22-cv-00337** |
| **PLAINTIFFS,** | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| **Defendants.** | : | |

## SUPPLEMENTAL NOTICE OF FILING CERTIFICATE OF BETHEL LOCAL SCHOOLS BOARD OF EDUCATION TREASURER/CFO, TINA K. HAGEMAN IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities ("collectively referenced as "Defendants BOE"), give notice of the filing of the attached Certificate of Bethel Local Schools Board of Education Treasurer/CFO, Tina K. Hageman filed in support of their Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction against Defendants.  The Certificate attaches certified, true and accurate exhibits marked BOE 1-393.  This Certification includes relevant Board Policy for school years 2019-2020 through present (BOE 1-276), Meeting Minutes Approving Revisions to Board Policies from January 1, 2019 to the present (BOE 277-311), Resolutions and Related Meeting Minutes / Agendas related to three public board meetings (BOE 312-346), and Ohio's Learning Standards – Social Studies Adopted February 2018 (BOE 347-393) which were filed with the Court with the original Notice of Filing (Doc 16).  Counsel inadvertently failed to attach the Certificate to the original filing which is being filed herein.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive

        Dayton, OH 45419
        (937) 426-4200
        (866) 831-0904 (fax)
        *Attorney for Defendants Bethel Local*
        *Schools District Board of Education, and*
        *in their official capacities Lydda Mansfield,*
        *Lori Sebastian, Natalie Donahue, Danny*
        *Elam, Jacob King, and Matthew Chrispin*


        s/ John A. Podgurski
        John A. Podgurski (0020923)
        JP@johnpodgurski.com
        Law Offices of John A. Podgurski
        9155 Chillicothe Road
        Kirtland, OH 44094
        *Attorney for Defendant Bethel Local*
        *School District Board of Education*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 9th day of January, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

        Joseph P. Ashbrook
        jpashbrook@ashbrookbk.com
        Julie E. Byrne
        jebyrne@ashbrookbk.com
        Ashbrook Byrne Kresge, LLC
        P.O Box 8248
        Cincinnati, OH 45249

        Nicholas Barry (pro hac vice)
        Nicholas.barry@aflegal.org
        America First Legal
        611 Pennsylvania Ave, SE #231
        Washington, DC 20003
        *Attorneys for Plaintiffs*


        s/ Lynnette Dinkler
        Lynnette Dinkler 0065455