

# BETHEL LOCAL SCHOOLS
## EDUCATE WITH EXCELLENCE!

| MATTHEW CHRISPIN | TINA HAGEMAN | BARRETT SWOPE | DAMON SMITH | TIM ZIGLER | BRENT FUGATE | CARRIE ANN JONES | CASSIE SCHOCH |
|---|---|---|---|---|---|---|---|
| INT. SUPERINTENDENT | TREASURER | HIGH SCHOOL PRINCIPAL | ATHLETIC DIRECTOR | INT. MIDDLE SCHOOL PRINCIPAL | ASST. HS & MS PRINCIPAL | ELEMENTARY PRINCIPAL | ELEMENTARY PRINCIPAL |
| chrispinm@blsk12.org | hagemant@blsk12.org | swopeb@blsk12.org | smithd@blsk12.org | ziglert@blsk12.org | fugateb@blsk12.org | jonesc@blsk12.org | schochc@blsk12.org |

## CERTIFICATE

The undersigned hereby certifies that the separately listed documents below are true and correct copies of public records maintained by the Bethel Local Schools Board of Education:

| DESCRIPTION | BOE NO. |
|---|---|
| **BOARD POLICIES CURRENTLY IN EFFECT AND ALL VERSIONS PRIOR THERETO FROM JANUARY 1, 2019** | |
| 0122.1 MEMBER POWERS | 1 |
| 0123 CODE OF ETHICS/CODE OF CONDUCT | 2-3 |
| 0142.1 OATH | 4 |
| 0162 QUORUM | 5 |
| 0164 NOTICE OF MEETINGS | 6 |
| 0165.1 REGULAR MEETINGS | 7 |
| 0165.2 SPECIAL MEETINGS | 8 |
| 0165.3 RECESS / ADJOURNMENT | 9 |
| 0166 EXECUTIVE SESSION | 10-11 |
| 0167 VOTING | 12-14 |
| 0167.1 USE OF ELECTRONIC MAIL / TEXT MESSAGES | 15 |
| 0167.2 USE OF PERSONAL COMMUNICATION DEVICES | 16 |
| 0168 MINUTES | 17 |
| 0169.1 PUBLIC PARTICIPATION AT BOARD MEETINGS | 18-19 |
| 0169.2 OPEN MEETINGS / SUNSHINE LAW | 20 |
| 1200 ADMINISTRATOR ETHICS | 21 |
| 1210 BOARD-SUPERINTENDENT RELATIONSHIP | 22 |
| 1220 EMPLOYMENT OF THE SUPERINTENDENT | 23-24 |
| 1310 EMPLOYMENT OF THE TREASURER | 25-26 |
| 1400 JOB DESCRIPTIONS | 27 |
| 1422 NONDISCRIMINATION AND EQUAL EMPLOYMENT OPPORTUNITY | 28-42 |
| 1662 ANTI-HARASSMENT | 43-66 |
| 2240 CONTROVERSIAL ISSUES | 67-68 |
| 2260 NONDISCRIMINATION AND ACCESS TO EQUAL EDUCTIONAL OPPORTUNITY | 69-80 |
| 2266 NONDISCRIMINATION ON THE BASIS OF SEX IN EDUCATION PROGRAMS OR ACTIVIES | 81-102 |



# BETHEL LOCAL SCHOOLS
## EDUCATE WITH EXCELLENCE!

**MATTHEW CHRISPIN** — INT. SUPERINTENDENT — chrispinm@blsk12.org
**TINA HAGEMAN** — TREASURER — hagemant@blsk12.org
**BARRETT SWOPE** — HIGH SCHOOL PRINCIPAL — swopeb@blsk12.org
**DAMON SMITH** — ATHLETIC DIRECTOR — smithd@blsk12.org
**TIM ZIGLER** — INT. MIDDLE SCHOOL PRINCIPAL — ziglert@blsk12.org
**BRENT FUGATE** — ASST. HS & MS PRINCIPAL — fugateb@blsk12.org
**CARRIE ANN JONES** — ELEMENTARY PRINCIPAL — jonesc@blsk12.org
**CASSIE SCHOCH** — ELEMENTARY PRINCIPAL — schochc@blsk12.org

| DESCRIPTION | BOE NO. |
|---|---|
| 2270 RELIGION IN THE CURRICULUM | 103 |
| 2416 STUDENT PRIVACY AND PARENTAL ACCESS TO INFORMATION | 104 |
| 2430 DISTRICT-SPONSORED CLUBS AND ACTIVITIES | 105-106 |
| 3122 NONDISCRIMINATION AND EQUAL EMPLOYMENT OPPORTUNITY | 107-121 |
| 3210 STAFF ETHICS | 122-123 |
| 3362 ANTI-HARASSMENT | 124-147 |
| 4112 BOARD-STAFF COMMUNICATIONS | 148 |
| 4120.01 JOB DESCRIPTIONS | 149 |
| 4122 NONDISCRIMINATION AND EQUAL EMPLOYMENT OPPORTUNITY | 150-164 |
| 4210 STAFF ETHICS | 165 |
| 4362 ANTI-HARASSMENT | 166-189 |
| 4430 LEAVES AND ABSENCES | 190-195 |
| 5112 ENTRANCE REQUIREMENTS | 196-197 |
| 5120 ASSIGNMENT WITHIN DISTRICT | 198 |
| 5136 PERSONAL COMMUNICATION DEVICES | 199-200 |
| 5136.01 ELECTRONIC EQUIPMENT | 201 |
| 5200 ATTENDANCE | 202-215 |
| 5223 RELEASED TIME FOR RELIGIOUS INSTRUCTION | 216 |
| 5320 IMMUNIZATION | 217 |
| 5330 USE OF MEDICATIONS | 218-219 |
| 5517 ANTI HARASSMENT | 220-245 |
| 5730 EQUAL ACCESS FOR NONDISTRICT-SPONSORED, STUDENT CLUBS AND ACTIVITIES | 246 |
| 7510 USE OF DISTRICT PREMISES | 247-248 |
| 8310 PUBLIC RECORDS | 249-251 |
| 8330 STUDENT RECORDS | 252-255 |
| 8450.01 PROTECTIVE FACIAL COVERINGS DURING PANDEMIC / EPIDEMIC EVENTS | 256-257 |
| 8500 FOOD SERVICES | 258-269 |
| 8800 RELIGIOUS / PATRIOTIC CEREMONIES AND OBSERVANCES | 270-271 |
| 9700 RELATIONS WITH SPECIAL INTEREST GROUPS | 272-274 |
| 9700.01 ADVERTISING AND COMMERCIAL ACTIVITIES | 275-276 |
| | |
| **MEETING MINUTES APPROVING REVISIONS TO BOARD POLICIES FROM JANUARY 1, 2019 TO THE PRESENT** | |

WWW.BETHELK12.ORG

937.845.9414 PHONE  7490 South State Route 201  937.845.5007 FAX
Tipp City, Oh 45371-9754



# BETHEL LOCAL SCHOOLS
## EDUCATE WITH EXCELLENCE!

| MATTHEW CHRISPIN | TINA HAGEMAN | BARRETT SWOPE | DAMON SMITH | TIM ZIGLER | BRENT FUGATE | CARRIE ANN JONES | CASSIE SCHOCH |
|---|---|---|---|---|---|---|---|
| INT. SUPERINTENDENT | TREASURER | HIGH SCHOOL PRINCIPAL | ATHLETIC DIRECTOR | INT. MIDDLE SCHOOL PRINCIPAL | ASST. HS & MS PRINCIPAL | ELEMENTARY PRINCIPAL | ELEMENTARY PRINCIPAL |
| chrispinm@blsk12.org | hagemant@blsk12.org | swopeb@blsk12.org | smithd@blsk12.org | ziglert@blsk12.org | fugateb@blsk12.org | jonesc@blsk12.org | schochc@blsk12.org |

| DESCRIPTION | BOE NO. |
|---|---|
| BOARD OF EDUCATION REGULAR MEETING MINUTES JUNE 10, 2019 | 277-286 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES NOVEMBER 26, 2019 | 287-290 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES AUGUST 10, 2020 | 291-293 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES JANUARY 11, 2021 | 294-296 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES MAY 10, 2021 | 297-299 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES DECEMBER 13, 2021 | 298-302 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES MARCH 1, 2022 | 303-304 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES APRIL 18, 2022 | 305-311 |
|  |  |
| **RESOLUTIONS AND RELATED MEETING MINUTES / AGENDAS** |  |
| BOARD OF EDUCATION REGULAR MEETING AGENDA JANUARY 10, 2022 | 312-321 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES JANUARY 10, 2022 | 322-324 |
| BOARD OF EDUCATION REGULAR MEETING AGENDA FEBRUARY 14, 2022 | 325-338 |
| BOARD OF EDUCATION REGULAR MEETING MINUTES FEBRUARY 14, 2022 | 339-343 |
| BETHEL LOCAL SCHOOL DISTRICT BOARD RESOLUTION (PROPOSED – FEBRUARY 14, 2022) | 344 |
| BETHEL LOCAL SCHOOL DISTRICT BOARD RESOLUTION RESTROOM USE (PROPOSED BY J. FRANZ – FEBRUARY 14, 2022) | 345-346 |
|  |  |
| **MISCELLANEOUS** |  |
| OHIO'S LEARNING STANDARDS – SOCIAL STUDIES ADOPTED FEBRUARY 2018 | 347-393 |
|  |  |

WWW.BETHELK12.ORG

937.845.9414 PHONE  7490 South State Route 201  937.845.5007 FAX
Tipp City, Oh 45371-9754



# BETHEL LOCAL SCHOOLS
## EDUCATE WITH EXCELLENCE!

| MATTHEW CHRISPIN | TINA HAGEMAN | BARRETT SWOPE | DAMON SMITH | TIM ZIGLER | BRENT FUGATE | CARRIE ANN JONES | CASSIE SCHOCH |
|---|---|---|---|---|---|---|---|
| INT. SUPERINTENDENT | TREASURER | HIGH SCHOOL PRINCIPAL | ATHLETIC DIRECTOR | INT. MIDDLE SCHOOL PRINCIPAL | ASST. HS & MS PRINCIPAL | ELEMENTARY PRINCIPAL | ELEMENTARY PRINCIPAL |
| chrispinm@blsk12.org | hagemant@blsk12.org | swopeb@blsk12.org | smithd@blsk12.org | ziglert@blsk12.org | fugateb@blsk12.org | jonesc@blsk12.org | schochc@blsk12.org |

*Tina K. Hageman* (signature)
Tina K. Hageman, Treasurer/CFO
Bethel Local School Dist