## DECLARATION OF BARRETT SWOPE

1. I, Barrett Swope, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

2. I am employed by the Bethel Local Schools Board of Education as its High School Principal from August, 2018 to the present. In addition to my work experience at Bethel Local Schools Board of Education, my public school experience includes four years.

3. All statements made in this Declaration are made in my official capacity as the High School Principal for the Bethel Local Schools Board of Education, which educates students grades nine through twelve.

4. A certified, true and correct copy of select policies adopted by the Board of Education and School District documents are filed on record in this action through Fiscal Officer Tina Hageman. Some of these policies and documents are referenced in this Declaration by their bates numbers, "BOE 1-276."

5. On Monday, August 15, 2022 at 8:30 a.m. Superintendent Crispin and I meet with Anne Roe and her parents, Joanne and John Roe.[1] The meeting is held in the High School Principal's Office (my office). Anne's parents request the meeting to confirm the accommodation granted during the 2021-2022 school year would remain in place during the 2022-2023 school year regarding Anne's use of the communal girls' restroom. Superintendent Crispin and I know Anne to be a transgender girl entering the High School as a ninth grader at the time of this meeting. Superintendent Crispin and I confirmed the accommodation remains in place unless School District legal counsel advises otherwise.

6. A certified, true and accurate copy of the Bethel High School map, which is edited with green markings to indicate the location of communal and single occupancy restrooms in the Bethel High School, BOE 400, is filed under seal as a Confidential Document because it is not a public record for security reasons. The communal restrooms have partitioned stalls for privacy.

7. From school year 2019-2020 to the present when I have served as the Bethel High School Principal, I have received no complaints from any student regarding any transgender student related to any issue.

8. Other than Anne Roe's request for accommodation to use the girls' communal restroom, from school year 2019-2020 to the present when I serve as the Bethel High School Principal, I receive no requests for accommodation from or on behalf of a transgender student to use the communal restrooms or any other intimate space aligning with their sexual identity, such as locker rooms.

---

[1] Counsel for Proposed Intervenor student Anne Roe/parent Joanne Roe file a motion to proceed pseudonymously on their behalf.

13. Board Policy 5517 Student Anti-Harassment is the Board Policy administration applies, as advised by Board of Education legal counsel, to continue to grant the accommodation requested on behalf of Anne Roe.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Barrett Swope, Bethel High School Principal

_____1-10-2023_____
Date