# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | CASE NO:  3:22-cv-00337 |
| Plaintiffs, | : | JUDGE MICHAEL J. NEWMAN |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| Defendants. | : | |

## PLAINTIFF'S RESPONSE TO REQUESTED INTERVENOR'S MOTION TO INTERVENE AS DEFENDANT, AND MOTION FOR LEAVE TO FILE *INSTANTER* MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs do not oppose Anne Roe's intervention in this matter subject to the representation made by Anne Roe's counsel that the intervention will not slowdown the preliminary injunction proceedings.

Dated: January 13, 2023

                                                           Respectfully submitted,

                                                           s/ Joseph P. Ashbrook
                                                           Joseph P. Ashbrook (0091279)
                                                           Julie E. Byrne (0085174)
                                                           Ashbrook Byrne Kresge, LLC
                                                           PO Box 8248
                                                           Cincinnati, Ohio 45249
                                                           Tel: (513) 582-7424
                                                           Fax: (513) 216-9882
                                                           jpashbrook@ashbrookbk.com

                                                           Nicholas Barry
                                                           (*pro hac vice*)

America First Legal
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Tel: (615) 431-9303
Fax: (513) 216-9882
nicholas.barry@aflegal.org

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 13th day of January, 2023, I served a copy of the foregoing via the Court's ECF system, which notifies all counsel of record.

                 s/ Joseph P. Ashbrook
                 Joseph P. Ashbrook