# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO: 3:22-cv-00337** |
| **PLAINTIFFS,** | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| **Defendants.** | : | |

## MEMORANDUM IN RESPONSE TO ANNE ROE'S MOTION TO INTERVENE AS DEFENDANT, AND MOTION FOR LEAVE TO FILE *INSTANTER* MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DOC. 13)

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities only ("collectively referenced as "Defendants BOE"), respond to Anne Roe's Motion to Intervene as Defendant, and Motion for Leave to File *Instanter* Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. 13).

It is the mission of Defendant BOE to serve all its students. This includes Anne Roe. As Plaintiffs' Complaint and the relief sought, including the request for preliminary injunction, directly affect Anne Roe's federally protected rights as a transgender student accommodated under Board Policy. Anne Roe's participation in the Preliminary Injunction proceeding, should the Court find it necessary to analyze factors three and four, is critical to fully analyze the impact on others and society under the asserted Ohio Open Meetings Act claim.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419

(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local
Schools District Board of Education, and
in their official capacities Lydda Mansfield,
Lori Sebastian, Natalie Donahue, Danny
Elam, Jacob King, and Matthew Chrispin*

s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
*Attorney for Defendant Bethel Local
School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

Joseph P. Ashbrook
jpashbrook@ashbrookbk.com
Julie E. Byrne
jebyrne@ashbrookbk.com
Ashbrook Byrne Kresge, LLC
P.O Box 8248
Cincinnati, OH 45249
*Attorney for Plaintiffs*

Nicholas Barry
Nicholas.barry@aflegal.org
America First Legal
611 Pennsylvania Ave, SE #231
Washington, DC 20003
*Attorneys for Plaintiffs*

Freda Levenson
flevenson@aclueohio.org
ACLU of Ohio Foundation
4506 Chester Ave.
Cleveland, OH 44103
*Co-Counsel for Proposed Defendant-Intervenor Anne Roe (a minor, by and through her legal guardian Joanne Roe)*

Malita Picasso
mpicasso@aclu.org
Aditi Fruitwala
afruitwala@aclu.org
Rose Saxe
rsaxe@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY
*Co-Counsel for Proposed Defendant-Intervenor Anne Roe (a minor, by and through her legal guardian Joanne Roe)*

| | |
|---|---|
| David J. Carey<br>dcarey@acluohio.org<br>ACLU of Ohio Foundation<br>1108 City Park Avenue, Ste 203<br>Columbus, OH 43206<br>*Co-Counsel for Proposed Defendant-Intervenor Anne Roe (a minor, by and through her legal guardian Joanne Roe)* | Michael D. Meuti<br>mmeuti@beneschlaw.com<br>David M. Hopkins<br>dhopkins@beneschlaw.com<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>*Co-Counsel for Proposed Defendant-Intervenor Anne Roe (a minor, by and through her legal guardian Joanne Roe)* |

    s/ Lynnette Dinkler
    Lynnette Dinkler 0065455