**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**DAYTON DIVISION**

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO: 3:22-cv-00337** |
| **PLAINTIFFS,** | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| **Defendants.** | : | |

**SUPPLEMENTAL NOTICE OF FILING ATTACHMENTS TO DECLARATION OF MATTHEW CHRISPIN (DOC. 18-5) IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS (DOC. 20)**

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities ("collectively referenced as "Defendants BOE"), give notice of the filing of the attached Exhibits to the Declaration of Matthew Chrispin (Doc. 18-5) filed in support of their Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction against Defendants (Doc. 20). The exhibits were inadvertently misfiled (Doc. 16-15) and are being corrected herein. Defendants respectfully file the exhibits with this Supplemental Notice.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local Schools District Board of Education, and*

*in their official capacities Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King, and Matthew Chrispin*

s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
*Attorney for Defendant Bethel Local School District Board of Education*

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

| | |
|---|---|
| Joseph P. Ashbrook<br>jpashbrook@ashbrookbk.com<br>Julie E. Byrne<br>jebyrne@ashbrookbk.com<br>Ashbrook Byrne Kresge, LLC<br>P.O Box 8248<br>Cincinnati, OH 45249<br>*Attorneys for Plaintiff* | Malita Picasso<br>mpicasso@aclu.org<br>Rose Saxe<br>rsaxe@aclu.org<br>Aditi Fruitwala<br>afruitwala@aclu.org<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>*Attorneys for Intervenor Defendant Anne Roe* |
| Nicholas Barry (pro hac vice)<br>Nicholas.barry@aflegal.org<br>America First Legal<br>611 Pennsylvania Ave, SE #231<br>Washington, DC 20003<br>*Attorneys for Plaintiffs* | Michael Meuti<br>mmeuti@beneschlaw.com<br>David M. Hopkins (0095285)<br>dhopkins@beneschlaw.com<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378<br>*Attorneys for Intervenor Defendant Anne Roe* |

| | |
|---|---|
| David Carey<br>dcarey@acluohio.org<br>ACLU of Ohio Foundation<br>1108 City Park Ave., Suite 203<br>Columbus, OH 43206 | Freda Levenson<br>flevenson@aclueohio.org<br>ACLU of Ohio Foundation<br>4506 Chester Ave.<br>Cleveland, OH 44103<br>*Attorneys for Intervenor Defendant Anne Roe* |

s/ Lynnette Dinkler
Lynnette Dinkler 0065455