BOE 399 – UNMARKED MAPS and BOE 400 – MARKED MAPS
ARE CONFIDENTIAL AND
SUBJECT TO THE STIPULATED PROTECTIVE ORDER

THEY HAVE BEEN FILED UNDER SEAL (DOC. 24)