

**Bethel Local Schools 2022 Restroom and Locker Room Policy!**

Bronwyn Ann · 26m

In the interest of keeping everyone in the loop (and to battle misinformation), we want to let everyone know that our original complaint (filed 5/27) has been dismissed and IS BEING REFILED as new evidence for the removal of three board members has come to light. The new court date has not yet been scheduled. We are doing this restructuring as it will enable us to play out our multi-prong approach more thoroughly.

We are continuing to fight day and night (literally!) for the safety and privacy of ALL Bethel children. We have not backed down and we are not giving up!

That said, we are parents and grandparents. We have jobs, spouses, and children of our own. This road we are on did not come with a map. There is no cookie cutter approach to handle this. We are researching every day. We have made a trip to the Ohio statehouse to consult with our local representatives. We have spoken to countless attorneys (and nonprofit groups) to find whom we felt was the best fit for our approach for removal. We are working on two other cases as well.

While we know we cannot possibly please everyone with the way we are handling this very important issue, please know we are doing the very best we possibly can for the children at Bethel Local Schools.

We will continue to keep everyone updated as much as we are able. As these are active suits, we have been advised on how much we can say and when we can say it.

A huge thank you to those who have given to our legal fund, continue to display our yard signs, and send us prayers and encouragement. We ask for your continued grace, and support of our efforts both spiritually and

BOE 394

    

While we know we cannot possibly please everyone with the way we are handling this very important issue, please know we are doing the very best we possibly can for the children at Bethel Local Schools.

We will continue to keep everyone updated as much as we are able. As these are active suits, we have been advised on how much we can say and when we can say it.

A huge thank you to those who have given to our legal fund, continue to display our yard signs, and send us prayers and encouragement. We ask for your continued grace, and support of our efforts both spiritually and financially.



10  3 comments

👍 Like   💬 Comment   ➤ Send

**Abby, here are some great products just for you**

 Home    Watch    Marketplace    Notifications    Menu

BOE 395



**Bethel Local Schools 2022 Restroom and Locker Room Policy!**
Bronwyn Ann · 26m

👍😢 10

**All comments**

**Rachael Hopkins Kiplinger**
Thank you for the update and your endless fighting for our schools and children. It is noticed and appreciated every day.
18m   Like   Reply                                 2 👍

**Jamie Spangler**
Thank you for taking the lead in this whole process. You are doing an incredible job and I'm truly appreciative of all the hard work, research, time, and effort you all are putting in. Thank you!
14m   Like   Reply                                 1 👍

**Donna K Hughes**
Thanks for the updates
8m   Like   Reply

Rules

Write a comment...

Home   Watch   Marketplace   Notifications   Menu

BOE 396