

# BETHEL LOCAL SCHOOLS
## EDUCATE WITH EXCELLENCE!

| MATTHEW CHRISPIN | TINA HAGEMAN | BARRETT SWOPE | DAMON SMITH | TIM ZIGLER | BRENT FUGATE | CARRIE ANN JONES | CASSIE SCHOCH |
|---|---|---|---|---|---|---|---|
| SUPERINTENDENT | TREASURER | HIGH SCHOOL PRINCIPAL | ATHLETIC DIRECTOR | INT. MIDDLE SCHOOL PRINCIPAL | ASST. HS & MS PRINCIPAL | ELEMENTARY PRINCIPAL | ELEMENTARY PRINCIPAL |
| chrispinm@blsk12.org | hagemant@blsk12.org | swopeb@blsk12.org | smithd@blsk12.org | ziglert@blsk12.org | fugateb@blsk12.org | jonesc@blsk12.org | schochc@blsk12.org |

## CERTIFICATE

The undersigned hereby certifies that the separately listed documents below are true and correct copies of public records maintained by the Bethel Local Schools Board of Education:

| DESCRIPTION | BOE NO. |
|---|---|
| **MISCELLANEOUS DOCUMENTS** | |
| FEDERAL SCHEDULE FY2022 | 401 |
| FEDERAL PROGRAM UPDATE – MAY 2022 | 402-412 |
| FREQUENTLY ASKED QUESTIONS ABOUT TRANSGENDER STUDENTS (2 VERSIONS) | 502-507 |
| | |
| **BOARD POLICIES CURRENTLY IN EFFECT** | |
| 0100 DEFINITIONS | 413-416 |
| 511.03 CHILDREN IN FOSTER CARE | 417-420 |
| 2261.01 PARENT / FAMILY MEMBER PARTICIPATION | 421-424 |
| 2416 STUDENT PRIVACY / PARENTAL ACCESS | 425-426 |
| 2430 DISTRICT SPONSORED CLUBS / ACTIVITIES | 427-428 |
| 2623 STUDENT ASSESSMENT / ACADEMIC INTERVENTION SERVICES | 429-432 |
| 3120 EMPLOYMENT / PROFESSIONAL STAFF | 433-435 |
| 4430 LEAVES AND ABSENCES | 436-438 |
| 5111 ELIGIBILITY / RESIDENT / NON-RESIDENT | 439-442 |
| 5111.01 HOMELESS STUDENTS | 443-446 |
| 5130 WITHDRAWAL FROM SCHOOL | 447-448 |
| 5136 PERSONAL COMMUNICATION DEVICES | 449-450 |
| 5200 ATTENDANCE | 451-455 |
| 5223 RELEASED TIME FOR RELIGIOUS INSTRUCTION | 456-457 |
| 5517.01 BULLYING / OTHER FORMS OF AGGRESSIVE BEHAVIOR | 458-461 |
| 5610 REMOVAL / SUSPENSION / EXPULSION OF STUDENT | 462-466 |
| 5610.03 EMERGENCY REMOVAL OF STUDENTS | 467-468 |
| 5611 DUE PROCESS | 469-471 |
| 5630.01 POSITIVE BEHAVIOR INTERVENTION | 472-479 |
| 5730 EQUAL ACCESS TO NONDISTRICT SPONSORED STUDENT CLUBS / ACTIVITIES | 480-481 |



# BETHEL LOCAL SCHOOLS
## EDUCATE WITH EXCELLENCE!

| MATTHEW CHRISPIN | TINA HAGEMAN | BARRETT SWOPE | DAMON SMITH | TIM ZIGLER | BRENT FUGATE | CARRIE ANN JONES | CASSIE SCHOCH |
|---|---|---|---|---|---|---|---|
| SUPERINTENDENT | TREASURER | HIGH SCHOOL PRINCIPAL | ATHLETIC DIRECTOR | INT. MIDDLE SCHOOL PRINCIPAL | ASST. HS & MS PRINCIPAL | ELEMENTARY PRINCIPAL | ELEMENTARY PRINCIPAL |
| chrispinm@blsk12.org | hagemant@blsk12.org | swopeb@blsk12.org | smithd@blsk12.org | ziglert@blsk12.org | fugateb@blsk12.org | jonesc@blsk12.org | schochc@blsk12.org |

| | |
|---|---|
| 5751 PARENTAL STATUS OF STUDENTS | 482 |
| 5780 STUDENT / PARENT RIGHTS | 483 |
| 6152 STUDENT FEES / FINES / CHARGES | 484-485 |
| 6152.01 WAIVER OF SCHOOL FEES | 486-487 |
| 7450.02 WEB ACCESSIBILITY / CONTENT / APPS / SERVICES | 488-491 |
| 7540.04 STAFF TECHNOLOGY / ACCEPTABLE | 492-494 |
| 8330 STUDENT RECORDS | 495-500 |
| 9210 PARENT ORGANIZATION | 501 |

*Tina K. Hageman*, Treasurer / CFO
Bethel Local School District