**Bethel Local School District**
**Miami County**

**Schedule of Receipts and Expenditures of Federal Awards**
**For the Fiscal Year Ended June 30, 2022**

| FEDERAL GRANTOR<br>Program / Cluster Title | Federal ALN Number | Pass Through Entity Identifying Number | Federal Receipts | Passed Through to Subrecipients | Total Federal Expenditures |
|---|---|---|---|---|---|
| **U.S. DEPARTMENT OF EDUCATION** | | | | | |
| Title I-A FY2021 | 84.010A | 572-9221 | $ 11,700.16 | $ - | $ 3,388.66 |
| Title I-A FY2022 | 84.010A | 572-9222 | $ 61,420.43 | $ - | $ 61,420.43 |
| Expanding Opportunities Grant | 84.010A | 572-9322 | $ 2,041.39 | | $ 2,041.39 |
| IDEA FY2021 | 84.027A | 516-9221 | $ 29,298.06 | | $ 29,298.06 |
| IDEA FY2022 | 84.027A | 516-9222 | $ 183,264.64 | | $ 183,264.64 |
| National School Lunch Program | 10.555 | 006-0000 | $ 769,869.97 | | $ 503,113.79 |
| National School Lunch Program - Supply Chain | 10.555 | 006-0000 | $ 33,611.72 | | $ 33,611.72 |
| US Department of Agriculture - P-EBT Program | 10.649 | 006-0000 | $ 614.00 | | $ 614.00 |
| Limited English Proficiency (LEP) FY2021 | 84.365A | 551-9221 | $ 207.77 | | $ 207.77 |
| Limited English Proficiency (LEP) FY2022 | 84.365A | 551-9222 | $ 15,724.36 | | $ 15,774.36 |
| ESSER I | 84.425D | 507-9221 | $ 42.12 | | $ 42.12 |
| ESSER II | 84.425D | 507-9321 | $ - | | $ - |
| ESSER - ARP | 84.425U | 507-9422 | $ 323,442.69 | | $ 323,442.69 |
| ARP - IDEA | 84.027X | 516-9322 | $ 49,653.77 | | $ 52,789.50 |
| Title II-A FY2021 | 84.367A | 590-9221 | $ - | | $ - |
| Title II-A FY2022 | 84.367A | 590-9222 | $ 22,493.42 | | $ 22,493.42 |
| Title IV-A FY2022 | 84.424A | 584-9222 | $ 10,000.00 | $ - | $ 10,000.00 |
| **Total U.S. Department of Education** | | | $ 1,513,384.50 | $ - | $ 1,241,502.55 |
| **U.S. DEPARTMENT OF EDUCATION** | | | | | |
| *Miami County Education Service Center* | | | | | |
| Early Childhood Education (Preschool) | 84.173 | 587-9921 | $ - | $ 4,515.20 | $ - |
| **Total U.S. Department of EDUCATION** | | | $ - | $ 4,515.20 | $ - |
| **INSTITUTE OF MUSEUM AND LIBRARY SERVICES** | | | | | |
| LIBRARY SERVICES AND TECHNOLOGY ACT | | | | | |
| Library Services and Technology - CARES ACT | 45.310 | 599-9021 | $ - | | $ 220.57 |
| Library Services and Technology - CARES ACT | 45.310 | 599-9022 | $ - | | $ 367.35 |
| **Total INSTITUTE OF MUSEUM AND LIBRARY SERVICES** | | | $ - | $ - | $ 587.92 |
| **Total Federal Financial Assistance** | | | $ 1,513,384.50 | $ 4,515.20 | $ 1,242,090.47 |

*The accompanying notes are an integral part of this schedule.*

BOE 401

# BETHEL LOCAL SCHOOLS

## FEDERAL PROGRAM UPDATE

### MAY 2022

Tina K. Hageman – Treasurer/CFO

BOE 402

# Purpose & Objective

- Engage local Board of Education and Community
  - Long range planning
  - Discussions on federal grants available to district
- How can grants affect the district's finances?
  - Five Year Forecast
  - Auditing Requirements
    - Single Audit or Not??
- Spending and Procurement Requirements

BOE 403



# Federal Grants – Fiscal Year 2022

- Food Service – Fund 006
- ESSER - ARP – Fund 507 Special Cost Center 9422 (507-9422)
- IDEA - Title VI-B – Fund 516 Special Cost Center 9222 (516-9222)
- IDEA - ARP – Fund 516 Special Cost Center 9322 (516-9322)
- Limited English Proficiency - Fund 551 Special Cost Center 9222 (551-9222)
- Title I-A – Fund 572 Special Cost Center 9222 (572-9222)
- Expanding Opportunities Grant –Fund 572 Special Cost Center 9322 (572-9322)
- Title IV-A – Fund 584 Special Cost Center 9222 (584-9222)
- Title IV-A - ARP – Fund 584 Special Cost Center 9322 (584-9322)
- Title II-A – Fund 590 Special Cost Center 9222 (590-9222)

BOE 404



# Federal Program Procurement

- Micro-purchases – purchase of supplies and/or services which does not exceed $10,000
- Small purchases – purchases between $10,001 - $250,000 must have multiple quotes from an adequate number of suppliers
- **OVER $250,001 REQUIRES FORMAL PROCUREMENT METHODS**
- Sealed Bids – Product and/or services over $250,000 or construction exceed $50,000
- Proposals – Fixed Price or cost reimbursement type contract is awarded.
- Noncompetitive Procurement – Single Source / Micro-purchase / Emergency / Awarding Agency authorizes / Competition is inadequate
- Noncompetitive Purchase – ESC – ODE can authorize ESC is eligible

BOE 405



# Food Service – Fund 006

- Food Service – 006 (Anticipated Spend $325,00)
  - Federal Program
    - Funded by USDA Food and Nutrition Service (US Department of Agriculture)
    - All student meals eligible for reimbursement during the 2020-21 and 2021-22 school years
    - At this time (May 2022) full reimbursement will not continue for 2022-23 school year.
  - Must follow federal procurement guidelines (District Policy 6325)
    - EPC Contract
      - All vendors place formal bids
    - Local Vendors
      - Must obtain multiple quotes

BOE 406

# 507 – 9422 ESSER - ARP

- **Elementary and Secondary School Emergency Relief - American Rescue Plan**
  - Round three of COVID related funds
- **District Plan**
  - Bethel Local Schools has been awarded over $461,000 and should have a board approved plan in place for spending.
    - Purchased Chromebooks for students and laptops for teachers to continue the district's 1 to 1 initiative – continuity of services
    - Employee stipends for additional work needed to continuity of services as all employees have been working additional hours such as sacrificing planning periods.
    - Can be used for construction but must adhere to Federal Procurement requirements, prevailing wages (Davis Bacon), and must be related to prevention of the spread of COVID
- **Must spend before September 30, 2024**
  - Discussions are on-going to extend spend requirement to December 30, 2024

BOE 407



# Federal Grants - Continued

- American Rescue Plan - IDEA (516-9322)
  - Award - $79,822.06
  - Currently using for new special education position for the 2021-22 school year – salaries and benefits.
  - Grant awarded in October 2021 so will have carryover into the 2022-23 school year.
- Title I-A (572-9222)
  - Award - $83,923.54
  - Combined with Title II-A - (590-9222) to cover two teacher salaries
  - Benefits paid with general fund



BOE 408

# Federal Grants - Continued

- **IDEA 516-9222 ($316,378.61)**
  - Special Education Grant
    - To provide services for students identified with special needs
    - Currently used to cover cost of services with ESC employees
      - Psychologists and Intervention Specialists
- **Title III - Limited English 551-9222 ($30,948.39)**
  - English Learners Grant
    - Purchase ELL Services - ESC
    - Instructional Supplies and Supplies for Parent/Community Engagement



# Federal Grants - Continued

- **Expanding Opportunities 572-9322 ($3,365.91)**
  - Grant to be used for HS class related to expanding experience/education in new areas
    - Currently used to expand robotics program
    - Purchase of additional supplies and to cover costs to attend competitions.
- **Title IV-A 584-9222 ($10,000)**
  - Early Childhood Education Grant
    - Being used to offset costs for SRO Services
- **ARP - Title IV-A 584-9322 ($5,905.84)**
  - Early Childhood Education Grant –ARP
    - Being used to offset Preschool Transportation Costs
      - Salaries and Benefits

BOE 410

# Federal Grants - Continued

- Total Federal Grants Award - $991,483 (not including food service)
  - Anticipate spending all of IDEA $316,379
  - Anticipate spending all of Title IV-A $10,000
  - Anticipate spending ESSER -ARP - $325,000
  - Anticipate spending Title I-A and Title II-A - $83,923.54
  - Add in anticipated spend on Food Service - $325,000
- Single Audit Requirement – Spend of $750,000 or more
  - FY2021 Single Audit
  - FY2022 Single Audit
- Loss of these funds would shift costs to General Fund
  - Limits district's ability to add staff needed for growth.

BOE 411



# Questions?

- Treasurer Tina Hageman
- [hagemant@blsk12.org](mailto:hagemant@blsk12.org)
- Office: 937-845-9414

BOE 412