# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO: 3:22-cv-00337** |
| **PLAINTIFFS,** | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| **Defendants.** | : | |

---

### NOTICE OF FILING SUPPLEMENTAL DECLARATIONS OF BETHEL LOCAL SCHOOLS MIDDLE SCHOOL PRINCIPAL, TIM ZIGLER, AND SUPERINTENDENT MATTHEW CHRISPIN IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS

---

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities ("collectively referenced as "Defendants BOE"), give notice of the filing of the attached Supplemental Declarations of Tim Zigler and Matthew Chrispin filed in support of their Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction against Defendants. Since the filing of their Declarations (Docs. 18-5 and 18-6) it has been discovered that one additional student requested and received access to single use restroom facilities at the middle school during academic yar 2022-2023. Pursuant to leave of Court granted February 6, 2023, Defendants BOE file herein the Supplemental Declarations of Tim Zigler and Matthew Chrispin in Support of Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction Against Defendants (Doc. 20). Defendants respectfully file said Declaration with this Supplemental Notice.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419

        (937) 426-4200
        (866) 831-0904 (fax)
        *Attorney for Defendants Bethel Local*
        *Schools District Board of Education, and*
        *in their official capacities Lydda Mansfield,*
        *Lori Sebastian, Natalie Donahue, Danny*
        *Elam, Jacob King, and Matthew Chrispin*

        s/ John A. Podgurski
        John A. Podgurski (0020923)
        JP@johnpodgurski.com
        Law Offices of John A. Podgurski
        9155 Chillicothe Road
        Kirtland, OH 44094
        *Attorney for Defendant Bethel Local*
        *School District Board of Education*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

| | |
|---|---|
| Joseph P. Ashbrook | Malita Picasso |
| jpashbrook@ashbrookbk.com | mpicasso@aclu.org |
| Julie E. Byrne | Rose Saxe |
| jebyrne@ashbrookbk.com | rsaxe@aclu.org |
| Ashbrook Byrne Kresge, LLC | Aditi Fruitwala |
| P.O Box 8248 | afruitwala@aclu.org |
| Cincinnati, OH 45249 | American Civil Liberties Union Foundation |
| *Attorneys for Plaintiff* | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | *Attorneys for Intervenor Defendant Anne Roe* |
| | |
| Nicholas Barry (pro hac vice) | Michael Meuti |
| Nicholas.barry@aflegal.org | mmeuti@beneschlaw.com |
| America First Legal | David M. Hopkins (0095285) |
| 611 Pennsylvania Ave, SE #231 | dhopkins@beneschlaw.com |
| Washington, DC 20003 | Benesch, Friedlander, Coplan & Aronoff LLP |
| *Attorneys for Plaintiffs* | 200 Public Square, Suite 2300 |
| | Cleveland, OH 44114-2378 |
| | *Attorneys for Intervenor Defendant Anne Roe* |

| | |
|---|---|
| David Carey | Freda Levenson |
| dcarey@acluohio.org | flevenson@aclueohio.org |
| ACLU of Ohio Foundation | ACLU of Ohio Foundation |
| 1108 City Park Ave., Suite 203 | 4506 Chester Ave. |
| Columbus, OH 43206 | Cleveland, OH 44103 |
| | *Attorneys for Intervenor Defendant Anne Roe* |

                                            s/ Lynnette Dinkler
                                            Lynnette Dinkler 0065455