## **SUPPLEMENTAL DECLARATION OF MATTHEW CHRISPIN**

1. I, Matthew Chrispin, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

2. I am a Defendant in *John and Jane Doe No. 1, et al. v. Bethel Local School District Board of Education, et al.*, U.S. District Court, S.D. Ohio Case No. 3:22-cv-00337, named in my official capacity only.

3. I am employed by the Bethel Local Schools Board of Education as its Superintendent from August 1, 2022 until present. In addition to my work experience at Bethel Local Schools Board of Education, my public-school experience includes 32 years.

4. All statements made in this Declaration are made in my official capacity as the Superintendent for the Bethel Local Schools Board of Education, which educates students grades kindergarten through twelve.

5. Upon continued due diligence review, it has been discovered that one additional student requested and received access to single use, restroom facilities, at the middle school during academic year 2022-2023.

6. Paragraph 12 of my Declaration, Doc. 18-5, Page ID 642, addresses this subject.

7. With the discovery of this additional information, I now know this school year, at present, only nine students have requested use of the single use restrooms in the School District.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Matthew Chrispin
Bethel Superintendent of Schools

February 03, 2023
_____
Date