**SUPPLEMENTAL DECLARATION OF TIM ZIGLER**

1. I, Tim Zigler, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

2. I am employed by the Bethel Local Schools Board of Education as its Middle School Principal from August, 2019 until July, 2021 when I voluntarily resign to retire after 47 years of public-school service. Then, in August, 2022 to present, I am re-employed as the Middle School Principal

3. All statements made in this Declaration are made in my official capacity as the Middle School Principal for the Bethel Local Schools Board of Education, which educates students grades six through eight.

4. Upon additional due diligence review, it has been discovered that one additional student requested and received access to single use, restroom facilities, at the middle school during academic year 2022-2023.

5. Paragraph 10 of my Declaration, Doc. 18-6, Page ID 645, addresses this subject.

6. With the discovery of this additional information, I now know this school year, at present, only nine students have requested use of the single use restrooms in the School District.

I declare under penalty of perjury that the foregoing is true and correct.

Tim Zigler
Bethel Middle School Principal

2/3/2023
Date