UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN AND JANE DOE NO. 1, et al., | CASE NO. 3:22-cv-00337 |
| Plaintiffs, | JUDGE MICHAEL J. NEWMAN |
| vs. | |
| BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OPPOSING INTERVENOR DEFENDANT ANNE ROE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' FIRST MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs John and Jane Doe No. 1; Child No. 1A, a minor, by and through her legal guardians John and Jane Doe No. 1; John and Jane Doe No. 2; John Doe No. 3; Child No. 3B, a minor, by and through her legal guardian John Doe No. 3; Child No. 3C, a minor, by and through his legal guardian John Doe No. 3; Jane Doe No. 4; Child No. 4D, a minor, by and through his legal guardian Jane Doe No. 4; Jane Doe No. 5; Child No. 5E, a minor, by and through his legal guardian Jane Doe No. 5; Jane Doe No. 6; Jane Doe No. 7; Child No. 7F, a minor, by and through his legal guardian Jane Doe No. 7; John and Jane Doe No. 8; and John Doe No. 9 ("Plaintiffs") respectfully move for leave to amend their Supplemental Memorandum Opposing Intervenor Defendant Anne Roe's Response in Opposition to Plaintiffs' First Motion for

Preliminary Injunction (herein "Reply to Intervenor-Defendant's Response" or "Reply").

Specifically, Plaintiffs seek to replace the second sentence of the second full paragraph on page eleven (11) of the Reply (PageID 986) to make clear that the historical deportation, discrimination, and violence experienced by the Ahiska Turkish Muslim community occurred prior to their arrival in the United States—consistent with the attached Declaration of John Doe No. 2. Beyond the aforementioned edit, there are no other edits or changes to the Reply and there are no changes to the declarations or declaration exhibits that accompany the Reply. Plaintiffs consulted with counsel for Intervenor-Defendant as well as counsel for Bethel Local School District Board of Education, Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King, and Michael Crispin (the "School Defendants"). Counsel for both Intervenor-Defendant and the School Defendants confirmed that they do not oppose the motion.

For the Court's convenience, Plaintiffs have attached a proposed order to this unopposed motion as well as the Amended Reply to Intervenor-Defendant's Response.

Dated: February 6, 2023

                                              Respectfully submitted,

                                              s/ Joseph P. Ashbrook
                                              Joseph P. Ashbrook (0091279)
                                              Julie E. Byrne (0085174)
                                              Ashbrook Byrne Kresge, LLC
                                              PO Box 8248
                                              Cincinnati, Ohio 45249

Tel: (513) 582-7424
Fax: (513) 216-9882
jpashbrook@ashbrookbk.com
jebyrne@ashbrookbk.com

Nicholas Barry
(*pro hac vice*)
America First Legal Foundation
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (615) 431-9303
Facsimile: (513) 216-9882
nicholas.barry@aflegal.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2023, I served a copy of the foregoing via the Court's ECF system, which notifies all counsel of record.

s/ Joseph P. Ashbrook<br>
Joseph P. Ashbrook