UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN AND JANE DOE NO. 1, et al., | CASE NO. 3:22-cv-00337 |
| Plaintiffs, | JUDGE MICHAEL J. NEWMAN |
| vs. | |
| BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**[PROPOSED] ORDER: GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OPPOSING INTERVENOR DEFENDANT ANNE ROE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' FIRST MOTION FOR PRELIMINARY INJUNCTION**

The Court finds Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs' Supplemental Memorandum Opposing Intervenor Defendant Anne Roe's Response in Opposition to Plaintiffs' First Motion for Preliminary Injunction (the "Unopposed Motion") warranted as it is unopposed and made promptly without the purpose of delay. Therefore, the Court **GRANTS** Plaintiffs' Unopposed Motion to replace its reply brief referenced herein with the amended version along with the accompanying, unamended, declarations and **ORDERS** that the Plaintiffs shall file its amended reply brief and unedited declarations as a new ECF filing, and the same shall replace Plaintiffs' reply brief and declarations attached to ECF No. 45.

**IT IS SO ORDERED.**

_____
Hon. Michael J. Newman
United States District Judge