# DECLARATION OF TINA HAGEMAN

1. I, Tina Hageman, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

2. I am employed by the Bethel Local Schools Board of Education as its Treasurer from August 1, 2021 until present.

3. All statements made in this Declaration are made in my official capacity as the Treasurer for the Bethel Local Schools Board of Education, which educates students grades kindergarten through twelve.

4. Jessica Franz served the Bethel Local School District Board of Education on as a member of the Board of Education from January 1, 2022, following election, to September 12, 2022, when she resigned to hold new political elected office.

5. As a new board member, Jessica Franz was offered and encouraged to attend Open Meetings Act training but declined.

6. On May 5, 2022, I sent an email to all board members with a link to Sunshine Law Training offered. A true and accurate copy of this email is attached hereto as BOE 403.

7. On May 7, 2022, Jessica Franz responded by email that she would like to attend the June 8th public records training and requested advise on the next steps. A true and accurate copy of this email is attached hereto as BOE 404.

8. On May 9, 2022, I advised Jessica Franz the public records training was free and how to register for same. I further instructed her to provide me a copy of her Certificate upon completion. A true and accurate copy of this email is attached hereto as BOE 405-406.

9. At no time during her six months of service for the Bethel Board of Education did Jessica Franz attend Open Meetings Act training to my knowledge. I was never provided a Certificate of Completion.

10. A true and accurate copy of the December 7, 2021 work session meeting conducted by the Board of Education agenda and written minutes are attached to this Declaration as BOE 407-411 and 412-413 respectively. A true and accurate copy of the video minutes is attached to this Declaration as BOE 414. The video minutes can also be accessed at https://www.youtube.com/c/bethelboardmeetings.

I declare under penalty of perjury that the foregoing is true and correct.

*Tina K. Hageman* — Digitally signed by Tina K. Hageman
Date: 2023.02.06 19:54:21 -05'00'

_____
Tina Hageman, Treasurer
Bethel Local Schools


_____
Date

| | |
|---|---|
| **From:** | Tina Hageman on behalf of Tina Hageman <hagemant@blsk12.org> |
| **To:** | Board of Education |
| **Subject:** | Public Records Training |
| **Date:** | Thursday, May 5, 2022 9:01:26 PM |

Ladies and Gentlemen,

Just for anyone who is interested in attending public records training.

https://www.ohioattorneygeneral.gov/Legal/Sunshine-Laws/Sunshine-Law-Training

I have registered for the training on June 8, 2022 as the board's designee since I was ill and unable to attend last month.

--
Tina K. Hageman
Treasurer/CFO
Bethel Local Schools
7490 State Route 201
Tipp City, OH 45371
Office: (937) 845-9414
Fax: (937) 845-5007
Hagemant@blsk12.org

| | |
|---|---|
| **From:** | Jessica Franz on behalf of Jessica Franz <franzj@blsk12.org> |
| **To:** | Tina Hageman |
| **Subject:** | Re: Public Records Training |
| **Date:** | Saturday, May 7, 2022 10:13:10 AM |

Tina,

I would like to attend the June 8th Public Records training. Please advise on next steps.

Thank you,
Jessica

On Thu, May 5, 2022 at 9:01 PM Tina Hageman <hagemant@blsk12.org> wrote:
> Ladies and Gentlemen,
>
> Just for anyone who is interested in attending public records training.
>
> https://www.ohioattorneygeneral.gov/Legal/Sunshine-Laws/Sunshine-Law-Training
>
> I have registered for the training on June 8, 2022 as the board's designee since I was ill and unable to attend last month.
>
> --
> Tina K. Hageman
> Treasurer/CFO
> Bethel Local Schools
> 7490 State Route 201
> Tipp City, OH 45371
> Office: (937) 845-9414
> Fax: (937) 845-5007
> Hagemant@blsk12.org

BOE 404

| | |
|---|---|
| From: | Tina Hageman on behalf of Tina Hageman <hagemant@blsk12.org> |
| To: | Jessica Franz |
| Subject: | Re: Public Records Training |
| Date: | Monday, May 9, 2022 12:43:11 PM |

Jessica,

The training is free so you just need to click on the link and register to attend.

The site will send you the link for the training. Just remember to send me a copy of the certificate so the District has it for our records?

Thanks,


On Sat, May 7, 2022 at 10:13 AM Jessica Franz <franzj@blsk12.org> wrote:
> Tina,
>
> I would like to attend the June 8th Public Records training. Please advise on next steps.
>
> Thank you,
> Jessica
>
> On Thu, May 5, 2022 at 9:01 PM Tina Hageman <hagemant@blsk12.org> wrote:
>> Ladies and Gentlemen,
>>
>> Just for anyone who is interested in attending public records training.
>>
>> https://www.ohioattorneygeneral.gov/Legal/Sunshine-Laws/Sunshine-Law-Training
>>
>> I have registered for the training on June 8, 2022 as the board's designee since I was ill and unable to attend last month.
>>
>> --
>> Tina K. Hageman
>> Treasurer/CFO
>> Bethel Local Schools
>> 7490 State Route 201
>> Tipp City, OH 45371
>> Office: (937) 845-9414
>> Fax: (937) 845-5007
>> Hagemant@blsk12.org



--
Tina K. Hageman
Treasurer/CFO
Bethel Local Schools
7490 State Route 201

BOE 405

Tipp City, OH 45371
Office: (937) 845-9414
Fax: (937) 845-5007
Hagemant@blsk12.org

BOE 406



## Tuesday, December 7, 2021
## Board of Education Work Session

This meeting is a meeting of the Board of Education in public for the purpose of conducting Bethel Local School District's business and is not to be considered a public community meeting with interactive dialogue. There is a time for public participating during the meeting as indicated in agenda item hearing of the public.

# 1. Roll Call

| | |
|---|---|
| **Subject** | **A. Call to Order** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 1. Roll Call |
| Type | Procedural |

| | |
|---|---|
| **Subject** | **B. Roll Call** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 1. Roll Call |
| Type | Procedural |

____ King ____ Reese ____ Sebastian ____ Elam ____Mansfield

# 2. Additions to the Agenda (if needed)

| | |
|---|---|
| **Subject** | **A. Possible New Agenda Item** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 2. Additions to the Agenda (if needed) |
| Type | Procedural |

# 3. Hearing of the Public regarding Agenda Items

| | |
|---|---|
| **Subject** | **A. Guidelines for addressing the Board on Agenda Items** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 3. Hearing of the Public regarding Agenda Items |
| Type | Information |

0169.1 - **PUBLIC PARTICIPATION AT BOARD MEETINGS**

The Board of Education recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest. The Board offers public participation to members of the public in accordance with the procedures below. The Board applies these procedures to all speakers, and does not discriminate based on the identity of the speaker, content of the speech, or viewpoint of the speaker.

The Board is also committed to conducting its meetings in a productive and efficient manner that assures that the regular agenda of the Board is completed in a reasonable period of time, honors the voluntary nature of the Board's time and using that time efficiently,

BOE 407

and allows for a fair and adequate opportunity for input to be considered. Consequently, public participation at Board meetings will be governed by the following principles:

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

A. Anyone having a legitimate interest in the actions of the Board may participate during the public portion of a meeting.
B. Attendees must register their intention to participate in the public portion of the meeting upon their arrival at the meeting.
C. Participants must be recognized by the presiding officer
D. Each statement made by a participant shall be limited to five (5) minutes duration, unless extended by the presiding officer.
E. No participant may speak more than once on the same topic unless all others who wish to speak on that topic have been heard.
F. All statements shall be directed to the presiding officer; no person may address or question Board members individually.
G. The presiding officer may:
1. prohibit public comments that are frivolous, repetitive, and/or harassing;
2. interrupt, warn, or terminate a participant's statement when the statement is too lengthy, abusive, off-topic, obscene, or irrelevant;
3. request any individual to leave the meeting when that person does not observe reasonable decorum or is disruptive to the conduct of the meeting;
4. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting;
5. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action;
6. waive these rules with the approval of the Board when necessary for the protection of privacy or the administration of the Board's business.
H. The portion of the meeting during which the participation of the public is invited shall be limited to one (1) hour, unless extended by a vote of the Board.

## 4. Important Dates of the District

| Subject | A. Important Dates to Know |
|---|---|
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 4. Important Dates of the District |
| Type | Information |

File Attachments
Communications.pdf (49 KB)

## 5. Treasurer's Items

| Subject | A. Review of Meeting Minutes |
|---|---|
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 5. Treasurer's Items |
| Type | Minutes |

 November 16, 2021,Board of Education Work Session

| Subject | B. Review of Meeting Minutes |
|---|---|
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 5. Treasurer's Items |
| Type | Minutes |

November 22, 2021, Board of Education Regular Meeting

BOE 408

| | |
|---|---|
| **Subject** | **C. Review Payment of Bills** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 5. Treasurer's Items |
| Type | |

File Attachments
Detailed Check Register - November.pdf (137 KB)

| | |
|---|---|
| **Subject** | **D. Review of Monthly Financial Report** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 5. Treasurer's Items |
| Type | |

File Attachments
November Board Reports.pdf (552 KB)

| | |
|---|---|
| **Subject** | **E. Review of Adoption of Resolution for Fiscal Year 2023 Budget** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 5. Treasurer's Items |
| Type | Action |
| Recommended Action | A resolution declaring the intention to proceed under the alternative tax document format provided under section 5705.2581 of the Ohio Revised Code and to refrain from the preparation of a tax budget for the fiscal year 2023, and authorizing and directing the Chief Financial Officer of the Board to prepare and submit to the Miami County Budget Commission such information and documents as are necessary incident to said process and submission, and to take other actions as my be reasonably necessary incident thereto. (see attachment) |

File Attachments
resolution1-alt-tax FY23.pdf (17 KB)

# 6. Superintendent's Items

| | |
|---|---|
| **Subject** | **A. Appointment of President Pro Tempore** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 6. Superintendent's Items |
| Type | Action, Information, Procedural |
| Recommended Action | In order to follow proper procedures, it will be necessary to appoint a President Pro-Tem to preside over the Organizational Meeting to be held _____. The President Pro-Tem will be_____. |

Motion: _____     Second: _____

____ King    ____ Reese    ____ Sebastian    ____ Elam    ____ Mansfield

BOE 409

| | |
|---|---|
| **Subject** | **B. Set Time for Regular Board Meetings and Work Sessions** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 6. Superintendent's Items |
| Type | Information, Procedural |

The regular meetings of the Bethel Board of Education for calendar year 2022 will be held in the High School Media Center on:

_____of each month at_____

The work session meetings of the Bethel Board of Education for calendar year 2022 will be held in the High School Media Center on:

_____of each month at_____

Motion: _____  Second: _____

____ King ____ Reese _____ Sebastian _____ Elam ____Mansfield

| | |
|---|---|
| **Subject** | **C. Review Leave of Absence** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 6. Superintendent's Items |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the following request for a Leave of Absence. |

Carrie Livesay. March 8, 2022-May 27, 2022

| | |
|---|---|
| **Subject** | **D. Review of Neola 40.1 Fall 2021 Update of Board Policies** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 6. Superintendent's Items |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the Neola 40.1 Fall 2021 Update of Board Policies |

Policies to be reviewed:
0169.1-Public Participation at Board Meetings
1530-Evaluation of principals and other administrators
1617-Weapons (new)
2271-College Credit Plus Program
2370.01-Blended Learning
3217-Weapons
4217-Weapons
5011-Eligibilty of Resident/Nonresident Students
5111.02-Educational Opportunity for Military Children
5200-Attendance
5350-Student Mental Health and Suicide Prevention
5464-Early High School Graduation
5516-Student Hazing
5630.01-Positive Behavior Intervention and Supports and Limited use of Restraints and Seclusion
6114-Cost Principles-Spending Federal Funds
7300 Disposition of Real Estate Property/Personal Property
7450-Additional CFR Reference-Property Inventory

BOE 410

8300-Student Records
8400-School Safety
8462-Student Abuse and Neglect
8600-Transportation
8651-Nonroutine use of School Bus
8740-Bonding

| | |
|---|---|
| **Subject** | **E. Review Proposal for Overnight/Extended Student Trip-Music Department** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 6. Superintendent's Items |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the proposal of an overnight/extended student trip for the Music Department. |

File Attachments
Disney trip proposal.pdf (213 KB)

| | |
|---|---|
| **Subject** | **F. Review of GREEN TEAM as a High School Club** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 6. Superintendent's Items |
| Type | Action |
| Recommended Action | The Bethel Board of Education to review the proposal for GREEN TEAM as a high school club. |

File Attachments
Green Club.pdf (13 KB)

## 7. Items for Discussion
## 8. Executive Session (if needed)

| | |
|---|---|
| **Subject** | **A. Possible Executive Session** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 8. Executive Session (if needed) |

BOE 411

| | |
|---|---|
| Type | Action |
| Recommended Action | Motion to go into executive session for the following reason(s): |

1. \_\_\_\_\_To consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing.

2. \_\_\_\_\_To consider the purchase of property for public purposes or for the sale of property at competitive bidding.

3. \_\_\_\_\_To conference with the board's attorney to discuss matters which are the subject of pending or imminent court action.

4. \_\_\_\_\_To discuss preparations for, conducting or reviewing negotiations or bargaining sessions with employees.

5. \_\_\_\_\_To discuss matters required to be kept confidential by federal law or rules or state statutes.

6. \_\_\_\_\_To discuss specialized details of security arrangements.

If an executive session is required, it may be placed anywhere in the order of the agenda but often comes at the beginning or at the end. It is often anticipated in advance that an executive session will be necessary, but the Board may call for such should the occasion arise even though it does not appear on the prepared agenda. Executive sessions are permitted for certain specified situations. Only discussion may take place on-site in executive sessions. Voting must be done in an open meeting.

Motion: _____  Second: _____

\_\_\_\_ King \_\_\_\_ Reese \_\_\_\_\_ Sebastian \_\_\_\_\_ Elam \_\_\_\_Mansfield

Time into executive session: _____

Time back to regular session: _____

## 9. Adjournment

| | |
|---|---|
| **Subject** | **A. Adjourn the meeting** |
| Meeting | Dec 7, 2021 - Board of Education Work Session |
| Category | 9. Adjournment |
| Type | Action |
| Recommended Action | Motion to adjourn the meeting. |

Motion: _____  Second: _____

\_\_\_\_ King \_\_\_\_ Reese \_\_\_\_\_ Sebastian \_\_\_\_\_ Elam \_\_\_\_Mansfield

Meeting adjourned at _____

BOE 412

**Board of Education Work Session Tuesday, December 7, 2021**

Roll Call

A. Call to Order 5:30 PM

B. Roll Call
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

2. Additions to the Agenda (if needed)

3. Hearing of the Public regarding Agenda Items
President Mr. King called for the Hearing of the Public regarding agenda items, to which there was no response.

4. Important Dates of the District

5. Treasurer's Items

A. Review of Meeting Minutes
November 16, 2021, Board of Education Work Session

B. Review of Meeting Minutes
November 22, 2021, Board of Education Regular Meeting

C. Review Payment of Bills

D. Review of Monthly Financial Report

E. Review of Adoption of Resolution for Fiscal Year 2023 Budget
A resolution declaring the intention to proceed under the alternative tax document format provided under section 05.2581 of the Ohio Revised Code and to refrain from the preparation of a tax budget for the fiscal year 2023, and authorizing and directing the Chief Financial Officer of the Board to prepare and submit to the Miami County Budget Commission such information and documents as are necessary incident to said process and submission, and to take other actions as may be reasonably necessary incident thereto. (see attachment

6. Superintendent's Items

A. Appointment of President Pro Tempore
In order to follow proper procedures, it will be necessary to appoint a President Pro-Tem to preside over the Organizational Meeting to be held January 10, 2022. The President Pro-Tem will be_____.

B. Set Time for Regular Board Meetings and Work Sessions  Moved to Organizational Meeting, January 10, 2022

C. Review Leave of Absence
The Bethel Board of Education to review the following request for a Leave of Absence.
Carrie Livesay. March 8, 2022-May 27, 2022

D. Review of Neola 40.1 Fall 2021 Update of Board Policies
The Bethel Board of Education to review the Neola 40.1 Fall 2021 Update of Board Policies.

E. Review Proposal for Overnight/Extended Student Trip-Music Department
The Bethel Board of Education to review the proposal of an overnight/extended student trip for the Music Department.

F. Review of GREEN TEAM as a High School Club
The Bethel Board of Education to review the proposal for GREEN TEAM as a high school club.

Items for Discussion

**2022-66**
8. Executive Session

Mrs. Sebastian moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing, to conference with the board's attorney to discuss matters which are the subject of pending or imminent court action and to discuss specialized details of security arrangements.

Seconded by: Mrs. Reese

The Board entered executive session at 6:24 pm
  The following members answered roll call:
    Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

The Board re-entered regular session at 7:47 PM

**2022-67**
9. Adjournment

Motion by: Mrs. Mansfield
Seconded by: Mr. Elam
Roll Calls Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried 5-0

Meeting adjourned at 7:47 pm

_____ Treasurer

_____ President

BOE 414