UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO: 3:22-cv-00337** |
| PLAINTIFFS, | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| Defendants. | : | |

**MOTION FOR LEAVE TO MANUALLY FILE VIDEOTAPED
BOARD WORK SESSION MEETING RECORDING IN SUPPORT OF DEFENDANTS'
MOTION IN LIMINE, TO STIRKE AND TO REMOVE FROM DOCKET BY PLACING
UNDER SEAL FORMER BOARD OF EDUCATION MEMBER JESSICA FRANZ'S
DECLARATION**

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities ("collectively referenced as "BOE Defendants"), move the Court for an Order for leave to manually file the video meeting minutes for the December 7, 2021work session meeting in support of their Motion in Limine. All counsel were contacted as to the filing of this motion and none oppose. This motion is made in good faith and fully supported by the attached memorandum.

        Respectfully submitted,

        s/ Lynnette Dinkler
        Lynnette Dinkler (0065455)
        lynnette@dinkler-law.com
        DINKLER LAW OFFICE, LLC

174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local
Schools District Board of Education, and
in their official capacities Lydda Mansfield,
Lori Sebastian, Natalie Donahue, Danny
Elam, Jacob King, and Matthew Chrispin*

s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
*Attorney for Defendant Bethel Local
School District Board of Education*

**MEMORANDUM**

Defendants BOE held a work session board meeting on December 7, 2021, at which an executive session is conducted, to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing, to conference with the board's attorney to discuss matters which are the subject of pending or imminent court action and to discussion specialized details of security arrangements. The December 7, 2021 agenda and meeting minutes have been filed with the Declaration of Tina Hageman in support of Defendants BOE's Motion in Limine. Defendants BOE respectfully request leave of Court to file the video recording minutes to provide a full record of how the meeting is documented as it pertains to the Motion in Limine. All counsel were contacted as to the filing of this motion and none oppose.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local
Schools District Board of Education, and
in their official capacities Lydda Mansfield,
Lori Sebastian, Natalie Donahue, Danny
Elam, Jacob King, and Matthew Chrispin*

s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
*Attorney for Defendant Bethel Local
School District Board of Education*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

| | |
|---|---|
| Joseph P. Ashbrook | Malita Picasso |
| jpashbrook@ashbrookbk.com | mpicasso@aclu.org |
| Julie E. Byrne | Rose Saxe |
| jebyrne@ashbrookbk.com | rsaxe@aclu.org |
| Ashbrook Byrne Kresge, LLC | Aditi Fruitwala |
| P.O Box 8248 | afruitwala@aclu.org |
| Cincinnati, OH 45249 | American Civil Liberties Union Foundation |
| *Attorneys for Plaintiff* | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | *Attorneys for Intervenor Defendant Anne Roe* |
| | |
| Nicholas Barry (pro hac vice) | Michael Meuti |
| Nicholas.barry@aflegal.org | mmeuti@beneschlaw.com |
| America First Legal | David M. Hopkins (0095285) |

3

611 Pennsylvania Ave, SE #231  
Washington, DC 20003  
*Attorneys for Plaintiffs*

David Carey  
dcarey@acluohio.org  
ACLU of Ohio Foundation  
1108 City Park Ave., Suite 203  
Columbus, OH 43206

dhopkins@beneschlaw.com  
Benesch, Friedlander, Coplan & Aronoff LLP  
200 Public Square, Suite 2300  
Cleveland, OH 44114-2378  
*Attorneys for Intervenor Defendant Anne Roe*

Freda Levenson  
flevenson@aclueohio.org  
ACLU of Ohio Foundation  
4506 Chester Ave.  
Cleveland, OH 44103  
*Attorneys for Intervenor Defendant Anne Roe*

        s/ Lynnette Dinkler  
        Lynnette Dinkler 0065455

4