## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## DAYTON DIVISION

| | | |
|---|---|---|
| JOHN AND JANE DOE NO. 1, et al | : | **CASE NO: 3:22-cv-00337** |
| | : | |
| **PLAINTIFFS** | : | **JUDGE MICHAEL J. NEWMAN** |
| | : | |
| vs. | : | |
| | : | |
| **BETHEL LOCAL SCHOOL DISTRICT** | : | |
| **BOARD OF EDUCATION, et al** | : | |
| | : | |
| **DEFENDANTS.** | : | |

---

**DEFENDANTS BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, AND LYDDA MANSFIELD, LORI SEBASTIAN, NATALIE DONAHUE, DANNY ELAM, JACOB KING AND MATTHEW CHRISPIN, IN THEIR OFFICIAL CAPACITIES, GIVE NOTICE OF MANUALLY FILING MEETING VIDEO RECORDING OF DECEMBER 7, 2021 (BOE 414) IN SUPPORT OF THEIR MOTION IN LIMINE (DOC. 48)**

---

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King, and Matthew Chrispin, in their official capacities (collectively referenced as "BOE Defendants"), give notice of filing a USB containing the December 7, 2021 work session meeting video recording (BOE 414) manually with the Court pursuant to Notation Order granting leave to file. The December 7, 2021 work session meeting video recording on USB (BOE 414) will be personally delivered to the Court on February 9, 2023.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local*
*Schools District Board of Education, and in*
*their official capacities Lydda Mansfield,*

*Lori Sebastian, Natalie Donahue, Danny Elam Jacob King and Matthew Chrispin*
s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
(440) 256-2990
*Attorney for Defendant Bethel Local School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

Joseph P. Ashbrook
jpashbrook@ashbrookbk.com
Julie E. Byrne
jebyrne@ashbrookbk.com
Ashbrook Byrne Kresge, LLC
P.O Box 8248
Cincinnati, OH 45249
*Attorneys for Plaintiff*

Malita Picasso
mpicasso@aclu.org
Rose Saxe
rsaxe@aclu.org
Aditi Fruitwala
afruitwala@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Attorneys for Intervenor Defendant Anne Roe*

Nicholas Barry (pro hac vice)
Nicholas.barry@aflegal.org
America First Legal
611 Pennsylvania Ave, SE #231
Washington, DC 20003
*Attorneys for Plaintiffs*

Michael Meuti
mmeuti@beneschlaw.com
David M. Hopkins (0095285)
dhopkins@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
*Attorneys for Intervenor Defendant Anne Roe*

David Carey
dcarey@acluohio.org
ACLU of Ohio Foundation
1108 City Park Ave., Suite 203
Columbus, OH 43206

Freda Levenson
flevenson@aclueohio.org
ACLU of Ohio Foundation
4506 Chester Ave.
Cleveland, OH 44103
*Attorneys for Intervenor Defendant Anne Roe*

s/ Lynnette Dinkler
Lynnette Dinkler 0065455