# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

| | |
|---|---|
| JOHN AND JANE DOE NO. 1, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BETHEL LOCAL SCHOOL DISTRICT ) <br> BOARD OF EDUCATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:22-cv-00337 <br><br> Judge: Michael J. Newman |

### DEFENDANT-INTERVENOR ANNE ROE'S
### NOTICE OF FILING SUPPLEMENTAL DECLARATION

Pursuant to the parties' and the Court's discussion at the February 7, 2023 hearing in this matter, Defendant-Intervenor Anne Roe gives notice of filing the attached Supplemental Declaration of Anne Roe, in response to the allegations raised in Plaintiffs' Reply in Support of their Motion for Preliminary Injunction, ECF No. 45. *See also* Amended Reply, ECF No. 49.

As stated at the February 7 hearing, Anne Roe does not concede that Plaintiffs' allegations are relevant to this action. Given the allegations' extreme and incendiary nature, however, Anne Roe submits this response in order to ensure they do not stand unrebutted on the record.

                                      Respectfully submitted,

Date: February 13, 2023           /s/ David J. Carey
                                                  David J. Carey (0088787)
                                                  ACLU OF OHIO FOUNDATION
                                                  1108 City Park Avenue, Ste. 203
                                                  Columbus, OH 43206
                                                  Phone: 614-586-1972
                                                  Fax: 614-586-1974
                                                  dcarey@acluohio.org

Freda Levenson (0045916)
ACLU OF OHIO FOUNDATION
4506 Chester Ave.
Cleveland, OH 44103
Phone: 614-586-1972
Fax: 614-586-1974
flevenson@acluohio.org

Malita Picasso*
Aditi Fruitwala*
Rose Saxe*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY
Phone: 212-549-2500
Fax: 212-549-2650
mpicasso@aclu.org
afruitwala@aclu.org
rsaxe@aclu.org

Michael D. Meuti (0087233)
David M. Hopkins (0095285)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216-363-4500
Fax: 216-363-4588
mmeuti@beneschlaw.com
dhopkins@beneschlaw.com

*Admitted Pro Hac Vice*

*Counsel for Defendant-Intervenor Anne Roe (a minor, by and through her legal guardian Joanne Roe)*

**CERTIFCATE OF SERVICE**

I hereby certify that on this 13th day of February, 2023, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Ohio via the ECF system, which will send notification of such filing to all counsel of record.

/s/ David J. Carey