## DECLARATION OF NATALIE DONAHUE

1. I, Natalie Donahue, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

2. I serve the Bethel Local Schools Board of Education as an elected school board member from January 1, 2022 to present.

3. All statements made in this Declaration are made in my official capacity as a sitting Board Member for the Bethel Local Schools Board of Education during the time period referenced above in Paragraph 2, which educates students grades kindergarten through twelve.

4. The Board of Education conducted a work session board meeting on December 7, 2021.

5. An executive session is conducted at that meeting under the Open Meetings Act under O.R.C. 121.22(G)(1) and (3). As an elected Board Member, but not yet sworn in, I was invited into the executive session.

6. The matters discussed in the December 7, 2021 executive session are exempt under the Open Meetings Act under O.R.C. 121.22 (G)(1), and O.R.C. 121.22(G)(3). No attorney, as required under O.R.C. 121.22 (G)(3) is present for the executive session, but legal advice received from the Board's general counsel, John Podgurski, is shared.

7. Only information, including the sharing of legal advice, was shared in the December 7, 2021 executive session with reference to the regulated individual student. Questions were answered in response to the sharing of the information, including legal advice from the Board's general counsel.

I declare under penalty of perjury that the foregoing is true and correct.

_Natalie Donahue_
Natalie Donahue, Board of Education Member
Bethel Local Schools

2/20/2023
Date

EXHIBIT B