

# BETHEL LOCAL SCHOOLS

## EDUCATE WITH EXCELLENCE!

| MATTHEW CHRISPIN | TINA HAGEMAN | BARRETT SWOPE | DAMON SMITH | TIM ZIGLER | BRENT FUGATE | CARRIE ANN JONES | CASSIE SCHOCH |
|---|---|---|---|---|---|---|---|
| SUPERINTENDENT | TREASURER | HIGH SCHOOL PRINCIPAL | ATHLETIC DIRECTOR | INT. MIDDLE SCHOOL PRINCIPAL | ASST. HS & MS PRINCIPAL | ELEMENTARY PRINCIPAL | ELEMENTARY PRINCIPAL |
| chrispinm@blsk12.org | hagemant@blsk12.org | swopeb@blsk12.org | smithd@blsk12.org | ziglert@blsk12.org | fugateb@blsk12.org | jonesc@blsk12.org | schochc@blsk12.org |

## <u>DECLARATION OF TINA HAGEMAN</u>

1.  I, Tina K. Hageman, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

2.  I am employed by the Bethel Local Schools Board of Education as its Treasurer from August 1, 2021, until present.

3.  All statements made in this Declaration are made in my official capacity as the Treasurer for the Bethel Local Schools Board of Education, which educates students grades kindergarten through twelve.

4.  Julie Reese served the Bethel Local School District Board of Education as a member of the Board of Education from January 1, 2018, following election, to December 31, 2021.

5.  As a new board member, Julie Reese was offered and encouraged to attend Open Meetings Act / New Board Member training.

6.  The Board of Education paid for the following Board Member training which former member, Julie Reese, completed:

    - 1/20/2018  Ohio School Board Assn    Survival Kit for First 90 Days in Office
    - 3/13/2018  Ohio School Board Assn    Spring Conference
    - 4/27/2018  Ohio School Board Assn    Board Leadership Institute
    - 5/14/2018  Ohio School Board Assn    Levy University
    - 6/29/2018  Ohio School Board Assn    New Board Member

    A true and accurate copy of documentation related to such training is attached to this Declaration as BOE 508-527.

7.  Natalie Donahue serves the Bethel Local School District Board of Education as a member of the Board of Education from January 1, 2022, following election, to the present.

EXHIBIT C

937.845.9414    7490 South State Route 201    937.845.5007
PHONE                    Tipp City, Oh 45371-9754                    FAX



# BETHEL LOCAL SCHOOLS

## EDUCATE WITH EXCELLENCE!

| MATTHEW CHRISPIN | TINA HAGEMAN | BARRETT SWOPE | DAMON SMITH | TIM ZIGLER | BRENT FUGATE | CARRIE ANN JONES | CASSIE SCHOCH |
|---|---|---|---|---|---|---|---|
| SUPERINTENDENT | TREASURER | HIGH SCHOOL PRINCIPAL | ATHLETIC DIRECTOR | INT. MIDDLE SCHOOL PRINCIPAL | ASST. HS & MS PRINCIPAL | ELEMENTARY PRINCIPAL | ELEMENTARY PRINCIPAL |
| chrispinm@blsk12.org | hagemant@blsk12.org | swopeb@blsk12.org | smithd@blsk12.org | ziglert@blsk12.org | fugateb@blsk12.org | jonesc@blsk12.org | schochc@blsk12.org |

8. As a new board member, Natalie Donahue was offered and encouraged to attend Open Meetings Act / New Board Member training. Natalie Donahue attended the free training offered by the Miami County Educational Service Center. True and accurate copies of email correspondences between J. Firks and Natalie Donahue are attached hereto as BOE 528-531.

9. On September 13, 2022, Julie Byrne submitted a public records request through the Bethel Local School District Public Records Request link on the website. On October 11, 2022, Ms. Byrne was provided the redacted records. A true and accurate copy of the email correspondence is attached to this Declaration as BOE 532-540.

Tina K. Hageman, Treasurer/CFO
Bethel Local Schools

2/22/2023

Date

## WWW.BETHELK12.ORG

937.845.9414
PHONE

7490 South State Route 201
Tipp City, Oh 45371-9754

937.845.5007
FAX

*BETHEL LOCAL SCHOOL DISTRICT*

O.S.B.A.   **DUPLICATE**  VENDOR #   000865   *NO.  078757*

| INVOICE | PURCHASE ORDER | TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-279272-L | 1800788 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 255.00 |
| DESCRIPTION: JACOB KING-TRAINING FOR NEW | | | | | | | | | | | |
| 18-279272-L | 1800788 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 255.00 |
| DESCRIPTION: JULIE REESE-TRAINING FOR NEW | | | | | | | | | | | |
| | | | | | | | | | | | $510.00 |

**DATE:**   02/08/2018

*BETHEL LOCAL SCHOOL DISTRICT*

O.S.B.A.   *NO.  078757*

| INVOICE | PURCHASE ORDER | TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-279272-L | 1800788 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 255.00 |
| DESCRIPTION: JACOB KING-TRAINING FOR NEW | | | | | | | | | | | |
| 18-279272-L | 1800788 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 255.00 |
| DESCRIPTION: JULIE REESE-TRAINING FOR NEW | | | | | | | | | | | |
| | | | | | | | | | | | $510.00 |

**DATE:**   02/08/2018



TAC (TM) BES ADMIN 3000DBAB-C3C952-3E2F-B5 2/8/2018 14:15:58 078757 510.00

**BETHEL LOCAL SCHOOL DISTRICT**
*7490 SOUTH STATE ROUTE 201*
*TIPP CITY,  OH 45371*

SECURITY NATIONAL BANK
NEW CARLISLE  OHIO

**078757**

$$\frac{56\text{-}730}{422}$$

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 02/08/2018 | 078757 | $*******510.00 |

Five Hundred Ten Dollars and 00/100 Cents

Voucher Copy of AP

** VOID * VOID * VOID **

| PAY TO THE ORDER OF | O.S.B.A.   000865 |
|---|---|
| | 8050 NORTH HIGH ST. STE 100 |
| | COLUMBUS OH 43235-6481 |

**** NOT NEGOTIABLE ****

BOE 508

## PURCHASE ORDER

| DATE | PURCHASE ORDER NO. |
|------|--------------------|
| 01/17/2018 | 1800788  Page: 1 |

SEND ALL
INVOICES
TO:

BETHEL LOCAL SCHOOLS
7490 SOUTH STATE ROUTE 201
TIPP CITY, OH 45371
937-845-9414

These numbers must appear on all letters, Invoices, Shipping Memos, Bills of Lading, Express Receipts and Packages.
PLEASE ACKNOWLEDGE RECEIPT AND ACCEPTANCE OF THIS ORDER.

INVOICE IN DUPLICATE

VENDOR
TO:

Vendor: 000865
OHIO SCHOOL BOARDS ASSN.
8050 NORTH HIGH STREET
SUITE 100
COLUMBUS OH 43235-6482
614-540-4100

DELIVER
TO:

BETHEL LOCAL SCHOOL DIST
7490 SOUTH ST. RT. 201
TIPP CITY OH 45371

ATTN: _____

TERMS:                     REQUISITION NO:  TRE18266

| QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|------|------|-------------|------------|-------------|
| 1 | | JACOB KING-TRAINING FOR NEW BOARD MEMBER, SW BOARD MEMBER 101 | 225.00 | 225.00 |
| 1 | | JULIE REESE-TRAINING FOR NEW BOARD MEMBER, SW BOARD MEMBER 101 | 225.00 | 225.00 |

|  | PAGE TOTAL | 450.00 |
|--|------------|--------|
|  | GRAND TOTAL | 450.00 |

| TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|----|------|------|-----|------|------|-----|----|----|--------|
| 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 450.00 |

510

VERIFICATION OF RECEIPT OF GOODS

Order Complete
Items Back Ordered (Circle)
Material Checked by: _____
Date: _____
Return to Business Office Upon Completion

It is hereby certified that the above amount required to meet the contract, agreement, obligation, payment or expenditure for the above and at the time that the contract or order was made ("then"), has been lawfully appropriated or authorized or directed for such purpose at the time that the Treasurer is completing the certification ("now"), and is in the treasury or in process of collection to the credit of the funds to the board of education free from any obligation or certification now outstanding.

TAX EXEMPT

STATE ID
FED ID     31-6000733
THIS ORDER IS VOID UNLESS TREASURER'S
CERTIFICATE IS SIGNED

*Tammy S Emrick*                 01/17/2018
Treasurer, Board of Education          Dated

*Virginia D. Potter*            01/17/2018
Superintendent                    Dated

BOE 509

# PURCHASE ORDER

| | |
|---|---|
| SEND ALL INVOICES TO: | BETHEL LOCAL SCHOOLS<br>7490 SOUTH STATE ROUTE 201<br>TIPP CITY, OH 45371<br>937-845-9414 |

| DATE | PURCHASE ORDER NO. |
|---|---|
| 01/17/2018 | 1800788  Page: 1 |

These numbers must appear on all letters,Invoices, Shipping Memos, Bills of Lading, Express Receipts and Packages.
PLEASE ACKNOWLEDGE RECEIPT AND ACCEPTANCE OF THIS ORDER.

**INVOICE IN DUPLICATE**

| | |
|---|---|
| VENDOR TO: | Vendor: 000865<br>OHIO SCHOOL BOARDS ASSN.<br>8050 NORTH HIGH STREET<br>SUITE 100<br>COLUMBUS OH 43235-6482<br>614-540-4100 |
| DELIVER TO: | BETHEL LOCAL SCHOOL DIST<br>7490 SOUTH ST. RT. 201<br>TIPP CITY OH 45371 |

ATTN: _____

TERMS:                                   REQUISITION NO: TRE18266

| QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 1 | | JACOB KING-TRAINING FOR NEW BOARD MEMBER, SW BOARD MEMBER 101 | 225.00 | 225.00 |
| 1 | | JULIE REESE-TRAINING FOR NEW BOARD MEMBER, SW BOARD MEMBER 101 | 225.00 | 225.00 |

| | | |
|---|---|---|
| | PAGE TOTAL | 450.00 |
| | GRAND TOTAL | 450.00 |

| TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 450.00 |

VERIFICATION OF RECEIPT OF GOODS
_____ Order Complete
_____ Items Back Ordered (Circle)
Material Checked by: _____
Date: _____
Return to Business Office Upon Completion

It is hereby certified that the above amount required to meet the contract, agreement, obligation, payment or expenditure for the above and at the time that the contract or order was made ("then"), has been lawfully appropriated or authorized or directed for such purpose at the time that the Treasurer is completing the certification ("now"), and is in the treasury or in process of collection to the credit of the funds to the board of education free from any obligation or certification now outstanding.

| TAX EXEMPT | STATE ID<br>FED ID   31-6000733 |
|---|---|

**THIS ORDER IS VOID UNLESS TREASURER'S CERTIFICATE IS SIGNED**

*Tammy S. Emrick*                01/17/2018
Treasurer, Board of Education         Dated

*Virginia D. Potter*                01/17/2018
Superintendent                      Dated

BOE 510

BETHEL LOCAL SCHOOLS
7490 SOUTH STATE ROUTE 201
TIPP CITY OH  45371
Phone: 937-845-9414

**Requisition #:** TRE18266
**Requested PO Date:** 01/17/2018
**Deliver By:**

**Vendor Information:**           (865)
OHIO SCHOOL BOARDS ASSN.
8050 NORTH HIGH STREET
SUITE 100
COLUMBUS OH 43235-6482

**Deliver To:** BETHEL LOCAL SCHOOL DIST
7490 SOUTH ST. RT. 201
TIPP CITY OH 45371

PO: *(handwritten)*
1800788

Phone:  (614) 891-6466

Fax:  (614) 540-4100

**Terms:**

**Attention:**

**Description:**

| # | Quantity | Unit | Description | Unit Price | Total | FND | FUNC | OBJ | SPCC | SUBJCT | OPU | IL | JOB |
|---|----------|------|-------------|------------|-------|-----|------|-----|------|--------|-----|----|----|
| 1 | 1.00 | | JACOB KING-TRAINING FOR NEW BOARD MEMBER, SW BOARD MEMBER 101 | 225.00 | $ 225.00 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 |
| 2 | 1.00 | | JULIE REESE-TRAINING FOR NEW BOARD MEMBER, SW BOARD MEMBER 101 | 225.00 | $ 225.00 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 |
| | | | | Total: | $ 450.00 | | | | | | | | |

This is NOT a purchase order

*(signature)*  1-17-18

*(signature)*  1-17-18

BOE 511




## Ohio School Boards Association (/)

**LOG IN TO YOUR ACCOUNT (/USER/LOGIN)** **STORE (/CATALOG)**

🔍

*061-2310-439*

*TREIB266*

### The value of your OSBA membership

OSBA offers districts numerous programs, services and information through their membership. Review the many outstanding benefits districts have received by being a member of OSBA.

Go >

*Jacob King*

*Julie Reese*

**Upcoming Training**

**Current Legislation**

**Training for new board members**

| January 20 | NW Board Member 101: Survival kit for your first 90 days in office (/events/view/nw-board-member-101-survival-kit-your-first-90-days-office) Hilton Garden Inn, Perrysburg |
| | *$225/each* |
| January 20 | SW Board Member 101: Survival kit for your first 90 days in office (/events/view/sw-board-member-101-survival-kit-your-first-90-days-office) Hilton Garden Inn, Miamisburg |
| January 27 | CE Board Member 101: Survival kit for your first 90 days in office (/events/view/ce-board-member-101-survival-kit-your-first-90-days-office) Embassy Suites, Columbus |
| January 27 | NE Board Member 101: Survival kit for your first 90 days in office (/events/view/ne-board-member-101-survival-kit-your-first-90-days-office) Embassy Suites, Independence |
| January 30 | SchoolComp Safety Seminar (/events/view/schoolcomp-safety-seminar-0) OASBO, Columbus |

View All Events »

**OSBA STORE**

New Board Member Kit (/catalog/publications/new-board-member-kit)

BOE 512

Case: 3:22-cv-00337-MJN-PBS Doc #: 60-3 Filed: 02/22/23 Page: 8 of 35 PAGEID #: 1373

 **Ohio School Boards Association** (/)

LOG IN TO YOUR ACCOUNT (/USER/LOGIN)    STORE (/CATALOG)

# SW BOARD MEMBER 101: SURVIVAL KIT FOR YOUR FIRST 90 DAYS IN OFFICE

Four books are included with workshop tuition: Board-Legislature Partnership, Board-Superintendent Partnership, Board-Treasurer Partnership and Boardmanship.

School boardmanship is more complex and demanding than ever. High-quality board member education, designed specifically for newly elected board members, can help you become a more effective educational leader in your community. By focusing on your first 90 days in office, experienced OSBA staff will provide direction as you start your boardmanship journey. Learn about the important aspects of board work, frequently asked legal questions, how board policies help you govern your district and how to be an effective advocate for your students.

This workshop is Stop 1 in the 2018 New Board Member Passport. The passport includes six workshops that expose you to topics that are important to new board members in their first year. Visit www.ohioschoolboards.org/passport (http://www.ohioschoolboards.org/passport) to learn more.

## AGENDA

### SATURDAY, JAN. 20, 2018

| | |
|---|---|
| 8 a.m. | **Registration and breakfast** |
| 9 a.m. | **Welcome and overview** <br> *Cheryl W. Ryan, director of board and management services, OSBA* |
| 9:15 a.m. | **Understanding OSBA's five regions** <br> *Ronald J. Diver, SW region manager, OSBA* <br> Discover activities taking place near you and meet your regional manager, your guide for regional events. |
| 9:45 a.m. | **Boardmanship: What it's really all about** <br> *Cheryl W. Ryan* <br> Delve into the most important aspects of board work, your role as a board member and best practices for success as a new member of your board of education. |
| 10:45 a.m. | **Boardmanship: Conduct and culture** <br> *Cheryl W. Ryan* <br> Learn strategies for working with your fellow board members and contributing to a strong, cohesive leadership team. |
| 11:45 a.m. | **Lunch (provided)** |
| 12:30 p.m. | **Frequently asked legal questions and available legal resources** <br> *Megan E. Greulich, staff attorney, OSBA* <br> An OSBA staff attorney will provide answers and insight into the most common legal questions asked by new board members. |
| 2:30 p.m. | **Hot topics and legal issues** <br> *Megan E. Greulich, staff attorney, OSBA* <br> Hear timely information on critical legal issues facing today's school boards. |
| 4:30 p.m. | **Networking and refreshments** |

### SUNDAY, JAN. 21, 2018

| | |
|---|---|
| 8 a.m. | **Breakfast** |

BOE 513

1/17/2018
Case: 3:22-cv-00337-MJN-PBS Doc #: 60-3 Filed: 02/28/23 Page: 9 of 35 PAGEID #: 1374
SW Board Member 101: Survival kit for your first 90 days in office

**9 a.m.**    **Why legislation and advocacy are so important**

Whether you like it or not, your district is affected by political leaders in Columbus, so your voice needs to be heard. Explore ways even a small district can help "educate" the legislature.

**11 a.m.**    **The OSBA website and your OSBA staff liaison: Your best resources**

Review the abundance of information right at your fingertips.

**11:45 a.m.**    **Lunch (provided)**

**12:30 p.m.**    **Video scenarios and audience discussion**

Watch two videos and apply what you've learned to stay on the right path.

**1:15 p.m.**    **Governing through policy: A framework for success**

*Kyle E. Lathwell, policy consultant, OSBA*

A district's policies are its armor, protecting it in situations where subjectivity isn't the right approach.

**3:15 p.m.**    **District goal setting: How else do you know where you're going?**

Boards of education need to keep their district's vision in sight at all times and stay focused on the big picture to govern appropriately.

**3:45 p.m.**    **Questions and adjourn**

**Location**

Hilton Garden Inn, Miamisburg

**Date and Time**

Saturday, Jan. 20, 2018

9 a.m. - 5 p.m.

Sunday, Jan. 21, 2018

9 a.m. - 4 p.m.

**Links**

Professional Development Policies (/professional-development-policies)

**Price:**                                     $255

**Register Now** (/user/login?destination=/event/register/18bs0121)

## LOCATION

BOE 514

Case: 3:22-cv-00337-MJN-PBS Doc #: 60-3 Filed: 02/23/23 Page: 10 of 35 PAGEID #: 1375



**12000 Innovation Drive**
12000 Innovation Drive, Miamisburg, OH 45342

Directions    Save

View larger map

## OUR MISSION

OSBA leads the way to educational excellence by serving Ohio's public school board members and the diverse districts they represent through superior service, unwavering advocacy and creative solutions.

## CONTACT

Ohio School Boards Association
8050 N. High St., Suite 100
Columbus, OH 43235
(614) 540-4000 | (800) 589-OSBA
Fax: (614) 540-4100 | Send us feedback (/contact/feedback)



## CONNECT

 (http://twitter.com/ohschoolboards)

RT @huronsuper: @huronschools celebrating School Board Appreciation month. Thank you for your service -Huron Proud! @OHschoolboards @OHEduc...

f
(http://www.facebook.com/pages/Ohio-School-Boards-Association...)

in
(https://www.linkedin.com/company/ohio-school-boards...)

BOE 515

**Invoice number** 18-279272-LAU

Accounts Payable
Bethel Local Schools
7490 S State Rt 201
Tipp City  OH  45371-9754

AMOUNT DUE          $ _____510.00

AMOUNT ENCLOSED  $ _____

DUE DATE              February 28, 2018

OSBA tax identification number is
31-4414897

| DATE | PO NUMBER | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 1/31/18 | 1800788 | The following attended or indicated plans to attend SW Board Member 101: Survival kit for your first 90 days in office on 1/20/2018: | |
| | | Jacob King | $255.00 |
| | | Julie Reese | $255.00 |

Total  registration tuition:     $510.00

Amount paid:     _____

510.00

OSBA leads the way to educational excellence by serving Ohio's public school board members and the diverse districts they
represent through superior service, unwavering advocacy and creative solutions.

BOE 516

*BETHEL LOCAL SCHOOL DISTRICT*

**DUPLICATE**  VENDOR #  000865  *NO. 079017*

| INVOICE | PURCHASE ORDER | TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---------|----------------|----|------|------|-----|------|------|-----|----|-----|--------|
| 1801-03 DESCRIPTION: | 1800941 BOARD TRAINING | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 38.00 |
| | | | | | | | | | | | $38.00 |

**DATE:**  03/29/2018

*BETHEL LOCAL SCHOOL DISTRICT*

O.S.B.A.  *NO. 079017*

| INVOICE | PURCHASE ORDER | TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---------|----------------|----|------|------|-----|------|------|-----|----|-----|--------|
| 1801-03 DESCRIPTION: | 1800941 BOARD TRAINING | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 38.00 |
| | | | | | | | | | | | $38.00 |

**DATE:**  03/29/2018



**BETHEL LOCAL SCHOOL DISTRICT**
*7490 SOUTH STATE ROUTE 201*
*TIPP CITY, OH 45371*

SECURITY NATIONAL BANK
NEW CARLISLE  OHIO

TAC (TM) BESADMIN 3009DBAS-C2C852-9E2F-65 3/29/2018 09:19:40 079017 38:00

**079017**

56-730
422

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 03/29/2018 | 079017 | $*******38.00 |

Thirty-Eight Dollars and 00/100 Cents

Voucher Copy of AP

** VOID * VOID * VOID **

PAY
TO THE
ORDER
OF

O.S.B.A.   000865
8050 NORTH HIGH ST. STE 100
COLUMBUS OH 43235-6481

**** NOT NEGOTIABLE ****

BOE 517

SEND ALL
INVOICES
TO:

BETHEL LOCAL SCHOOLS
7490 SOUTH STATE ROUTE 201
TIPP CITY, OH 45371
937-845-9414

| PURCHASE ORDER DATE | PURCHASE ORDER NO. |
|---|---|
| 03/07/2018 | 1800941  Page: 1 |

These numbers must appear on all letters, Invoices, Shipping Memos,
Bills of Lading, Express Receipts and Packages.
PLEASE ACKNOWLEDGE RECEIPT AND ACCEPTANCE OF THIS
ORDER.

**INVOICE IN DUPLICATE**

VENDOR
TO:

Vendor: 000865
OHIO SCHOOL BOARDS ASSN.
8050 NORTH HIGH STREET
SUITE 100
COLUMBUS OH 43235-6482
614-540-4100

DELIVER
TO:

BETHEL LOCAL SCHOOL DIST
7490 SOUTH ST. RT. 201
TIPP CITY OH 45371

ATTN: _____

TERMS:                                    REQUISITION NO: TRE18290

| QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 1 | | BOARD TRAINING | 750.00 | 750.00 |
| | | | PAGE TOTAL | 750.00 |
| | | | GRAND TOTAL | 750.00 |

| TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 750.00 |

38

VERIFICATION OF RECEIPT OF GOODS

_____ Order Complete
_____ Items Back Ordered (Circle)
Material Checked by: _____
Date: _____
Return to Business Office Upon Completion

It is hereby certified that the above amount required to meet the contract,
agreement, obligation, payment or expenditure for the above and at the time that
the contract or order was made ("then"), has been lawfully appropriated or
authorized or directed for such purpose at the time that the Treasurer is completing
the certification ("now"), and is in the treasury or in process of collection to the
credit of the funds to the board of education free from any obligation or certification
now outstanding.

TAX EXEMPT

STATE ID
FED ID    31-6000733
**THIS ORDER IS VOID UNLESS TREASURER'S
CERTIFICATE IS SIGNED**

*Tammy S Emrick*                03/07/2018
Treasurer, Board of Education        Dated

*Virginia D. Potter*            03/07/2018
Superintendent                Dated

BOE 518

Customer Copy

**Invoice Number** 1801-03

| Date | PO Number | Number of units | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 3/20/2018 | e-mail | 1 | Spring Conference Registration 3/13/2018 | $ 38.00 | $ 38.00 |

*Julie Reese, Bd. Member*

OK to pay JR
3-26-18

**Southwest Region**
**Ohio School Boards Assoc.**
8797 Meadowlark Drive
Franklin, OH 45005
(937) 746-7641

**Date Due**
3/1/2018

## BETHEL LOCAL SCHOOL DISTRICT

O.S.B.A.        **DUPLICATE**   VENDOR #     000865        *NO.*   *079293*

| INVOICE | PURCHASE ORDER | TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-280304-L | 1800941 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 265.00 |
| DESCRIPTION: | BOARD TRAINING | | | | | | | | | | |
| 18-280614-L | 1800941 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 160.00 |
| DESCRIPTION: | BOARD TRAINING | | | | | | | | | | |
| | | | | | | | | | | | $425.00 |

DATE:    05/24/2018

## BETHEL LOCAL SCHOOL DISTRICT

O.S.B.A.               *NO.*   *079293*

| INVOICE | PURCHASE ORDER | TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-280304-L | 1800941 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 265.00 |
| DESCRIPTION: | BOARD TRAINING | | | | | | | | | | |
| 18-280614-L | 1800941 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 160.00 |
| DESCRIPTION: | BOARD TRAINING | | | | | | | | | | |
| | | | | | | | | | | | $425.00 |

DATE:    05/24/2018



### BETHEL LOCAL SCHOOL DISTRICT
*7490 SOUTH STATE ROUTE 201*
*TIPP CITY,  OH 45371*

SECURITY NATIONAL BANK
NEW CARLISLE  OHIO

079293

TAC (TM) BE54DMN 3D09DBA8-C2C562-9ECF-B5.5O4/2018 14:50:43-079293 425.00

$$\frac{56\text{-}730}{422}$$

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 05/24/2018 | 079293 | $*******425.00 |

Four Hundred Twenty-Five Dollars and 00/100 Cents

Voucher Copy of AP

** VOID * VOID * VOID **

PAY
TO THE
ORDER
OF

O.S.B.A.   000865
8050 NORTH HIGH ST. STE 100
COLUMBUS OH 43235-6481

**** NOT NEGOTIABLE ****

BOE 520

**PURCHASE ORDER**

SEND ... OCAL SCHOOLS
INVO... TO:
... UTH STATE ROUTE 201
... ITY, OH 45371
937-845-9414

| DATE | PURCHASE ORDER NO. |
|------|--------------------|
| 03/07/2018 | 1800941 Page: 1 |

These numbers must appear on all letters, Invoices, Shipping Memos, Bills of Lading, Express Receipts and Packages.
PLEASE ACKNOWLEDGE RECEIPT AND ACCEPTANCE OF THIS ORDER.

**INVOICE IN DUPLICATE**

VENDOR
TO:

Vendor: 000865
OHIO SCHOOL BOARDS ASSN.
8050 NORTH HIGH STREET
SUITE 100
COLUMBUS OH 43235-6482
614-540-4100

DELIVER
TO:

BETHEL LOCAL SCHOOL DIST
7490 SOUTH ST. RT. 201
TIPP CITY OH 45371

ATTN: _____

TERMS: _____                REQUISITION NO: TRE18290

| QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|------|------|-------------|-----------|-------------|
| 1 | | BOARD TRAINING | 750.00 | 750.00 |
| | | | | |
| | | PAGE TOTAL | | 750.00 |
| | | GRAND TOTAL | | 750.00 |

| TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|----|------|------|-----|------|------|-----|----|----|--------|
| 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 750.00 |

160

VERIFICATION OF RECEIPT OF GOODS
AH
◯ Order Complete
◯ Items Back Ordered (Circle)
Material Checked by: _____  5/23/18
Date: _____
Return to Business Office Upon Completion

It is hereby certified that the above amount required to meet the contract, agreement, obligation, payment or expenditure for the above and at the time that the contract or order was made ("then"), has been lawfully appropriated or authorized or directed for such purpose at the time that the Treasurer is completing the certification ("now"), and is in the treasury or in process of collection to the credit of the funds to the board of education free from any obligation or certification now outstanding.

**TAX EXEMPT**

STATE ID
FED ID     31-6000733
**THIS ORDER IS VOID UNLESS TREASURER'S CERTIFICATE IS SIGNED**

*Tammy S. Emnith*                 03/07/2018
Treasurer, Board of Education          Dated

*Virginia D. Potter*              03/07/2018
Superintendent                      Dated

BOE 521

**Invoice number** 18-280614-LAU

Acco____s Payable
Bethel Local Schools
7490 S State Rt 201
Tipp City  OH  45371-9754

| AMOUNT DUE | $_____160.00 |
| AMOUNT ENCLOSED | $_____ |
| DUE DATE | June 14, 2018 |

OSBA tax identification number is
31-4414897

| DATE | PO NUMBER | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 5/17/18 | 1800941 | The following attended or indicated plans to attend Levy University on 5/14/2018: | |
| | | Julie Reese | $160.00 |

|  |  |
|--|--|
| Total  registration tuition: | $160.00 |
| Amount paid: | _____ |
| | 160.00 |

OSBA leads the way to educational excellence by serving Ohio's public school board members and the diverse districts they represent through superior service, unwavering advocacy and creative solutions.

# PURCHASE ORDER

| | |
|---|---|
| END ALL | 03/07/2018 |
| INVOICES | 1800941  Page: 1 |
| O: | |

BETHEL LOCAL SCHOOLS
7490 SOUTH STATE ROUTE 201
TIPP CITY, OH 45371
937-845-9414

These numbers must appear on all letters, Invoices, Shipping Memos, Bills of Lading, Express Receipts and Packages.
PLEASE ACKNOWLEDGE RECEIPT AND ACCEPTANCE OF THIS ORDER.

## INVOICE IN DUPLICATE

ENDOR
O:

Vendor: 000865
OHIO SCHOOL BOARDS ASSN.
8050 NORTH HIGH STREET
SUITE 100
COLUMBUS OH 43235-6482
614-540-4100

DELIVER
TO:

BETHEL LOCAL SCHOOL DIST
7490 SOUTH ST. RT. 201
TIPP CITY OH 45371

ATTN: _____

ERMS:

REQUISITION NO:  TRE18290

| QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|------|------|-------------|-----------|-------------|
| 1 | | BOARD TRAINING | 750.00 | 750.00 |
| | | | PAGE TOTAL | 750.00 |
| | | | GRAND TOTAL | 750.00 |

| TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|----|------|------|-----|------|------|-----|----|----|--------|
| 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 750.00 |

265

VERIFICATION OF RECEIPT OF GOODS

_____ Order Complete
_____ Items Back Ordered (Circle)
Material Checked by: _____
Date: _____
Return to Business Office Upon Completion

It is hereby certified that the above amount required to meet the contract, agreement, obligation, payment or expenditure for the above and at the time that the contract or order was made ("then"), has been lawfully appropriated or authorized or directed for such purpose at the time that the Treasurer is completing the certification ("now"), and is in the treasury or in process of collection to the credit of the funds to the board of education free from any obligation or certification now outstanding.

TAX EXEMPT

STATE ID
FED ID   31-6000733

THIS ORDER IS VOID UNLESS TREASURER'S CERTIFICATE IS SIGNED

*Tammy S. Emrick*          03/07/2018
Treasurer, Board of Education          Dated

*Virginia D. Potter*          03/07/2018
Superintendent          Dated

BOE 523

**Invoice number** 18-280304-LAU

Accounts Payable
Bethel Local Schools
7490 S State Rt 201
Tipp City  OH  45371-9754

| | |
|---|---|
| AMOUNT DUE | $ _____ 265.00 |
| AMOUNT ENCLOSED | $ _____ |
| DUE DATE | June 11, 2018 |

OSBA tax identification number is
31-4414897

| DATE | PO NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/14/18 | 1800941 | The following attended or indicated plans to attend Board Leadership Institute on 4/27/2018: | |
| | | Julie Reese | $265.00 |

| | |
|---|---|
| Total  registration tuition: | $265.00 |
| Amount paid: | _____ |
| | 265.00 |

OSBA leads the way to educational excellence by serving Ohio's public school board members and the diverse districts they represent through superior service, unwavering advocacy and creative solutions.

BOE 524

## BETHEL LOCAL SCHOOL DISTRICT

O.S.B.A.      **DUPLICATE**   VENDOR #    000865      *NO.  079415*

| INVOICE | PURCHASE ORDER | TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-281053-L | 1800941 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 285.00 |
| DESCRIPTION: | BOARD TRAINING | | | | | | | | | | |
| | | | | | | | | | | | $285.00 |

DATE:    06/20/2018

## BETHEL LOCAL SCHOOL DISTRICT

O.S.B.A.                                                 *NO.  079415*

| INVOICE | PURCHASE ORDER | TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-281053-L | 1800941 | 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 285.00 |
| DESCRIPTION: | BOARD TRAINING | | | | | | | | | | |
| | | | | | | | | | | | $285.00 |

DATE:    06/20/2018



### BETHEL LOCAL SCHOOL DISTRICT
*7490 SOUTH STATE ROUTE 201*
*TIPP CITY,  OH 45371*

SECURITY NATIONAL BANK
NEW CARLISLE  OHIO

**079415**

TAC (TM) BESADMIN 50090BA8-C2C952-3E2F-B3 6/20/2018 08 44 24 079415 285.00

$$\frac{56\text{-}730}{422}$$

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 06/20/2018 | 079415 | $*******285.00 |

Two Hundred Eighty-Five Dollars and 00/100 Cents

Voucher Copy of AP

** VOID * VOID * VOID **

**** NOT NEGOTIABLE ****

PAY
TO THE
ORDER
OF
   O.S.B.A.  000865
   8050 NORTH HIGH ST. STE 100
   COLUMBUS OH 43235-6481

BOE 525

# PURCHASE ORDER

SEND ALL INVOICES TO:

BETHEL LOCAL SCHOOLS
7490 SOUTH STATE ROUTE 201
TIPP CITY, OH 45371
937-845-9414

| DATE | PURCHASE ORDER NO. |
|------|--------------------|
| 03/07/2018 | 1800941  Page: 1 |

These numbers must appear on all letters, Invoices, Shipping Memos, Bills of Lading, Express Receipts and Packages.
PLEASE ACKNOWLEDGE RECEIPT AND ACCEPTANCE OF THIS ORDER.

**INVOICE IN DUPLICATE**

VENDOR TO:

Vendor: 000865
OHIO SCHOOL BOARDS ASSN.
8050 NORTH HIGH STREET
SUITE 100
COLUMBUS OH 43235-6482
614-540-4100

DELIVER TO:

BETHEL LOCAL SCHOOL DIST
7490 SOUTH ST. RT. 201
TIPP CITY OH 45371

ATTN: _____

TERMS: _____     REQUISITION NO: TRE18290

| QTY. | UNIT | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|------|------|-------------|-----------|-------------|
| 1 | | BOARD TRAINING | 750.00 | 750.00 |
| | | | | |
| | | PAGE TOTAL | | 750.00 |
| | | GRAND TOTAL | | 750.00 |

| TI | FUND | FUNC | OBJ | SPCC | SUBJ | OPU | IL | JOB | AMOUNT |
|----|------|------|-----|------|------|-----|-----|-----|--------|
| 05 | 001 | 2310 | 439 | 0000 | 000000 | 000 | 00 | 000 | 750.00 |

*285*

VERIFICATION OF RECEIPT OF GOODS

___ Order Complete
___ Items Back Ordered (Circle)
Material Checked by: _____
Date: _6/15/18_
Return to Business Office Upon Completion

It is hereby certified that the above amount required to meet the contract, agreement, obligation, payment or expenditure for the above and at the time that the contract or order was made ("then"), has been lawfully appropriated or authorized or directed for such purpose at the time that the Treasurer is completing the certification ("now"), and is in the treasury or in process of collection to the credit of the funds to the board of education free from any obligation or certification now outstanding.

**TAX EXEMPT**

STATE ID
FED ID    31-6000733

**THIS ORDER IS VOID UNLESS TREASURER'S CERTIFICATE IS SIGNED**

*Tammy S Emrick*     03/07/2018
Treasurer, Board of Education          Dated

*Virginia D. Potter*     03/07/2018
Superintendent          Dated

BOE 526

**Invoice number** 18-281053-LAU

Accounts Payable
Bethel Local Schools
7490 S State Rt 201
Tipp City OH 45371-9754

AMOUNT DUE        $ _____ 285.00

AMOUNT ENCLOSED   $ _____

DUE DATE          July 11, 2018

OSBA tax identification number is
31-4414897

| DATE | PO NUMBER | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 6/13/18 | 1800941 | The following attended or indicated plans to attend New Board Member Workshop: How's it going so far? on 6/9/2018: | |
| | | Dan Elam Jr | $95.00 |
| | | Jacob King | $95.00 |
| | | Julie Reese | $95.00 |

Total registration tuition:        $285.00

Amount paid:        285.00

OSBA leads the way to educational excellence by serving Ohio's public school board members and the diverse districts they
represent through superior service, unwavering advocacy and creative solutions.

| | |
|---|---|
| **From:** | Justin Firks on behalf of Justin Firks <firksj@blsk12.org> |
| **To:** | Board of Education; Tina Hageman; natrad@woh.rr.com; JessFranz2022@gmail.com |
| **Subject:** | ESC BOE Member Training |
| **Date:** | Monday, December 20, 2021 9:29:49 AM |

All:

The ESC provided training for new/returning BOE members will be held on **January 25, 2022 from 5:00pm-8:00 pm at the Miami County Educational Service Center in Troy.**


With Bethel Pride,
Justin M. Firks

Bethel Local Schools

Superintendent

**From:**       Justin Firks on behalf of Justin Firks <firksj@blsk12.org>
**To:**         Board of Education; Tina Hageman; natrad@woh.rr.com; JessFranz2022@gmail.com
**Subject:**    Re: ESC BOE Member Training
**Date:**       Monday, December 20, 2021 9:30:41 AM

Dinner will be provided. I will need a number of those attending asap.


With Bethel Pride,
Justin M. Firks

Bethel Local Schools

Superintendent




On Mon, Dec 20, 2021 at 9:29 AM Justin Firks <firksj@blsk12.org> wrote:

All:

The ESC provided training for new/returning BOE members will be held on **January 25, 2022 from 5:00pm-8:00 pm at the Miami County Educational Service Center in Troy.**


With Bethel Pride,
Justin M. Firks

Bethel Local Schools

Superintendent

BOE 529

| | |
|---|---|
| **From:** | natrad@woh.rr.com |
| **To:** | "Jessica Franz" |
| **Cc:** | "Justin Firks"; "Board of Education"; "Tina Hageman" |
| **Subject:** | Re: ESC BOE Member Training |
| **Date:** | Monday, December 20, 2021 7:21:16 PM |

Hello,

I am planning to attend the training on January 25th at the ESC Center in Troy.

Thank you,
Natalie


-----------------------------------------

From: "Jessica Franz"
To: "Justin Firks"
Cc: "Board of Education", "Tina Hageman", "Natalie Donahue"
Sent: Monday December 20 2021 10:15:57AM
Subject: Re: ESC BOE Member Training

Good morning,

I will unfortunately not be able to attend the training on January 25th as I will be in Florida on vacation. Is there an option to attend the training virtually?

Thank you,
Jessica

On Mon, Dec 20, 2021 at 9:30 AM Justin Firks <firksj@blsk12.org> wrote:
Dinner will be provided. I will need a number of those attending asap.


With Bethel Pride,
Justin M. Firks

Bethel Local Schools

Superintendent




On Mon, Dec 20, 2021 at 9:29 AM Justin Firks <firksj@blsk12.org> wrote:
All:

The ESC provided training for new/returning BOE members will be held on **January 25, 2022 from 5:00pm-8:00 pm at the Miami County Educational Service Center in Troy.**

BOE 530

With Bethel Pride,
Justin M. Firks

Bethel Local Schools

Superintendent

BOE 531

| | |
|---|---|
| **From:** | Tina Hageman on behalf of Tina Hageman <hagemant@blsk12.org> |
| **To:** | Julie Byrne |
| **Subject:** | PRR dated 9/13/2022 |
| **Date:** | Tuesday, October 11, 2022 1:46:12 PM |
| **Attachments:** | 27.pdf |
| | 22.pdf |
| | 26.pdf |
| | 28.pdf |
| | 25.pdf |
| | 24.pdf |
| | 23.pdf |
| | 20.pdf |
| | 15.pdf |
| | 21.pdf |
| | 17.pdf |
| | 18.pdf |
| | 11.pdf |
| | 16.pdf |
| | 19 (1).pdf |
| | 12.pdf |
| | 13.pdf |
| | 14.pdf |
| | 07.pdf |
| | 09.pdf |
| | 08.pdf |
| | 10.pdf |
| | 06.pdf |
| | 04.pdf |
| | 03.pdf |
| | 02.pdf |
| | 05.pdf |
| | 01 (1).pdf |

Dear Ms. Byrne – Thank you for your patience, please accept this as the District's response to your records requests, each of which will be addressed in turn below.

1. all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving the superintendent (at the time) and/or any and all members of the schoal board serving at the time related to school restrooms and the possibility of giving and/or demand to give any trans-identifying student access to the restrooms of the student's chosen identity between the dates of August 1, 2021-January 13, 2022;

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

2. all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving the superintendent (at the time) and/or any and all members of the school board serving at the time related to the decision to give any

BOE 532

trans-identifying student access to the restrooms of the student's chosen identity between the dates of November 1, 2021- January 13, 2022 including, but not limited to, all such communications related to the school's decision to change the school's policy, rules, actions, and/or approach regarding the matter;

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

3. all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving the superintendent (at the time) and/or any and all members of the school board serving at the time related to the creation and distribution of any Transgender FAQ between the dates of January 1, 2022-present;

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

4, all communications related to the creation of a gender-neutral bathroom in the school;

This request must be denied because this request is overbroad. State ex rel. Dillery v. Icsman, 92 Ohio St.3d 312, 2001-Ohio-193, 750 N.E.2d 156; Kanter v. City of Cleveland Hts., Ct. of Cl. No. 2018- 01092PQ, 2018-Ohio-4592. A requester must identify the records he or she is seeking "with reasonable clarity," so that the public office can identify responsive records. State ex rel. Glasgow v. Jones, 119 Ohio St.3d 391, 2008-Ohio-4788, 894 N.E.2d 686, ¶ 17, quoting State ex rel. Morgan v. City of New Lexington, 112 Ohio St.3d 33, 2006-Ohio-6365, 857 N.E.2d 1208, ¶ 29; State ex rel. Consumer News Serv., Inc. v. Worthington City Bd. of Edn., 97 Ohio St.3d 58, 2002-Ohio-5311, 776 N.E.2d 82, ¶ 42. Your request is categorical for all communications of any kind creation of a gender-neutral bathroom in the school. It is assumed you are seeking records of communications for all employees of the District and for any time period because neither is specified. Not all communications between

board members, staff members or community members with either of the former are public records. Accordingly, this would require the public office to conduct research by reviewing voluminous documents to determine if each is a public record and if each is "related" to the creation of a gender-neutral bathroom, in the school.  A public office is not required to undertake such research in response to a public records request. State ex rel. Carr v. London Corr. Inst., 144 Ohio St.3d 211, 2015-Ohio-2363, 41 N.E.3d 1203, ¶ 22.  You may clarify your request to identify specific records you are seeking to obtain. One manner in which you may do so is to provide subject matters or keywords you would like to seek communications about between the parties you have identified. For example, "all communications between Board members regarding the creation of a gender-neutral bathroom in the school between (insert date range)," would not be overboard because it more clearly identifies the topic, the date and the person who made the communication, enabling the office to easily identify the records you are seeking. Please feel free to clarify your request if you are seeking additional records.

5. all communications and other documents, including any superintendent or board member's notes related to any board vote or decision regarding transgender student bathroom accommodations or policies, including those for executive session, for all board meetings and work sessions held between the dates of August,1 2021-present;

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

Please also be advised that Personal notes are not public records subject to disclosure. State ex rel. Cranford v. Cleveland, 103 Ohio St.3d 196, 2004-Ohio-4884, 814 N.E.2d 1218, ¶ 19; State ex rel. Steffan v. Kraft, 67 Ohio St.3d 439, 440, 1993-Ohio-32, 619 N.E.2d 688.  Therefore, your request for Board members' personal notes must be denied.

6. the original version of po2260 adopted by the school board on March 10, 2008 and copies of all revisions to po2260 adopted by the school board since March 10, 2008, and documents showing the date of adoption for each such revision if not otherwise included on each version of po2260 provided; and

We have provided records responsive to this request.

7, all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving the superintendent (at the time) and/or any and all members of the school board serving at the time related to any revision of po2260 between the dates of January 1, 2022-present; and

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

8. all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving Stormy Milewski related to any Transgender FAQ, po2260, or the school's policy, rules, actions, and/or approach regarding trans-identifying student access to the restrooms of the student's chosen identity.

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

Tina K. Hageman
Treasurer/CFO
Bethel Local Schools
7490 State Route 201
Tipp City, OH 45371
Office: (937) 845-9414
Fax: (937) 845-5007
Hagemant@blsk12.org

| | |
|---|---|
| **From:** | Tina Hageman on behalf of Tina Hageman <hagemant@blsk12.org> |
| **To:** | Julie Byrne |
| **Subject:** | Re: Thank you for filling out a request for Public Records! |
| **Date:** | Tuesday, October 11, 2022 1:29:56 PM |
| **Attachments:** | po2260-01.pdf |
| | po2260 - retired 12.10.2018.pdf |
| | po2260-01 - retired 8.10.2020.pdf |
| | po2260.pdf |
| | po2260 - retired 8.10.2020.pdf |
| | po2260-01 - retired 5.10.2021.pdf |
| | po2260-01 - retired 3.01.2022.pdf |
| | po2260 - retired 5.10.2021.pdf |
| | po2260 - retired 03.01.2022.pdf |

Dear Ms. Byrne – Thank you for your patience, please accept this as the District's response to your records requests, each of which will be addressed in turn below.

1. all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving the superintendent (at the time) and/or any and all members of the school board serving at the time related to school restrooms and the possibility of giving and/or demand to give any trans-identifying student access to the restrooms of the student's chosen identity between the dates of August 1, 2021- January 13, 2022;

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

2. all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving the superintendent (at the time) and/or any and all members of the school board serving at the time related to the decision to give any trans-identifying student access to the restrooms of the student's chosen identity between the dates of November 1, 2021- January 13, 2022 including, but not limited to, all such communications related to the school's decision to change the school's policy, rules, actions, and/or approach regarding the matter;

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

3. all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving the superintendent (at the time) and/or any and all members of the school board serving at the time related to the creation and distribution of any Transgender FAQ between the dates of January 1, 2022-present;

We have attached email communications responsive to your request. We do not

BOE 536

possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

4, all communications related to the creation of a gender-neutral bathroom in the school;

This request must be denied because this request is overbroad.  State ex rel. Dillery v. Icsman, 92 Ohio St.3d 312, 2001-Ohio-193, 750 N.E.2d 156; Kanter v. City of Cleveland Hts., Ct. of Cl. No. 2018- 01092PQ, 2018-Ohio-4592.  A requester must identify the records he or she is seeking "with reasonable clarity," so that the public office can identify responsive records.  State ex rel. Glasgow v. Jones, 119 Ohio St.3d 391, 2008-Ohio-4788, 894 N.E.2d 686, ¶ 17, quoting State ex rel. Morgan v. City of New Lexington, 112 Ohio St.3d 33, 2006-Ohio-6365, 857 N.E.2d 1208, ¶ 29; State ex rel. Consumer News Serv., Inc. v. Worthington City Bd. of Edn., 97 Ohio St.3d 58, 2002-Ohio-5311, 776 N.E.2d 82, ¶ 42.  Your request is categorical for all communications of any kind creation of a gender-neutral bathroom in the school. It is assumed you are seeking records of communications for all employees of the District and for any time period because neither is specified. Not all communications between board members, staff members or community members with either of the former are public records. Accordingly, this would require the public office to conduct research by reviewing voluminous documents to determine if each is a public record and if each is "related" to the creation of a gender-neutral bathroom, in the school.  A public office is not required to undertake such research in response to a public records request. State ex rel. Carr v. London Corr. Inst., 144 Ohio St.3d 211, 2015-Ohio-2363, 41 N.E.3d 1203, ¶ 22.  You may clarify your request to identify specific records you are seeking to obtain. One manner in which you may do so is to provide subject matters or keywords you would like to seek communications about between the parties you have identified. For example, "all communications between Board members regarding the creation of a gender-neutral bathroom in the school between (insert date range)," would not be overboard because it more clearly identifies the topic, the date and the person who made the communication, enabling the office to easily identify the records you are seeking. Please feel free to clarify your request if you are seeking additional records.

5. all communications and other documents, including any superintendent or board member's notes related to any board vote or decision regarding transgender student bathroom accommodations or policies, including those for executive session, for all board meetings and work sessions held between the dates of August,1 2021-present;

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

Please also be advised that Personal notes are not public records subject to disclosure. <u>State ex rel. Cranford v. Cleveland</u>, 103 Ohio St.3d 196, 2004-Ohio-4884, 814 N.E.2d 1218, ¶ 19; <u>State ex rel. Steffan v. Kraft</u>, 67 Ohio St.3d 439, 440, 1993-Ohio-32, 619 N.E.2d 688. Therefore, your request for Board members' personal notes must be denied.

6. the original version of po2260 adopted by the school board on March 10, 2008 and copies of all revisions to po2260 adopted by the school board since March 10, 2008, and documents showing the date of adoption for each such revision if not otherwise included on each version of po2260 provided; and

We have provided records responsive to this request.

7, all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving the superintendent (at the time) and/or any and all members of the school board serving at the time related to any revision of po2260 between the dates of January 1, 2022-present; and

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

8. all communications, including, but not limited to, all text messages, emails, letters, notes, and voicemails, involving Stormy Milewski related to any Transgender FAQ, po2260, or the school's policy, rules, actions, and/or approach regarding trans-identifying student access to the restrooms of the student's chosen identity.

We have attached email communications responsive to your request. We do not possess any text messages, letters, notes, or voicemails responsive to your request. Please be advised that the records attached to this response have been redacted to remove personally identifiable information concerning students as such information is prohibited from being disclosed pursuant to R.C. 149.43; 3319.321 and the Family Educational Rights and Privacy Act.

There are multiple records so there will be multiple attachments and multiple emails.

On Wed, Oct 5, 2022 at 8:52 AM Julie Byrne <jebyrne@ashbrookbk.com> wrote:
> Hi Tina,
>
> Could you please provide an estimated date of completion? It's been over three weeks since I made my records request, and I haven't received any record from your office. In my original request, I did ask that the records be sent as you were able to gather them and not held until everything was compiled.

As I cited in my original request, the Ohio Supreme Court has held that "[n]o pleading of too much expense, or too much time involved, or too much interference with normal duties, can be used by the [public office] to evade the public's right to inspect and obtain a copy of public records within a reasonable time." *State ex rel. Beacon Journal Pub. Co. v. Andrews,* 48 Ohio St.2d 283, 289, 358 N.E.2d 565 (1976).

Thank you for your time and attention.

Julie

On Mon, Sep 26, 2022 at 4:32 PM Tina Hageman <hagemant@blsk12.org> wrote:
> Ms. Byrne,
>
> My sincerest apologies, your public records request is taking more time than the typical 3-5 days because it is quite a lengthy request and this has been a busy time for my office due to some employee transitions.
>
> We have started working on your request and hope to have some information available for you soon.

On Mon, Sep 26, 2022 at 10:19 AM Julie Byrne <jebyrne@ashbrookbk.com> wrote:
> Hi,
>
> I'm just checking on the status of my request. It's been almost two weeks and the email below indicates that I should have received at least an update by now.
>
> Thanks for your time and attention!
>
> Julie
>
> Sent from my iPhone
>
>> On Sep 13, 2022, at 6:59 PM, Public Records Request <watsonj@blsk12.org> wrote:
>>
>>
>> The Bethel Local School District has received your public records request. It can take 3-5 business days to complete a request. If additional time is required we will notify you as soon as possible.
>>
>> ---
>>
>> This is an automated message was sent to you by the --> *Form Notifications* add-on for Google Forms.

--
Tina K. Hageman
Treasurer/CFO
Bethel Local Schools
7490 State Route 201
Tipp City, OH 45371
Office: (937) 845-9414
Fax: (937) 845-5007
Hagemant@blsk12.org

--
Tina K. Hageman
Treasurer/CFO
Bethel Local Schools
7490 State Route 201
Tipp City, OH 45371
Office: (937) 845-9414
Fax: (937) 845-5007
Hagemant@blsk12.org