1. I, Julie Reese, pursuant to 28 U.S.C. §1746, declare the following testimony is true and correct based upon my own personal knowledge.

2. I served the Bethel Local Schools Board of Education as an elected school board member from January 1, 2018 to December 31, 2021.

3. All statements made in this Declaration are made in my official capacity as a former sitting Board Member for the Bethel Local Schools Board of Education during the time period referenced above in Paragraph 2, which educates students grades kindergarten through twelve.

4. The Board of Education conducted a work session board meeting on December 7, 2021.

5. An executive session was conducted at that meeting under the Open Meetings Act under O.R.C. 121.22(G)(1) and (3). As elected Board Members, but not yet sworn in, Natalie Donahue and Jessica Franz were invited into the executive session.

6. On December 7, 2021, the Board entered into executive session per the Open Meetings Act under O.R.C. 121.22 (G)(1), and O.R.C. 121.22(G)(3).  No attorney, as required under O.R.C. 121.22 (G)(3) was present for the executive session.  Legal advice received from the Board's general counsel, John Podgurski, was shared via the Board President and the Superintendent under a mistaken belief that the (G)(3) exception would apply.

7. Information, including the sharing of legal advice, occurred in the December 7, 2021 executive session with reference to the regulated individual student. There was some discussion and agreement, but no voting. Questions were answered by the Board President and the Superintendent in response to the sharing of information.

8. I have never participated in or observed secret voting in any Bethel School Board meeting, including the December 7, 2021 work session meeting.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Julie Reese_____
Julie Reese, Former Board of Education Member
Bethel Local Schools

2023-02-22 _____
Date

EXHIBIT E