**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**DAYTON DIVISION**

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO:  3:22-cv-00337** |
| **PLAINTIFFS,** | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| **Defendants.** | : | |

## NOTICE OF FILING "WHO ARE THE PLAINTIFFS'" KEY IN SUPPORT OF BOE DEFENDANTS' BRIEF ON STANDING (DOC. 63)

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities only ("collectively referenced as "BOE Defendants"), in their Brief on Standing (Doc. 63) state the Who are the Plaintiffs Key will be filed under seal. See PageID 1437.  BOE Defendants sent a copy of the Key via a secure link to all counsel before presenting it to the Court, seeking to ensure all privacy rights entitled to Plaintiffs under the Stipulated Protective Order (Doc. 11) are upheld.  Plaintiffs instructed the Key could be filed on the public docket.  BOE Defendants, therefore, give notice of the filing of the attached Who are the Plaintiffs Key on the public docket.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local Schools District Board of Education, and in their official capacities Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King, and Matthew Chrispin*

          s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
*Attorney for Defendant Bethel Local
School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

| | |
|---|---|
| Joseph P. Ashbrook<br>jpashbrook@ashbrookbk.com<br>Julie E. Byrne<br>jebyrne@ashbrookbk.com<br>Ashbrook Byrne Kresge, LLC<br>P.O Box 8248<br>Cincinnati, OH 45249<br>*Attorneys for Plaintiff* | Malita Picasso<br>mpicasso@aclu.org<br>Rose Saxe<br>rsaxe@aclu.org<br>Aditi Fruitwala<br>afruitwala@aclu.org<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>*Attorneys for Intervenor Defendant Anne Roe* |
| Nicholas Barry (pro hac vice)<br>Nicholas.barry@aflegal.org<br>America First Legal<br>611 Pennsylvania Ave, SE #231<br>Washington, DC 20003<br>*Attorneys for Plaintiffs* | Michael Meuti<br>mmeuti@beneschlaw.com<br>David M. Hopkins (0095285)<br>dhopkins@beneschlaw.com<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378<br>*Attorneys for Intervenor Defendant Anne Roe* |
| David Carey<br>dcarey@acluohio.org<br>ACLU of Ohio Foundation<br>1108 City Park Ave., Suite 203<br>Columbus, OH 43206 | Freda Levenson<br>flevenson@aclueohio.org<br>ACLU of Ohio Foundation<br>4506 Chester Ave.<br>Cleveland, OH 44103<br>*Attorneys for Intervenor Defendant Anne Roe* |

          s/ Lynnette Dinkler
Lynnette Dinkler 0065455

| Student Gender | Student Grade | Complaint Label | Complaint Affiliation |
|---|---|---|---|
|  |  | John & Jane Doe No. 1 | Muslim |
| Girl | 7th | Child No. 1A | Muslim |
| No Student Plaintiff |  | John & Jane Doe No. 2 | Muslim |
|  |  | John Doe No. 3 | Muslim |
| Girl | 9th | Child No. 3B | Muslim |
| Boy | 7th | Child No. 3C | Muslim |
|  |  | Jane Doe No. 4 | Muslim |
| Boy | 7th | Child No. 4D | Muslim |
|  |  | Jane Doe No. 5 | Christian |
| Boy | 8th | Child No. 5E | Christian |
| No Student Plaintiff |  | Jane Doe No. 6 | Christian |
|  |  | Jane Doe No. 7 | Christian |
| Boy | 9th | Child No. 7F | Christian |
| No Student Plaintiff |  | John & Jane Doe No. 8 | Christian |
| No Student Plaintiff |  | John Doe No. 9 | No Religious Affiliation |