# EXHIBIT A

Miami County Common Pleas Court
07/21/2022 04:41 PM
Shawn M. Peeples
Clerk of Courts

# COURT OF COMMON PLEAS
## MIAMI COUNTY, OHIO

| | | |
|---|---|---|
| **STATE ex rel CROLEY**<br>4270 Rudy Rd<br>Tipp City, OH 45371 | : | Case No.: **22-279** |
| | : | |
| | : | |
| | : | Judge: **JEANNINE N. PRATT, JUDGE** |
| Relator | : | |
| | : | |
| vs. | : | |
| | : | |
| **BETHEL LOCAL SCHOOLS DISTRICT BOARD OF EDUCATION**<br>7490 OH-201<br>Tipp City, OH 45371 | : | |
| | : | |
| | : | |
| and | : | |
| | : | |
| **LYDDA MANSFIELD**<br>(In official capacity)<br>7490 OH-201<br>Tipp City, OH 45371 | : | |
| | : | |
| | : | |
| and | : | |
| | : | |
| **LORI SEBASTIAN**<br>(In official capacity)<br>7490 OH-201<br>Tipp City, OH 45371 | : | |
| | : | |
| | : | |
| and | : | |
| | : | |
| **NATALIE DONAHUE**<br>(In official capacity)<br>7490 OH-201<br>Tipp City, OH 45371 | : | |
| | : | |
| | : | |
| and | : | |
| | : | |
| **DANNY ELAM**<br>(In official capacity)<br>7490 OH-201<br>Tipp City, OH 45371 | : | |
| | : | |
| | : | |
| and | : | |

1

| | |
|---|---|
| **JESSICA FRANZ** | : |
| (In official capacity) | : |
| 7490 OH-201 | : |
| Tipp City, OH 45371 | : |
| | : |
| Respondents | : |
| | : |

## COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

Relator Bronwyn Croley states the following for her Complaint against Bethel Local Schools District Board of Education, Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, and Jessica Franz:

### **PARTIES**

1. Relator Bronwyn Croley ("Relator") is an individual residing in Miami County, Ohio.

2. Respondent Bethel Local Schools District Board of Education ("Respondent") is a public body as defined under R.C. § 121.22(B) located in Miami County, Ohio.

3. Respondent Lydda Mansfield sits on Respondent's Board, and she is named here in her official capacity.

4. Respondent Lori Sebastian sits on Respondent's Board, and she is named here in her official capacity.

5. Respondent Natalie Donahue sits on Respondent's Board, and she is named here in her official capacity.

6. Respondent Danny Elam sits on Respondent's Board, and he is named here in his official capacity.

2

7. Respondent Jessica Franz sits on Respondent's Board, and she is named here in her official capacity.

8. For clarity, this Complaint will refer to all Respondents collectively as "Respondent."

## JURISDICTION AND VENUE

9. Jurisdiction and venue are proper in this Court under R.C. § 121.22 because Respondent is a political body located in Miami County, OH.

## BACKGROUND INFORMATION

10. Respondent is a school board located in Miami County, OH.

11. Respondent is a public body.

12. Like all public bodies, Respondent often enters executive session to discuss matters privately without including the public.

13. These portions of their meetings are consequently not open to the public.

14. Respondent has on at least one occasion entered executive session to dismiss alleged pending or imminent legal matters without an attorney present.

15. In fall and early winter of 2021, there was a controversy in the District involving the ability of a trans-student to use a particular bathroom.

16. On December 7, 2021, the Respondent entered executive session to deliberate about this matter and take action. (Exhibit 1).

17. In order to discuss this matter in executive session, the Board moved to discuss pending or imminent litigation.

18. A quorum of Respondent's Board went into that session to deliberate.

19. However, Respondent did not have counsel present during the executive session.

20. Indeed, Counsel was not physically present, and Counsel also did not attend via video or other communications technology.

21. Upon information and belief, Respondent also made a decision and took official action during that executive session regarding the trans-student's demands, and Respondent never took an official action through a public vote thereafter.

22. Thus, the Respondent moved to enter executive session to speak with counsel when no counsel was present.

23. Moreover, Respondent also took an official action as a quorum in private.

24. In addition, when Respondent enters executive session to discuss employment matters, it fails to identify the specific permissible topic it is going to discuss.

25. In fact, instead of identifying in its motions whether it is going to discuss the hiring or firing of an employee, the Respondent merely reads the entire provision under R.C. § 121.22(G)(1).

26. For example, on December 13, 2021, the Respondent motioned to enter executive session stating the following:

> *Mrs. Mansfield moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing.* (Exhibit 2).

27. The Respondent failed to specify which employment action it was discussing, or if it was even discussing an employee at all, as opposed to a student or licensee.

4

28. Indeed, as seen in the motion, the Respondent stated that it was going to discuss "an investigation of charges or complaints" against an "employee, official, licensee or student," so the public did not even receive any notice of what type of matter the Respondent was discussing.

29. Respondent habitually moves to enter executive session in this manner without providing proper notice to the public.

30. As more examples, Respondent merely read the entire provision under R.C. § 121.22(G)(1) on September, 13, 2021, February 14, 2022, and March 1, 2022, as well as other dates. (Exhibit 3, Exhibit 4, and Exhibit 5).

31. In addition, Respondent uses meeting minutes to record its meetings.

32. Respondent has failed to take adequate meeting minutes in virtually all its meetings.

33. Respondent's minutes merely list the resolutions they vote on and record the roll call of the Respondent's votes.

34. Furthermore, when the Respondent's Board members do discuss matters, the Respondent's minutes only recite the general topics of discussion.

35. The Respondent's minutes *never* record the rationale of the Board members' decisions.

36. Instead, the Respondent's minutes are essentially only glorified agendas with the roll call inserted into those agendas.

37. For example, on January 10, 2022, during the "old business" portion of the meeting, the meeting minutes record that Respondent Mansfield read a "prepared statement." (Exhibit 6).

38. However, the minutes fail to record any of the contents of that prepared statement.

39. Therefore, the minutes fail to record any of the rationale or deliberation that occurred in that instant.

40. As another example, on September 13, 2021, the Minutes record that there was "information from the superintendent," but the Minutes fail to mention what that information was even about.

41. Those September 13 Minutes also list that there was a "Board Report," but they fail to describe what the Board Report was about.  (Exhibit 3)

42. The September 13 Minutes also state that Mrs. Reese provided a summary of the last facility meeting, but the Minutes fail to provide one sentence regarding what Mrs. Reese stated concerning that meeting.

43. Simply stated, the September 13, 2021, Minutes exhibit multiple Board discussions that occurred, where the meeting minutes failed to record any of the Respondent's rationale or thinking behind their decisions.

44. As another example, on March 1, 2022, the Respondent's Minutes record that there was a "Farm Lease Discussion," but the minutes do not actually record what anyone said.  (Exhibit 5).

45. Likewise, the Minutes on March 1, 2022, also state that there was "Superintendent Items for Discussion" concerning "SY 2022-2023 Personnel Decisions," but the Minutes do not record a single word that the Superintendent stated.

46. The Minutes on March 1, 2022, also state that the "BOE Items for Discussion" included the "School Resource Officer through Miami County Sheriff," but the Minutes fail to record a single word regarding what the Respondent stated about that officer.

6

47. As another example, the March 14, 2022 Minutes show that there were reports from the elementary, middle school, and high school principals.  (Exhibit 7).

48. However, those Minutes fail to provide any of the substance of those reports or comments about those reports.

49. The Minutes also record that the board approved the Farm Lease that was discussed at the previous meeting, but the Minutes fail to record how it was approved or who even approved it.

50. The Respondent's failure to record their rationale and deliberations in their meeting minutes is habitual and practically absolute.

## CLAIM FOR RELIEF

### Violation of the Open Meetings Act under R.C. § 121.22

51. Relator restates all previous paragraphs.

52. The Open Meetings Act ("OMA") requires all public bodies to only take official actions and deliberate in meetings open to the public.

53. There are only eight exceptions to openness where public bodies can enter executive session to deliberate privately under R.C. § 121.22(G)(1)-(8).

54. However, public bodies must motion properly to enter executive session, and their deliberations must relate only to these eight excepted topics.

55. Courts must narrowly construe these exceptions to favor openness.

56. When discussing employment matters under R.C. § 121.22(G)(1), a public body must specifically identify which of the permissible employment matter(s) the public body will discuss.

57. Therefore, a public body cannot motion to enter executive session to discuss "personnel" because that does not specify any of the permissible matters listed under R.C. § 121.22(G)(1).

58. The public body is also not permitted to merely read the entire laundry list of potential employment matters when motioning to enter executive session under that exception.

59. Here, the Respondents moved citing the entire laundry list under R.C. § 121.22(g)(1) to enter executive session unlawfully on the numerous dates listed above.

60. These executive sessions were consequently unlawful.

61. Public bodies may also only enter executive session under R.C. § 121.22(C) *with* an attorney.

62. In fact, the plain language of the statute provides that a public body may only enter executive session for "[c]onferences *with an attorney* for the public body concerning disputes involving the public body that are the subject of pending or imminent court action." (emphasis added).

63. Therefore, a public body cannot enter executive session to discuss legal matters without an attorney present.

64. In addition, public bodies must take adequate meeting minutes of their meetings under R.C. § 121.22(C).

65. Although it is not required that a public body takes a verbatim transcript of the proceedings, a public body must do more than simply list the general topics of discussion.

66. The meeting minutes must record the rationale and positions of the public body's members, so the public understands the rationale behind the public body's decisions.

67. Respondent's Board and its committees often fail to take adequate minutes, and it often only records the general topics without any rationale or deliberations of the members habitually, and as a matter of common conduct.

68. Respondent has violated the Open Meetings Act on all the occurrences listed above.

69. Relator is entitled to injunctive relief, statutory forfeitures, attorney fees, costs, and an order invalidating any actions resulting from Respondent's unlawful deliberations.

**WHEREFORE**, Relator respectfully requests that this Court finds for her, and that it awards her the following relief:

1. An order enjoining the Respondents from further violations of the Open Meetings Act under R.C. § 121.22;

2. Statutory Forfeitures of $500 per violation;

3. Attorney fees;

4. Court costs;

5. Invalidation under R.C. § 121.22(H); and

6. All other relief available under law or equity.

Respectfully submitted,

***/s/ Matt Miller-Novak***

Matt Miller-Novak, Esq. (0091402)
Barron, Peck, Bennie, &
Schlemmer, Co. LPA
3074 Madison Road,
Cincinnati, OH 45209
Phone: 513-721-1350
Fax:513-721-2301
MMN@BPBSLaw.com

***/s/ Steven C. Davis***

Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie, &
Schlemmer Co. LPA
3074 Madison Rd,
Cincinnati, OH 45209
Phone: 513-721-1350
Fax: 513-721-2301
SCD@BPBSLaw.com

1. Roll Call

A. Call to Order 5:30 PM

B. Roll Call
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

2. Additions to the Agenda (if needed)

3. Hearing of the Public regarding Agenda Items
President Mr. King called for the Hearing of the Public regarding agenda items, to which there was no response.

4. Important Dates of the District

5. Treasurer's Items

A. Review of Meeting Minutes
November 16, 2021,Board of Education Work Session

B. Review of Meeting Minutes
November 22, 2021, Board of Education Regular Meeting

C. Review Payment of Bills

D. Review of Monthly Financial Report

E. Review of Adoption of Resolution for Fiscal Year 2023 Budget
A resolution declaring the intention to proceed under the alternative tax document format provided under section 5705.2581 of the Ohio Revised Code and to refrain from the preparation of a tax budget for the fiscal year 2023, and authorizing and directing the Chief Financial Officer of the Board to prepare and submit to the Miami County Budget Commission such information and documents as are necessary incident to said process and submission, and to take other actions as may be reasonably necessary incident thereto. (see attachment

6. Superintendent's Items

A. Appointment of President Pro Tempore
In order to follow proper procedures, it will be necessary to appoint a President Pro-Tem to preside over the Organizational Meeting to be held January 10, 2022. The President Pro-Tem will be_____.

B. Set Time for Regular Board Meetings and Work Sessions  Moved to Organizational Meeting, January 10, 2022

C. Review Leave of Absence
The Bethel Board of Education to review the following request for a Leave of Absence.
Carrie Livesay. March 8, 2022-May 27, 2022

D. Review of Neola 40.1 Fall 2021 Update of Board Policies
The Bethel Board of Education to review the Neola 40.1 Fall 2021 Update of Board Policies.

E. Review Proposal for Overnight/Extended Student Trip-Music Department
The Bethel Board of Education to review the proposal of an overnight/extended student trip for the Music Department.

F. Review of GREEN TEAM as a High School Club
The Bethel Board of Education to review the proposal for GREEN TEAM as a high school club.

7. Items for Discussion

**2022-66**
8. Executive Session

Mrs. Sebastian moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing, to conference with the board's attorney to discuss matters which are the subject of pending or imminent court action and to discuss specialized details of security arrangements.

Seconded by: Mrs. Reese

The Board entered executive session at 6:24 pm

Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

The Board re-entered regular session at 7:47 PM

**2022-67**
9. Adjournment

Motion by: Mrs. Mansfield
Seconded by: Mr. Elam
Roll Calls Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried 5-0

Meeting adjourned at 7:47 pm

_____
Treasurer

_____
President

1. Roll Call

A. Call to Order 7:00 pm

B. Roll Call
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

C. Pledge of Allegiance

2. Additions to the Agenda (if needed)
A. Treasurer Business: Item F - Approval of payments to Multu Consulting per attached payment schedule

3. Hearing of the Public regarding Agenda Item
Natalie Donahue had questions regarding the addition to the agenda.

4. Administrative Reports
A. Elementary Principal-Carrie Jones and Cassie Schoch
B. Middle School Principal-Matt Triplett
C. High School-Barrett Swope

5. Important Dates of the District

**2022-68**
6. Treasurer's Items Requesting Board Action

Motion by: Mrs. Mansfield to place items from the Treasurer's report on the consent calendar.

A. Approval of Meeting Minutes
November 16, 2021-Board of Education Work Session

B. Approval of Meeting Minutes
November 22, 2021-Board of Education Regular Meeting

C. Approval of Payment of Bills

D. Approval of Monthly Financial Report

**2022-69**
E. Approval of Adoption of Resolution for Fiscal Year 2023 Budget
A resolution declaring the intention to proceed under the alternative tax document format provided under section 5705.2581 of the Ohio Revised Code and to refrain from the preparation of a tax budget for the fiscal year 2023, and authorizing and directing the Chief Financial Officer of the Board to prepare and submit to the Miami County Budget Commission such information and documents as are necessary incident to said process and submission, and to take other actions as may be reasonably necessary incident thereto. (see attachment)

F. Recommendation to Bethel Local Schools Board of Education to approve payments to Multu Consulting per attached payment schedule.

Seconded by: Mrs. Reese
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

**2022-70**
Motion by: Mrs. Sebastian to adopt the consent calendar with items from the Treasurer's report.
Seconded by: Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

7. Information from the Treasurer

**2022-71**
Motion by: Mrs. Reese to appoint Lydda Mansfield as President Pro-Tem.

A. Appointment of President Pro Tempore
In order to follow proper procedures, it will be necessary to appoint a President Pro-Tem to preside over the Organizational Meeting to be held **January 10, 2022**. The President Pro-Tem will be **Lydda Mansfield**.

Seconded by: Mr. Elam

Roll Call: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam
Abstain: Mrs. Mansfield
Motion carried: 4-1

## 2022-72
8. Superintendent's Items Requesting Board Action

Motion by: Mrs. Reese to place items from the Superintendent's report on the consent calendar.

B. Approval of Leave of Absence
The Bethel Board of Education to review the following request for a Leave of Absence.
Carrie Livesay, March 8, 2022-May 27, 2022

C. Approval of Neola 40.1 Fall 2021 Update of Board Policies-2nd Reading
The Bethel Board of Education to approve the Neola 40.1 Fall 2021 Update of Board Policies

D. Approval of Proposal for Overnight/Extended Student Trip-Music Department
The Bethel Board of Education to approve the proposal of an overnight/extended student trip for the Music Department.

E. Approval of GREEN TEAM as a High School Club
The Bethel Board of Education to approve the proposal for GREEN TEAM as a high school club.

Seconded by: Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

## 2022-73
Motion by: Mrs. Mansfield to adopt the consent calendar as amended with items from the Superintendent's report.
Seconded by: Mrs. Sebastian
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

9. Information from the Superintendent
A. Edison State Community College
B. Update on Stadium Project

10. Board Items
Mrs. Reese provided an update from the last Facilities Meeting.  A Special Meeting will be held on December 21, 2021 @ 5:00 pm.
Mrs. Reese and Mr. King thanked the community for the opportunity to serve on the Board of Education.

11. Hearing of the BEA President
Mrs. Brewer provided an update on the adopted families along with 2 large dollar amount Amazon card donations.

12. Hearing of the Public
Mrs. Donahue wanted to thank Mr. King and Mrs. Reese for their service on the Board of Education.

## 2022-74
13. Executive Session

Mrs. Mansfield moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing.

***New Board members, Mrs. Donahue and Mrs. Franz were invited to join the executive session.

Seconded by: Mrs. Reese

The Board entered executive session at 7:57 pm
  The following members answered roll call:
    Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

The Board re-entered regular session at 10:45 pm

## 2022-75
14. Adjournment

Motion by: Mrs. Sebastian to adjourn the meeting.
Seconded by Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none

Motion carried: 5-0
Meeting adjourned at 10:46 pm

_____
Treasurer

_____
President

**Board of Education Regular Meeting Monday, September 13, 2021**

1. Roll Call

A. Call to Order 7:00 PM

B. Roll Call
Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

C.  Pledge of Allegiance

2. Additions to the Agenda (if needed)
A. Section 8-Item F-Approval of Certified Long Term Substitute
B. Section 8-Item G-Approval of Classified Employee
C. Section 3-Old Business, Items A,B,& C

3. Old Business
A. COVID Restrictions, Masks, Vaccines
Mr. King discussed that the District does not plan to enforce masks or vaccine requirements at this time.  Buses will require masks due to CDC designation as public transportation.
B. Bulletin Boards for Christian Groups
C. School Bus/Public Transportation
D. Recommendations from the Facilities Committee

4. Hearing of the Public regarding Agenda Items
President Mr. King called for the Hearing of the Public regarding agenda items, to which there was no response.

5. Administrative Reports

A.  Elementary Principal-Carrie Jones
B.  Middle School Principal-Matt Triplett
C.  High School Principal-Barrett Swope

6. Important Dates of the District

**2022-30**
7. Treasurer's Items Requesting Board Action

Motion by: Mrs. Reese to place items from the Treasurer's report on the consent calendar.

 A. Approval of Meeting Minutes
 July 12, 2021, Regular Meeting

B. Approval of Meeting Minutes
July 29, 2021-Special Meeting

C. Approval of Meeting Minutes
August 3, 2021-Work Session

D. Approval of Meeting Minutes
August 9, 2021-Regular Session

E. Approval of Payment of Bills

F. Approval of Monthly Financial Report

G. Approval of Permanent Appropriations for Fiscal Year 2022

H. Approval of Donations

| Anonymous Donation - Athletics | $300.00 |
|---|---|
| Kettering Health | $15,000.00 |

I. Approval of Strategic Solutions Contract
Bethel Local Schools Board of Education to review and discuss contract with Strategic Solutions

Seconded by: Mrs. Mansfield
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none

Motion carried: 5-0

**2022-31**
Motion by: Mr. Elam to adopt the consent calendar with items from the Treasurer's report.
Seconded by: Mrs. Sebastian
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam Mrs. Mansfield
Nays: none
Motion carried: 5-0

8. Information from the Treasurer

**2022-32**
9. Superintendent's Items Requesting Board Action

Motion by: Mrs. Sebastian to place items from the Superintendent's report on the consent calendar.

A. Approval of Certified Substitutes
The Bethel Board of Education to approve substitute teachers who have been approved by the Miami County Educational Service Center and are on file in the Central Office. This is an as needed basis for school year 2021-2022.

B. Approval Change in Educational Degree Status
The Bethel Board of Education to approve the following individual(s) for change in educational degree status.


Molly Weideman-Master's to Master's+15, Step 5, $51,390
Allison Sherick-Bachelor's +150 to Master's, Step 9, $57,341

C. Approval of additional days for Guidance Counselors
The Bethel Board of Education to approve fifteen (15) additional days for the guidance counselors (Molly Weideman and Katherine Bourelle) at their daily rate.

D. Approve salary changes for previously Board approved employee at the previous Union Agreement
The Bethel Board of Education to approve the following salary changes:

| Employee | Previous | New |
|---|---|---|
| Brooke Hoblit | MA+30, Step10,$61,684 | MA+30, Step 10, $62,300 |
| Scott Mintz | BS, Step 1, $39,918 | BS, Step 1, $40,317 |
| Kaitlyn Williams | MA+30, Step 0, $46,373 | MA+30, Step 0, $46,837 |
| Karen Dirks | BA+150, Step 4, $45,416 | BA+150, Step 4, $45,870 |
| Chase Goulette | MA+15, Step 0, $45,306 | MA+15, Step 0, $45,759 |
| Keelie King | BA. Step 10, $52,372 | BA. Step 10, $52,896 |
| Katherine Bourelle | MA, Step 8, $55,059 | MA, Step 8, $55,609 |
| Caitlyn Pytel | Step 0, $15.00/hour | Step 0, $15.15/hour |
| Tiffany Pikas | Step 7, $13.43/hour | Step 7, $13.56/hour |

E.  Approve MFD/Copier Supplier Lease

Approval for five (5) year copier/print lease agreement with Woodhull Copiers Printers Software Solutions at a cost of $2,144.50 per month.  Included in the lease terms as follows; Black and White Prints Monthly - 208,157 / Color Prints Monthly - 2,188 and MFD Black and White Overage Cost of $0.0028 and MFD Color Overage Rate of $0.035.  Authorization for Treasurer/CFO to enter into contract for these terms.

F. Approval of Certified Long Term Substitute
The Bethel Board of Education to approve the following individual (s) as a Long Term Substitute for High School -Technology & Design (pending required certification and FBI/BCI results).

Taylor Hitzfield, Long Term Substitute

G. Approval of Classified Employee
The Bethel Board of Education to approve the following individual (pending required certification and FBI/BCI results).

Amanda Stegner, Elementary Secretary, step 7, $18.36/hr.

Seconded by: Mrs. Reese
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

**2022-33**
Motion by: Mrs. Mansfield to approve the Consent Agenda with the information as presented.
Seconded by: Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

10. Information from the Superintendent

11. Board Report

A. Facilities Committee Report
Mrs. Reese provided a summary of the last facility meeting.

**2022-34**
Motion by: Mrs. Reese to continue with variances of sinks and fire alarms.
Seconded by: Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried:  5-0

**2022-35**
Motion by: Mrs. Mansfield
B. Resolution to STRS Pickup for Administrators
The Bethel Board of Education to approve the Resolution to STRS pickup for administrators.

Seconded by: Mrs. Sebastian
Roll Call Ayes:  Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays:  none
Motion carried: 5-0

12. Hearing of the BEA President
Mrs. Brewer thanked the Board for the breakfast that was provided.  She also thanked our nurses for their hard work and dedication.  She also gave a "shoutout" that substitutes are needed.

13. Hearing of the Public
President Mr. King called for the Hearing of the Public regarding agenda items, to which the following individuals spoke: Jennifer Swank regarding mask mandate, Donna Beam regarding mask mandate, Angil Corey regarding mask mandate, Pam Berardi regarding open enrollment, Stormy Milewski regarding transgender bathroom rights, Irene Imboden regarding transgender rights in the school, Brittany Besecker regarding transgender bathroom, Teddi Samples regarding mask mandate.

**2022-36**
14. Executive Session

Mrs. Sebastian moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of an employee or official, or the investigation of charges or complaints against an employee, official, licensee or student, unless the employee, official, licensee or student requests a public hearing

Seconded by: Mrs. Reese

The Board entered executive session at 8:33 pm
  The following members answered roll call:
   Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield

The Board re-entered regular session at 11:41 pm

**2022-37**
15. Adjournment

Motion by: Mrs. Sebastian to adjourn the meeting.
Seconded by Mr. Elam
Roll Call Ayes: Mr. King, Mrs. Reese, Mrs. Sebastian, Mr. Elam, Mrs. Mansfield
Nays: none
Motion carried: 5-0

Meeting adjourned at 11:41  pm

Treasurer

President

**Board of Education Regular Meeting Monday, February 14, 2022**

1. Roll Call

A. Call to Order

B. Treasurer Pro Tempore

**2022-98**
Motion by: Mr. Elam to appoint MRS. SEBASTIAN as Treasurer Pro Tempore for the regular board meeting on February 14, 2022
Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Frantz
Nays: none
Motion carried: 5-0

C. Roll Call
Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

D. Pledge of Allegiance

2. Board-Old Business
School Resource Officer through Miami County Sheriff- Tabled to the next Board meeting in March.

3. Additions to the Agenda
A. Item 8-Superintendent's Items Requesting Board Action -A. Approval of Resignation (Retirement)
B. Item #8 -Superintendent's Items Requesting Board Action-B. Approval of Classified Employee(s)
C. Item #8-Superintendent's Items Requesting Board Approval-C. Approval of MOU
D. Item #8-Superintendent's Items Requesting Board Action-D. Approval of MOU
E. Item #8-Superintendent's Items Requesting Board Action-J. Supplemental Positions
F. Item #6-Treasurer's Items Requesting Board Action-J.-Participation in EPC Bus Purchasing Program
G. Item #6-Treasurer's Items Requesting Board Action-K. Client Service Agreement with Soliant
H. Item #6-Treasurer's Items Requesting Board Action-L. Amended Certificate of Estimated Resources & Appropriation Resolution

4. Hearing of the Public regarding Agenda Items

Rachael Kiplinger addressed the Board regarding the Board Resolution.

5. Administrative Reports
A. Elementary Principal- Carrie Jones and Cassie Schoch
B. Elementary- Young 5's presentation
C. Middle School Principal-Matt Triplett
D. High School Principal-Barrett Swope

6. Important Dates of the District

**2022-99**
7. Treasurer's Items Requesting Board Action

Motion by: Mr. Elam to place items from the Treasurer's report on the consent calendar.

A. Approval of Meeting Minutes
Board of Education Organizational Meeting, January 10, 2022

B. Approval of Meeting Minutes
Board of Education Regular Meeting, January 10, 2022

C. Approval of Meeting Minutes
Board of Education Special Meeting, January 13, 2022

D. Approval of Payment of Bill

E. Approval of Monthly Financial Report

F. Approval of Transfers
The Bethel Board of Education to review the following transfers.

Transfer from General Fund (001) to Capital Projects (070) to assist with the additional construction costs of the K-5 building.

FROM: 001-General Fund
TO: 070-Capital Projects
$700,000.00

Transfer from Improving Teacher Quality Grant (590:9222) to Title 1-A Grant (572:9222) to assist with the costs of two (2) teacher salaries.

FROM: 590:9222-Improving Teacher Quality
TO:572:9222-Title 1-A
$14,878.94

G. Approval of Certificate of Availability
The Bethel Board of Education to review the Certificate of Availability for payment to Montgomery County Educational Services for physical therapy services.

H. Approval of REPAY MasterCard Corporate Card Agreement

I. Approval of appointment of Public Records Designee
The Bethel Board of Education to review the appointment of the Treasurer/CFO as Public Records designee.

J. Approval of Participating in the EPC School Bus Purchasing Program
The Bethel Board of Education to approve participating in the EPC School Bus Purchasing Program.

**Whereas the Bethel Board of Education wishes to advertise and receive bids for the purchase of one (1) or more school buses.   Therefore, be it resolved the Bethel Board of Education wishes to participate and authorize the Southwestern Ohio Educational Purchasing Council to advertise and receive bids on said Board's behalf as per the specifications submitted for the cooperative purchase of no more than three (3) school buses**

K. Approval of Client Service Agreement with Soliant
The Bethel Board of Education to approve the client service agreement with Soliant.

L. Approval of Amended Certificate of Estimated Resources & Appropriation Resolution
The Bethel Board of Education to approve the amended Certificate of Estimated Resources and Appropriation Resolution.


Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

**2022-100**
Motion by: Mrs. Franz moved to adopt the consent calendar with items from the Treasurer report.
Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Motion carried: 5-0

8. Items from Treasurer for discussion
There were no additional items for discussion.

**2022-101**
9. Superintendent's Items Requesting Board Action

Motion by: Mrs. Sebastian to place items from the Superintendent's report on the consent calendar.

A. Approval of Resignation of Classified Employee (retirement)
The Bethel Board of Education to approve the resignation of the following employee.
**Gayle Rhoades, effective May 31 2022**

B. Approval of Classified Employee
The Bethel Board of Education to approve the following classified employee (pending FBI/BCI verification results).

**Melissa Diskete, Kindergarten teacher's aide, Step 5 @ $13.00/hour. (Replacement of aide that resigned in January 2022).**
**Andre Cokes, Media Specialist, Step 5 @ $15.06/hour.**

C. Approval of MOU
The Bethel Board of Education to approve the Memorandum of Understanding (MOU) in regards to Internal Substitute.

D. Approval of MOU
Recommended Action: The Bethel Board of Education to approve the Memorandum of Understanding (MOU) in regards to Sick Leave.

E. Approval of Clubs: Beekeepers and Hope Squad
The Bethel Board of Education to review the following clubs, Beekeepers and Hope Squad.

F. Approval Open Enrollment-2022-2023

The Bethel Board of Education to review the continuation of inter-District Open Enrollment for the 2022-2023 school year, based on Board Policy 7.13.

G. Approval of Summer Camp-Camp Laffalot

The Bethel Board of Education to review a summer camp provided by Camp Laffalot for the following dates:

Camp Laffalot-June 6-June 10, 9:00 am to 2:00 pm at a cost of $105 per student cost.   Bethel Local Schools will receive $7 per camper for the use of our facility.

H. Approval of OHSAA Board Resolution
~~The Bethel Board of Education to review the Resolution authorizing 2022-2023 membership in the Ohio High School Athletic Association.~~

I. Approval of Course of Study for Middle School and High School
The Bethel Board of Education to review the Course of Study for Middle School and High School for SY 22-23.

J. Approval of Supplemental Positions-Fall, Winter, Sports and Non Sport Supplemental
The Bethel Board of Education accepts the recommendation of approval for the following individuals for school year 2021-2022 advisory positions and volunteers commensurate with the supplemental negotiated agreement.

**TRACK**
**Butch Wise, Assistant HS Track Coach-Boys**
**Casey Denlinger, Assistant HS Track Coach-Girls**
**Brian Firstenberger, MS Boys Track Coach**
**Lauren Clute, MS Girls Track Coach**
**Ben Schwiekhardt, MS Volunteer Track**

**BASEBALL**
**Scott Jones, Assistant Coach, Varsity**
**Josh Anderson, Volunteer, Varsity**
**Andy Mohler, JV Coach**
**Dru Bescoe, Volunteer, JV**

**SOFTBALL**
**Courtney Seavers, Assistant Coach**
**Linsey Manning, Assistant Coach**

**FOOTBALL**
**Andre Cokes, Head Varsity Coach**


Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

**2022-102**
Motion by: Mrs. Sebastian to adopt the amended Consent Calendar with items from the Superintendent's Report.
Seconded by: Mrs. Franz
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

**2022-103**
Motion by: Mrs. Sebastian to adopt item H (approval of OHSAA resolution

H. Approval of OHSAA Board Resolution
The Bethel Board of Education to review the Resolution authorizing 2022-2023 membership in the Ohio High School Athletic Association.
Motion by: Mrs. Sebastian to adopt item H (approval of OHSAA resolution)

Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam
Nays: Mrs. Franz and Mrs. Donahue
Motion carried: 3-2

10. Items from Superintendent for discussion
Mr. Firks didn't have anything further for discussion.

11. Hearing of the BEA President
Mrs. Brewer did not have any update to present.

12. Board Items
A. Consideration and Approval of Policy Updates

Mrs. Mansfield gave an overview of how policies were considered and developed.

B. Board Resolution
The Bethel Board of Education to approve the attached Board Resolution. No action due to LACK OF MOTION.

c. Facility Meeting Review
Mr. Firks reviewed the facility meeting information. Specifically stating we have 17 or 27 bid packages proceeding. He also showed the brick which will be used in the new facility.

D. Community Town Hall Q&A
The Board would like to offer this forum. Date, time, and location TO BE DETERMINED.

13. Hearing of the Public
President Mrs. Mansfield called for the Hearing of the Public to which the following individuals spoke in regards to the transgender bathrooms:
Jim Croley, Kelly Sodders, Amy Dils, Nels Swanson, Donna Beam, Tim Eschman for Mandy Safriet, Bronwyn Croley, Jackie Leskowich, Casaundra Swinehart, Shawn Baab, Audrey Baab, James Coburn waived his right to speak and asked Joe Blystone to speak in his stead, Mary Jones, Melissa Jones, Brenda Weller, Mora Rosenberger for Mary Ellen Buechter, Linda Ares, Mary Ann Schmidt, Setys Kelly, Emily Moorman, Niel Petersen, Nicholas Petersen, Narzia Kuchiyera, Stormy Milewski.

**2022-104**
14. Executive Session
Mr. Elam moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing, conferences with an attorney for the public body concerning disputes involving the public body that are the subject of pending or imminent court action, and details relative to the security arrangements and emergency response protocols for a public body or a public office, if disclosure of the matters discussed could reasonably be expected to jeopardize the security of the public body or public office.

Seconded by: Mrs. Donahue

The Board entered executive session at 10:43 pm
  The following members answered roll call:
    Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

The Board re-entered regular session at 1:12 am

**2022-105**
15. Adjournment

Motion by: Mrs. Mansfield to adjourn the meeting.
Seconded by Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

Meeting adjourned at 1:12 am

_____
                                                                  Treasurer


_____
                                                                  President

**Board of Education-Work Session-Tuesday, March 1, 2022**

A. Call to Order

B. Roll Call
Present: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

C. Joint Bethel BOE/Township Trustee meeting-5:30 pm-6:00 pm

2. Additions to the Agenda (if needed)

3. Hearing of the Public regarding Agenda Items

Donna Beam questioned Board Policy-Technical Changes, Bromley Crowley-concerned parent, Board Policies, Julie Reese-Technology/Chromebooks

D. Student Drug Testing (grades 6-12), Great Lakes Biomedical, Kyle Prueter, President

4. Important Dates of the District

5. Treasurer's Items
A. Review Park National Bank-Agreement of Deposit of Public
The Bethel Board of Education to review the enclosed agreement for deposit of public funds with Park National Bank.

B. Review of Meeting Minutes-Board of Education, Work Session, February 1, 2022

C. Review of Meeting Minutes-Board of Education, Regular Meeting, February 14, 2022

D. Review Payment of Bills

E. Review of Monthly Financial Report

F. Review of Tax Rates - Miami County Budget Commission
The Bethel Board of Education to review the Tax Rates provided by Miami County Budget Commission.

G. Farm Lease Discussion

H. Reviewl of Transfers
The Bethel Board of Education to review the following transfers.

Transfer from 019 Hope Squad to 001 General Fund to reimburse for FY21 expenditures

FROM: 019:9164 Hope Squad
TO: 001-General Fund
$5,500.00

Transfer from 451:9221 Data Communications Grant to 001 General Fund to reimburse for FY21 expenditures

FROM: 451:9221-Data Communications
TO:001 - General Fund
$5,400.00

I. Review of Amended Certificate of Estimated Resources and Appropriation Resolution

6. Superintendent's Items
~~A. Student Drug Testing (grades 6-12), Great Lakes Biomedical, Kyle Prueter, President~~ **MOVED TO 1. D**

**2022-106**
Motion by: Mr. Elam

A. Motion for Technical changes to Board Policies
The Bethel Board of Education to approve the technical changes to the following Board Policies:
1422,1623,1662,2260,2260.01,2266,3122,3123,3362,4122,4123,4362,5517

Seconded by: Mrs. Donahue
Roll Call Ayes: Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz, Mrs. Sebastian
Nays: none
Motion carried: 5-0

C. Review of Board Policies for Neola 40.2 Winter 2022 Update
The Bethel Board of Education to review policies for Neola 40.2 Winter 2022 Update.
**PO1616 NEW-Staff Dress and Grooming**

**PO2271- College Credit Plus Program**
**PO5511-Dress and Grooming**
**PO5772-Weapons**
**PO6110-Grant Funds**
**PO6114-Cost Principles-Spending Federal Funds**
**PO6325-Procurement-Federal Grand/Funds**
**PO6423-Use of Credit Cards**
**PO7217-Weapons**
**PO8500-Food Services**

D. Review Classified resignation(s)
The Bethel Board of Education to review the resignation of the following classified staff:

Chris Kaeff, custodian, effective February 26, 2022
Tiffany Pikas, Kindergarten Aide, effective June 30,2022

7. Superintendent Items for Discussion
A. SY 2022-2023 Personnel Decisions

8. BOE Items for Discussion
School Resource Officer through Miami County Sheriff

**2022-107**
9. Executive Session
Mrs. Sebastian moved to enter executive session to consider the appointment, employment, dismissal, discipline, promotion, demotion, or compensation of a public employee or official, or the investigation of charges or complaints against a public employee, official, licensee, or regulated individual, unless the public employee, official, licensee, or regulated individual requests a public hearing and details relative to the security arrangements and emergency response protocols for a public body or a public office, if disclosure of the matters discussed could reasonably be expected to jeopardize the security of the public body or public office.

Seconded by: Mr. Elam

The Board entered executive session at 7:58 pm
  The following members answered roll call:
   Mrs. Mansfield, Mrs. Donahue, Mrs. Franz, Mrs. Sebastian, Mr. Elam

The Board re-entered regular session at 8:41 pm

**2022-108**
10. Adjournment

Motion by: Mrs. Franz to adjourn the meeting.
Seconded by Mrs. Donahue
Roll Call Ayes: Mrs. Sebastian, Mr. Elam,  Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

Meeting adjourned at 8:42 pm

_____
Treasurer

_____
President

**Board of Education Regular Meeting Monday, January 10, 2022**

1. Roll Call

A. Call to Order 7:35 pm

B. Roll Call
Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz

2. Additions to the Agenda (if needed)
Mrs. Sebastian added to the Board Section: update on latest facilities meeting and mental health.

3. Hearing of the Public regarding Agenda Items
Julie Reese stated that the contract in Item K for the farm lease is an excellent contract.

4. Administrative Reports
A. Elementary Principal- Carrie Jones and Cassie Schoch
B. Middle School Principal-Matt Triplett
C. High School Principal-Barrett Swope

5. Superintendent-Justin Firks
Recognition of Board Members and Years of Service

6. Important Dates of the District

**<u>2022-88</u>**
7. Treasurer's Items Requesting Board Action

Mrs. Sebastian motioned to approve the minutes (A-C).
Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam
Abstain: Mrs. Donahue, Mrs. Franz
Motion carried: 3-0

A. Approval of Meeting Minutes, Work Session, December 7, 2021
B. Approval of Meeting Minutes, Regular Meeting, December 13, 2021
C. Approval of Meeting Minutes, Special Meeting, December 21., 2021

**<u>2022-89</u>**
7. Treasurer's Items Requesting Board Action
Motioned by Mr. Elam to place amended items from the Treasurer's report on the consent calendar.

D. Approval of Dues
The Bethel Board of Education to approve the OSBA annual membership dues at $4,258 for the year.

E. Approval of Payment of Bills

F. Approval of Monthly Financial Report

G. Approval of Donations
The Bethel Board of Education to approve the following donation(s).
$5,645 from Bethel Athletic Boosters for batting cages.

H. Approval of New Funds
The Bethel Board of Education to approve the establishment of the following fund:
Tipp City Foundation-Disney 2023-fund#019-9923
Capital Projects Elementary Playground - fund #070-9922

I. Approval of Adoption of Resolution for Fiscal Year 2023 Budget
A resolution declaring that the Board of the Bethel Local School District has reviewed the documents and information prepared by the Chief Fiscal Officer of the Board for submission to the Budget Commission of Miami County, Ohio. In relation to the alternative tax document formal filing provided under section 5705.281 of the Ohio Revised Code and authorized by said commission for the fiscal year 2023, and that said body approves the same. (see attached)   MOVED TO SPECIAL MEETING-JANUARY 13, 2022

J. Approval of Resolution to Participate in OSBA Legal Assistance Fund
The Bethel Board of Education to approve participation in OSBA Legal Assistance Fund for the calendar year 2022 at a cost of $250 for the year.

K. Approval of Request for Proposals (RFP) for Farm Lease

Seconded by: Mrs. Franz

Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none

Motion carried: 5-0

## 2022-90
Motion by: Mrs. Sebastian to adopt the amended consent calendar with items from the Treasurer's report.
Seconded by: Mrs. Franz
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

8. Information from the Treasurer
Mrs. Hageman gave an update on Fair School Funding.

## 2022-91
9. Superintendent's Items Requesting Board Action
Motion by: Mrs. Franz to place items from the Superintendent's report on the consent calendar.

A. Approval of school calendar 2022-2023
The Bethel Board of Education to approve the school calendar for 2022-2023.

B. Approval of Long Term Substitute
The Bethel Board of Education to approve the placement of a long term substitute on the salary schedule effective December 20, 2021.
Taylor Hitzfield, MA, step 0, $44,681

C. Approval of Classified Staff
The Bethel Board of Education to approve the following classified individual(s) (pending required certification and FBI/BCI results).
Justin Cromwell, Van Driver, step 0 @ $14.00/hour.

D. Approval of Resignation of Classified Employee(s)
The Bethel Board of Education to approve the resignation of the following classified employee:
Lindsay Childers, Kindergarten aide
Steve Ferrell, Media Specialist

E. Approval of Supplemental Position Resignation
The Bethel Board of Education to approve the following supplemental resignation.
Steve Ferrell, Head Varsity Football Coach

Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

## 2022-92
Motion by: Mrs. Donahue to adopt Consent Calendar with items from the Superintendent's Report.
Seconded by: Mrs. Sebastian
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

10. Information from the Superintendent
Mr. Firks did not have anything further to share.

11. Board Report
A. Old Business
Mrs. Sebastian provided an update from the last facilities meeting.   She stated Garmann Miller is researching right of way "easement".   She also spoke about mental health and that we have two (2) emotional counselor
Mrs. Mansfield read a prepared statement from our attorney.

12. Hearing of the BEA President
Mrs. Brewer stated that the staff is "doing their best".   Many absences due illness (staff and students).

13. Hearing of the Public
Angelo Aflec (transgender bathrooms), Donna Beam (transgender bathrooms), Mandy Safriet (transgender restrooms), Connie Reeves (transgender bathrooms), James Coburn (transgender bathrooms), Eldar Muradov (Turkish language)

14. Executive Session (if needed)

## 2022-93
15. Adjournment

Motion by: Mr. Elam to adjourn the meeting.
Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Mansfield, Mrs. Sebastian, Mr. Elam, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

Meeting adjourned at 8:57 pm

 

_____
President

_____
Treasurer

Case: 3.22-cv-00031-MRM-PBS Doc #: 12-1 Filed: 03/17/23 Page: 30 of 34 PAGEID #: 1544

A. Call to Order

B. Roll Call
Mrs. Mansfield, Mrs. Sebastian, Mrs. Donahue, Mrs. Franz
Mr. Elam arrived at 7:09 pm

2. Additions to the Agenda (if needed)
A. #6 Treasurer's Items, J. Donations
B. #6 Treasurer's Items, K. Teacher Stipends
C. #6 Treasurer's Items, L. Certificate of Availability
D. #7 Superintendent's Items: D. Leave of Absence
E. #7 Superintendent's Items, E. Supplemental Positions-Fall, Winter, Sports and Non Sport Supplemental
F. #7 Superintendent Items: F. Classified Personnel

## 2022-109
Motion by: Mrs. Franz to move forward with the Community Forum (Town Hall)

3. Review of Old Business
A. Community Town Hall Q&A

Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Elam, Mrs. Donahue, Mrs. Franz
Nays: Mrs. Mansfield, Mrs. Sebastian
Motion carried: 3-2

4. Hearing of the Public regarding Agenda Items
Rachael Kiplinger addressed the Board regarding appropriations, student activities, and job descriptions.   Donna Beam addressed the Board regarding the Community Forum.

5. Administrative Reports

A. Elementary Principal- Carrie Jones and Cassie Schoch
B. Middle School Principal-Matt Triplett
C. High School Principal-Barrett Swope

6. Important Dates of the District

## 2022-110
7. Treasurer's Items Requesting Board Action

Motion by: Mr. Elam to place items on the Treasurer's report without item L (Certificate of Availability) on the consent calendar.

A. Approval of Park National Bank-Agreement of Deposit of Public
The Bethel Board of Education to approve the enclosed agreement for deposit of public funds with Park National Bank.

B. Approval of Meeting Minutes
Board of Education, Work Session, February 1, 2022

C. Approval of Meeting Minutes
Board of Education, Regular Meeting, February 14, 2022

D. Approval of Payment of Bills

E.  Approval of Monthly Financial Report

F. Approval of Tax Rates - Miami County Budget Commission
The Bethel Board of Education to review the Tax Rates provided by Miami County Budget Commission.

G. Approval of Farm Lease

H. Approval of Transfers
The Bethel Board of Education to approve the following transfers.

Transfer from 019 Hope Squad to 001 General Fund to reimburse for FY21 expenditures

FROM: 019:9164 Hope Squad
TO: 001-General Fund
$5,500.00

Transfer from 451:9221 Data Communications Grant to 001 General Fund to reimburse for FY21 expenditures

FROM: 451:9221-Data Communications
TO:001 - General Fund
$5,400.00

I. Approval of Amended Certificate of Estimated Resources and Appropriation Resolution

J. Approval of Donations
The Bethel Board of Education to approve the following donations:

| | | |
|---|---|---|
| Elementary Principal Fund (018:9010 | $50.00 | Anonymous |
| Girls Basketball(300:9240) | $500.00 | Anonymous |
| Prom Committee (200:9323) | $500.00 | Beau Townsend |
| Academic Team (300:9313) | $164.00 | Athletic Boosters |

K. Approval of Teacher Stipends from Wright State University
The Bethel Board of Education to approve the enclosed list of teachers owed a stipend from Wright State University for hosting a student teacher.

~~L. Certificate of Availability - HAPPEO~~
~~It is recommended that the Bethel Local School District Board of Education approve payment to HAPPEO for an internal communications platform.~~ **Pulled from agenda to be voted on separately.**

Seconded by: Mrs. Sebastian
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Nays; none
Motion carried: 5-0

## 2022-111
Motion by: Mrs. Donahue moved to adopt the amended consent calendar with items from the Treasurer report.
Seconded by: Mrs. Franz
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Motion carried: 5-0

## 2022-112
8. Treasurer Discussion
A. Rescheduling April 11, 2022 Board Meeting

Motion by: Mrs. Franz
Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Nays; none
Motion carried: 5-0

**Reschedule April 11, 2022 meeting to Monday, April 18, 2022 @ 7:00 PM.**

## 2022-113
Treasurer Business

L. Certificate of Availability - HAPPEO
It is recommended that the Bethel Local School District Board of Education approve payment to HAPPEO for an internal communications platform

Motion by: Mrs. Sebastian
Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Mansfield, Mrs. Donahue, Mr. Elam, Mrs. Sebastian
Nays: Mrs. Franz
Motion carried: 4-1

## 2022-114
9. Superintendent's Items

Motion by: Mr. Elam to place items from the Superintendent's report without items C (Approval of Chromebook/Technology purchase) and G (Approval of Certified Staff for SY 2022-2023 Internal transfer) on the consent calendar.

A. Approval of Board Policies for Neola 40.2 Winter 2022 Update (2nd Reading)
The Bethel Board of Education to review the policies for Neola 40.2 Winter 2022 Update.

B. Approval of Classified resignation(s)
The Bethel Board of Education to review the resignation of the following classified staff:

Chris Kaeff, custodian, effective February 26, 2022

Tiffany Pikas, Kindergarten Aide, effective June 30,2022

C. Approval of Chromebook/Technology Purchase
The Bethel Board of Education to approve the purchase of Chromebooks through K-12 Tech.  **Pulled to be voted on separately**


D. Approval of Leave of Absence
The Bethel Board of Education to approve a leave of absence for the following individual:

**Marie Lindsay, March 14, 2022 to April 18, 2022**

E. Approval of Supplemental Positions-Fall, Winter, Sports and Non Sport Supplemental
The Bethel Board of Education accepts the recommendation of approval for the following individuals for school year 2022-2023
advisory positions and volunteers commensurate with the supplemental negotiated agreement. (pending successful completion of
FBI/BCI and certification)

**FOOTBALL-Varsity**

**James William, Assistant Coach**
**George Amburgey, Assistant Coach**
**Anthony Hunter, Assistant Coach**

**\*\*\*\*\*\*Andre Cokes, Head Varsity Coach-correction to Board approved on 2/14/2022.   This position is for SY 2022-
2023 not 2021-2022\*\*\*\***

**FOOTBALL-Middle School**

**Gene Eastman, MS Coach**
**Cody King, MS Coach**
**Alex Earley, MS Coach**

**FOOTBALL -Volunteers**

**Patrick Wood, Volunteer**
**Ian Anderson, Volunteer**
**Derek Goins, Volunteer**
**Chad Stanley, Volunteer**


F. Approval of Classified Substitute and Classified Employee(s)
The Bethel Board of Education to approve the following individuals for substitute bus drivers (pending successful completion of
FBI/BCI and drug screening checks).

**Heather Fedon, substitute bus driver, $14.00/hour**
**Ashley Hultgren, substitute bus driver $14.00/hour**
**Erin Landers, substitute bus driver $14.00/hour**

**Ben Schneider, 2nd shift custodian, Step 1, $15.47/hour**

G. Approval of Certified Staff for SY 2022-2023-Internal transfer
The Bethel Board of Education to approve the following certified employee for SY 2022-2023.  **Pulled to be voted on separately**
**Rebecca Frey, Young 5's teacher MA+15, Step 17**

Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

**2022-115**
Motion by: Mrs. Sebastian to adopt the amended Consent Calendar with items from the Superintendent's Report.
Seconded by: Mrs. Franz
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

## 2022-116

Motion by:  Mrs. Sebastian

C. Approval of Chromebook/Technology Purchase
The Bethel Board of Education to approve the purchase of Chromebooks through K-12 Tech.

Seconded by: Mr. Elam
Roll Call Ayes: Mrs. Donahue, Mrs. Franz, Mr. Elam, Mrs. Sebastian, Mrs. Mansfield
Nays: none
Motion carried: 5-0

## 2022-117

Motion by: Mr. Elam

G. Approval of Certified Staff for SY 2022-2023-Internal transfer
The Bethel Board of Education to approve the following certified employee for SY 2022-2023.
**Rebecca Frey, Young 5's teacher MA+15, Step 17**

Seconded by: Mrs. Franz
Roll Call Ayes: Mr. Mansfield, Mrs. Franz, Mrs. Sebastian, Mr. Elam, Mrs. Donahue
Nays: none
Motion carried: 5-0

10. Superintendent Discussion

11. Hearing of the BEA President

12. BOE Items for Discussion

## 2022-118

Motion by: Mrs. Donahue

A. School Resource Officer through Miami County Sheriff

Seconded by: Mrs. Sebastian
Roll Call Ayes: Mr. Elam, Mrs. Sebastian, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

## 2022-119

Motion by: Mrs. Franz

B. Review, Discussion, and Approval of Job Descriptions for Board Member, Superintendent, and Treasurer
The Bethel Board of Education to review, discuss, and approve the job descriptions for Board member, Superintendent, and Treasurer.

Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Franz, Mrs. Donahue
Nays: none
Motion carried: 5-0

13. Hearing of the Public
President Mrs. Mansfield called for the Hearing of the Public to which the following individuals spoke:  Ellen Stephens, Siobhan Boyd-Nelson, Ryan Lostutter, Teri Issacs, Roberta Ullinger, Alex Ryan, Audrey Baab, Amy Diks, Kelly Sodders, Jim Croley, Bronwyn Croley, Emily Moorman for Mandy Safriet, Jackie Keskowich, Jamie Spangler, Donna Beam, Katherine Shutte, Jeff Morford, Aimee Morrow, Dr. Rhea Debussy, Ri Monar, A. Melinda Glett, Marin Nichols, Michael Knote, Nels Swanson, Holly Batton, James Knapp, Melachi Carroll, Tobias and Patrick Smallwood, Maury Wyckoff

## 2022-120

Motion by: Mrs. Franz to extend the Hearing of the Public as the one-hour limit has been met.
Seconded by: Mrs. Donahue
Roll Call Ayes: Mrs. Mansfield, Mrs. Donahue, Mrs. Franz, Mrs. Sebastian, Mr. Elam
Nays: none
Motion carried: 5-0

14. Executive Session (if needed)-No Executive Session was called.

## 2022-121

15. Adjournment

Motion by: Mr. Elam to adjourn the meeting.
Seconded by: Mrs. Franz

Roll Call Ayes: Mrs. Sebastian, Mr. Elam, Mrs. Mansfield, Mrs. Donahue, Mrs. Franz
Nays: none
Motion carried: 5-0

Meeting adjourned at 10:53 pm

_____
Treasurer

_____
President