# **EXHIBIT B**

## 22 CV 00279 State Ex Rel Croley vs. Bethel Local Schools District Board Of Education JNP Open

- Case Type:
- CIVIL
- File Date
- 07/21/2022
- Action:
- Other Civil
- Case Judge:
- Pratt, Jeannine N
- Next Event:
- 12/07/2023

All Information | Party | Docket | Service Records | Event

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 07/21/2022 | Complaint Filed<br>07/21/2022 04:41 PM<br>Attorney: Miller Novak, Matt Receipt: 171511 Date: 07/22/2022 | Image |
| 07/21/2022 | Appearance Filed<br>07/21/2022 04:41 PM<br>Attorney: Miller Novak, Matt | Image |
| 07/21/2022 | Appearance Filed<br>07/21/2022 04:41 PM<br>Attorney: Miller Novak, Matt | Image |
| 07/21/2022 | Request For Service By Process Server<br>07/21/2022 04:41 PM<br>Attorney: Miller Novak, Matt | Image |
| 07/22/2022 | Fees Paid Pursuant To Orc 2303.201(B) And Legal Research Fees Receipt: 171511 Date: 07/22/2022 | |
| 07/22/2022 | Fees For Computerization Of Clerk's  Office Receipt: 171511 Date: 07/22/2022 | |
| 07/22/2022 | Special Projects Account Civil Petitions, Other Than Domestic Relations Receipt: 171511 Date: 07/22/2022 | |
| 07/22/2022 | Civil Deposit Receipt: 171511 Date: 07/22/2022 | |
| 07/22/2022 | Summons, Copy Of Complaint Issued | Image |
| 07/22/2022 | Certified Mail Issued<br>Issue Date: 07/22/2022<br>Service: Summons on Complaint<br>Method: Cert Mail - Mailer<br>Cost Per: 0.0000<br><br>Lydda Mansfield<br>Mailing Address<br>(In official capacity)<br>7490 Oh-201<br>Tipp City, OH   45371<br>Tracking Number: 71902785905005268235<br><br>Bethel Local Schools District Board Of Education<br>Mailing Address<br>7490 Oh-201<br>Tipp City, OH   45371<br>Tracking Number: 71902785905005268242<br><br>Lori Sebastian<br>Mailing Address<br>(In official capacity)<br>7490 Oh-201<br>Tipp City, OH   45371<br>Tracking Number: 71902785905005268259<br><br>Natalie Donahue<br>Mailing Address | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | (In official capacity)<br>7490 Oh-201<br>Tipp City, OH   45371<br>Tracking Number: 71902785905005268266<br><br>Danny Elam<br>Mailing Address<br>(In official capacity)<br>7490 Oh-201<br>Tipp City, OH   45371<br>Tracking Number: 71902785905005268273<br><br>Jessica Franz<br>Mailing Address<br>(In official capacity)<br>7490 Oh-201<br>Tipp City, OH   45371<br>Tracking Number: 71902785905005268280 | |
| 07/22/2022 | Postage Fees Cert RR | |
| 07/22/2022 | Copies Issued | |
| 07/28/2022 | Return Of Service<br>Method    : Cert Mail - Mailer<br>Issued    : 07/22/2022<br>Service   : Summons on Complaint<br>Served    : 07/28/2022<br>Return    : 07/28/2022<br>on        : Bethel Local Schools District Board Of Education<br>Signed By : Hageman<br>Reason    : Successful - Certified Mail<br>Comment   :<br>Tracking #: 71902785905005268242 | Image |
| 07/28/2022 | Return Of Service<br>Method    : Cert Mail - Mailer<br>Issued    : 07/22/2022<br>Service   : Summons on Complaint<br>Served    : 07/28/2022<br>Return    : 07/28/2022<br>on        : Sebastian, Lori<br>Signed By : Hageman<br>Reason    : Successful - Certified Mail<br>Comment   :<br>Tracking #: 71902785905005268259 | Image |
| 07/28/2022 | Return Of Service<br>Method    : Cert Mail - Mailer<br>Issued    : 07/22/2022<br>Service   : Summons on Complaint<br>Served    : 07/28/2022<br>Return    : 07/28/2022<br>on        : Elam, Danny<br>Signed By : Hageman<br>Reason    : Successful - Certified Mail<br>Comment   :<br>Tracking #: 71902785905005268273 | Image |
| 07/28/2022 | Return Of Service<br>Method    : Cert Mail - Mailer<br>Issued    : 07/22/2022<br>Service   : Summons on Complaint<br>Served    : 07/28/2022<br>Return    : 07/28/2022<br>on        : Franz, Jessica<br>Signed By : Hageman<br>Reason    : Successful - Certified Mail<br>Comment   :<br>Tracking #: 71902785905005268280 | Image |
| 07/28/2022 | Return Of Service<br>Method    : Cert Mail - Mailer<br>Issued    : 07/22/2022<br>Service   : Summons on Complaint<br>Served    : 07/28/2022<br>Return    : 07/28/2022<br>on        : Mansfield, Lydda<br>Signed By : Hageman<br>Reason    : Successful - Certified Mail | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | Comment     :<br>Tracking #: 71902785905005268235 | |
| 08/01/2022 | Return Of Service<br>Method     : Cert Mail - Mailer<br>Issued     : 07/22/2022<br>Service    : Summons on Complaint<br>Served     : 08/01/2022<br>Return     : 08/01/2022<br>on         : Donahue, Natalie<br>Signed By : Megan Goin<br>Reason     : Successful - Certified Mail<br>Comment    :<br>Tracking #: 71902785905005268266 | Image |
| 08/22/2022 | Notice Of Appearance Of Counsel For Respondent's Bethel Local Schools District Board Of Education ("BOE") Lydda Mansfield, Official Capacity Only Same As Naming BOE Lori Sebastian Official Capacity Only Same As Naming BOE, Natalie Donahue Official Capacity Only Same As Naming BOE, Danny Elam Official Capacity Only Same As Naming BOE, & Jessica Franz, Official Capacity Only Same As Naming BOE Filed With Certificate Of Service<br>As To All Respondents<br>eFiling submission date: 08/22/2022 09:05 PM<br>Attorney: Dinkler, Lynnette | Image |
| 08/22/2022 | Notice Of Appearance Of Counsel For Respondent Bethel Local Schools District Board Of Education Faxed With Certificate Of Service<br><br>Applies To: Podgurski, John A (Attorney) on behalf of Bethel Local Schools District Board Of Education (Defendant) | Image |
| 08/23/2022 | Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead To Realtor's Complaint For Respondents, Bethel Local Schools District Board Of Education ("BOE") Lydda Mansfield, Official Capacity Only Same As Naming BOE, Lori Sebastian Official Capacity Only Same As Naming BOE, Natalie Donahue Official Capacity Only Same As Naming BOE, Danny Elam Official Capacity Only Same As Naming BOE, & Jessica Franz, Official Capacity Only Same As Naming BOE<br>Filed On Behalf Of All Respondents<br>eFiling submission date: 08/23/2022 12:27 PM<br>Attorney: Dinkler, Lynnette | Image |
| 08/25/2022 | Agreed Entry Granting Respondent's Motion For Extension Of Time To Answer Or Otherwise Plead To Realtor's Complaint<br><br>Judge: Pratt, Jeannine N | Image |
| 09/22/2022 | Answer To Realtor's Complaint For Declaratory Judgment And Injunctive Relief For Respondents, Bethel Local Schools District Board Of Education ("BOE"), Lydda Mansfield, Official Capacity Only Same As Naming BOE, Lori Sebastian Official Capacity Only Same As Naming BOE, Natalie Donahue Official Capacity Only Same As Naming BOE, Danny Elam Official Capacity Only Same As Naming BOE, & Jessica Franz, Official Capacity Only Same As Naming BOE<br>eFiling submission date: 09/22/2022 01:47 PM<br>Attorney: Dinkler, Lynnette | Image |
| 10/18/2022 | Hearing Scheduled:<br>Judge: Pratt, Jeannine N<br>Event: Settlement Conference<br>Date: 12/07/2023  Time: 09:00 AM | |
| 10/18/2022 | Hearing Scheduled:<br>Judge: Pratt, Jeannine N<br>Event: Final Pretrial Conference<br>Date: 01/04/2024  Time: 09:00 AM | |
| 10/18/2022 | Hearing Scheduled:<br>Judge: Pratt, Jeannine N<br>Event: THREE DAY BENCH TRIAL<br>Date: 01/17/2024  Time: 08:45 AM | |
| 10/18/2022 | Scheduling Order Filed by Judge<br>10/18/2022 04:22 PM | Image |
| 12/02/2022 | Notice Of Service Filed On Behalf Of All Respondents<br>eFiling submission date: 12/02/2022 04:19 PM<br>Attorney: Dinkler, Lynnette | Image |