# EXHIBIT C

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                             AT DAYTON
_____
JOHN DOE NO. 1, JANE DOE NO. 1,   )
JOHN AND JANE DOE NO. 1,          )
JOHN DOE NO. 2, JANE DOE NO. 2,   )
JOHN DOE NO. 3, JOHN DOE NO. 3,   )
JANE DOE NO. 4, JANE DOE NO. 4,   )
JANE DOE NO. 5, JANE DOE NO. 5,   )
JANE DOE NO. 6, JANE DOE NO. 7,   )
JANE DOE NO. 7, JOHN DOE NO. 8,   )
JANE DOE NO. 8, JOHN DOE NO. 9,   )
                 Plaintiff,       ) CASE NO. 3:22-CV-00337
                                  )
              -vs-                )
                                  )
BETHEL LOCAL SCHOOL DISTRICT BOARD)
OF EDUCATION, LYDDA MANSFIELD, LORI)
SEBASTIAN, NATALIE DONAHUE, DANNY )
ELAM, JACOB KING, MATTHEW CHRISPIN,) STATUS CONFERENCE
                 Defendant,       )
                                  )
              -vs-                )
                                  )
ANNE ROE,                         ) Via AT&T
         Intervenor Defendant.    )
_____)

               TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE MICHAEL J. NEWMAN,
         UNITED STATES DISTRICT JUDGE, PRESIDING
               TUESDAY, DECEMBER 13, 2022
                      DAYTON, OH
```

**APPEARANCES:**

**For the Plaintiffs, John Does and Jane Does:**

        **JOSEPH PATRICK ASHBROOK, ESQ.**
        Ashbrook Byrne Kresge LLC
        P.O. Box 8248
        Cincinnati, Ohio 45249

        AND

        **JULIE ELIZABETH BYRNE, ESQ.**
        Ashbrook Byrne Kresge LLC
        P.O. Box 8248
        Cincinnati, Ohio 45249

```
 1   For the Defendants Bethel Local School District Board of
     Education, Lydda Mansfield, Lori Sebastian, Natalie Donahue,
 2   Danny Elam, Jacob King, and Matthew Chrispin:

 3                         LYNNETTE DINKLER, ESQ.
                           Dinkler Law Office, LLC
 4                         174 Lookout Drive
                           Dayton, Ohio 45419
 5
                                   AND
 6
                           JOHN ANTHONY PODGURSKI, ESQ.
 7                         Law Office of John Podgurski
                           9155 Chillicothe Road
 8                         Kirtland, Ohio 44094

 9

10

11
     Courtroom Deputy:       Ms. Claire McDowell
12

13

        Proceedings reported by mechanical stenography,
14   transcript produced by computer.

15              Julie Hohenstein, RPR, CRR, RMR
                   Federal Official Court Reporter
16                    200 West Second Street
                         Dayton, OH  45402
17                      *** *** *** ***

18

19

20

21

22

23

24

25
```

```
1    week, but I think without any question if we were to meet
2    with the Court again next week, that we would be able to
3    have that completed.
4            I, I do want to also mention with regard to timing
5    and hearing from all parties that may have an interest in
6    this matter, I have reason to believe that the ACLU may be
7    filing an intervening pleading; and it may be appropriate to
8    have them at the table sooner than later if that is -- if
9    that, in fact, becomes a reality.
10           From a timing point of view, and me being able to
11   fairly investigate the claims -- and, Joey, I appreciate
12   that, you know, you served John with the PI; and you know
13   that I was just recently brought on board through the
14   school's pool.
15           The school is on holiday break from December 16
16   to January 3.  I have to make contact with -- and I've
17   been working on this steadfastly and still have not been
18   able to have a sit-down meeting but hope to be doing that
19   yet this week -- with a former employee, the superintendent
20   of schools that was at the helm during the relevant time
21   period; and I don't know if that person is going to be
22   available or out.
23           He is working for another Board of Education, and
24   it's reasonable to believe I may not have contact with him
25   over the holiday break.
```

1       I -- if it's not too offensive of a request --
2  would like to ask -- given the holiday schedule, knowing
3  that my employees are all going to be out, and I may not
4  be able to contact them -- for a motion briefing of January
5  9.
6       THE COURT: Hey, Lynnette, can you go back just a
7  second? It might have been my phone. You cut out just at
8  the -- at the end there.
9       You said some folks were going to be out of town
10 for the holidays, and then I missed -- I missed what you
11 said after that.
12      MS. DINKLER: Okay. So the holiday break for
13 Bethel is December 16 to January 3. If it's not pushing the
14 envelope too much, I would like to ask until January 9 as
15 the deadline for Defendants to respond to the pending
16 Preliminary Injunction Hearing?
17      THE COURT: Okay. Before we get to that issue, can
18 we just focus on -- if you don't mind, both sides don't
19 mind -- just the Protective Order?
20      So Joey had said -- I think it was Joey -- that the
21 hope was that we could have it worked out by next week.
22 Does that seem realistic or not?
23      I'm just trying to do these things in little baby
24 steps, thinking that I can get on the phone sometime next
25 week, and the Protective Order will be worked out, but I'm

```
1                    CERTIFICATE OF REPORTER

2


3              I, Julie Hohenstein, Federal Official Realtime

4    Court Reporter, in and for the United States District Court

5    for the Southern District of Ohio, do hereby certify that

6    pursuant to Section 753, Title 28, United States Code that

7    the foregoing is a true and correct transcript of the

8    stenographically reported proceedings held in the

9    above-entitled matter and that the transcript page format is

10   in conformance with the regulations of the Judicial

11   Conference of the United States.

12

13

14

15

16   s/Julie Hohenstein      February 9, 2023
     JULIE HOHENSTEIN, RPR, CRR, RMR
17   FEDERAL OFFICIAL REALTIME COURT REPORTER
```