# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al** | : | **CASE NO: 3:22-cv-00337** |
| **PLAINTIFFS** | : | **JUDGE MICHAEL J. NEWMAN** |
| vs. | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al** | : | |
| **DEFENDANTS.** | : | |

---

**DEFENDANTS BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, AND LYDDA MANSFIELD, LORI SEBASTIAN, NATALIE DONAHUE, DANNY ELAM, JACOB KING AND MATTHEW CHRISPIN, IN THEIR OFFICIAL CAPACITIES, NOTICE OF AMENDMENT TO LEGAL CITATION IN DOC. 60, PAGEID# 1327**

---

Plaintiffs call to the undersigned's attention that Defendants' citation to Ohio Sup. Ct. Bd. Comm'r Grievances & Discipline, Op. 2005-03 (Feb. 4, 2005) at Doc. 60, PageID# 1327 does not include reference to "Withdrawn by adv. Op. 2016-5." The citation should correctly read Ohio Sup. Ct. Bd. Comm'r Grievances & Discipline, Op. 2005-03 (Feb. 4, 2005) (withdrawn by adv. Op. 2016-5). Defendants' ethics expert, Alvin Mathews, Esq., cites the more current opinion, Ohio Bd. Op. 2016-5 (Aug. 15, 2016) in his declaration at paragraph 8, and Defendants cite it when moving for relief regarding the Franz Declaration. Doc. 48-3, PageID# 1096-97; Doc. 48, PageID# 1049, respectively. The more current 2016 opinion reaches the same conclusion as the 2005 opinion:

> Before interviewing a former employee, a lawyer should disclose his or her identity, and fully explain that he or she represents a client adverse to the corporation. The lawyer also must immediately inform the former employee not to divulge any privileged communications that the former employee may have had with corporate

or other retained counsel. Prof.Cond.R. 1.6, 4.4 (lawyers may not use methods to obtain evidence that violate the legal rights of third parties.) Consequently, a lawyer must endeavor not to solicit information from former employees that the lawyer knows or reasonably knows to be protected by the attorney-client privilege. See D.C. Bar Op. 287. Nor may a lawyer communicate ex parte with a former employee who is represented by independent counsel, or if the corporation's lawyer has agreed to provide representation in the matter. See Davis v. Creditors Interchange Receivable Mgmt., LLC, 585 F. Supp. 2d 968 (N.D. Ohio 2008).

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local Schools District Board of Education, and in their official capacities Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam Jacob King and Matthew Chrispin*

s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
(440) 256-2990
*Attorney for Defendant Bethel Local School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

Joseph P. Ashbrook
jpashbrook@ashbrookbk.com
Julie E. Byrne
jebyrne@ashbrookbk.com
Ashbrook Byrne Kresge, LLC

Malita Picasso
mpicasso@aclu.org
Rose Saxe
rsaxe@aclu.org
Aditi Fruitwala

| | |
|---|---|
| P.O Box 8248<br>Cincinnati, OH 45249<br>*Attorneys for Plaintiff* | afruitwala@aclu.org<br>Arijeet Sensharma<br>asensharma@aclu.org<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>*Attorneys for Intervenor Defendant Anne Roe* |
| Nicholas Barry (pro hac vice)<br>Nicholas.barry@aflegal.org<br>America First Legal<br>611 Pennsylvania Ave, SE #231<br>Washington, DC 20003<br>*Attorneys for Plaintiffs* | Michael Meuti<br>mmeuti@beneschlaw.com<br>David M. Hopkins (0095285)<br>dhopkins@beneschlaw.com<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378<br>*Attorneys for Intervenor Defendant Anne Roe* |
| David Carey<br>dcarey@acluohio.org<br>ACLU of Ohio Foundation<br>1108 City Park Ave., Suite 203<br>Columbus, OH 43206 | Freda Levenson<br>flevenson@aclueohio.org<br>ACLU of Ohio Foundation<br>4506 Chester Ave.<br>Cleveland, OH 44103<br>*Attorneys for Intervenor Defendant Anne Roe* |

                                                      s/ Lynnette Dinkler
                                                      Lynnette Dinkler 0065455