UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN AND JANE DOE NO. 1, et al., | CASE NO. 3:22-cv-00337 |
| Plaintiffs, | JUDGE MICHAEL J. NEWMAN |
| vs. | |
| BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**[PROPOSED] ORDER: GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES FOR DEFENDANT-INTERVENOR ANNE ROE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

The Court finds Plaintiffs' Unopposed Motion to Extend Briefing Deadlines for Defendant-Intervenor Anne Roe's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings (the "Unopposed Motion") warranted as it is unopposed, will not prejudice any party, and is made promptly without the purpose of delay. Therefore, the Court **Grants** Plaintiffs' Unopposed Motion and **Orders** that Plaintiffs shall have up to and including **April 17, 2023** to file any response in opposition to Defendant-Intervenor's motion and Defendant-Intervenor shall have up to and including **May 1, 2023** to file any reply brief.

**IT IS SO ORDERED.**

                                                                                                                      _____
Hon. Michael J. Newman
United States District Judge