# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## DAYTON DIVISION

| | | |
|---|---|---|
| JOHN AND JANE DOE NO. 1, et al | : | CASE NO: 3:22-cv-00337 |
| | : | |
| PLAINTIFFS | : | JUDGE MICHAEL J. NEWMAN |
| | : | |
| vs. | : | |
| | : | |
| BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al | : | |
| | : | |
| DEFENDANTS. | : | |

---

**DEFENDANTS BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, AND LYDDA MANSFIELD, LORI SEBASTIAN, NATALIE DONAHUE, DANNY ELAM, JACOB KING AND MATTHEW CHRISPIN, IN THEIR OFFICIAL CAPACITIES, MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED MOTION FOR SANCTIONS (DOC. 74)**

---

Defendants Bethel Local School District Board of Education, and Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King and Matthew Chrispin, in their official capacities (collectively referenced as "BOE Defendants"), respectfully moves this Court for a fourteen (14) day extension, or up to including April 28, 2023, to respond to Plaintiffs' Motion for Sanctions (Doc. 74).

Plaintiffs do not oppose this motion, and Defendants have communicated that should Plaintiffs require additional time to prepare and file a reply memorandum, Defendants consent to same.

The following Memorandum supports this Motion requesting an extension to respond to Plaintiffs' Motion for Sanctions up to and including April 28, 2023 for BOE Defendants.

                                                                Respectfully submitted,

                                                                s/ Lynnette Dinkler
                                                                Lynnette Dinkler (0065455)
                                                                lynnette@dinkler-law.com
                                                                DINKLER LAW OFFICE, LLC
                                                                174 Lookout Drive
                                                                 Dayton, OH 45419
                                                                (937) 426-4200

(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local Schools District Board of Education, and in their official capacities Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam Jacob King and Matthew Chrispin*

s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
(440) 256-2990
*Attorney for Defendant Bethel Local School District Board of Education*

## **MEMORANDUM**

Plaintiffs filed their Amended Motion for Sanctions (Doc. 74) on March 24, 2023. BOE Defendants' memorandum in opposition is due per Rule on April 14, 2023. The undersigned's pre-scheduled press of business deadlines which could not / cannot by rule be extended, presents as grounds for this request.

For these reasons offered in good faith and not interposed for unnecessary delay, BOE Defendants request an unopposed extension for an Order to file its Memorandum in Opposition to Plaintiffs Motion for Sanctions up to and including April 28, 2023.

Respectfully submitted,

s/ Lynnette Dinkler
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
*Attorney for Defendants Bethel Local Schools District Board of Education, and in their official capacities Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam Jacob King and Matthew Chrispin*

s/ John A. Podgurski
John A. Podgurski (0020923)
JP@johnpodgurski.com
Law Offices of John A. Podgurski
9155 Chillicothe Road
Kirtland, OH 44094
(440) 256-2990
*Attorney for Defendant Bethel Local*
*School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2023, I served the foregoing, via the Court's CM/ECF E-filing System which will send notification to the following:

| | |
|---|---|
| Joseph P. Ashbrook<br>jpashbrook@ashbrookbk.com<br>Julie E. Byrne<br>jebyrne@ashbrookbk.com<br>Ashbrook Byrne Kresge, LLC<br>P.O Box 8248<br>Cincinnati, OH 45249<br>*Attorneys for Plaintiff* | Malita Picasso<br>mpicasso@aclu.org<br>Rose Saxe<br>rsaxe@aclu.org<br>Aditi Fruitwala<br>afruitwala@aclu.org<br>Arijeet Sensharma<br>asensharma@aclu.org<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>*Attorneys for Intervenor Defendant Anne Roe* |
| Nicholas Barry (pro hac vice)<br>Nicholas.barry@aflegal.org<br>America First Legal<br>611 Pennsylvania Ave, SE #231<br>Washington, DC 20003<br>*Attorneys for Plaintiffs* | Michael Meuti<br>mmeuti@beneschlaw.com<br>David M. Hopkins (0095285)<br>dhopkins@beneschlaw.com<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378<br>*Attorneys for Intervenor Defendant Anne Roe* |
| David Carey<br>dcarey@acluohio.org<br>ACLU of Ohio Foundation<br>1108 City Park Ave., Suite 203<br>Columbus, OH 43206 | Freda Levenson<br>flevenson@aclueohio.org<br>ACLU of Ohio Foundation<br>4506 Chester Ave.<br>Cleveland, OH 44103<br>*Attorneys for Intervenor Defendant Anne Roe* |

s/ Lynnette Dinkler
Lynnette Dinkler 0065455
