UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOE NO. 1, *et al.*,

      Plaintiffs,                      Case No. 3:22-cv-337

vs.

BETHEL LOCAL SCHOOL DISTRICT      District Judge Michael J. Newman
BOARD OF EDUCATION, *et al.*,        Magistrate Judge Peter B. Silvain, Jr.

      Defendants.

---

**ORDER SCHEDULING ORAL ARGUMENT ON THE PENDING MOTIONS TO DISMISS (Doc. Nos. 75, 79) ON MAY 5, 2023 IN COURTROOM 4 TO BEGIN AT 9:00 AM AND LAST NO LONGER THAN 12:00 PM**

---

This civil case is before the Court on the pending motions to dismiss, filed after the pending motion for a preliminary injunction on Plaintiffs' Ohio Open Meetings Act claim ripened. Doc. Nos. 75, 79. Plaintiffs requested oral argument in their response in opposition to Intervenor-Defendant's motion. *See* Doc. No. 81. Accordingly, this request is **GRANTED**. Oral argument on the arguments made in support of, and in response to, the pending motions to dismiss—including whether these motions need to be resolved before ruling on the preliminary injunction—shall take place on **May 5, 2023 in Courtroom 4 in the Walter H. Rice Federal Building and United States Courthouse**. Oral argument **shall begin at 9:00 a.m. and will end promptly at 12:00 p.m.** The parties may, but are not required to, divide that time among themselves as they wish.

      **IT IS SO ORDERED.**

  April 21, 2023                    s/ Michael J. Newman
                                        Hon. Michael J. Newman
                                        United States District Judge