

EXHIBIT C





3:35 ...ILTE

+1 (513) 582-7424

regards.

You will need to contact John Podgurski, Bethel Local Schools Attorney representative. I am no longer employed in the district and it is a current Supt and Board of Education issue as nothing has changed since I left. Thank you.

Understood. I know you're not there anymore. But is John representing you in this matter? And have you already spoken with Bethel about this?

If John's representing you I will reach out to him first because that's the way we do things as attys. But the issues are factual issues related to your tenure. And the current Supt cannot speak to



the current Supt cannot speak to your personal knowledge.

Just let me know. Happy to talk as quickly and painlessly as possible. But your actions and personal knowledge are an inevitable aspect of the dispute given the way that the Board is defending it.

Thu, Jan 12 at 10:15 AM



Understood. I know you're not there anymore. But is John representing you in this matter? And have you already spoken with Bethel about this?

If John's representing you I will reach out to him first because that's the way we do things as attys. But the issues are factual issues related to your tenure. And the current Supt cannot speak to your personal knowledge.

Just let me know. Happy to talk as quickly and painlessly as possible. But your actions and personal knowledge are an inevitable aspect of the dispute given the way that the Board is defending it.

