**From:** jpashbrook@ashbrookbk.com <jpashbrook@ashbrookbk.com>
**Sent:** Friday, January 13, 2023 5:02 PM
**To:** jp johnpodgurski.com <jp@johnpodgurski.com>; nicholas.barry@aflegal.org <nicholas.barry@aflegal.org>
**Cc:** 'Julie Byrne' <jebyrne@ashbrookbk.com>; 'Lynnette Dinkler' <Lynnette@dinkler-law.com>
**Subject:** RE: John / Jane Doe No 1, et al vs Bethel LSD BOE, et al

John – Thanks for confirming.  When did that start?  Fyi, I reached out to Firks this week and my take was that he didn't really know whether he was represented or not. He did mention you though, which is why I reached out (and disengaged). Very brief. Joey

**From:** jp johnpodgurski.com <jp@johnpodgurski.com>
**Sent:** Friday, January 13, 2023 3:44 PM
**To:** jpashbrook@ashbrookbk.com; nicholas.barry@aflegal.org
**Cc:** 'Julie Byrne' <jebyrne@ashbrookbk.com>; 'Lynnette Dinkler' <Lynnette@dinkler-law.com>
**Subject:** Re: John / Jane Doe No 1, et al vs Bethel LSD BOE, et al

Joey,

this email is intended to confirm that Lynette and I are representing Justin Firks

Have a good weekend

John Podgurski

**From:** jpashbrook@ashbrookbk.com <jpashbrook@ashbrookbk.com>
**Sent:** Friday, January 13, 2023 1:08 PM
**To:** jp johnpodgurski.com <jp@johnpodgurski.com>; nicholas.barry@aflegal.org <nicholas.barry@aflegal.org>
**Cc:** 'Julie Byrne' <jebyrne@ashbrookbk.com>; 'Lynnette Dinkler' <Lynnette@dinkler-law.com>
**Subject:** RE: John / Jane Doe No 1, et al vs Bethel LSD BOE, et al

John – Just left you a vm.  If Lynnette's out, we need you to confirm if you're representing Justin Firks.  Just need a yes or no. Thanks, Joey

**From:** Tina Sabo <tina@dinkler-law.com>
**Sent:** Friday, January 13, 2023 12:25 PM
**To:** Joseph Ashbrook <jpashbrook@ashbrookbk.com>; jebyrne@ashbrookbk.com;

EXHIBIT D

nicholas.barry@aflegal.org
**Cc:** jp johnpodgurski.com <jp@johnpodgurski.com>; Lynnette Dinkler <Lynnette@dinkler-law.com>
**Subject:** John / Jane Doe No 1, et al vs Bethel LSD BOE, et al

Counselors,

Please be advised that Lynnette is out of the office yesterday and today. We will correct the record next week.

On that note, it came to our attention that I mistakenly attached a few documents to Tina Hageman's Certificate that should have been attached elsewhere.  I am working with the Court in how best to correct this.

In the  meantime – below is how the record should be corrected:

  Declaration of Lydda Mansfield (DOC 18-3) should have attached to it DOC 16-13 (FB Posts) and DOC 16-14 (Join Our Fight)

  Declaration of Matthew Chrispin (DOC 18-5) should have attached to it DOC 16-15 (Note re: filing docs under seal)

The sealed documents were filed on January 11, 2023.  As I did not receive a notification, I followed up with the Clerk's Office this morning.
The error was on the Court's end and the Clerk was able to resolve it.  You should have received a notification with a SEALED link to the documents today.

Thank you.



Tina Sabo, Paralegal
tina@dinkler-law.com
Dinkler Law Office, LLC
174 Lookout Drive
Dayton, OH 45419
(937) 426-4200
(866) 831-0904 (fax)
www.dinkler-law.com

IMPORTANT/CONFIDENTIAL:  This email transmission and any attached documents contain confidential, legally privileged information belonging to Dinkler Law Office, LLC.  The information is intended only for the use of the individual or entity to whom it is addressed and any other use,

disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this communication in error, please notify our office immediately.  This document may not constitute a public record.