## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOE NO. 1, et al.,** | : | **CASE NO. 3:22-cv-00337** |
| | : | |
| | : | |
| **Plaintiffs,** | : | **JUDGE MICHAEL J. NEWMAN** |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED MOTION FOR SANCTIONS REGARDING DEFENDANTS' ATTORNEYS LYNNETTE DINKLER AND JOHN A. PODGURSKI.

Plaintiffs John and Jane Doe No. 1; Child No. 1A, a minor, by and through her legal guardians John and Jane Doe No. 1; John and Jane Doe No. 2; John Doe No. 3; Child No. 3B, a minor, by and through her legal guardian John Doe No. 3; Child No. 3C, a minor, by and through his legal guardian John Doe No. 3; Jane Doe No. 4; Child No. 4D, a minor, by and through his legal guardian Jane Doe No. 4; Jane Doe No. 5; Child No. 5E, a minor, by and through his legal guardian Jane Doe No. 5; Jane Doe No. 6; Jane Doe No. 7; Child No. 7F, a minor, by and through his legal guardian Jane Doe No. 7; John and Jane Doe No. 8; and John Doe No. 9 ("Plaintiffs") respectfully move for a  seven (7) day extension to reply to Defendants' Response to Plaintiffs'

Amended Motion for Sanctions Regarding Defendants' Attorneys Lynnette Dinkler and John A. Podgurski ("Defendants' Response"), Doc. 86.

Plaintiffs' Amended Motion for Sanctions Regarding Defendants' Attorneys Lynnette Dinkler and John A. Podgurski ("Plaintiffs' Motion for Sanctions"), Doc. 74 was filed on March 24, 2023. Defendants' Response was due April 14, 2023. S.D. Ohio Civ. R. 7.2(a)(2). Bethel Local School District Board of Education, Lydda Mansfield, Lori Sebastian, Natalie Donahue, Danny Elam, Jacob King, and Superintendent Matthew Chrispin ("Defendants") received a fourteen (14) day extension to file Defendants' Response, Doc. 80, and therefore filed Defendants' Response on April 28, 2023, Doc. 86. Plaintiffs' Reply to Defendants' Response ("Plaintiffs' Reply") is due May 12, 2023. S.D. Ohio Civ. R. 7.2(a)(2). In order to fully brief the issues presented, Plaintiffs respectively request a seven (7) day extension for filing Plaintiffs' Reply with a new deadline of May 19, 2023.

Plaintiffs discussed this matter with counsel for Defendants and the Motion is unopposed. In addition, the request for an extension of time is not made for the purpose of delay, is proportional to the extension of time granted to the Defendants, and will not prejudice any party.

Dated:        May 11, 2023

                                    Respectfully submitted,


                                    s/ Julie E. Byrne
                                    Joseph P. Ashbrook (0091279)
                                    Julie E. Byrne (0085174)
                                    Ashbrook Byrne Kresge, LLC

PO Box 8248
Cincinnati, Ohio 45249
Tel: (513) 582-7424
Fax: (513) 216-9882
jpashbrook@ashbrookbk.com
jebyrne@ashbrookbk.com

Nicholas Barry
(*pro hac vice*)
America First Legal Foundation
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (615) 431-9303
Facsimile: (513) 216-9882
nicholas.barry@aflegal.org

*Attorneys for Plaintiffs*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 11th day of May, 2023, I served a copy of the foregoing via the Court's ECF system, which notifies all counsel of record.


s/ Julie E. Byrne
Julie E. Byrne