UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN AND JANE DOE NO. 1, et al., | CASE NO. 3:22-cv-00337 |
| Plaintiffs, | JUDGE MICHAEL J. NEWMAN |
| vs. | |
| BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

**[PROPOSED] ORDER: GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED MOTION FOR SANCTIONS REGARDING DEFENDANTS' ATTORNEYS LYNNETTE DINKLER AND JOHN A. PODGURSKI**

The Court finds Plaintiffs' Unopposed Motion for Extension of Time to Reply to Defendants' Response to Plaintiffs' Amended Motion for Sanctions Regarding Defendants' Attorneys Lynnette Dinkler and John A. Podgurski (the "Unopposed Motion") warranted as it is unopposed, will not prejudice any party, and is made without the purpose of delay. Therefore, the Court **Grants** Plaintiffs' Unopposed Motion and **Orders** that Plaintiffs shall have up to and including **May 19, 2023** to file any reply to Defendants' Response.

IT IS SO ORDERED.

_____
Hon. Michael J. Newman
United States District Judge