UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN AND JANE DOE NO. 1, et al., | : | CASE NO. 3:22-cv-00337 |
| Plaintiffs, | : : : | JUDGE MICHAEL J. NEWMAN |
| vs. | : : | |
| BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al., | : : : : | |
| Defendants. | : | |

## THIRD DECLARATION OF JULIE E. BYRNE

I, Julie E. Byrne, declare:

1. My name is Julie Elizabeth Byrne. I am over the age of 21 and fully competent to make this declaration.

2. I have personal knowledge of all of the facts stated in this declaration, and my statements in this declaration are true and accurate to the best of my knowledge, information, and belief.

3. I represent the plaintiffs in the above captained case.

4. I provided the prior Declaration dated January 23, 2023 (Doc. 37-1), and the prior Second Declaration dated February 16, 2023 (Doc. 58-1).

5. On February 23, 2023 at 9:10 P.M., I sent to Defendants' counsel and Intervenor-Defendant's counsel an email and attached a proposed

unopposed motion and the accompanying brief in support regarding the Rule 11 safeharbor adjustment. <u>Exhibit A</u> is a true and correct copy of the email.

6. I did not receive a response to my email.

I declare under penalty of perjury that the foregoing is true and correct.

5/19/23
Date

Julie E. Byrne

# EXHIBIT A



Julie Byrne <jebyrne@ashbrookbk.com>

---

**Proposed Unopposed Motion**
1 message

---

**Julie Byrne** <jebyrne@ashbrookbk.com>  Thu, Feb 23, 2023 at 9:10 PM
To: Lynnette Dinkler <lynnette@dinkler-law.com>, JP@johnpodgurski.com, David Carey <dcarey@acluohio.org>, mpicasso@aclu.org, rsaxe@aclu.org, afruitwala@aclu.org, mmeuti@beneschlaw.com, dhopkins@beneschlaw.com, Freda Levenson <flevenson@acluohio.org>
Cc: Nicholas Barry <nicholas.barry@aflegal.org>, Joseph Ashbrook <jpashbrook@ashbrookbk.com>

Counsel:

We would like to file the attached unopposed motion. The highlighted language would only be included if the motion is opposed. If opposed, then we would remove the "unopposed" notation in the captions.

We plan to file at 2 PM EST tomorrow. If we don't hear from you by then, we will assume that you are opposing the motion.

Thank you,
Julie

--



**Julie E. Byrne**
Attorney-at-Law
jebyrne@ashbrookbk.com
513.827.1776

This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the law firm of Ashbrook Byrne Kresge LLC immediately (513) 827-1776 or by reply to this transmission.

**2 attachments**

📄 **ABK - Motion for Rule 11 Safe Harbor Adjustment - Proposed.pdf**
80K

ABK - Brief for Rule 11 Safe Harbor Motion - Proposed.pdf
118K