UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JOHN AND JANE DOE NO. 1, et al.,** | CASE NO. 3:22-cv-00337 |
| Plaintiffs, | JUDGE MICHAEL J. NEWMAN |
| vs. | MAGISTRATE JUDGE PETER B. SILVAIN, JR. |
| **BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | |
| Defendants. | |

## NOTICE OF APPEAL

Plaintiffs John and Jane Doe No. 1; Child No. 1A, a minor, by and through her legal guardians John and Jane Doe No. 1; John and Jane Doe No. 2; John Doe No. 3; Child No. 3B, a minor, by and through her legal guardian John Doe No. 3; Child No. 3C, a minor, by and through his legal guardian John Doe No. 3; Jane Doe No. 4; Child No. 4D, a minor, by and through his legal guardian Jane Doe No. 4; Jane Doe No. 5; Child No. 5E, a minor, by and through his legal guardian Jane Doe No. 5; Jane Doe No. 6; Jane Doe No. 7; Child No. 7F, a minor, by and through his legal guardian Jane Doe No. 7; John and Jane Doe No. 8; and John Doe No. 9 ("Plaintiffs") appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's final decision, judgment, and Order dismissing the case, entered on August 7, 2023 (Dkt 94).

Dated:  September 5, 2023

            Respectfully submitted,

            <u>s/ Joseph P. Ashbrook</u>
            Joseph P. Ashbrook (0091279)
            Julie E. Byrne (0085174)
            Ashbrook Byrne Kresge, LLC
            PO Box 8248
            Cincinnati, Ohio 45249
            Tel: (513) 582-7424
            Fax: (513) 216-9882
            jpashbrook@ashbrookbk.com
            jebyrne@ashbrookbk.com

            Nicholas Barry
            (*pro hac vice*)
            America First Legal Foundation
            611 Pennsylvania Ave, SE #231
            Washington, DC 20003
            Telephone: (615) 431-9303
            Facsimile: (513) 216-9882
            nicholas.barry@aflegal.org
            *Attorneys for Plaintiffs*