## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 08, 2023

| | |
|---|---|
| Ms. Julie Elizabeth Byrne<br>Ashbrook Byrne Kresge<br>P.O. Box 8248<br>Cincinnati, OH 45249 | 174 Lookout Drive<br>Dayton, OH 45419<br><br>Mr. Michael Dominic Meuti<br>Benesch, Friedlander, Coplan & Aronoff<br>127 Public Square |
| Mr. David Joseph Carey<br>American Civil Liberties Union of Ohio<br>Foundation<br>1108 City Park Avenue<br>Suite 203<br>Columbus, OH 43206 | Suite 4900<br>Cleveland, OH 44114<br><br>Mr. John A. Podgurski<br>Dinn, Hochman, Potter & Levy<br>5885 Landerbrook Drive |
| Ms. Lynnette Dinkler<br>Dinkler Law | Suite 205<br>Cleveland, OH 44124-0000 |

Re: Case No. 23-3740, *John and Jane Doe No.1, et al v. Bethel Local School District Board of Education, et al*
Originating Case No. : 3:22-cv-00337

Dear Counsel,

   This appeal has been docketed as case number **23-3740** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 22, 2023**.  Additionally, the transcript order must be

completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Transcript Entry<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027


Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 23-3740

JOHN AND JANE DOE NO.1, Legal Guardians on behalf of Child No.1A; JOHN AND JANE DOE NO. 2; JOHN DOE NO. 3, Legal Guardian on behalf of Child No. 3B and Child No. 3C; JANE DOE NO. 4, Legal Guardian on behalf of Child No. 4D; JANE DOE NO. 5, Legal Guardian on behalf of Child No. 5E; JANE DOE NO. 6; JANE DOE NO. 7, Legal Guardian on behalf of Child No. 7F; JOHN AND JANE DOE NO. 8; JOHN DOE NO. 9

       Plaintiffs - Appellants

v.

BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; LYDDA MANSFIELD; LORI SEBASTIAN; NATALIE DONAHUE; DANNY ELAM; JACOB KING; MATTHEW CRISPIN, In their official capacities

       Defendants - Appellees

ANNE ROE

       Intervenor Defendant - Appellee